IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SMITH & NEPHEW, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. _____ |
| v. ) | |
| ) | **JURY TRIAL REQUESTED** |
| **HOLOGIC, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF SMITH & NEPHEW, INC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Smith & Nephew, Inc., hereby states that it is a wholly-owned, indirect subsidiary of Smith & Nephew plc. Smith & Nephew plc is a public entity incorporated under the laws of England and Wales. No publicly held corporation owns 10% or more of the securities of Smith & Nephew plc.

Dated: November 22, 2011            Respectfully submitted,

**Smith & Nephew, Inc.**

*By Its Attorneys*

/s/ Joseph J. Leghorn
Joseph J. Leghorn, BBO #292440
Maia H. Harris, BBO # 648208
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
(617) 345-1300 (Facsimile)