# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

SMITH NEPHEW, INC.

*Plaintiff*

v.

HOLOGIC, INC.

*Defendant*

Civil Action No.:
1:11-CV-12064-NMG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hologic, Inc.
c/o The Prentice-Hall Corporation System, Inc.
84 State Street
Boston, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SARAH ALLISON THORNTON

*CLERK OF COURT*

/s/ - Kellyann Moore

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2011-11-22 10:49:52.0, Clerk USDC DMA

Civil Action No.: 1:11-CV-12064-NMG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __HOLOGIC, INC.__

was received by me on (date) __11/22/11__.

☒ I personally served the summons on the individual at (place) __HOLOGIC, INC c/o PRENTICE-HALL 84 STATE ST. BOSTON__ on (date) __11/22/11__ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) __~~LEE ANNE GREEN~~__, a person of suitable age and discretion who resides there, on (date) __~~11/22~~__, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__11/22/11__
Date

__Bob Macintosh__
Server's Signature

__BOB MACINTOSH    COURIER__
Printed name and title

__296A BROADWAY, SOMERVILLE, MA__
Server's Address

Additional information regarding attempted service, etc:

MA SOC   Filing Number: 200529620040   Date: 12/29/2005 9:07 AM



## The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

No Fee

### Statement of Change of Registered Agent/Registered Office
(General Laws, Chapter 156D)

1. The exact name of the business entity is: HOLOGIC, INC.

The street address of the corporation registered office in the commonwealth and the name of the registered agent at that office: *(The corporation may not appoint itself registered agent. Registered agent may be an individual, including any officer of the corporation, or a different corporation.)*

Name: PRENTICE-HALL CORPORATION SYSTEM, INC., THE
No. and Street: 84 STATE ST.
City or Town: BOSTON                                    State: MA   Zip: 02109   Country: USA

The registered agent's address is the same as the corporation's registered office address as required by General Laws, Chapter 156D.

I, ROBERT H. LAVALLEE, consent to my appointment as the registered agent of the above corporation pursuant to G. L. c. 156D, Section 5.02.

Signed by ROBERT H. LAVALLEE, its OTHER OFFICER
on this 28 Day of December, 2005

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 200529620040   Date: 12/29/2005 9:07 AM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

December 29, 2005 9:07 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-2879-0