UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLOGIC, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-12064-NMG <br><br> DECLARATION OF MIRA SAHNEY IN SUPPORT OF SMITH & NEPHEW'S MOTION FOR A PRELIMINARY INJUNCTION |

## DECLARATION OF MIRA SAHNEY

I, Mira Sahney, hereby declare as follows:

1. I make this declaration in support of Plaintiff Smith & Nephew, Inc.'s Motion For A Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called upon as a witness, could and would testify competently thereto.

2. I am employed by Smith & Nephew, Inc. ("Smith & Nephew"), which is located in Andover, Massachusetts. I have worked for Smith & Nephew since January 2009, and my present job title is General Manager, Gynecology. As General Manager, I am responsible for the recently created gynecology business unit, including supervision of research and development, manufacturing, marketing, and sales efforts.

3. Prior to the launch of the TRUCLEAR™ System for use in minimally invasive hysteroscopic procedures for the removal of tissue from the uterus, Smith & Nephew did not have any business directed towards women's health or gynecology.

4. Smith & Nephew is the sole and exclusive assignee of U.S. Patent No. 8,061,359 ("the '359 Patent").

5.     After acquiring the patent rights in 2000, Smith & Nephew invested a significant amount of resources to develop a mechanical morcellation system, and launched its first product line directed to gynecological surgical procedures in 2005.  This system is currently marketed, promoted and sold under the brand name TRUCLEAR™, and embodies the claims of the '359 Patent.  Smith & Nephew was the first company to offer, make, and sell a mechanical morcellation system for the hysteroscopic removal of intrauterine fibroids and polyps.

6.     The TRUCLEAR™ System employs a hysteroscope with multiple channels, a cutting device that can aspirate cut tissue and fluid, and a motor drive control unit (the "TRUCLEAR™ System").  The individual parts of the TRUCLEAR™ System are used by doctors during procedures for the removal of intrauterine fibroids and/or polyps.  The TRUCLEAR™ System is also generally used with a fluid management system during these procedures.

7.     Smith & Nephew recognizes that gynecology is not an area in which it traditionally had much, if any, experience.  Smith & Nephew also recognizes that the needs of its gynecology business are somewhat different from those in its other businesses, such that Smith & Nephew's institutional knowledge is not particularly relevant to its new gynecology business.  For example, Smith & Nephew's relationships with orthopedic surgeons, and its sales/marketing staff who are trained almost exclusively on orthopedic procedures and technology, have limited transferable knowledge that can benefit the gynecology business unit.  The needs of Smith & Nephew's gynecology customers are significantly different from those of its other customers, presenting different engineering problems and requiring different research and development solutions.  In an effort to address these differences, Smith & Nephew made the decision to treat the gynecology division as "start-up" company within its Advanced Surgical Device Division.

8. Over the past decade, Smith & Nephew has expended considerable effort and expense to train physicians and hospitals on the use of mechanical morcellation technology, and in particular, the use of the TRUCLEAR™ System for the removal of intrauterine fibroids and polyps. In addition to the marketing and selling of the TRUCLEAR™ System, specifically, Smith & Nephew's efforts and investment have been directed towards fostering the acceptance of and education about the mechanical hysteroscopic morcellation procedure, generally, within the gynecology market.

9. Smith & Nephew is now beginning to see a return on its investment, as acceptance of the procedure has increased in the gynecology market, and as sales have continued growing. As more doctors and hospitals learn about the benefits of mechanical hysteroscopic morcellation, Smith & Nephew's gynecology division has the potential to grow much larger. Going forward, Smith & Nephew estimates the market for these procedures to be approximately $400 million.

10. In January 2010, Interlace Medical, Inc. ("Interlace") began marketing and selling a mechanical hysteroscopic morcellation system under the brand MyoSure®.

11. Since purchasing Interlace, Hologic has marketed, promoted, and sold, and continues to market, promote, and sell the MyoSure® System, including to accounts that presently use the TRUCLEAR™ System. Hologic has aggressively marketed and promoted the MyoSure® System, utilizing its far larger sales force and existing network of customers in the women's health field.

12. The TRUCLEAR™ and MyoSure® systems are the only mechanical hysteroscopic morcellation systems currently marketed or sold for the purpose of removing tissue from inside the uterus.

13.     I am aware of specific instances in which Smith & Nephew has lost sales to Hologic. For example, the Faulkner Hospital, in Boston, Massachusetts, was a longstanding and very large customer of Smith & Nephew's TRUCLEAR™ System. Hologic's predecessor, Interlace, hired Dr. James Greenberg, a physician at Faulkner Hospital, as a consultant and conducted a trial of the MyoSure® Procedure at the hospital. As a direct result of Hologic's interference, Smith & Nephew's TRUCLEAR™ System was removed from the Faulkner Hospital entirely, and no further TRUCLEAR™ sales have been made to Faulkner Hospital.

14.     If Hologic is allowed to continue its infringing sales of the MyoSure® System, Smith & Nephew believes it will continue to loose sales and market share.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Executed this 23 day of November, 2011, in Boston, Massachusetts.

_____
Mira Sahney