## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | Civil Action No. 1:11-cv-12064 |
| Plaintiff, ) | |
| ) | |
| v. ) | **DECLARATION OF DR. DAVID A. STONE** |
| ) | **IN SUPPORT OF SMITH & NEPHEW'S** |
| HOLOGIC, INC., ) | **MOTION FOR A PRELIMINARY** |
| ) | **INJUNCTION ENJOINING HOLOGIC'S** |
| Defendant. ) | **INFRINGEMENT** |
| ) | |
| ) | |

## DECLARATION OF DR. DAVID A. STONE

I, Dr. David A. Stone, hereby declare as follows:

1. I have been retained by Smith & Nephew, Inc. to testify as to facts and opinions regarding procedures used for the purpose of removing intrauterine fibroids and polyps, including the use of Smith & Nephew TRUCLEAR™ System, and the Hologic, Inc. MyoSure® System. I have personal knowledge of the facts and opinions set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I am a practicing obstetrician and gynecologist working under Premier Women's Care, PLLC. My office is Better Women's Care in Southfield, Michigan, a suburb of Detroit. I have over 18 years of experience as a practicing gynecologist, and have personal experience with the treatment of abnormal uterine bleeding and the removal of intrauterine polyps and fibroids.

3. I attended Wayne State University School of Medicine, and completed my residency at Hutzel Hospital (both in Detroit) in 1993. I am Board Certified in Obstetrics and Gynecology, and a Fellow of the American College of Obstetricians and Gynecologists.

4. The TRUCLEAR™ System and the MyoSure® System are both used in medical procedures for the purpose of removing abnormal tissue such as fibroids and polyps from inside the uterus. Intrauterine fibroids and polyps are a common cause of abnormal uterine bleeding. Abnormal uterine bleeding can be a serious health issue that negatively impacts the quality of life for not only the person, but their families, friends, and community.

5. I am familiar with pre-existing technology for the treatment of abnormal uterine bleeding, and in particular that associated with intracavity lesions. This includes the use of metal "loop" resectors that employ electrocautery energy, dilation and curettage ("D&C"), and the removal of fibroids (myomectomy) and the uterus (hysterectomy). Procedures using Smith & Nephew's TRUCLEAR™ System and Hologic's MyoSure® System both offer minimally invasive mechanical alternatives to the pre-existing methods of treating abnormal uterine bleeding, and both maintain continuous visualization during the intrauterine tissue removal via morcellation. Therefore, I consider the TRUCLEAR™ and MyoSure® Systems to be competitive hysteroscopic systems.

6. I first became aware of Smith & Nephew's procedure for removing intrauterine fibroids and/or polyps in or around the winter or spring of 2007. In my opinion, the Smith & Nephew procedure for the minimally invasive removal of intrauterine fibroids and polyps significantly changed the way that many doctors approach the removal of intrauterine fibroids and/or polyps. In my practice, I use Smith & Nephew's procedure, which is marketed by Smith & Nephew as the TRUCLEAR™ System.

7. I also have personal knowledge and information concerning the operation and use of Hologic's MyoSure® System, which is comprised primarily of the MyoSure® Tissue Removal Device (the "MyoSure® TRD") and the MyoSure® Rod Lens Hysteroscope (the

"MyoSure® Hysteroscope").  I am also familiar with the procedure marketed, taught, and promoted by Hologic for using the MyoSure® System for the removal of intrauterine fibroids and polyps, which is sometimes referred to by Hologic as the MyoSure® procedure (the "MyoSure® Procedure").  Specifically, I have proctored an attending physician on at least five (5) occasions during procedures in which Hologic's MyoSure® System was used for the purpose of removing intrauterine fibroids and/or polyps.  On each of these occasions, a Hologic sales representative was in attendance during the procedure.

8. The MyoSure® Hysteroscope is an endoscope used for endoscopic procedures, such as the MyoSure® Procedure, involving the entry of the uterus through the cervix. The MyoSure® Hysteroscope has two channels, a sealed channel and a working channel that is hollow.  Within the sealed channel, there is a lens at one end, and a fiber optics bundle that runs the length of the sealed channel.  When the MyoSure® Hysteroscope is in use, a light source is connected to the sealed channel such that the operator can visualize the uterine cavity.  When the MyoSure® Hysteroscope is in use, a valve on the working channel is connected to a fluid delivery system that allows fluid to pass through the working channel into the uterus.

9. When the MyoSure® TRD is in use, it is connected to a control unit, and is operated by activating a motor that is inside the control unit that is controlled by a foot pedal. When the MyoSure® TRD is in use, it is also connected to a vacuum source such that resected tissue and saline solution are aspirated and removed from the body through an opening in the device.

10. During the MyoSure® Procedure that is marketed, promoted, and sold by Hologic, the MyoSure® Hysteroscope and the MyoSure® TRD are used together for the removal of tissue from the uterus, such as fibroids and polyps.  The steps taken to use the

MyoSure® System, as I understand them based on Hologic's instructions and operating manuals, and based on observing procedures done with the MyoSure® System, are as follows:

    a. the cervix is dilated;

    b. the MyoSure® Hysteroscope is inserted through the cervix and into the uterine cavity;

    c. fluid, typically a saline solution is introduced through the working channel of the MyoSure® Hysteroscope into the uterus, which distends the uterus;

    d. the distended uterus is visualized via use of the MyoSure® Hysteroscope, and abnormal uterine tissue, if any, is identified;

    e. the MyoSure® TRD is inserted into the working channel of the MyoSure® Hysteroscope, such that the end of the MyoSure® TRD extends beyond the tip of the MyoSure® Hysteroscope when inside the uterus;

    f. fluid, typically a saline solution is delivered into the uterus through the valve and working channel of the MyoSure® Hysteroscope to maintain the distension of the uterus during the course of the procedure;

    g. once the tip of the MyoSure® TRD is visualized, it can be positioned by the user adjacent to the tissue inside the uterus that needs to be removed;

    h. the electric motor of the MyoSure® TRD is energized via a foot pedal, which drives the MyoSure® TRD for the purpose of cutting tissue within the uterus; and

    i. the cut tissue is aspirated, or removed, along with the saline solution or other fluid through an opening in the cutter of the MyoSure® TRD.

11.     During the course of the MyoSure® procedure, distention of the uterus is maintained by the delivery of fluid into the uterus through the valve and the working channel of the MyoSure® Hysteroscope. Cut tissue and fluid is aspirated, or removed, from the uterus through the opening in the MyoSure® TRD on a continuous basis during the MyoSure® procedure. The MyoSure® TRD and the MyoSure® Hysteroscope are then removed from the uterus.

12. Other than the MyoSure® Procedure described above, I am aware of no other medical procedure for which Hologic markets or promotes the sale and/or offer of sale of the MyoSure® System.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Executed this 22 day of November, 2011, in Southfield, Michigan.

*David A. Stone MD*

Dr. David A. Stone