UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOLOGIC, INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:11-cv-12064<br><br>**DECLARATION OF MICHELLE A. FLORES IN SUPPORT OF SMITH & NEPHEW'S MOTION FOR A PRELIMINARY INJUNCTION** |

## DECLARATION OF MICHELLE A. FLORES

I, Michelle A. Flores, hereby declare as follows:

1.      I am an attorney at Nixon Peabody LLP, counsel for Plaintiff Smith & Nephew, Inc. ("Smith & Nephew"). I have personal knowledge of the facts stated herein, except those stated on information and belief and, if called upon, could and would testify competently to them. I make this declaration in support of Smith & Nephew, Inc.'s Motion For A Preliminary Injunction.

2.      Attached as Exhibit A is a true and correct copy of U.S. Patent No. 8,061,359 ("the '359 Patent).

3.      Attached as Exhibit B is a true and correct copy of a Smith & Nephew web page available at http://www.global.smith-nephew.com.

4.      Attached as Exhibit C is a true and correct copy of an article entitled *Morcellator Hysteroscopy: New Treatment For Menorrhagia*, authored by Christine Hansen, M.D., and Catherine Ryan, M.D.

5. Attached as Exhibit D is a true and correct copy of an article entitled *Clinical Evaluation of a new Hysteroscopic Morcellator – Retrospective Case Review*, authored by Charles Miller, M.D., Larry Glazerman, M.D., Kelly Roy, M.D., and Andrea Lukes, M.D.

6. Attached as Exhibit E is a true and correct copy of a certified transcript of a video entitled *Hysteroscopic Myoma Resection: The Next Generation Jim Greenberg*, M.D. FACOG. The video is featured on Hologic, Inc.'s website and is available at http://www.myosure.com/videos/myosure_greenberg.cfm.

7. Attached as Exhibit F are true and correct copies of a document entitled *ID-NL Jaarprijs 1999* ("ID-NL Annual Prize 1999"), a certified English translation of said document, and a photograph of Dr. Mark Hans Emanuel receiving the ID-NL Annual Prize 1999.

8. Attached as Exhibit G is a true and correct copy of a document entitled *Gynaecologisch instrument Nederlandse uitvinding van het jaar* ("Gynecological instrument Dutch invention of the year"), and a certified English translation of said document.

9. Attached as Exhibit H are true and correct copies of Interlace Medical, Inc.'s (Hologic, Inc.'s predecessor in interest) 510K Summaries of Safety and Effectiveness for Interlace Medical Hysteroscopic Morcellation System (now marketed as the MyoSure® Hysteroscopic Tissue Removal System) Nos. K073690, K091100, and K100559 available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm.

10. Attached as Exhibit I is a true and correct copy of a Hologic, Inc. ("Hologic") web page available at http://www.myosure.com/info/utilities/find-physician.cfm.

11. Attached as Exhibit J is a true and correct copy of the Expert Report of Henry A. Dominicis, M.D. served in matter *Smith & Nephew, Inc. v. Interlace Medical, Inc. and Hologic, Inc.*, Civil Action No. 10-cv-10951, U.S. District Court for the District of Massachusetts.

12. Attached as Exhibit K is a true and correct copy of a cease and desist letter sent to Mr. Mark Casey, Senior Vice President, General Counsel and Secretary for Hologic, on November 21, 2011.

13. Attached as Exhibit L is a claim chart evincing the infringement of claims 1,3, and 4 of the '359 Patent by Hologic's MyoSure® Procedure.

14. Attached as Exhibit M is a true and correct copy of photographs of Hologic's MyoSure® Rod Lens Hysteroscope ("MyoSure® Hysteroscope") and MyoSure® Tissue Removal Device ("MyoSure® TRD"), ( collectively the "MyoSure® System").

15. Attached as Exhibit N is a true and correct copy of a Hologic marketing document entitled *Now there's a single source for your patients' gynecologic health*.

16. Attached as Exhibit O is a true and correct copy of a Hologic marketing document entitled *MyoSure® Fibroid Removal Simplified – Because you deserve a … Life uninterrupted.*

17. Attached as Exhibit P is a true and correct copy of a Hologic marketing document entitled *MyoSure® Fibroid Removal Simplified – Confidence. Control. Care.*

18. Attached as Exhibit Q is a true and correct copy of a Hologic document entitled *MyoSure® Rod Lens Hysteroscope Instructions for Use*.

19. Attached as Exhibit R is a true and correct copy of a Hologic document entitled *MyoSure® Hysteroscopic Tissue Removal System Instructions for Use*.

20. Attached as Exhibit S is a true and correct copy a Hologic document entitled *MyoSure® Hysteroscopic Tissue Removal System Operating Manual*.

21. Attached as Exhibit T is a true and correct copy of an Interlace press release entitled *FDA Clears Interlace Medical's MyoSure™ Hysteroscopic Tissue Removal System For The Treatment of Submucosal Fibroid.*

22. Attached as Exhibit U is a true and correct copy of a Hologic document entitled *MyoSure® Fibroid Removal Simplified – MyoSure® Clinical In-Service Set-Up Simplified.*

23. Attached as Exhibit V are true and correct copies of Interlace's 510K Summaries of Safety and Effectiveness for MyoSure® Rod Lens Hysteroscope and Accessories Nos. K091465 and K102686 available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Executed this 23 day of November, 2011, in Boston, Massachusetts.


/s/ Michelle A.Flores_____

Michelle A. Flores