# EXHIBIT B



Corporate



Select your country

[                    ] Search

Advanced Search

HOME | ABOUT US | PRODUCTS | SUSTAINABILITY | INVESTOR CENTRE | NEWS & MEDIA | CAREERS

home about us at a glance

**At a Glance**
Our Strategy
What We Do
Who We Are
Where We Operate

## At a Glance

Contact    Print    Forward



Every day each one of us at **smith&nephew** helps improve the life of someone, somewhere in the world.

### Our Company

For over 150 years, Smith & Nephew has developed advanced medical devices for healthcare professionals around the world. Our pioneering technologies enable nurses, surgeons and other medical practitioners to provide effective treatment more quickly and economically.

Smith & Nephew operates in high growth markets driven by ageing demographics and technology's ability to enable patients to live longer and enjoy more active lives. With the help of our innovative equipment, patients enjoy improved mobility and rapid recovery from surgery.

### Our Business

Smith & Nephew is an industry leader in each of our three main Global Business Units - Orthopaedic Reconstruction and Trauma, Endoscopy and Advanced Wound Management. These businesses jointly offer over 1,000 product ranges.

Our global infrastructure continues to expand each year. We currently have distribution channels, purchasing agents and buying entities in over 90 countries worldwide and generate annual sales of $4 billion. Substantial investment in our products and intensive research and development means that we are always ahead. Figures from last year show that we are a global leader in Arthroscopy and Advanced Wound Management and one of the leading orthopaedic companies.

Smith & Nephew has a track record of bringing innovative new products to market that provide better clinical outcomes for patients and save costs for healthcare providers.

**Growth Markets**

Over the last five years, the Company has grown revenues from $2,779 million to $3,962 million in 2010. Smith & Nephew is now the UK's largest medtech company and one of the top companies in its field in the world.

Our three main areas of the business are focused upon markets that are already substantial and offer significant growth potential, fuelled by the following factors:

**Ageing populations worldwide**

On average people are living longer. Many of the diseases and conditions our products treat become more prevalent as we get older. The demographic of an ageing population contributes materially to volume growth each year in all our businesses.

**An increasing trend towards minimally invasive surgery**

New tools and techniques are enabling surgeons to operate more effectively and carry out procedures that were not previously possible. Crucially, patients experience less trauma and recover faster.

**Active lifestyles**

The desire of patients to return to an active life together with the technological advances in medical devices contributes to the volume growth of our products. Many of our innovative products are designed to treat the younger active patient group.

**Greater product innovation and sophistication**

The key to satisfying the needs of patients and the medical profession is to develop technically advanced devices that offer new treatment possibilities, thereby expanding the market - as Smith & Nephew is committed to doing.

**Emerging Markets**

Emerging markets are a key driver for growth. These populations are getting older and wealthier.

Our innovation



Our innovation
Smith & Nephew is dedicated to developing innovative, cost-effective products and techniques that deliver significant advantages to clinicians and patients

Investor centre



Global Compliance at Smith & Nephew

on looking at the needs of these markets though local eyes, deploying our global capabilities in ways that can serve local market needs.

**Close to customers and patients**

To help patients regain their lives more quickly and fully, we work with healthcare professionals on emerging new technologies and techniques. Our world-class, specialised salesforce provides frontline support to our customers and enables us to gain greater understanding of their needs. This commitment is underpinned by a unique range of education and training programmes designed specifically for healthcare professionals. Strong relationships with healthcare professionals are fundamental to our business. To earn their trust and confidence we know we must always behave with absolute integrity.

**Research and development**

Our business strategy is based on researching, developing, manufacturing and marketing technically innovative and advanced medical devices. Our Biologics business unit, headquartered in North Carolina in the US, has strategic research responsibility for product innovation and development and serves the needs of all the business units. Our direct contacts with healthcare providers are a vital link in the chain. Clinicians' views of their present and future needs provide essential impetus for our own research work.

For further information, please click here : 2010 Annual Report documents



| Year | $ million |
|------|-----------|
| 2006 | 2,779 |
| 2007 | 3,369 |
| 2008 | 3,801 |
| 2009 | 3,772 |
| 2010 | 3,962 |



| Year | $ million |
|------|-----------|
| 2006 | 571 |
| 2007 | 706 |
| 2008 | 776 |
| 2009 | 857 |
| 2010 | 969 |

◇ Trademark of Smith & Nephew

Accessibility   Terms of Use   Copyright & Disclaimer

Case 1:11-cv-12064-NMG   Document 11-2   Filed 11/23/11   Page 4 of 4



| Year | Cents |
| --- | --- |
| 2006 | 45.2 |
| 2007 | 52.0 |
| 2008 | 55.6 |
| 2009 | 65.6 |
| 2010 | 73.6 |