# EXHIBIT E

1

Pages 1 - 6

HYSTEROSCOPIC MYOMA RESECTION:

THE NEXT GENERATION

JIM GREENBERG, MD, FACOG

(Transcription of video link
by Laura E. Antoniotti, RPR)

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

1      Abnormal uterine bleeding is defined as any
2  type of bleeding in which the duration, frequency or
3  amount is excessive for an individual patient.
4  Abnormal uterine bleeding has been reported to be
5  responsible for more than one third of gynecologic
6  consultations and as many as two thirds of
7  hysterectomies.
8      A recent study by Lasmar, et al., from
9  Brazil reported that among patients with abnormal
10 uterine bleeding, more than 40 percent will have
11 hysteroscopic evidence of either a submucous myoma
12 or an endometrial polyp.  Submucous myomas and
13 endometrial polyps represent a problem in women's
14 health that accounts for tens and thousands of
15 hysteroscopic procedures each year.
16      For many years, the mainstay of
17 hysteroscopic removal of myomas has been the
18 monopolar loop electrode.  While this method has
19 many followers and a proven track record for
20 relative cost, efficiency and safety, it is not
21 without its drawbacks.
22      Specifically the monopolar current requires
23 the use of hypotonic distension medias and then
24 there's the chips.  With each pass of the loop, a

Case 1:11-cv-12064-NMG   Document 11-5   Filed 11/23/11   Page 4 of 8

                                                             3

1   tissue chip is created which increasingly obscures
2   the operative field and slows down the procedure.
3           To overcome these failings, Dr. Mark Hans
4   Emanuel from the Netherlands invented a
5   hysteroscopic morcellator which was introduced into
6   the U.S. market in 2004.  Unlike the traditional
7   resectoscope, this device allowed for removal of
8   uterine pathology using only normal saline thereby
9   obviating the concerns associated with non-ionic
10  distension media.
11          While this technology has proven safe and
12  provided answers to several nagging issues with loop
13  electrode resectoscopy, its relatively slow tissue
14  removal capabilities has limited its acceptance
15  among surgeons.
16          Building off of the concept of tissue
17  morcellation rather than thermal energy based
18  resection, an improved hysteroscopic morcellator has
19  been produced which combines the safety and
20  visibility profile of the older generation
21  morcellator with the speed of a loop resectoscope.
22          The patient in this video presented with
23  abnormal uterine bleeding.  An ultrasound
24  demonstrated a two and a half centimeter fibroid

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

4

1  which was confirmed on office hysteroscopy to be a
2  Type 1 submucous myoma.
3          As the procedure begins, the MyoSure device
4  is introduced in the endometrial cavity which is
5  distended with normal saline.  The device is used to
6  quickly clear the operative field of debris.  The
7  device is then used to resect the myoma.
8          As the procedure proceeds, notice how
9  quickly and effortlessly the device morcellates
10 tissue which appears to be denser and perhaps even
11 calcified.
12         When bleeding from venous sinuses is
13 encountered, the intrauterine pressure is increased
14 to tamponade the bleeding and the field quickly
15 clears.  These venous bleeders which appear
16 impressive under hysteroscopic magnification rarely,
17 if ever, become clinically significant after the
18 distension media is removed at the end of the case.
19         For the purposes of this presentation, the
20 video in this case has been edited shorter, but the
21 entire hysteroscopic portion of the procedure took
22 only five minutes and fifteen seconds with only two
23 minutes and twenty-six seconds of actual morcellator
24 cutting time.

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

1     In summary, given the patient safety
2  limitations of loop electro-resectoscopy and the
3  dramatic improvements in hysteroscopic morcellation
4  capabilities, we believe this newer technique is the
5  way of the future.

1              C E R T I F I C A T E
2         I, Laura E. Antoniotti, Registered
3    Professional Reporter, do hereby certify that the
4    foregoing transcript, Volume I, is a true and
5    accurate transcription to the best of my ability of
6    the video link provided to me by Judith Barnes,
7    Nixon Peabody LLP.
8
9                        *Laura E. Antoniotti*
10                     Laura E. Antoniotti
11                  Registered Professional Reporter
12
13
14                     -  -  -  -

D I S C L A I M E R

This transcript in any format is a confidential communication between Doris O. Wong Associates, Inc., a professional court reporting firm, and the parties to this matter and their counsel. Any reproduction or distribution of this transcript without the express permission of the parties is a violation of this confidentiality. To fulfill any request to the court reporter for an additional copy or copies from persons or entities without standing in this matter will require the consent of the parties and/or counsel and/or a court order for such delivery.