# EXHIBIT F

# OORKONDE

De vinding *Intra Uterine Shaver*

zoals op *21 augustus 1997* geregistreerd onder nr. 16306

is door ID-NL Groep genomineerd voor de

# ID-NL Jaarprijs 1999

Op grond van de creatieve denksprong, het economisch belang en de innovatieve waarde, is deze vinding uit een totaal aanbod van honderden uitvindingen uitverkoren voor nominatie.

De indiener *M.H. Emanuel* verdient hiervoor alle lof.

9 december 1999

drs E.J.C. Ottevanger,
directeur ID-NL Groep

prof. mr W.A. Hoyng,
juryvoorzittter ID-NL Jaarprijs





November 8, 2011

**Re:**   **The invention Intra Uterine Shaver**

To Whom It May Concern:

This is to certify that the above-referenced document (.pdf file "106-25578_IDNL 1999_nl into en") has been translated from Dutch into English by a professional translator on our staff who is skilled in the Dutch language.

The attached English translation conforms essentially to the original Dutch except for those words or phrases for which there are no equivalents.  Such words or phrases are noted in the translation along with the best English meaning.

_____
Pablo Aguilar

Subscribed and sworn to before me on November 8, 2011.

_____
Charles Wilkinson
Notary Public, State of Texas

My commission expires: January 05, 2015

**TRANSCENDING EXCELLENCE**

P.O. Box 648 ● Elgin, TX. 78621 ● toll-free 877.452.1348 ● fax: 512.343.6721
Phoenixtranslations.com

# CERTIFICATE

The invention *Intra Uterine Shaver*

As registered on *August 21 1997* under no. 16306

Has been nominated by the ID-NL Group for the

# ID-NL ANNUAL PRIZE 1999

Based on its creative leap, economic importance and innovative value, this invention was chosen from a total of hundreds of invention for nomination.

The submitter *M. H. Emanuel* deserves credit for this.

December 9, 1999

E. J. C. Ottevanger

Director of ID-NL Group

Prof. W. A. Hoyng

Jury chairman ID-NL annual prize



Translated by:



November 8, 2011


