# EXHIBIT G



**PROMO** Ontdek nu ook digitale tv van Telenet
Bezorg ons jouw inzending voor de Grootouderkrant!
Winnaars week 4 'Win je eigen Cristalcafé'

Zoeken op ○ Google ● HBVL.be   [Zoeken]

9° / 20° Regenbuien   Aanmelden

**Nieuws**
- Binnenland
- Buitenland
- Geldzaken
- In de rand
- Media en Cultuur
- Wetenschap
- Video's
- Limburg
- Burgerjournalistiek
- Weer
- Fotoalbums
- Extra

**In de kijker**
- Partymobiel
- Werk
- Boekrecensies

**She**

**Auto-Moto**

**Fun en Win!**
- Wedstrijden
- Spelletjes
- Cartoons
- Sudoku
- Tetris
- Kruiswoordraadsel

Archief

# Gynaecologisch instrument Nederlandse uitvinding van het jaar

14/12/'99

🗨 0 reacties
✉ E-mail bericht
**f** Bookmarken/Delen

De Nederlandse gynaecoloog Mark Emanuel is donderdag uitgeroepen tot 'beste uitvinder' van het jaar. Volgens de jury van de ID-NL Jaarprijs betekent zijn chirurgisch instrument een doorbraak in de behandeling van abnormale baarmoederlijke bloedingen.

De 'Intra Uterine Shaver' vereenvoudigt het verwijderen van vleesbomen en poliepen uit de baarmoeder. De operatie, normaal gesproken niet helemaal zonder risico's, gebeurt hierdoor veiliger en is minder tijdrovend. Bovendien zal een gynaecoloog minder vaak hoeven te besluiten om bij een vrouw de baarmoeder te verwijderen.

De directeur van het ID-NL reikte de prijs, een bedrag van 15.000 gulden (ongeveer 300.000 frank), uit in het Rotterdamse World Trade Center. Het gynaecologisch instrument werd uit 25 nominaties gekozen.

Er werden dit jaar voor het eerst naast de 'hoofdprijs' in verschillende categorieën prijzen uitgedeeld. Zo won in de categorie 'household' de lekvrije drinkbeker voor peuters. Een plastic tuitje zorgt ervoor dat er niets uit komt, ook al houdt het kind de beker op z'n kop. De bedenker ging met een bedrag van 50.000 frank naar huis.

Het ID-NL krijgt per jaar zo'n duizend nieuwe ideeën ter beoordeling voorgelegd. Het was de tiende keer dat de ID-NL Jaarprijs werd toegekend.

**Lees ook**
- Time Warner brengt bod uit op productiehuis Endemol
- De Lijn gaat extra lange trams kopen
- Wetstraat wil dat strijd tegen fiscale fraude prioriteit blijft
- Bange drugsverdachte wijzigt verklaringen
- Vier jaar cel voor onverbeterlijke dief
- Damien Broothaerts voor twee jaar geschorst
- Fonskes voor Wannes Destoop en Staf Knop
- Prostitutie in Hasselts massagesalon
- 'Het' huis wordt 'de' huis
- "Overspel oorzaak van drugsgebruik"



**20-60 kg afvallen?**
De afslanksensatie uit Hollywood! Druppel u slank met Slimming Drops
www.slimmingdrops.nl



**Sport**

Voetbal binnenland

KRC Genk

STVV Sint-Truiden

Provinciaal voetbal

FairPlay

Voetbal buitenland

Wielrennen

Tour de France

Tennis

Motorsport

Atletiek

Zaalsport

Andere sporten

**Vrije Tijd**

Uit in Limburg

Fietsroutes

Tv Gids

Limbolink

**De krant**

Graffiti

Weblogs

Even Stilstaan

Dossiers

Lezersbrieven

Binnenstebuiten

KIK

In Memoriam

Jobs

Plaats zoekertje

Abonnementen

Nabestellingen

Bezoek de krant

Deze week feestnummer Jet!
in je brievenbus!

