# EXHIBIT H

Interlace Medical Inc.  Premarket Notification
Hysteroscopic Morcellation System

K073690

**Interlace Medical
Hysteroscopic Morcellation System
510K Summary of Safety and Effectiveness
April 11, 2008**

APR 17 2008

1. Sponsor Name
   Sponsor/Manufacturer
   Interlace Medical Inc.
   139 Newbury St
   Framingham, MA 01701
   Telephone: 508.875.1343

2. Device Name
   Proprietary Name: Interlace Medical Hysteroscopic Morcellation System
   Common/Usual Name: Hysteroscope and accessories

3. Identification of Predicate or Legally Marketed Device
   The Interlace Medical Hysteroscopic Morcellation System is substantially equivalent to the Smith and Nephew Hysteroscopic Morcellation System K041774.

4. Device Description
   The system consists of the following components:
   - Control Unit
   - Morcellator Handpiece
   - Single Use Morcellator
   - Footswitch

   The Interlace Medical Hysteroscopic Morcellation System will be used with standard hysteroscopes and fluid management systems.

5. Intended Use
   The Interlace Medical Hysteroscopic Morcellation System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

Interlace Medical Inc.                                               Premarket Notification
Hysteroscopic Morcellation System

6.     Comparison of Technological Characteristics
   The principles of operation of the Interlace Medical Hysteroscopic Morcellation System are identical to those of the predicate device, the Smith and Nephew Hysteroscopic Morcellation System K041774. A disposable straight surgical morcellator is inserted into a morcellator handpiece for tissue removal. A footswitch is used to turn the morcellator on and off. The morcellator consists of a rotating and reciprocating inner tube or cutter that is totally contained within an outer tube and has a fitting at its proximal end to which vacuum tubing is attached. The outer tube incorporates a "cutting window" through which targeted tissue is pulled, cut, and moved back through the inner tube to a collection canister.

7     Performance Testing
   The Interlace Medical Hysteroscopic Morcellation System meets electrical safety and EMC standards. In addition, an in-vitro test was conducted which demonstrated that the device performs equivalent to or better than the predicate device.

8.     Statement of Equivalency
   The Interlace System is substantially equivalent in design, materials, construction and intended use as that of the predicate. The principal of operation of both devices are exactly the same. Since the Interlace Morcellator has the same in intended use and technological characteristics as the predicate device, the Interlace Morcellator does not raise any new safety and efficacy concerns when compared to the similar legally marketed device.

   The descriptive characteristics demonstrate that the Interlace Morcellator is substantially equivalent to the predicate device and is capable of safely and accurately performing the stated intended use.



DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
9200 Corporate Blvd.
Rockville MD 20850

APR 1 7 2008

Mr. Ron Adams
Chief Technical Officer
Interlace™ Medical
139 Newbury Street
FRAMINGHAM MA 01701

Re: K073690
    Trade/Device Name: Interlace Medical Hysteroscopic Morcellation System
    Regulation Number: 21 CFR §884.1690
    Regulation Name: Hysteroscope and accessories
    Regulatory Class: II
    Product Code: HIH
    Dated: March 27, 2008
    Received: March 28, 2008

Dear Mr. Adams:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (Premarket Approval), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.



*Protecting and Promoting Public Health*

Page 2

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Center for Devices and Radiological Health's (CDRH's) Office of Compliance at one of the following numbers, based on the regulation number at the top of this letter.

| 21 CFR 876.xxxx | (Gastroenterology/Renal/Urology) | 240-276-0115 |
| 21 CFR 884.xxxx | (Obstetrics/Gynecology) | 240-276-0115 |
| 21 CFR 892.xxxx | (Radiology) | 240-276-0120 |
| Other | | 240-276-0100 |

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding postmarket surveillance, please contact CDRH's Office of Surveillance and Biometric's (OSB's) Division of Postmarket Surveillance at 240-276-3474. For questions regarding the reporting of device adverse events (Medical Device Reporting (MDR)), please contact the Division of Surveillance Systems at 240-276-3464. You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (240) 276-3150 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

*Nancy C Brogdon* (signature)

Nancy C. Brogdon
Director, Division of Reproductive,
  Abdominal, and Radiological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

## Indications for Use

510(k) Number (if known): K073690

Device Name: Interlace Medical Hysteroscopic Morcellation System

Indications For Use:

