# EXHIBIT K



NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1114
E-Mail: jleghorn@nixonpeabody.com

November 21, 2011

**VIA HAND DELIVERY**

Mark J. Casey
Sr. Vice President, General Counsel, and Secretary
Hologic, Inc.
35 Crosby Drive
Bedford, MA 01730

      RE:    U.S. Patent No. 8,061,359 to Smith & Nephew, Inc.

Dear Mr. Casey:

      I write to you on behalf of our client Smith & Nephew, Inc., the owner of U.S. Patent No. 8,061,359 ("the '359 Patent"), which will issue from the U.S. Patent & Trademark Office imminently. For your convenience copies of the published patent application, the allowed claims, and the Issue Notification for the '359 Patent are enclosed with this letter. The '359 Patent is generally directed to a method for the removal of tissue from a uterus by inserting an endoscope with specific features into the uterus, followed by inserting a motor driven cutter into the endoscope such that it extends into the uterus, delivering fluid through the endoscope into the uterus, energizing the motor to drive the cutter and cut tissue within the uterus, and removing cut tissue and fluid through the cutter.

      We and Smith & Nephew are aware that Hologic, Inc. currently manufactures, markets and sells hysteroscopic morcellation systems. In particular, we understand that your company manufactures, markets and sells the MyoSure® Tissue Removal Device in combination with the MyoSure® Rod Lens Hysteroscope (collectively the "MyoSure® System") for performing the MyoSure® Procedure. We and Smith & Nephew have obtained and analyzed samples of these products, copies of your marketing materials, and each product's operating manual. Based on this information, we believe that the use of the MyoSure® System in the MyoSure® Procedure, as promoted, marketed, offered for sale, and sold by Hologic, infringes at least claims 1, 3 and 4 of the '359 Patent. Enclosed with this letter is a detailed claim chart with exhibits, further evincing Hologic's infringement.

Mark J. Casey
November 21, 2011
Page 2


        We formally demand that Hologic, Inc. cease making, using, selling, or offering for sale
its MyoSure® System immediately.


                                        Sincerely,


                                        Joseph J. Leghorn

Enclosures

cc:     Matthew Wolf (via electronic mail)
        Lindsay McGuinness (via hand delivery)
        George Stacey (via electronic mail)