# EXHIBIT L

| U.S. Pat. No. 8,061,359 | Use of Hologics' MyoSure® System (the "MyoSure® Procedure") |
|---|---|
| **Claim 1** | |
| **A method for removal of tissue from a uterus, comprising:** | **The MyoSure® Procedure is used for the removal of tissue from the uterus.**<br><br>"[T]he MyoSure® System [is] used in medical procedures for the purpose of removing abnormal tissue such as fibroids and polyps from inside the uterus." – Stone Decl. at ¶ 4.<br><br>"During the MyoSure® Procedure that is marketed, promoted, and sold by Hologic, the MyoSure® Hysteroscope and the MyoSure® TRD are used together for the removal of tissue from the uterus, such as fibroids and polyps." – Stone Decl. at ¶ 10.<br><br>"MyoSure® Fibroid Removal Simplified." – Hologic Marketing Brochure (Ex.[1] N, p. 4).<br><br>"The MyoSure® Procedure is a simplified approach for the hysteroscopic removal of submucosal fibroids and polyps." – Hologic Marketing Brochure (Ex. N, p. 4).<br><br>"The MyoSure® Tissue Removal System is intended for hysteroscopic intrauterine procedures by trained gynecologists to resect and remove tissue including submucous myomas and endometrial polyps." – Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use (Ex. R, p. 1; Ex. S, p. 3).<br><br>"510K clearance from the U.S. Food and Drug Administration (FDA) to market the MyoSure® Hysteroscopic Tissue Removal System for the removal of submucosal fibroids and polyps." – Interlace Medical Press Release (Ex. T).<br><br>"The MyoSure® Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by a trained gynecologist to resect and remove tissue including submucous myomas and endometrial polyps." – MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010 (Ex. H, p. 13). |

---

[1] As used herein, the term "Ex." is a reference to an exhibit attached to the Declaration of Michelle A. Flores In Support of Smith & Nephew, Inc.'s Motion For A Preliminary Injunction, filed concurrently herewith.

| | |
|---|---|
| **inserting a distal region of an endoscope into said uterus,** | **The MyoSure® Procedure includes inserting the distal region of the MyoSure® Hysteroscope (i.e. endoscope ) into the uterus.**<br><br>"The MyoSure® Hysteroscope is an endoscope used for endoscopic procedures, such as the MyoSure® Procedure, involving the entry of the uterus through the cervix." – Stone Decl. at ¶ 8.<br><br>"[T]he MyoSure® Hysteroscope is inserted through the cervix and into the uterine cavity." – Stone Decl. at ¶ 10.<br><br>"Procedural Steps … (2) A hysteroscope will be inserted through your dialated cervix, and your uterus will be expanded using a saline solution in order to see the inside of your uterus." – Hologic Marketing Brochure (Ex. O, p. 2). |
| **the endoscope including a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region,** | **The MyoSure® Hysteroscope has a valve and an elongated member with two separate channels.**<br><br>*See* Photos of MyoSure® System (Ex. M).<br><br>"The MyoSure® Hysteroscope has two channels, a sealed channel and a working channel that is hollow." – Stone Decl. at ¶ 8.<br><br>The first channel is an optical channel that includes a lens at the distal tip, a proximal window or eyepiece, and a fiber optic light post. – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 4-5).<br><br>The second channel is "a 3mm working channel designed to accommodate the MyoSure® Tissue Removal Device". – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>"The MyoSure® Rod Lens Hysteroscope is comprised of an oval 6.0 mm x 6.4 OD x 184 mm long stainless steel tube containing a series of rod lenses and a 3.0 mm working channel." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1).<br><br>"The MyoSure® Rod Lens Hysteroscope also incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, |

