# EXHIBIT M











