# EXHIBIT N



Now there's a single source for your patients' gynecologic health.



HOLOGIC®
The Women's Health Company

# Many women.
# Many reasons.
# One source.

Your patients come to you for many reasons. Now you can address their important gynecologic health issues with a broad range of solutions from a single source: Hologic. As the leading women's health company, we are committed to helping women everywhere lead longer, healthier lives.

## Top Reasons for OB/

- Annual exam and Pap test
- Problems/changes with periods
- Painful periods or other pelvic pain
- Contraception
- Side effects from hormones/birth control pills
- Urinary issues
- Post-partum follow-up
- Lump on breast
- Reproductive issues
- Oncology/malignancy screening
- Other

Survey of 1,300 women suffering from heavy menstrual bleeding. Hologic Inc., 2009.
Base: Visited OB/GYN Past 12 Months
Q4: Why did you visit your OB/GYN on these occasions? (Select all that apply.)



# Working together across the continuum of care.



*Fibroid Removal Simplified*

## Confidence. Control. Care.

The MyoSure® procedure is a simplified approach for the hysteroscopic removal of submucosal fibroids and polyps.

- Efficient tissue removal
- Reduced resection risk
- Life uninterrupted





Polyps and Submucosal Fibroids: MyoSure & THS

Uterine Diagnosis: THS

20's

50's

HOL



**Tower-free Hysteroscopy System**

## Simple. Compact. Versatile.

THS® is a tower-free hysteroscopy system designed to meet diverse diagnostic and treatment needs.

- Designed specifically for the GYN office
- Simple setup and operation
- Compact footprint for even the smallest exam room






Abnormal Uterine Bleeding: NovaSure, MyoSure & THS
Permanent Contraception: Adiana & THS
30's
40's
OGIC

## NovaSure®
Customized Treatment. Proven Outcomes.

### Advanced Technology. Safe and Comfortable.

The NovaSure® system offers the only customized endometrial ablation procedure as unique as each patient.

- Quick and easy to perform in the office setting – average 5-minute procedure time
- Delivers a consistent depth of ablation, customized to each patient, regardless of endometrial thickness
- No pretreatment required, cycle independent
- No distention of the uterine cavity during treatment
- Over one million women treated to date

## Adiana®
Permanent Contraception

### Safe. Simple. Effective. Nothing left in the uterus.

The Adiana® system offers a safe and simple hysteroscopic procedure that provides permanent contraception – without leaving anything in the uterus to interfere with future gynecologic tests or procedures.

- No hormones, no metal, no perforations, no matrix removals and no risks from general anesthesia
- Simplified cannulation
- Efficacy comparable to tubal ligation without the risk of surgery
- Implantable matrix fully contained in the fallopian tube

# Helping build the success of your pra

Hologic goes beyond providing a continuum of care for the life of your patients. We do the same for the life of your practice.

## Customer Support

- Sales representatives with special expertise in gynecologic health provide product and management support to help you run a safe, effective and productive practice.
- Anesthesia protocol support.
- Real-time technical procedure support staffed by dedicated system experts at **800.442.9892**.

## Patient Outreach

- Hologic has made its largest marketing investment ever with a multi-media NovaSure ad campaign, including more than 700 television commercials.
- To help you leverage this effort and generate demand for your expanded services, we've created a Patient Outreach Toolkit, complete with online materials, direct mailers and prerecorded radio commercials that you can customize to your practice.
- **Sign up at gynmarketing.com.**

## Reimbursement Support

- Hologic's managed care experts and hotline will provide information about reimbursement rates, policy issues and patient authorization requirements.
- **Call 866.369.9290 to learn more.**



ctice.

### In-office Solution Center

- Office reference centers provide a quick-start program to help with office setup and management, space and equipment considerations, and understanding legal and regulatory issues.

- Get online access to a variety of downloadable educational materials at novasure.com/hcp.

### Education and Training

- Tap the knowledge of Hologic's experts via our product websites and take part in educational and training programs on Hologic products and the medical conditions they treat.

- Visit hologic.com/en/gsp-courses for details.

### Learn more.

Find out how Hologic can help you improve the lives and gynecologic health of your patients and grow the success of your practice.

**Please call 781.999.7453 or email gyncare@hologic.com.**

