# EXHIBIT O

# Because you deserve a...



*Life uninterrupted.*

There are options available to treat fibroids.
MyoSure could be the answer.



*MyoSure*™
*Fibroid Removal Simplified*

# MyoSure™ is Fibroid Removal Simplified

THE MyoSure procedure is an incision-less procedure which safely and effectively removes submucosal fibroids. MyoSure is the ideal treatment option for women seeking to reduce heavy bleeding symptoms and preserve uterine form and function.

## WHY IS MYOSURE RIGHT FOR YOU?

1. Clinically proven to effectively reduce Abnormal Uterine Bleeding symptoms caused by submucosal fibroids
2. Uterine form and function is preserved
3. No long recovery time

## FREQUENTLY ASKED QUESTIONS

### How safe is the MyoSure procedure?

Complications associated with hysteroscopic removal of fibroids are rare. In a review of clinical data regarding complications associated with hysteroscopy (to include fibroid resection), the overall rate is less than 2 percent. Potential complications include:

- perforation upon cervical dilation[1]
- fluid overload[1]
- mild cramping and discomfort[1]
- bleeding[1]

### How effective is the MyoSure procedure?

Overall effectiveness for reducing heavy bleeding caused by submucosal fibroids is greater than 90 percent with a recurrence rate of less than 20 percent at five years.[2]

### How quickly can I resume my normal activities?

The MyoSure procedure is an outpatient procedure and requires no incision. On average, a 3 cm fibroid (about the size of a grape), can be removed in approximately 10 minutes. Some women will experience mild cramping after the procedure. Your doctor may recommend an over-the-counter pain reliever if cramping persists. You should be able to resume your normal activity within two days.

## PROCEDURAL STEPS

1. Your doctor will dilate your cervix to approximately 6 mm.





2. A hysteroscope will be inserted through your dilated cervix, and your uterus will be expanded using a saline solution in order to see the inside of your uterus.



3. The MyoSure device will be inserted through the hysteroscope and the fibroid will be removed by cutting and suctioning through the open window of the MyoSure device.



## WHAT ARE UTERINE FIBROIDS?

Fibroids are benign growths in the muscle walls of the uterus. Another medical term for fibroids is "leiomyoma" or just "myoma". Fibroids may occur individually, or there can be many of them in the uterus. They can be as small as an apple seed or as big as a grapefruit.

There are several different fibroid types, classified by where they grow.



**VARIOUS FIBROID TYPES AND LOCATIONS**

Submucosal Fibroid
Peduncalated–Type 0-100% in the uterus

Intramural Fibroid

Submucosal Fibroid
Type I: >50% in the uterus
Type II: >50% myometrium

Subserosal Fibroid

The MyoSure procedure is intended to remove **submucosal fibroids.**

▶ **To learn more about fibroids and the MyoSure procedure, visit <u>www.myosure.com</u>.**

*Only you and your doctor can decide which treatment option is best for you. Ask your doctor today if MyoSure is right for you.*

"I wish my fibroids had been successfully treated years ago. I believe I suffered unnecessarily for years. Far too many women go without treatment for too long."

- Anonymous patient feedback

**INFORMATIVE RESOURCES FOR WOMEN'S HEALTH**

www.aagl.org

www.acog.org

www.asrm.org

www.empowHER.com

www.healthywomen.org

www.hersfoundation.org

www.nuff.org

www.womenshealth.gov/faq/uterine-fibroids.cfm

References:

[1]Complications of Hysteroscopy: A Prospective, Multicenter Study, Jansen et al, Obstetrics and Gynecology, Vol. 96, No. 2, August 2000, pgs. 266-270

[2]American Society for Reproductive Medicine. Uterine Fibroids: A Guide for Patients. Patient Information Series 2003. http://www.asrm.org/uploadedFiles/ASRM_Content/Resources/Patient_Resources/Fact_Sheets_and_Info_Booklets/uterine_fibroids.pdf

©2010 Interlace Medical Inc. or its affiliates. All rights reserved.

ADV-0025, 04-13-10, Rev. A



135 Newbury Street
Framingham MA 01701
Tel: (877) 222-8508
Fax: (877) 832-7564
www.interlacemedical.com
www.myosure.com