# EXHIBIT P




# MyoSure® Hysteroscopic Tissue R

## Confidence
Efficient Tissue Removal

- Simultaneous tissue cutting and suction maintains clear view
- Simple operating technique
- Short procedure time; can remove a 3cm fibroid in 10 minutes[1]

## Control
Reduced Resection Risk

- Mechanical mechanism of action
- Intact tissue margins on specimen
- Normal saline and quick procedure time minimizes risk of fluid overload

## Care
Patient's Life Uninterrupted

- Incision-less
- Preserves uterine form and function
- Reliable results





**Ergonomic Handle**
Ergonomic handle for comfort and ease of use.

**MyoSure®**
Fibroid Removal Simplified

HOLOGIC - DEFINING THE STANDARD OF CARE IN WOMEN'S HEALTH

# ...noval System



**Minimizes Risk**
Operative o.d. less than 6.5mm minimizes the risk of perforation and cervical trauma to the patient.



**Proprietary Blade**
Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus.

Efficient tissue removal means shorter procedure times.

**Simple to Use**
- Compatible with all fluid management systems minimizing the need to purchase and learn a new system
- Simple on/off switch with no user settings or adjustments necessary
- Color-coded connections to aid staff in efficient set-up



| Pathology Type | Size (mm) [Mean; range] | Treatment Time (min:sec) [Mean; range] | % Tissue Removed | Wt. Tissue Removed (g) [Mean; range] |
|---|---|---|---|---|
| Polyps | 9.6; 5-30 | 0:37; 0:14-0:58 | 100% | 1.9; 0.5-4.3 |
| Type 0 Myomas | 22.5; 15-30 | 2:19; 0:38-4:00 | 100% | 9.6; 4.3-14.9 |
| Type I Myomas | 31.7; 20-40 | 9:10; 0:14-22:38 | 100% | 20.8; 4.5-45.3 |
| Type II Myomas | 50 | 11:49 | 50% | 11.7 |

Operative Hysteroscopy Outcome Measures 'Clinical Evaluation of a New Hysteroscopic Morcellator-Retrospective Case Review', Charles Miller, MD; Larry Glazerman, MD; Kelly Roy, MD; Andrea Lukes, MD

GYNECOLOGIC SOLUTIONS

## MyoSure® Tissue Removal System is:

**Quick**  Simultaneous tissue cutting and evacuation
A 3cm fibroid can be removed in 10 minutes

**Simple**  Tissue removal in a single step
Simple user technique

**Sure**  Preserves uterine form and function
Minimal specimen destruction improves pathological diagnosis


Fibroid Removal Simplified

### Ordering Information

| Description | Order Number |
| --- | --- |
| MyoSure® Hysteroscopic Tissue Removal System Control Unit Includes: power foot pedal and users manual | 10-500 |
| MyoSure® Hysteroscopic Tissue Removal Device – (Minimum order of 3) | 10-401 |
| MyoSure® Rod Lens Hysteroscope | 40-200 |
| MyoSure® Rod Lens Hysteroscope Outflow Channel | 40-201 |
| Single use Seal Set, Hysteroscope and Outflow Channel – Box 10 | 40-902 |
| MyoSure® Hysteroscopic Tissue Removal System Control Unit Replacement Foot Pedal | 10-903 |
| MyoSure® Hysteroscopic Tissue Removal System Control Unit Replacement Power Cord | 10-900 |

To place an order, contact Hologic Customer Service at: 1-800-442-9892


The Women's Health Company

**United States**
250 Campus Drive
Marlborough, MA 01752
Tel: +1.508.263.2900
Fax: +1.508.263.2900
www.hologic.com

**www.myosure.com**

References:
1. Hologic data on file.
2. Miller C, Glazerman L, Roy K, Lukas A. Clinical evaluation of a new hysteroscopic morcellator - Retrospective Case Review. Journal of Clinical Medicine 2(3):163-166 July/August 2009.

© 2011 Hologic, Inc. All rights reserved. Specifications are subject to change without prior notice.

PB-00111-001 Rev. 002