# EXHIBIT R

# MyoSure™ Hysteroscopic Tissue Removal System
## Instructions for Use



# HOLOGIC®

**Please read all information carefully.**

 only

### Description

The MyoSure Tissue Removal System consists of the following procedural components:

- Control Unit
- Tissue Removal Device (TRD) (Single Use)
- Foot Pedal

The sterile, disposable, hand-held TRD is used to hysteroscopically remove intrauterine tissue. It is connected via a flexible drive shaft to a motorized Control Unit. A Foot Pedal allows the user to control the TRD by turning the motor in the Control Unit on and off.

### Indications for Use

The MyoSure Tissue Removal System is intended for hysteroscopic intrauterine procedures by trained gynecologists to resect and remove tissue including submucous myomas and endometrial polyps.

### Contraindications

The MyoSure Tissue Removal System should not be used with pregnant patients or patients exhibiting pelvic infection, cervical malignancies, or previously diagnosed endometrial cancer.

### Warnings and Precautions

The brief operating instructions in this guide will make the system easier to use. As with any surgical instrument, there are important health and safety considerations. These are as follows:



- Before using the MyoSure Tissue Removal System for the first time, please review all available product information.
- Before using the MyoSure Tissue Removal System, you should be experienced in hysteroscopic surgery with powered instruments. Healthy uterine tissue can be injured by improper use of the TRD. Use every available means to avoid such injury.
- Use only the MyoSure Control Unit to connect to the MyoSure TRD. Use of any other drive mechanism may result in failure of the device to operate or lead to patient or physician injury.
- If visualization is lost at any point during a procedure, stop cutting immediately.
- Periodic irrigation of the TRD tip is recommended to provide adequate cooling and to prevent accumulation of excised materials in the surgical site.

- Ensure that vacuum pressure > 200 mmHg is available before commencing surgery.
- **DANGER**: Risk of explosion if used in the presence of flammable anesthetics.
- **WARNING - Exercise extreme caution when resecting tissue in patients who have implants that extend into the uterine cavity.**
- Do not use the MyoSure TRD to resect tissue that is adjacent to an implant. When resecting tissue in patients that have implants, assure that:
    - the MyoSure TRD's cutting window is facing away from (i.e. 180° opposite) the implant;
    - the visual field is clear; and
    - the MyoSure TRD's cutting window is engaged in tissue and is moved away from the implant as tissue resection proceeds.
- In the event an implant becomes entangled with a MyoSure cutter, the following steps are recommended:
    - cease cutting immediately;
    - kink the MyoSure TRD's outflow tube to prevent a loss of uterine distension;
    - disconnect the MyoSure TRD's drive cable from the control box;
    - grasp the end of the MyoSure TRD drive cable with a hemostat or other clamping device;
    - hold the drive cable hub and TRD to prevent twisting;
    - open the TRD's cutting window by manually twisting the hemostat counterclockwise; and
    - gently pull the MyoSure TRD into the hysteroscope to detach the MyoSure device from the implant.
- If this unit is configured as part of a system, the entire system should be tested for compliance with IEC 60601-1-1.
- If the leakage current of the configured system exceeds the limits of IEC 60601-1-1, install an appropriately rated UL 2601-1/IEC 60601-1 approved isolation transformer and retest the system.
- The use of accessory equipment not complying with the equivalent safety requirements of this equipment may lead to a reduced level of safety of the resulting system. Consideration relating to the choice shall include use of the accessory in the patient vicinity.
- Use of an accessory, transducer or cable, other than those specified by Hologic may result in increased emissions or decreased immunity of the MyoSure Hysteroscopic Tissue Removal System.

