# EXHIBIT S
# (Part 1 of 2)

# MyoSure™ Hysteroscopic Tissue Removal System Operating Manual



# Preface / Contents / Glossary of Symbols

## Preface

This manual provides the information you need to operate and maintain the Hologic MyoSure™ Hysteroscopic Tissue Removal System. It is essential that you read and understand all the information in this manual before using or maintaining the system.

## Contents

**Introduction, Indications for Use, and Contraindications**
Introduction **pg. 2**
Indications for Use **pg. 2**
Contraindications **pg. 2**
**Warnings and Precautions**
Warnings **pg. 2**
Precautions **pg. 2**
Electromagnetic Safety **pg. 3**
**System Components**
MyoSure™ Control Unit - Front Panel **pg. 4**
Power Switch **pg. 4**
Timer Display Window **pg. 4**
MyoSure™ Foot Pedal and Tissue Removal Device Connectors **pg. 4**
MyoSure™ Control Unit - Rear Panel **pg. 4**
MyoSure™ Tissue Removal Device **pg. 4**
MyoSure™ Foot Pedal **pg. 5**
**Setup**
Connecting a MyoSure™ Tissue Removal Device to the Control Unit **pg. 5**

Operation **pg. 6**
**Cleaning**
MyoSure™ Control Unit and Foot Pedal **pg. 7**
**Maintenance and Service**
Electrical Interference **pg. 7**
Environmental Protection **pg. 7**
Preventive Maintenance **pg. 7**
Service Philosophy **pg. 7**
MyoSure™ Control Unit Fuses **pg. 8**
Troubleshooting **pg. 8**
**Technical Specifications**
MyoSure™ Control Unit **pg. 8**
MyoSure™ Handpiece **pg. 9**
MyoSure™ Foot Pedal **pg. 9**
MyoSure™ Accessories **pg. 9**
**Warranty**
New Product Warranty **pg. 9**
Service Warranty **pg. 9**

**Tables**
Table 1. Electromagnetic Safety **pg. 11**
Table 2. Electromagnetic Immunity **pg. 12**
Table 3. Electromagnetic Immunity **pg. 13**
Table 4. Recommended Separation Distances **pg. 14**
**Figures**
1) MyoSure™ Control Unit- Front Panel **pg. 4**
2) MyoSure™ Control Unit Rear Panel **pg. 4**
3) MyoSure™ Tissue Removal Device **pg. 5**
4) Foot Pedal **pg. 5**
5) System Configuration **pg. 5**
6) Insert Drive Cable into MyoSure™ Control Unit **pg. 6**
7) Attach Vacuum Tube to Collection Canister **pg. 6**
8) Closed MyoSure™ Tissue Removal Device Cutting Window on left **pg. 6**

---

| ON  Main electrical power on. |  |  CAUTION See Instructions for Use. | REF | CATALOG NUMBER Part number or reorder number |

OFF  Main electrical power off.

 FOOTSWITCH Foot pedal Control

Equipotential Terminal

 EQUIPMENT CLASSIFICATION Type BF Equipment

IPX1   Watertight Equipment Per IEC 529

# Introductions, Indications for Use, Contraindications

## Introduction

Read these instructions completely prior to using the MyoSure™ Hysteroscopic Tissue Removal System.

The MyoSure™ Hysteroscopic Tissue Removal System is designed to meet the requirements of intrauterine tissue removal. The system consists of the following procedural components:

- Control Unit
- Tissue Removal Device (TRD), (Single Use)
- Foot Pedal

A sterile, disposable, hand held Tissue Removal Device is used for tissue removal. It is connected via a flexible drive shaft to a motorized Control Unit. A Foot-Pedal allows the user to control the Tissue Removal Device by turning the motor in the Control Unit off and on.

The MyoSure™ Hysteroscopic Tissue Removal System features many performance and ease-of-use advantages, including:

- A simple user interface with only a power switch and
- A display that shows the time spent cutting and removing tissue.

## Indications for Use

The MyoSure™ Hysteroscopic Tissue Removal System is intended for hysteroscopic intrauterine procedures by trained gynecologists to resect and remove tissue including submucous myomas and endometrial polyps.

## Contraindications

The MyoSure™ Hysteroscopic Tissue Removal System should not be used with pregnant patients or patients exhibiting pelvic infection, cervical malignancies, or previously diagnosed endometrial cancer.

