# EXHIBIT S
# (Part 2 of 2)

## Operation

1. Push the power switch to the ON ( | ) position.

2. The footpedal activates TRD operation. Since the TRD operates in only one direction and speed, the footpedal merely turns the motor ON and OFF. Once the footpedal is depressed, the TRD accelerates and rotates to the set speed and continues until the footpedal is released.

3. Press the footpedal and observe the TRD action to verify that the motor runs and that the cutting window is closed as shown in Figure 8.



Figure 8. Closed Tissue Removal Device Cutting Window on Left

**WARNING:** Periodic irrigation of the Tissue Removal Device tip is recommended to provide adequate cooling and to prevent accumulation of excised materials in the surgical site.

4. Introduce the TRD transvaginally through the straight 3mm working channel of a previously placed hysteroscope or introducer sheath.

5. Under direct hysteroscopic visualization, position the TRD's side facing cutting window against target pathology.

*CAUTION: Excessive leverage on the Tissue Removal Device does not improve cutting performance and, in extreme cases, may result in wear, degradation and seizing of the cutter assembly.*

6. Press the footpedal to activate the TRD's cutting blade.

7. The TRD's reciprocating action alternately opens and closes the device's cutting window to the vacuum flow thereby drawing tissue into the cutting window.

8. Cutting takes place when the TRD cutting edge rotates and translates across the TRD's cutting window.

*CAUTION: If it appears that the blade has stopped rotating during a procedure, check to ensure that all connections to the MyoSure™ TRD and the MyoSure™ Control Unit (both mechanical and electrical) are secure and that the drive cable has not wrapped up into a loop.*

**NOTE**: If system is turned off for any reason, wait at least 15 seconds before turning power back on.

*CAUTION: Do not operate the TRD in open air for an extended period, as the lack of irrigation may cause the TRD to overheat and seize.*

## Cleaning

### MyoSure™ Control Unit and Foot Pedal Cleaning

Follow this procedure after each operation to clean the MyoSure™ Control Unit and the footpedal:

1. Disconnect the TRD from the MyoSure™ Control Unit and dispose.

2. Disconnect the MyoSure™ Control Unit from the electrical source.

3. Wipe the MyoSure™ Control Unit with a clean damp cloth and mild germicide or isopropyl alcohol.

*CAUTION: Do not sterilize or immerse the MyoSure™ Control Unit in disinfecant.*

4. Wipe the footpedal and the footpedal connecting tube with a clean damp cloth.

The footpedal [REF 10-903] has no electrical connections and is watertight per IPX8

## Maintenance and Service

### Maintenance

#### Electrical Interference

*Caution: This equipment is designed and tested to minimize interference with other electrical equipment. However, if interference occurs with other equipment it may be corrected by one or more of the following measures:*

- Reorient or relocate this equipment, the other equipment, or both.
- Increase the separation between the pieces of equipment.
- Connect the pieces of equipment into different outlets or circuits.
- Consult a biomedical engineer.

### Environmental Protection

*Caution:* The Control Unit, and TRD contain electronic printed circuit assemblies. At the end of the useful life of the equipment it should be disposed of in accordance with any applicable national or institutional related policy relating to obsolete electronic equipment.

*Caution:* TRD (single-use, disposable) may represent bio-hazard. Treat and dispose of only in accordance with any applicable national or institutional related policy.

### Preventative Maintenance

#### Recommended Annual Performance Checks

Hologic recommends that Dielectric Strength, Earth Leakage Current, and Protective Earth Testing be performed annually to assure continued compliance with applicable safety requirements. These tests should be conducted in accordance with specifications UL 2601-1/IEC 60601-1.

*Caution:* Electrical safety testing should be performed by a biomedical engineer or other qualified person.

### Service

The following are replacement parts for the Hologic MyoSure™ Hysteroscopic Tissue Removal System:

| REF | Description |
| --- | --- |
| 10-900 | MyoSure™ Control Unit Power Cord |
| 10-902 | Rear Panel Fuse: Replace With 1.5 amp/250V Slow Acting |
| 10-903 | MyoSure™ Foot Pedal |

### Service Philosophy

There are no user serviceable components inside the MyoSure™ Hysteroscopic Tissue Removal System Control Unit. Repairs and adjustments are to be performed only by Hologic authorized service centers.

If service becomes necessary, call your authorized Hologic Customer Service representative prior to returning the device and request a Return Authorization (RA) number. Your representative can also explain the available Service Replacement and Repair Programs.

Service items should be carefully repackaged and returned post-paid to Hologic. Your Hologic customer service representative can provide additional instructions.