Andere HBVL-acties »

## Doorzoek ons archief

gynaecologisch

nederlandse

jaar

instrument

uitvinding

**Risk Analyst Jobs** Risk Analyst Jobs in NYC - German Speaking Roles www.barclaycard-creditrisk.com

**Obama Grants For Moms** Apply For Scholarships Now Using Government Grants www.ScholarshipsFinder.com/

**Part-Time Evening Jobs** Find Part-Time Evening Jobs here the most complete job site online. Part-Time-Evening.indeed.com



**De krant** Abonnementen | Nabestellingen
**Concentra Media Groep N.V.** Info & Contact | Werken bij Concentra Media Groep N.V.?
Concentra | Adverteren
**Services** Plaats een zoekertje
**Blijf overal op de hoogte** Nieuwsbrief | RSS-feeds | Nieuws per SMS | iPhone

### A
- Aandelen
- Anders Behring Breivik
- Auto
- Autosalon
- Autosalon Brussel

### B
- Barack Obama
- Bart De Wever
- Beringen
- Beurs

### D
- Dexia

### E
- Economie
- Egypte
- EHEC
- Elio Di Rupo
- Elizabeth Taylor

### G
- Genk

### H
- Hasselt
- Hbvl Mobile
- Horoscoop
- Hotel

### K
- Kruiswoordraadsel

### L
- La Esterella

### M
- Marie-Rose Morel
- Mode
- Moto

### N
- Nieuws In Beeld
- Nieuws Limburg

### P
- Politiek

### R
- RC Genk
- Recepten
- Regionaal Nieuws
- Roger Vangheluwe

### S
- Sport
- Steve Jobs
- Steve Stevaert
- STVV
- Sudoku

### T
- Televisie
- Tennis
- Tetris
- Tv Gids

### V
- Video Filmpjes
- Voetbal

### W
- Wandelen
- Wedstrijden
- Wielrennen

©1994-2011 Concentra Media Groep N.V.



November 9, 2011

**Re:   Gynecological instrument Dutch invention of the year**

To Whom It May Concern:

This is to certify that the above-referenced document (.pdf file "106-25582_Archive Article 1999_nl into en") has been translated from Dutch into English by a professional translator on our staff who is skilled in the Dutch language.

The attached English translation conforms essentially to the original Dutch except for those words or phrases for which there are no equivalents.  Such words or phrases are noted in the translation along with the best English meaning.

_____
Pablo Aguilar

Subscribed and sworn to before me on November 9, 2011.

_____
Charles Wilkinson
Notary Public, State of Texas

My commission expires: January 05, 2015

**TRANSCENDING EXCELLENCE**

P.O. Box 648 ● Elgin, TX. 78621 ● toll-free 877.452.1348 ● fax: 512.343.6721
Phoenixtranslations.com

# Gynecological instrument Dutch invention of the year

12/14/99

The Dutch gynecologist Mark Emanuel was declared the "best inventor" of the year on Thursday.  According to the panel of the ID-NL annual price, his surgical instrument is a breakthrough in the treatment of abnormal uterine bleeding.

The "Intra Uterine Shaver" simplifies removal of fibroids and polyps from the uterus.  The operation, normally not entirely without risk, occurs much more safely and is less time- consuming.  In addition, a gynecologist will have to decide less often whether to remove the uterus in a woman.

The Director of ID-NL awarded the prize, an amount of 15,000 guilders (about 300,000 francs) from the Rotterdam World Trade Center.  The gynecological instrument was chosen from 25 nominations.

For the first time this year, prizes were awarded in different categories, in addition to the "main prize".  Thus, in the "household" category, the leak-free drinking cup for preschoolers won.  A small plastic spout ensures that nothing escapes, even if the child holds the cup on its head.  The inventor went home with an amount of 50,000 francs.

Thousands of new ideas are submitted to ID-NL per year for evaluation.  This was the tenth time the ID-NL annual prize was awarded.

Translated by:



November 9, 2011