The Interlace Medical Hysteroscopic Morcellation System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

Prescription Use __X__         AND/OR         Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                                (21 CFR 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

_(signature)_                                                Page 1 of _1_

(Division Sign-Off)
Division of Reproductive, Abdominal and
Radiological Devices
510(k) Number __K073690__

5.   **510(k) SUMMARY**

OCT 2 3 2009

1.  **Submitter:**
    Interlace Medical Inc.
    135 Newbury St
    Framingham, MA 01701
    Telephone: 508.875.1343, ext. 112

    Contact: John J. Vozella, VP Clinical & Regulatory Affairs
    Date Prepared: March 30, 2009

2.  **Device:**
    Trade Name: MyoSURE™ Hysteroscopic Tissue Removal System
    Common Name: Hysteroscope and accessories
    Classification Name: Hysteroscope and accessories
    Class: II

3.  **Predicate Device:**
    Interlace Medical Hysteroscopic Morcellation System (K073690)
    Gynecare Morcellex Tissue Morcellator (K061050)

4.  **Device Description:**
    The MyoSURE Hysteroscopic Tissue Removal System consists of the following procedural components:

    o   MyoSURE Control Unit
    o   MyoSURE Tissue Removal Device
    o   MyoSURE Foot Pedal

    The MyoSURE Control Unit contains an electric motor and software controller that drives the MyoSURE Tissue Removal Device. The Control Unit motor is activated and deactivated by the MyoSURE Foot Pedal. The MyoSURE Tissue Removal Device is a tissue morcellator that is connected to the Control Unit via a flexible drive cable. The MyoSURE Tissue Removal Device features a rotating/reciprocating (2mm OD) cutter blade encased in a (3 mm OD) outer tube (i.e. morcellator). The morcellator's cutter blade is controlled by a drive system that enables simultaneous rotation and reciprocation of the cutter. The cutter is also connected to a vacuum source which aspirates resected tissue through a side-facing cutting window in the device's outer tube. Distension fluid and resected tissue are transported from the MyoSURE Tissue Removal Device to a tissue trap and vacuum canister via a tube protruding from the proximal end of the Tissue Removal Device. The MyoSURE Hysteroscopic Tissue Removal System is

compatible with commercially available fluid management systems and may be used with hysteroscopes that have a straight 3 mm working channel.

5. **Intended Use:**
   The MyoSURE™ Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

6. **Comparison of Characteristics:**
   The principles of operation and primary functional specifications of the MyoSURE Hysteroscopic Tissue Removal System are identical to those of the predicate Interlace Medical Hysteroscopic Morcellation System device, K073690. Each device employs a sterile, single use, disposable straight surgical morcellator for tissue removal. A foot pedal controls activation and deactivation of the motor which powers the morcellator in both devices. The MyoSURE morcellator is identical to the predicate morcellator in that it consists of a rotating and reciprocating inner tube or cutter that is totally contained within a stationary outer tube and has a vacuum tube fitting at its proximal end to enable aspiration of resected tissue. The MyoSURE inner tube or cutter rotates and reciprocates at a fixed rate that is identical to the predicate device. The MyoSURE cutter blade tip design is identical to that of the predicate device and the outer tube design of both devices incorporates a side-facing "cutting window" through which targeted tissue is pulled, cut, and moved back through the inner tube to a collection canister.

   The MyoSURE Hysteroscopic Tissue Removal System's intended use is identical to that of the predicate Interlace Medical Hysteroscopic Morcellation System.

   The MyoSURE Hysteroscopic Tissue Removal System is different from the predicate Interlace Medical Hysteroscopic Morcellation System device as follows:
   o The MyoSURE Control Unit's electric motor, motor control software and electronic circuitry components have been modified from those found in the predicate device.
   o The MyoSURE Tissue Removal Device is smaller, lighter and completely disposable and also features a more ergonomic hand piece design than the predicate device.
   o The MyoSURE Tissue Removal Device's morcellator features a mechanical drive mechanism in the handle which is connected via a flexible drive shaft to an electric motor in the MyoSURE Control Unit while the predicate Interlace morcellator is driven by a mechanical drive mechanism and two separate electric motors, all of which are located in the handle of the device.
   o The electric motor in the MyoSURE Control Unit is software-controlled.