| | |
|---|---|
| | p. 1). |
| **the second channel having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus, and** | **The working channel (i.e. second channel) has a valve that is connected via tubing to a fluid delivery system, which allows fluid to pass through the second channel into the uterus.**<br><br>*See* Photos of MyoSure® System (Ex. M).<br><br>"When the MyoSure® Hysteroscope is in use, a valve on the working channel is connected to a fluid delivery system that allows fluid to pass through the working channel into the uterus." – Stone Decl. at ¶ 8.<br><br>"To Attach Fluid Connections: The hysteroscope accepts a standard male luer connection for fluid inflow." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 4).<br><br>"The MyoSure® Rod Lens Hysteroscope also incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1). |
| **the first channel having a light guide permanently affixed therein and being sealed from the second channel to prevent fluid from the valve from entering the uterus through the first channel; followed by:** | **The first channel has a light guide permanently affixed therein and is sealed from the second channel.**<br><br>*See* Photos of MyoSure® System (Ex. M).<br><br>"Within the sealed channel, there is a lens at one end, and a fiber optics bundle that runs the length of the sealed channel. When the MyoSure® Hysteroscope is in use, a light source is connected to the sealed channel such that the operator can visualize the uterine cavity." – Stone Decl. at ¶ 8.<br><br>"The reuseable rod lens hysteroscope utilizes rod lenses for visualization and fibers for illumination." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>"The hysteroscope is normally coupled to a camera and video display unit for visualization." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>"High energy radiated light emitted from illuminating fiber at |

3

| | |
|---|---|
| | the distal end of the scope may give rise to temperatures exceeding 106F/41C". – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 3). "Hysteroscope Assembly/Disassembly Instructions: The MyoSure® Rod Lens Hysteroscope is compatible with Metal-Halide and Xenon light sources with up to 300 watts of power. Place the correct adaptor on the light post of the fiber optic scope and on the instrument end of the light guide." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 4). "The MyoSure® Rod Lens Hysteroscope is comprised of an oval 6.0 mm x 6.4 OD x 184 mm long stainless steel tube containing a series of rod lenses and a 3.0 mm working channel. At the distal end of the tube, an 'objective' lens captures the image of the 'object'. The series of 'rod' lenses relays the image along the length of the tube. The image is directed by a 45º prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube. At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1). "The MyoSure® Rod Lens Hysteroscope also incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1). |
| **inserting a motor driven cutter into the second channel such that a distal cutting region of the cutter extends distally beyond the endoscope in the uterus;** | **The MyoSure® Procedure includes inserting the MyoSure TRD into the MyoSure® Hysteroscope such that the cutting region extends distally beyond the hysteroscope (i.e. endoscope) into the uterus.** *See* Photos of MyoSure® System (Ex. M). "When the MyoSure® TRD is in use, it is connected to a control unit, and is operated by activating a motor that is inside the control unit that is controlled by a foot pedal." – Stone Decl. at ¶ 9. "[T]he MyoSure® TRD is inserted into the working channel of the MyoSure® Hysteroscope, such that the end of the MyoSure® TRD extends beyond the tip of the MyoSure® |

4

| | |
|---|---|
| | Hysteroscope when inside the uterus." – Stone Decl. at ¶ 10.<br><br>The second channel is "a 3mm working channel designed to accommodate the MyoSure® Tissue Removal Device". – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>The MyoSure® device is connected to the MyoSure® Control Unit (i.e. the motor) via a drive cable. – MyoSure® Clinical In-Service Set-Up Simplified (Ex. U, p. 7).<br><br>"The MyoSure® Control Unit contains an electric motor and software controller that drives the MyoSure® Tissue Removal Device." – MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010 (Ex. H, p. 12). |
| **delivering fluid into the uterus through the valve and the second channel to distend the uterus;** | **The MyoSure® Procedure includes delivering fluid into the uterus through the valve and the working channel (i.e. second channel).**<br><br>"When the MyoSure® Hysteroscope is in use, a valve on the working channel is connected to a fluid delivery system that allows fluid to pass through the working channel into the uterus." – Stone Decl. at ¶ 8.<br><br>"[F]luid, typically a saline solution is delivered into the uterus through the valve and working channel of the MyoSure® Hysteroscope to maintain the distension of the uterus during the course of the procedure." – Stone Decl. at ¶ 10.<br><br>"Procedural Steps … (2) A hysteroscope will be inserted through your dialed cervix, and your uterus will be expanded using a saline solution in order to see the inside of your uterus." – Hologic Marketing Brochure (Ex. O, p. 2). |
| **energizing an electric motor to drive the cutter to cut tissue within the uterus; and** | **The MyoSure® Procedure includes energizing the electric motor to drive the cutter to cut uterine tissue.**<br><br>"When the MyoSure® TRD is in use, it is connected to a control unit, and is operated by activating a motor that is inside the control unit that is controlled by a foot pedal." – Stone Decl. at ¶ 9.<br><br>"[T]he electric motor of the MyoSure® TRD is energized via a foot pedal, which drives the MyoSure® TRD for the purpose of cutting tissue within the uterus." – Stone Decl. at ¶ 10. |