**Precautions**

-  U.S. Federal law restricts this device to sale by or on the order of a physician.
- The TRD should be stored at room temperature, away from moisture and direct heat.
- Do not use after expiration date.
- Do not use the device if the sterile package is open or appears compromised. Do not use the device if damage is observed.
- To assure optimal performance, replace the TRD after 2 hours of cutting time.
- The TRD is intended for single use only. Do not resterilize. Do not lubricate TRD. Discard TRD assembly after use.
- Use of a reprocessed, single-use TRD may permanently damage, impede performance, or cause failure of the MyoSure Hysteroscopic Tissue Removal System. Use of such products may render any warranties null and void.
- DO NOT attempt to sharply bend the flexible drive cable in a diameter of less than 8 inches (20 centimeters). A sharply bent or kinked drive cable may cause the Control Unit to overheat and stop. During a procedure, a minimum distance of 5 feet (1.5 meters) should be maintained between the Control Unit

- and the TRD to allow the drive cable to hang in a large arc with no bends, loops or kinks.
- DO NOT rotate the TRD >180° if the TRD is not running. The cutting window may open up which will lead to inability to maintain distention. If such situation occurs, just tap the Foot Pedal once or twice to run the TRD, the cutting window will then close automatically.
- If it appears that the TRD's cutter blade has stopped rotating during a procedure, check to ensure that all connections to the TRD and the Control Unit (both mechanical and electrical) are secure and that the drive cable has not wrapped into a loop.
- Exercise care when inserting or removing the device. Insertion and removal of the device should be performed under direct visualization at all times.
- To avoid perforation, keep the device tip under direct visualization and exercise care at all times when maneuvering it or cutting tissue close to uterine wall. Never use the device tip as a probe or dissecting tool.
- Exercise care when inserting or removing the device. Excessive bending of the device distal tip can cause the TRD's cutter to come out of the cutting window. If such damage occurs, replace the device immediately.
- Do not allow the rotating portion of the TRD to touch any metallic object such as a hysteroscope or sheath. Damage to both instruments is likely. Damage to the TRD can range from a slight distortion or dulling of the cutting edge to actual fracture of the tip in vivo. If such contact does occur, inspect the tip. If you find cracks, fractures or dulling, or if you have any other reason to suspect a TRD is damaged, replace it immediately.
- Do not operate the TRD in the open air for an extended period, as the lack of irrigation may cause the TRD to overheat and seize.
- Excessive leverage on the TRD does not improve cutting performance and, in extreme cases, may result in wear, degradation, and seizing of the inner assembly.
- Do not sterilize or immerse the Control Unit in disinfectant.
- Do not cool the TRD by immersing it in cold water.
- Electrical safety testing should be performed by a biomedical engineer or other qualified person.
- This equipment contains electronic printed circuit assemblies. At the end of the useful life of the equipment it should be disposed of in accordance with any applicable national or institutional related policy relating to obsolete electronic equipment.

**Electromagnetic Safety**

- The MyoSure Tissue Removal System needs special precautions regarding Electromagnetic Safety and needs to be installed and put into service according to the Electromagnetic Safety information provided in the system's Operating Manual.
- This equipment is designed and tested to minimize interference with other electrical equipment. However, if interference occurs with other equipment it may be corrected by one or more of the following measures:
  - Reorient or relocate this equipment, the other equipment, or both.
  - Increase the separation between the pieces of equipment.
  - Connect the pieces of equipment into different outlets or circuits.
  - Consult a biomedical engineer.
- All equipment performance is considered safety related performance. That is, the failure or degradation of the performance specified in this manual may pose a safety risk to the patient or operator of this equipment.
- Note: If the MyoSure Tissue Removal System is put into service in accordance to the safety instruction in this manual, the product should remain safe and provide the performance listed above. If the product fails to provide this level of performance,

- the procedure should be aborted and the biomedical staff alerted to the observed problem. The problem needs to be corrected before continuing or starting a new procedure.
- Portable and mobile RF communications equipment, including cellular telephones and other wireless devices can affect medical electrical equipment. To insure safe operation of the MyoSure Hysteroscopic Tissue Removal System, do not operate communications equipment or cellular telephones at a distance closer than specified in Table 4 of the Operating Manual.
- The MyoSure Tissue Removal System is not designed to work with or in the vicinity of Electrical Surgical Equipment. If Electrical Surgical Equipment must be used in the same area as the MyoSure Hysteroscopic Tissue Removal System, the MyoSure Tissue Removal System should be observed for proper operation before performing a procedure. This includes operating the Electrical Surgical Equipment in its active mode at a power level suitable for the procedure.
- For more information regarding the Electromagnetic Safety of this product, please see Tables 1-4 in the back of the Operating Manual.