## Warnings and Precautions

The brief operating instructions in this guide will make the system easier to use, while the recommended maintenance procedures will ensure optimal performance over years of reliable use. Of course, as with any surgical instrument, there are important health and safety considerations. These are listed below and highlighted within the text.



## Warnings

- Before using the MyoSure™ Tissue Removal System for the first time, please review all available product information.
- Before using the MyoSure™ System, you should be experienced in hysteroscopic surgery with powered instruments. Healthy uterine tissue can be injured by improper use of the Tissue Removal Device (TRD). Use every available means to avoid such injury.
- Use only the MyoSure™ Control Unit to connect to the MyoSure™ TRD. Use of any other drive mechanism may result in failure of the device to operate or lead to patient or physician injury.
- If visualization is lost at any point during the procedure, stop cutting immediately.
- Periodic irrigation of the TRD tip is recommended to provide adequate cooling and to prevent accumulation of excised materials in the surgical site.
- Ensure that vacuum pressure > 200 mmHg is available before commencing surgery.
- DANGER: Risk of explosion if used in the presence of flammable anesthetics.
- **WARNING - Exercise extreme caution when resecting tissue in patients who have implants that extend into the uterine cavity.**

Do not use the MyoSure Tissue Removal Device (TRD) to resect tissue that is adjacent to an implant. When resecting tissue in patients that have implants, assure that:

- the MyoSure TRD's cutting window is facing away (i.e. 180° opposite) the implant;
- the visual field is clear;
- the MyoSure TRD's cutting window is engaged in tissue and is moved away from the implant as tissue resection proceeds.

In the event an implant becomes entangled with a MyoSure cutter, the following steps are recommended:

- cease cutting immediately;
- kink the MyoSure TRD's outflow tube to prevent a loss of uterine distension;
- disconnect the MyoSure TRD's drive cable from the control box;

- grasp the end of the MyoSure TRD drive cable with a hemostat or other clamping device;
- hold the drive cable hub and TRD to prevent twisting;
- open the TRD's cutting window by manually twisting the hemostat counterclockwise;
- gently pull the MyoSure TRD into the hysteroscope to detach the MyoSure device from the implant.

- If this unit is configured as part of a system, the entire system should be tested for compliance with IEC 60601-1-1.
- If the leakage current of the configured system exceeds the limits of IEC 60601-1-1, install an appropriately rated UL 2601-1/IEC 60601-1 approved isolation transformer and retest the system.
- The use of accessory equipment not complying with the equivalent safety requirements of this equipment may lead to a reduced level of safety of the resulting system. Consideration relating to the choice shall include use of the accessory in the patient vicinity.
- The use of an accessory, transducer or cable, other than those specified by Hologic may result in increased emissions or decreased immunity of the MyoSure™ Hysteroscopic Tissue Removal System.

## Precautions

 U.S. Federal law restricts this device to sale by or on the order of a physician.

- The MyoSure™ Tissue Removal Device should be stored at room temperature, away from moisture and direct heat.
- Do not use after expiration date.
- Do not use the device if the sterile package is open or appears compromised. Do not use the device if damage is observed.
- To assure optimal performance, replace the tissue removal device after 2 hours of cutting time.
- The tissue removal device is intended for single use only. Do not resterilize. Do not lubricate tissue removal device. Discard tissue removal device assembly after use.
- Use of a reprocessed, single-use tissue removal device may permanently damage, impede performance, or cause failure of the MyoSure™ Hysteroscopic Tissue Removal System. Use of such products may render any warranties null and void.
- DO NOT attempt to sharply bend the flexible drive cable in a diameter of less than 8 inches (20 centimeters). A sharply bent or kinked drive cable may cause the MyoSure™ Control Unit to overheat and stop. During a procedure, a minimum distance of 5 feet (1.5 meters) should be maintained between the MyoSure™ Control Unit and the MyoSure™ Tissue Removal Device to allow the drive cable to hang in a large arc with no bends, loops or kinks.
- DO NOT rotate the TRD >180° if the TRD is not running. The cutting window may open up which will lead to inability to maintain distention. If such situation occurs, just tap the Foot Pedal once or twice to run the TRD, the cutting window will then close automatically.
- If it appears that the MyoSure™ TRD's cutter blade has stopped rotating during a procedure, check to ensure that all connections to the MyoSure™ TRD and the MyoSure™ Control Unit (both mechanical and electrical) are secure and that the drive cable has not wrapped up into a loop.
- Exercise care when inserting or removing the device. Insertion and removal of the device should be performed under direct visualization at all times.
- To avoid perforation, keep the device tip under direct visualization and exercise care at all times when maneuvering it or cutting tissue close to uterine wall. Never use the device tip as a probe or dissecting tool.
- Exercise care when inserting or removing the device. Excessive bending of the device distal tip can cause the TRD's cutter to come out of the cutting window. If such damage occurs, replace the device immediately.
- Do not allow the rotating portion of the TRD to touch any metallic object such as a hysteroscope or sheath. Damage to both instruments is likely. Damage to the TRD can range from a slight distortion or dulling of the cutting edge to actual fracture of the tip in vivo. If such contact does occur, inspect the tip. If you find cracks, fractures or dulling, or if you have any other reason to suspect a TRD is damaged, replace it immediately.
- Do not operate the TRD in the open air for an extended period, as the lack of irrigation may cause The TRD to overheat and seize.