*Note:* Product returned that is found to have been serviced by an unauthorized third party repair facility and/or cleaned with a unapproved biocide other than one approved by Hologic will incur additional costs, regardless of warranty status.

It is not necessary to include accessory items (i.e., power cords, etc.) when returning a device for service.

### MyoSure™ Control Unit Fuses

The MyoSure™ Control Unit is protected by two 1.5 amp/250 V fuses mounted on the rear panel below the three-pronged electrical connector.

If the MyoSure™ Control Unit fails to power up when properly connected to a 100-120/200-240 VAC, 50/60Hz, 150 VA, AC power source, check the fuses in the rear panel.

To change the rear panel fuse:

1. Disconnect the unit from the power source.
2. Locate the fuse tray just above the power cord socket and just below the fuse label (refer to Figure 2 rear panel view).
3. Use a slotted screwdriver to press the tabs on either side of the fuse holder in, toward the center of the tray.
4. Slide the fuse tray out.
5. Replace the fuse with 1.5 amp/250V Slow Acting fuses [REF 10-902]
6. Insert the tray into the holder until the tabs click into place.
7. Reapply power to the unit.

*Note:* Blown fuses usually indicate a short circuit or a failed component. Make sure components are properly interconnected. If the problem persists, contact Hologic Customer Service for troubleshooting assistance.

*CAUTION:* Electrical safety testing should be performed by a biomedical engineer or other qualified person.

### Troubleshooting

1. The MyoSure™ Hysteroscopic Tissue Removal System is very simple to operate. The Control Unit is switched ON using the front panel power switch. If the unit does not operate, check the following:
2. Unit is plugged into wall outlet.
3. Wall outlet has power.

4. Power cord is attached to back of MyoSure™ Control Unit.
5. Foot pedal has been connected to front panel.
6. Vacuum pressure is available.
7. Vacuum tubing is connected.

If excess force or bend is applied to the MyoSure™ TRD, the Control Unit will shut off the timer display to protect the system. In this event, switch the main power switch located in the front panel of the Control Unit to OFF, wait for 15 seconds and then switch the main power switch to ON to resume operation of the MyoSure™ Tissue Removal System.

**Note**: If the system is turned off for any reason, wait at least 15 seconds before turning the power back on.

## Technical Specifications

### MyoSure™ Control Unit [REF 10-500]

Dimensions

7.5"W x 11"L x 3"H

Weight

5.4 lbs / 2460 g

Power

100 – 120 / 200 -240 VAC, 50/60 Hz, 350 VA

Equipment Classification

Protection against electrical shock class 1 with BF type applied part. Protection against harmful ingress of water, IPX1.

Not suitable for use in the presence of flammable anesthetics with mixture of air, oxygen, or nitrous oxide. (Not suitable)

Mode of Operation

Continuous operation

Environmental Conditions

Transportation and Storage

Temperature Range:   -15°C to 40°C
                     (5° F to 104° F)

Relative Humidity: 10 to 93 %RH

Air Pressure: 500 to 1060 hPa(15 to 31 inHg)

Operation

Temperature Range:   10°C to 40°C
                     (50° F to 104° F)

Relative Humidity: 30 to 75 %RH

Air Pressure: 700 to 1060 hPa (21 to 31 inHg)

### Front Panel

Power ON/OFF

Push button switch

Time Display Window

6-character by one-line numeric display which indicates elapsed time Min:Sec

Connectors

Flexible drive cable connector for Tissue Removal Device.

Footswitch cable connector for foot control.

### Rear Panel

Cooling

None required

AC Power

Detachable power cord with a three-pin hospital-grade connector. Power input circuit automatically detects AC power standard.

Ground Terminal

Equipotential Compensator Terminal

Fuses

Two 1.5 amp/250 V Slow Acting fuses [REF 10-902]

### MyoSure™ Tissue Removal Device Handpiece [REF 10-401]

Length: 25.25"

OD: 3 mm

Weight: 17 oz.

### MyoSure™ Foot Pedal [REF 10-903]

Dimensions: 4" x 6" x 2"

Weight: 10 oz.

Equipped with 12 foot (3.6 meter) cord. The Footswitch [REF 10-903] has no electrical connections.

## MyoSure™ Tissue Removal Device Accessories

### Vacuum Source – 200-650 mmHg

Olympus Vacuum Pump Model KV-5 or equivalent in compliance with national version of safety standard, IEC 60601-1:1988-1995 (e.g. for USA, UL 60601-1:2003; for Europe, EN 60601-1:1990-1996; for Canada, CSA C22.2 No. 601.1:1998, etc)

### Vacuum Canister & Tissue Trap

Bemis 3000cc Hi-Flow Canister Model 3002 055 or equivalent

Bemis Specimen Collection Adapter 533810 or equivalent

# NEW PRODUCT WARRANTY

Hologic products are guaranteed to be free from defects in material and workmanship for one year beginning from date of invoice.