- o The MyoSURE Tissue Removal Device morcellator's cutting tube outer surface is now coated with Titanium Nitride (TiN) to mitigate galling potential of the cutter tube and outer tube; the predicate Interlace device's cutting tube outer surface is not coated.
- o A vacuum sensor present in the predicate device has been eliminated in the MyoSURE™ Hysteroscopic Tissue Removal System.
- o Instructions for use for the MyoSURE™ Hysteroscopic Tissue Removal System have been changed from the predicate instructions for use to reflect the new device's ergonomic design modifications.

7. **Performance Testing:**
The MyoSURE Hysteroscopic Tissue Removal System meets electrical safety and EMC standards. New patient contact materials in the MyoSURE device meet the biocompatibility requirements of ISO 10993-1 Biological Evaluation of Medical Devices. In addition, in-vitro testing demonstrated that the MyoSURE device performs equivalent to or better than the predicate Interlace Morcellator device.

8. **Conclusion:**
Based on the intended use, descriptive information and performance evaluation provided in this submission, the MyoSURE Hysteroscopic Tissue Removal System has been shown to be equivalent in technology, method of operation, functional performance and intended use to the predicate Interlace Medical Hysteroscopic Morcellation System device.

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**     Public Health Service

Food and Drug Administration<br>
10903 New Hampshire Avenue<br>
Document Control Room – WO66-G609<br>
Silver Spring, MD 20993-0002

OCT 2 3 2009

Interlace™ Medical, Inc.
c/o Jonathan S. Kahan
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
WASHINGTON DC 20010

Re: K091100
  Trade/Device Name: MyoSURE™ Hysteroscopic Tissue Removal System
  Regulation Number: 21 CFR §884.1690
  Regulation Name: Hysteroscope and accessories
  Regulatory Class: II
  Product Code: HIH
  Dated: October 6, 2009
  Received: October 6, 2009

Dear Mr. Kahan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the <u>Federal Register.</u>

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical

Page 2 –

device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please go to http://www.fda.gov/AboutFDA/CentersOffices/CDRH/CDRHOffices/ucm115809.htm for the Center for Devices and Radiological Health's (CDRH's) Office of Compliance. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

Janine M. Morris
Acting Director, Division of Reproductive,
 Abdominal, and Radiological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

## 4. INDICATIONS FOR USE STATEMENT

510(k) Number (if known): K091100

Device Name: MyoSURE™ Hysteroscopic Tissue Removal System

Indications For Use:

The MyoSURE™ Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

Prescription Use  X          AND/OR        Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                  (21 CFR 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

_____
(Division Sign-Off)
Division of Reproductive, Abdominal, and Radiological Devices
510(k) Number____K091100____

Interlace Medical Inc.                                      Premarket Notification

K100539
pg 1 of 3

## 5. 510(k) SUMMARY

1. **Submitter:**
   Interlace Medical Inc.
   135 Newbury St
   Framingham, MA 01701
   Telephone: 508.875.1343, ext. 112

   Contact: John J. Vozella, VP Clinical & Regulatory Affairs
   Date Prepared: February 26, 2010

MAR 30 2010

2. **Device:**
   Trade Name: MyoSure™ Hysteroscopic Tissue Removal System
   Common Name: Hysteroscope and accessories
   Classification Name: Hysteroscope and accessories
   Class: II

3. **Predicate Device:**
   MyoSure™ Hysteroscopic Tissue Removal System (K091100)

4. **Device Description:**
   The modified MyoSure Hysteroscopic Tissue Removal System consists of the following procedural components which are identical to those found in the predicate MyoSure System:

   o MyoSure Control Unit
   o MyoSure Tissue Removal Device
   o MyoSure Foot Pedal

   The MyoSure Control Unit contains an electric motor and software controller that drives the MyoSure Tissue Removal Device. The Control Unit motor is activated and deactivated by the MyoSure Foot Pedal. The MyoSURE Tissue Removal Device is a tissue morcellator that is connected to the Control Unit via a flexible drive cable. The MyoSure Tissue Removal Device features a rotating/reciprocating (2.5 mm OD) cutter blade encased in a (3 mm OD) outer tube (i.e. morcellator). The morcellator's cutter blade is controlled by a drive system that enables simultaneous rotation and reciprocation of the cutter. The cutter is also connected to a vacuum source which aspirates resected tissue through a side-facing cutting window in the device's outer tube. Distension fluid and resected tissue are transported from the MyoSure Tissue Removal Device to a tissue trap and vacuum canister via a tube protruding from the proximal end of the Tissue Removal Device. The MyoSure Hysteroscopic Tissue Removal System is compatible with commercially available fluid management systems and may be used with hysteroscopes that have a straight 3 mm working channel.