5

| | |
|---|---|
| | "Procedural Steps … (3) The MyoSure® device will be inserted through the hysteroscope and the fibroid will be removed by cutting and suctioning through the open window of the MyoSure® device." – Hologic Marketing Brochure (Ex. O, p. 2). <br><br> "Simultaneous tissue cutting and suction maintains clear view" – Hologic Marketing Brochure (Ex. P, p. 2). <br><br> "Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus.  Efficient tissue removal means shorter procedure times." – Hologic Marketing Brochure (Ex. P, p. 3). <br><br> The MyoSure® device is connected to the MyoSure® Control Unit (i.e. the motor) via a drive cable. – MyoSure® Clinical In-Service Set-Up Simplified (Ex. U, p. 7). <br><br> "The MyoSure® Control Unit contains an electric motor and software controller that drives the MyoSure® Tissue Removal Device.  The Control Unit motor is activated and deactivated by the MyoSure® Foot Pedal." – MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010 (Ex. H, p. 12). |
| **aspirating cut tissue and fluid from the uterus and the endoscope through the cutter.** | **The MyoSure® Procedure includes aspirating cut tissue and fluid through the cutter.** <br><br> *See* Photos of MyoSure® System (Ex. M). <br><br> "When the MyoSure® TRD is in use, it is also connected to a vacuum source such that resected tissue and saline solution are aspirated and removed from the body through an opening in the device." – Stone Decl. at ¶ 9. <br><br> "[T]he cut tissue is aspirated, or removed, along with the saline solution or other fluid through an opening in the cutter of the MyoSure® TRD." – Stone Decl. at ¶ 10. <br><br> "Procedural Steps … (3) The MyoSure® device will be inserted through the hysteroscope and the fibroid will be removed by cutting and suctioning through the open window of the MyoSure® device." – Hologic Marketing Brochure (Ex. O, p. 2). |

|  | "Simultaneous tissue cutting and suction maintains clear view" – Hologic Marketing Brochure (Ex. P, p. 2).<br><br>"Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus. Efficient tissue removal means shorter procedure times." – Hologic Marketing Brochure (Ex. P, p. 3).<br><br>"The cutter is also connected to a vacuum source which aspirates resected tissue through a side-facing cutting window in the device's outer tube." – MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010 (Ex. H, p. 12). |
|---|---|
| **Claim 3** |  |
| **The method of claim 31, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.** | **The MyoSure® Hysteroscope (i.e. endoscope) includes a fiber optics bundle permanently affixed to the first channel.**<br><br>"Within the sealed channel, there is a lens at one end, and a fiber optics bundle that runs the length of the sealed channel. When the MyoSure® Hysteroscope is in use, a light source is connected to the sealed channel such that the operator can visualize the uterine cavity." – Stone Decl. at ¶ 8.<br><br>"The reuseable rod lens hysteroscope utilizes rod lenses for visualization and fibers for illumination." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>"High energy radiated light emitted from illuminating fiber at the distal end of the scope may give rise to temperatures exceeding 106F/41C". – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 3).<br><br>"The MyoSure® Rod Lens Hysteroscope also incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1). |
|  |  |

| Claim 4 | |
|---|---|
| **The method of claim 31, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.** | **The MyoSure® Hysteroscope (i.e. endoscope) includes a lens permanently affixed to the first channel.**<br><br>"Within the sealed channel, there is a lens at one end, and a fiber optics bundle that runs the length of the sealed channel. When the MyoSure® Hysteroscope is in use, a light source is connected to the sealed channel such that the operator can visualize the uterine cavity." – Stone Decl. at ¶ 8.<br><br>"The reuseable rod lens hysteroscope utilizes rod lenses for visualization and fibers for illumination." – Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use (Ex. Q, p. 2).<br><br>"The MyoSure® Rod Lens Hysteroscope is comprised of an oval 6.0 mm x 6.4 OD x 184 mm long stainless steel tube containing a series of rod lenses and a 3.0 mm working channel. At the distal end of the tube, an 'objective' lens captures the image of the 'object'. The series of 'rod' lenses relays the image along the length of the tube. The image is directed by a 45º prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube. At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." – MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 (Ex. V, p. 1). |