### Tissue Removal Device: 10-401

The MyoSure TRD is shown in Figure 1. It is a hand-held unit which is connected to the Control Unit via a 6-foot flexible drive cable and to a collection canister via a 10-foot vacuum tube. Cutting action is activated by a Foot Pedal. The TRD is a single use device designed to hysteroscopically remove intrauterine tissue.



**Figure 1. MyoSure™ TRD**

The flexible drive cable is inserted into the drive cable connection on the front panel of the MyoSure Control Unit. The proximal end of the vacuum tubing is connected to a collection canister. The vacuum pressure draws fluid and resected tissue through the TRD's cutting window.

### Setup

The TRD is EtO sterilized. Verify that the TRD is sterile prior to use. Do not use if the package is opened or damaged. Discard all opened, unused devices.

*CAUTION:* The TRD is intended for single use only. DO NOT RESTERILIZE. DO NOT REUSE. *Do not lubricate TRD. Discard TRD after use. Dispose of the TRD and packaging according to your facility's policies and procedures concerning biohazardous materials and sharps waste.*

 **WARNING-DANGER**: Risk of explosion if used in the presence of flammable anesthetics.

1. Review the System Configuration Diagram in Figure 2 for setup outline.



**Figure 2. System Configuration**

2. Place the Control Unit on top of a cart or other stable work surface. Plug the Control Unit power cord into the rear panel connector and a grounded AC power source.
3. Connect the Foot Pedal tube to the connector on the front of the Control Unit panel.

### Connecting TRD to the Control Unit

1. Remove the TRD [REF 10-401] from the sterile package.
2. Sterile person hands the flexible drive cable and vacuum tubing to the non-sterile person.

3. Non-sterile person inserts the flexible cable into the corresponding connection on the Control Unit as shown in Figure 3.
4. The TRD flexible drive cable has a keyed feature that serves to align the handpiece cable to the Control Unit connector. The metal tab on the connector is pushed down, the flexible cable inserted and then the tab is released.



Figure 3. Insert Drive Cable and Foot Pedal into Control Unit

**CAUTION:** DO NOT attempt to sharply bend the flexible drive cable in a diameter of less than 8 inches (20 centimeters). A sharply bent or kinked drive cable may cause the Control Unit to overheat and stop. During a procedure, a minimum distance of 5 feet (1.5 meters) should be maintained between the Control Unit and the TRD to allow the drive cable to hang in a large arc with no bends, loops or kinks.

5. Non-sterile person attaches the TRD vacuum tubing to the corresponding connection on the tissue trap of the collecton canister as shown in Figure 4.



Figure 4. Attach Vacuum Tube to Collection Canister

Operation

1. Push the power switch to the ON ( | ) position.
2. The Foot Pedal activates TRD operation. Since the TRD operates in only one direction and speed, the Foot Pedal merely turns the motor ON and OFF. Once the Foot Pedal is depressed, the TRD accelerates and rotates to the set speed and continues until the Foot Pedal is released.
3. Press the Foot Pedal and observe the TRD action to verify that the motor runs and that the cutting window is closed as shown in Figure 5.



Figure 5. Closed TRD Cutting Window on Left

⚠️ **WARNING:** Periodic irrigation of the TRD tip is recommended to provide adequate cooling and to prevent accumulation of excised materials in the surgical site.

4. Introduce the TRD transvaginally through the straight 3mm working channel of a previously placed hysteroscope.
5. Under direct hysteroscopic visualization, position the TRD's side facing cutting window against target pathology.

***CAUTION:*** *Excessive leverage on the TRD does not improve cutting performance and, in extreme cases, may result in wear, degradation and seizing of the cutter assembly.*

6. Press the Foot Pedal to activate the TRD's cutting blade.
7. The TRD's reciprocating action alternately opens and closes the device's cutting window to the vacuum flow thereby drawing tissue into the cutting window.
8. Cutting takes place when the TRD cutting edge rotates and translates across the TRD's cutting window.