- Excessive leverage on the TRD does not improve cutting performance and, in extreme cases, may result in wear, degradation and seizing of the inner assembly.
- Do not sterilize or immerse the MyoSure™ Control Unit in disinfectant.
- Do not cool the TRD by immersing it in cold water.
- Electrical safety testing should be performed by a biomedical engineer or other qualified person.
- This equipment contains electronic printed circuit assemblies. At the end of the useful life of the equipment it should be disposed of in accordance with any applicable national or institutional related policy relating to obsolete electronic equipment.

### Electromagnetic Safety

- The MyoSure™ Hysteroscopic Tissue Removal System needs special precautions regarding Electromagnetic Safety and needs to be installed and put into service according to the Electromagnetic Safety information provided in this manual.
- This equipment is designed and tested to minimize interference with other electrical equipment. However, if interference occurs with other equipment it may be corrected by one or more of the following measures:
    - Reorient or relocate this equipment, the other equipment, or both.
    - Increase the separation between the pieces of equipment.
    - Connect the pieces of equipment into different outlets or circuits.
    - Consult a biomedical engineer.
- All equipment performance is considered safety related performance. That is, the failure or degradation of the performance specified in this manual will pose a safety risk to the patient or operator of this equipment.
- Note: If the MyoSure™ Hysteroscopic Tissue Removal System is put into service in accordance to the safety instruction in this manual, the product should remain safe and provide the performance listed above. If the product fails to provide this level of performance, the procedure should be aborted and the biomedical staff alerted to the observed problem. The problem needs to be corrected before continuing or starting a new procedure.
- Portable and mobile RF communications equipment, including Cellular Telephones and other wireless devices can affect medical electrical equipment. To insure safe operation of the MyoSure™ Hysteroscopic Tissue Removal System, do not operate communications equipment or Cellular Telephones at a distance closer than specified in Table 4 of this manual.
- The MyoSure™ Hysteroscopic Tissue Removal System is not designed to work with or in the vicinity of Electrical Surgical Equipment. If Electrical Surgical Equipment must be used in the same area as the MyoSure™ Hysteroscopic Tissue Removal System, the MyoSure™ Hysteroscopic Tissue Removal System should be observed for proper operation before performing a procedure. This includes operating the Electrical Surgical Equipment in its active mode at a power level suitable for the procedure.
- For more information regarding the Electromagnetic Safety of this product, please see Tables 1-4 in the back of this manual.

## System Components

### MyoSure™ Control Unit [REF 10-500]

### Control Unit - Front Panel

The MyoSure™ Control Unit front panel includes Power switch, Tissue Removal System Timer Display, Footswitch and Tissue Removal Device Connectors (Figure 1).



Figure 1 MyoSure™ Control Unit - Front Panel

#### Power Switch

The power switch is the power ON / OFF switch for the entire system and must be activated prior to use.

**Note**: If system is turned off for any reason, wait at least 15 seconds before turning power back on.

<u>Timer Display Window</u>

The MyoSure™ Control Unit displays the elapsed operating time for the Tissue Removal Device in MIN:SEC format.

<u>MyoSure™ Foot Pedal and Tissue Removal Device Connectors</u>

The Foot Pedal and Tissue Removal Device connectors are located on the front panel.