This limited warranty is restricted to repair or replacement by Hologic, at its option, of any product found to be defective during the warranty period.  Damage inflicted to a product by the user that causes it to be unsuitable for refurbishment may result in additional charges, regardless of warranty status.  All warranties apply to the original buyer only.  In no event shall Hologic be liable for any anticipated profits, consequential damages or loss of time incurred by the buyer with the purchase or use of any product.

NO OTHER WARRANTY, EXPRESSED OR IMPLIED, IS GIVEN.

# SERVICE WARRANTY

## Service Replacement Units

### Warranty

The Hologic MyoSure™ Hysteroscopic Tissue Removal System replacement unit is warranted to be free from defects in material and workmanship for 90 days from the date of original invoice  unless otherwise provided by local law.

## Service Replacement Program

Hologic offers a 24-hour Service Replacement Program for its products to minimize downtime in your operating room.  Our goal is to ship you a service replacement unit within 24 hours** of your call (during normal business hours).  For a Return Authorization (RA) number or for additional information on this program, call Customer Service 1-877-222-8508 in the U.S., Address: 135 Newbury Street, Framingham, MA 01701 USA or contact your authorized representative.

**24-hour shipment is not offered in all countries

## Repair Service Program

For devices no longer under warranty, repairs can be made by Hologic or by an authorized agent.  Non-warranty repairs will be made at the list price of replacement parts, plus labor.  If requested, we will provide an estimate of repair cost and time required for the repair before any work is done.  Repair items should be carefully repackaged, market with the Return Authorization (RA) number, and returned postpaid to the appropriate Hologic Service Center.  Hologic Customer Service or your local authorized representative can provide shipping information.

| EC | REP |
|----|-----|

European Representative
Emergo Group, Inc.
Molenstraat 15,  2513 BH
The Hague
The Netherlands

The Hologic MyoSure™ Hysteroscopic Tissue Removal System and components are covered by one or more of the following U. S. Patent Numbers: patents pending.

## Electromagnetic Safety Guidance

The following tables provide information on the electromagnetic environment that the MyoSure™ Hysteroscopic Tissue Removal System is capable of operating in safely. Use of this equipement in an enviroment that exceeds these limits may cause the device to stop working, change cutting speed, or produce other unknown behavior. It is the responsibility of the person installing the Hologic MyoSure™ Hysteroscopic Tissue Removal System to insure the electromagnetic environment does not exceed the specification set forth below in Tables 1-4.

### Table 1 – Guidance and manufacturer's declaration – electromagnetic emissions

| Guidance and manufacturer's declaration – electromagnetic emissions | | |
|---|---|---|
| The MyoSure™ Hysteroscopic Tissue Removal System is intended for use in the electromagnetic environment specified below. The customer or the user of the MyoSure™ Hysteroscopic Tissue Removal System should assure that it is used in such an environment. | | |
| **Emissions test** | **Compliance** | **Electromagnetic environment – guidance** |
| RF emissions CISPR 11 | Group 1 | The MyoSure™ Hysteroscopic Tissue Removal System uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF emissions CISPR 11 | Class B | The MyoSure™ Hysteroscopic Tissue Removal System is suitable for use in all establishments. |
| Harmonic emissions IEC 61000-3-2 | Class A | |
| Voltage fluctuations/ flicker emissions IEC 61000-3-3 | Complies | |