5-1

Interlace Medical Inc.                                  Premarket Notification

K100559
Pg 2 of 3

5. **Intended Use:**

The MyoSure™ Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

6. **Comparison of Characteristics:**

The modified MyoSure Hysteroscopic Tissue Removal System's intended use and indicated use are identical to that of the predicate MyoSure Hysteroscopic Tissue Removal System, K091100.

The principles of operation and primary functional specifications of the modified MyoSure Hysteroscopic Tissue Removal System are identical to those of the predicate MyoSure Hysteroscopic Tissue Removal System.

The primary functional components of the modified MyoSure Hysteroscopic Tissue Removal System are identical to those of the predicate MyoSure Hysteroscopic Tissue Removal System, i.e.:
- each system employs a sterile, single use, Tissue Removal Device (disposable straight surgical morcellator),
- a Foot Pedal controls activation and deactivation of a motor in the Control Unit which powers the morcellator in both systems,
- the modified MyoSure cutter rotates and reciprocates at a fixed rate that is identical to the predicate device, and
- the modified MyoSure cutter blade tip design is identical to that of the predicate device, and

The modified MyoSure Hysteroscopic Tissue Removal System is different from the predicate MyoSure Hysteroscopic Tissue Removal System as follows:
o The modified MyoSure Control Unit's motor control software has been changed to firmware and the controller component has been modified accordingly.
o The maximum running current limit and current limit has been decreased in the modified MyoSure device.
o The modified MyoSure Tissue Removal Device morcellator's cutting tube outer surface is now coated with a different material than was used in the predicate device.
o An O ring in the predicate device's fluid path has been changed to a different material in the modified MyoSure™ Hysteroscopic Tissue Removal System.

5-2

- o The modified MyoSure™ Hysteroscopic Tissue Removal System utilizes a lubricant on the device's gear mechanism and O ring while the predicate MyoSure device had no gear lubrication.

7. **Performance Testing:**

   The modified MyoSure Hysteroscopic Tissue Removal System meets electrical safety and EMC standards. New patient contact materials in the modified MyoSure device meet the biocompatibility requirements of ISO 10993-1 Biological Evaluation of Medical Devices. In addition, in-vitro testing demonstrated that the modified MyoSure device's performance is equivalent to the predicate MyoSure device.

8. **Conclusion:**

   Based on the intended use, descriptive information and performance evaluation provided in this submission, the modified MyoSure Hysteroscopic Tissue Removal System has been shown to be equivalent in technology, method of operation, functional performance and intended use to the predicate MyoSure Hysteroscopic Tissue Removal System.



DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
10903 New Hampshire Avenue
Document Mail Center - WO66-G609
Silver Spring, MD 20993-0002

Mr. John Vozella
V.P. Clinical and Regulatory Affairs
Interlace Medical, Inc.
135 Newbury Street
FRAMINGHAM MA 01701

MAR 3 0 2010

Re: K100559
   Trade Name: MyoSure Hysteroscopic Tissue Removal System
   Regulation Number: 21 CFR §884.1690
   Regulation Name: Hysteroscope and accessories
   Regulatory Class: II
   Product Code: HIH
   Dated: February 26, 2010
   Received: March 1, 2010

Dear Mr. Vozella:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the <u>Federal Register.</u>

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related

Page 2 –

adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please go to http://www.fda.gov/AboutFDA/CentersOffices/CDRH/CDRHOffices/ucm115809.htm for the Center for Devices and Radiological Health's (CDRH's) Office of Compliance. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

Janine M. Morris
Acting Director, Division of Reproductive,
Abdominal, and Radiological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

Interlace Medical Inc.                                    Premarket Notification

## 4. INDICATIONS FOR USE STATEMENT

510(k) Number (if known):   K100559

Device Name: MyoSURE™ Hysteroscopic Tissue Removal System

Indications For Use:

The MyoSURE™ Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps.

Prescription Use  X         AND/OR        Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                (21 CFR 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

_(signature)_
(Division Sign-Off)
Division of Reproductive, Abdominal, and Radiological Devices
510(k) Number   K100559