***CAUTION:*** *If it appears that the blade has stopped rotating during a procedure, check to ensure that all connections to the TRD and the Control Unit (both mechanical and electrical) are secure and that the drive cable has not wrapped into a loop.*

**NOTE**: If system is turned off for any reason, wait at least 15 seconds before turning power back on.

### Storage

The TRD should be stored at room temperature, away from moisture and direct heat. Do not use after expiration date.

### Sterility

The TRD is EtO sterilized. DO NOT RESTERILIZE. DO NOT REUSE. Do not use if package is opened or damaged. Discard all opened, unused devices.

### Disposal

Disconnect the TRD from the Control Unit. Dispose of the TRD and packaging according to your facility's policies and procedures concerning biohazardous materials and sharps waste.

***Caution:*** *The TRD contains electronic printed circuit assemblies. At the end of the useful life of the equipment it should be disposed of in accordance with any applicable national or institutional related policy relating to obsolete electronic equipment.*

### Troubleshooting

The MyoSure Tissue Removal System is very simple to operate. The Control Unit is switched ON using the front panel power switch. If the unit does not operate, check the following:

1. Unit is plugged into wall outlet.
2. Wall outlet has power.
3. Power cord is attached to back of Control Unit.
4. Foot pedal has been connected to front panel.
5. Vacuum pressure is available.
6. Vacuum tubing is connected.

If excess force or bend is applied to the TRD, the Control Unit will shut off the timer display to protect the system. In this event, switch the main power switch located in the front panel of the Control Unit to OFF, wait for 15 seconds and then switch the main power switch to ON to resume operation of the MyoSure Tissue Removal System.

**Note**: If the system is turned off for any reason, wait at least 15 seconds before turning the power back on.

### Technical Specifications

**Tissue Removal Device: 10-401**

Sterile, single use device

Length: 25.25"

OD: 3 mm

Weight: 17 oz.

### Tissue Removal Device Accessories

Vacuum Source - 200-650 mmHg

Olympus Vacuum Pump Model KV-5 or equivalent in compliance with national version of safety standard, IEC 60601-1:1988-1995 (e.g. for USA, UL 60601-1:2003; for Europe, EN 60601-1:1990-1996; for Canada, CSA C22.2 No. 601.1:1998, etc)

## Vacuum Canister & Tissue Trap

Bemis 3000cc Hi-Flow Canister Model 3002 055 or equivalent

Bemis Specimen Collection Adapter 533810 or equivalent

### New Product Warranty

Hologic products are guaranteed to be free from defects in material and workmanship for one year beginning from date of invoice. This limited warranty is restricted to repair or replacement by Hologic, at its option, of any product found to be defective during the warranty period. Damage inflicted to a product by the user that causes it to be unsuitable for refurbishment may result in additional charges, regardless of warranty status. All warranties apply to the original buyer only. In no event shall Hologic be liable for any anticipated profits, consequential damages or loss of time incurred by the buyer with the purchase or use of any product.

NO OTHER WARRANTY, EXPRESSED OR IMPLIED, IS GIVEN.

### Service Replacement Program

Hologic offers a 24-hour Service Replacement Program for its products to minimize downtime in your operating room. Our goal is to ship you a service replacement unit within 24 hours** of your call (during normal business hours). For a Return Authorization (RA) number or for additional information on this program, call Customer Service 1-877-222-8508 in the U.S., Address: 135 Newbury Street, Framingham, MA 01701 USA or contact your authorized representative.

The service replacement MyoSure Control Unit is warranted to be free from defects in material and workmanship for 90 days from the date of original invoice unless otherwise provided by local law.

**24-hour shipment is not offered in all countries

| EC | REP |

European Representative
Emergo Group, Inc.
Molenstraat 15, 2513 BH
The Hague
The Netherlands

The Hologic MyoSure Tissue Removal System and components are covered by one or more of the following U. S. Patent Numbers: patents pending.