## MyoSure™ Control Unit - Rear Panel

There is one connector and Equipotential Compensator Terminal on the rear panel (Figure 2).



Figure 2 MyoSure™ Control Unit - Rear panel (*=Equipotential Compensator Terminal)

The 3-pronged electrical connector allows any 100-120/200-240 VAC, 50/60 Hz, ISO VA source using the power cord supplied with the system. The MyoSure™ Control Unit power supply automatically detects the local power standard and adapts the Tissue Removal Device to that standard. The Equipotential Compensator Terminal permits connection of the MyoSure™ Control Unit to an external earthing system (not shown).

## Tissue Removal Device [REF 10-401]

The MyoSure™ Tissue Removal Device is shown in Figure 3. It is a hand-held unit which is connected to the MyoSure™ Control Unit via a 6-foot flexible drive cable and to a collection canister via a 10-foot vacuum tube. Cutting action is activated by a foot pedal. The MyoSure™ TRD is a single use device designed to hysteroscopically remove intrauterine tissue.



Figure 3  MyoSure™ Tissue Removal Device

The flexible drive cable is inserted into the Drive Cable connection on the front panel of the MyoSure™ Control Unit.

The proximal end of the vacuum tubing is connected to a collection canister. The vacuum pressure draws fluid and resected tissue through the TRD's cutting window.

## MyoSure™ Foot Pedal [REF 10-903]

The tissue removal system foot pedal (Figure 4) controls TRD operation. The foot pedal plugs into the connector on the front of the MyoSure™ Control Unit panel. It has a single pedal and is pneumatically operated.



Figure 4 Foot Pedal

## Setup

Setting up the Hologic MyoSure™ Hysteroscopic Tissue Removal System

⚠️ **WARNING**: Before using the MyoSure™ Tissue Removal System for the first time, you should review all available product information. You should be experienced in hysteroscopic surgery with powered instruments. Healthly uterine tissue can be injured by improper use of the TRD. Use every available means to avoid such injury.

The MyoSure™ TRD is EtO sterilized. Verify that the TRD is sterile prior to use. Do not use if package is opened or damaged. Discard all opened, unused devices. Do not use after expiration date.

***CAUTION:*** *The MyoSure™ TRD is intended for single use only.* DO NOT RESTERILIZE. DO NOT REUSE. *Do not lubricate MyoSure™ TRD. Discard MyoSure™ TRD after use. Dispose of the MyoSure™ TRD and packaging according to your facility's policies and procedures concerning biohazardous materials and sharps waste.*

⚠️ **WARNING-DANGER:** Risk of explosion if used in the presence of flammable anesthetics

1. Review the System Configuration Diagram in Figure 5 for setup outline.



Figure 5. System Configuration

2. Place the MyoSure™ Control Unit on top of a cart or other stable work surface. Plug the MyoSure™ Control Unit power cord into the rear panel connector and a grounded AC power source.
3. Connect the footpedal tube to the connector on the front of the MyoSure™ Control Unit panel.

### Connecting Tissue Removal Device to the MyoSure™ Control Unit

1. Remove the Tissue Removal Device [REF 10-401] from the sterile package.
2. Sterile person hands the flexible drive cable and vacuum tubing to the non-sterile person.
3. Non-sterile person inserts the flexible cable into the corresponding connection on the MyoSure™ Control Unit as shown in Figure 6.
4. The TRD flexible drive cable has a keyed feature that serves to align the handpiece cable to the MyoSure™ Control Unit connector. The metal tab on the connector is pushed down, the flexible cable inserted and then the tab is released.



Figure 6. Insert Drive Cable and Foot Pedal into MyoSure™ Control Unit

**CAUTION:** DO NOT attempt to sharply bend the flexible drive cable in a diameter of less than 8 inches (20 centimeters). A sharply bent or kinked drive cable may cause the MyoSure™ Control Unit to overheat and stop. During a procedure, a minimum distance of 5 feet (1.5 meters) should be maintained between the MyoSure™ Control Unit and the MyoSure™ TRD to allow the drive cable to hang in a large arc with no bends, loops or kinks.

5. Non-sterile person attaches the TRD vacuum tubing to the corresponding connection on the tissue trap of the collecton canister as shown in Figure 7.



Figure 7. Attach Vacuum Tube to Collection Canister