## Table 2 – Guidance and manufacturer's declaration – electromagnetic immunity

| Guidance and manufacturer's declaration – electromagnetic immunity ||||
|---|---|---|---|
| The MyoSure™ Hysteroscopic Tissue Removal System is intended for use in the electromagnetic environment specified below. The customer or the user of the MyoSure™ Hysteroscopic Tissue Removal System should assure that it is used in such an environment. ||||
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment – guidance** |
| Electrostatic discharge (ESD) IEC 61000-4-2 | ±6 kV contact ±8 kV air | ±6 kV contact ±8 kV air | Floors should be wood, concrete or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30 %. |
| Electrical fast transient/burst IEC 61000-4-4 | ±2 kV for power supply lines ±1 kV for input/output lines | ±2 kV for power supply lines ±1 kV for input/output lines | Mains power quality should be that of a typical commercial or hospital environment. |
| Surge IEC 61000-4-5 | ±1 kV line(s) to line(s) ±2 kV line(s) to earth | ±1 kV differential mode ±2 kV common mode | Mains power quality should be that of a typical commercial or hospital environment. |
| Voltage dips, short interruptions and voltage variations on power supply input lines IEC 61000-4-11 | <5 % $U_T$ (>95 % dip in $U_T$) for 0,5 cycle 40 % $U_T$ (60 % dip in $U_T$) for 5 cycles 70 % $U_T$ (30 % dip in $U_T$) for 25 cycles <5 % $U_T$ (>95 % dip in $U_T$) for 5 s | <5 % $U_T$ (>95 % dip in $U_T$) for 0.5 cycle 40 % $U_T$ (60 % dip in $U_T$) for 5 cycles 70 % $U_T$ (30 % dip in $U_T$) for 25 cycles <5 % $U_T$ (>95 % dip in $U_T$) for 5 s | Mains power quality should be that of a typical commercial or hospital environment. If the user of the MyoSure™ Hysteroscopic Tissue Removal System requires continued operation during power mains interruptions, it is recommended that the MyoSure™ Hysteroscopic Tissue Removal System be powered from an uninterruptible power supply. |
| Power frequency (50/60 Hz) magnetic field IEC 61000-4-8 | 3 A/m | 3 A/m | Power frequency magnetic fields should be at levels typical for commercial or hospital environments. |
| NOTE    $U_T$ is the a.c. mains voltage prior to application of the test level. ||||

## Table 3 – Guidance and manufacturer's declaration – electromagnetic immunity

| Guidance and manufacturer's declaration – electromagnetic immunity ||||
|---|---|---|---|
| The MyoSure™ Hysteroscopic Tissue Removal System is intended for use in the electromagnetic environment specified below. The customer or the user of the MyoSure™ Hysteroscopic Tissue Removal System should assure that it is used in such an environment. ||||
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment – guidance** |
| Conducted RF<br>IEC 61000-4-6<br><br>Radiated RF<br>IEC 61000-4-3 | 3 Vrms<br>150 kHz to 80 MHz<br><br>3 V/m<br>80 MHz to 2,5 GHz | 3 Vrms<br><br><br><br>3 V/m | Portable and mobile RF communications equipment should be used no closer to any part of the MyoSure™ Hysteroscopic Tissue Removal System, including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter.<br>**Recommended separation distance (in meters)**<br>$d = 1{,}2\sqrt{P}$<br><br>$d = 1{,}2\sqrt{P}$   80 MHz to 800 MHz<br>$d = 2{,}3\sqrt{P}$   800 MHz to 2,5 GHz<br><br>where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and $d$ is the recommended separation distance in metres (m).<br>Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[a] should be less than the compliance level in each frequency range.[b]<br>Interference may occur in the vicinity of equipment marked with the following symbol:<br><br>(((•))) |
| NOTE 1   At 80 MHz and 800 MHz, the higher frequency range applies. ||||
| NOTE 2   These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. ||||
| [a]   Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the MyoSure™ Hysteroscopic Tissue Removal System is used exceeds the applicable RF compliance level above, the MyoSure™ Hysteroscopic Tissue Removal System should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as re-orienting or relocating the MyoSure™ Hysteroscopic Tissue Removal System. ||||
| [b]   Over the frequency range 150 kHz to 80 MHz, field strengths should be less than 3 V/m. ||||

## Table 4 – Recommended separation distances between portable and mobile RF communications equipment and the MyoSure™ Hysteroscopic Tissue Removal System

| Recommended separation distances between portable and mobile RF communications equipment and the MyoSure™ Hysteroscopic Tissue Removal System ||||
|---|---|---|---|
| The MyoSure™ Hysteroscopic Tissue Removal System is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the MyoSure™ Hysteroscopic Tissue Removal System can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the MyoSure™ Hysteroscopic Tissue Removal System as recommended below, according to the maximum output power of the communications equipment. ||||
| **Rated maximum output power of transmitter** **W** | **Separation distance according to frequency of transmitter in meters** |||
| | **150 kHz to 80 MHz** $d = 1{,}2\sqrt{P}$ | **80 MHz to 800 MHz** $d = 1{,}2\sqrt{P}$ | **800 MHz to 2,5 GHz** $d = 2{,}3\sqrt{P}$ |
| 0,01 | 0,12 | 0,12 | 0,23 |
| 0,1  | 0,38 | 0,38 | 0,73 |
| 1    | 1,2  | 1,2  | 2,3  |
| 10   | 3,8  | 3,8  | 7,3  |
| 100  | 12   | 12   | 23   |
| For transmitters rated at a maximum output power not listed above, the recommended separation distance $d$ in metres (m) can be estimated using the equation applicable to the frequency of the transmitter, where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer. NOTE 1  At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies. NOTE 2  These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. ||||