# EXHIBIT U



Illustrative Overview of MyoSure Procedural Connections



Saline

Saline

Regulated Vacuum
Source

Scope

Light Source

Camera

Fluid Pump

MyoSure Tissue
Removal Device

Collection Canisters

MyoSure®
Control Unit

MyoSure Foot Pedal

## Myosure Procedure Requirements

**1** MyoSure® Operative Hysteroscope, outflow channel, two single-use scope seals, and light source adaptor.

**2** 1 MyoSure Control Unit and foot pedal.

**3** 1 MyoSure Tissue Removal Device.

**4** Camera, light cable, and video monitor.

**5** Hysteroscopic fluid pump with pump inflow tubing.

**6** Outflow Y-tubing.

**7** 2-3 three liter collection canisters and tandem tubing.

**8** 2-3 three liter bags (.9%) sterile saline.

**9** 1 tissue trap.

**10** Regulated vacuum source and tubing.

**11** 1 under buttock drape with drainage port.

Myosure Procedure Requirements

MyoSure Hysteroscope Assembly

Troubleshooting Tips

Ordering Information

## Pump, Vacuum, Canister Assembly

**STEP 1**

**1** Connect first collection canister to vacuum source.*

**CANISTER CONFIGURATION(S)**





Vacuum Source

Connection Port

Tissue Trap

Tandem Connections



Vacuum Source

Y-Tube Connection Port

Tissue Trap

Tandem Connections

**2** Tandem connect first canister to next canister (s) as referenced in the canister configuration diagram. Place tissue trap into last canister.

**3** Set vacuum level per **Fluid Pump Settings** chart below.

**4** Test vacuum level by placing finger over tissue trap opening to ensure all canisters are sealed.

**VACUUM TEST**



Check Vacuum Prior to Use

**5** Hang 2-3 three liter bags of sterile saline.*



*MyoSure®*
*Fibroid Removal Simplified*

***Note:** Depending on the size of the pathology being removed and the amount of saline used during diagnostic hysteroscopy and the procedure, three or more collection canisters and bags of saline may be required. The vacuum source connection should always be connected to the first canister in the chain. The last canister should be used to make patient connections such as the buttock drape and MyoSure Tissue Removal Device.

### Fluid Pump Settings

| Fluid Distention Device Brand/Model | Pressure Setting minimum (mmHg) | Flow Rate (ml/min) | Vacuum Setting (mmHg) (Primary Source) |
|---|---|---|---|
| Davol HyDroFlex® HD | 100 | NA | 275-300 |
| Storz Endomat® | 80 | 500 | 350-400 (0.5 bar) |
| Olympus, Wolf, Stryker | 80 | 500 | 400 |
| Smith & Nephew | 80 | 700 | 400 |
| DOLPHIN II® | 100 | NA | 300-400 |

**Note:** To maintain distention or improve visualization, pump fluid pressure should be set between 75-100mmHg.

**Refer to:** Hysteroscopic Fluid Monitoring Guidelines, AAGL AdHoc Committee; F. Loffer M.D., L. Bradley M.D., A Brill M.D., P. Brooks M.D., and J. Cooper M.D. February 2000, Vol. 7 No. 1, The Journal of the American

MyoSure Hysteroscope Assembly

**STEP 2**

**1** Connect light source and camera to MyoSure® Hysteroscope.*

**2** Attach pump tubing to pump and spike bags.

**3** Connect inflow tubing to hysteroscope inflow port.*

**4** Prime pump and Hysteroscope into a separate basin.



SALINE          SALINE

REGULATED
VACUUM                    SCOPE        LIGHT SOURCE

CAMERA

FLUID PUMP

COLLECTION
CANISTERS

**\* Note:** Sterile connection

MyoSure Hysteroscope Assembly

Troubleshooting Tips

Ordering Information

**Outflow Assembly**

**STEP 3**

**1** Connect outflow Y-tubing by attaching one short Y-tube end with clamp to the under buttock drape and the other short Y-tube end to the MyoSure® outflow channel.*

**2** Connect long Y-tube end to the patient port of the last collection canister.

**3** Reduce vacuum to buttock drape by clamping off tube as **illustrated and instructed in RED below.** (This is essential in order to maximize optimal performance of the MyoSure Tissue Removal Device while in use.)

**\* Note:** Outflow channel for use during diagnostic phase only.

### Vacuum Outflow Configuration



Vacuum Source

Removable Outflow Channel

Yellow

Scope

Tubing from Vacuum Source

"Y" Tubing Set

Drape Tubing

Outflow Clamp
(Reduce vacuum by depressing clamp down 3 "clicks")

### Gravity Outflow Configuration



Vacuum Source

Removable Outflow Channel

Yellow

Scope

Drape Tubing










## MyoSure Tissue Removal Device and Control Unit Assembly

**STEP 4**

**1**  Connect foot pedal to MyoSure® Control Unit (for reuse, place in protective cover).

**2**  Connect MyoSure Tissue Removal Device tubing to tissue trap.*

**3**  Connect MyoSure Tissue Removal Device drive cable to MyoSure Control Unit.

\* **Note:** open MyoSure device sterile package upon hysteroscopic confirmation of intrauterine pathology.

\* **Note:** All unused ports MUST be sealed to achieve required vacuum



Regulated Vacuum Source

MyoSure Tissue Removal Device

MyoSure Drive Cable

Tandem Connection

MyoSure Control Unit

Tissue Trap

MyoSure Foot Petal

**MyoSure Setup Guide**

**Troubleshooting Tips**

**Ordering Information**



## Troubleshooting Tips

**The following tips will help you manage poor uterine distention and/or poor field of view intra-operatively.**

### Fluid Management System

**1** Verify saline bag clamp is open.

**2** Verify that all canister lids are sealed.

**3** Increase fluid pump pressure*.

**4** Increase fluid pump flow rate.

### Under buttock drape

**1** Check buttock drape clamp to ensure it is not wide open. Clamp off.

### Hysteroscope

**1** Ensure inflow tubing is on the inflow port.

**2** Ensure inflow tubing is not occluded or pinched.

**3** Lower suction/vacuum level.

### MyoSure Tissue Removal Device

**1** Retract MyoSure® Tissue Removal Device with leading edge of cutting window visible and depress foot pedal for 1-2 seconds to clear field.

* For further guidance refer to: Hysteroscopic Fluid Monitoring Guidelines, AAGL AdHoc Committee; F. Loffer M.D., L. Bradley M.D., A. Brill M.D., P. Brooks M.D., and J. Cooper M.D. February 2000, Vol. 7. No. 1, The Journal of the American Association of Gynecological Laparoscopists

Troubleshooting Tips

Ordering Information

## Ordering Information

| Description | Order Number |
|---|---|
| MyoSure® Hysteroscopic Tissue Removal System Control Unit<br>Includes: power foot pedal and users manual | 10-500 |
| MyoSure Hysteroscopic Tissue Removal Device – (Minimum order of 3) | 10-401 |
| MyoSure Rod Lens Hysteroscope | 40-200 |
| MyoSure Rod Lens Hysteroscope Outflow Channel | 40-201 |
| Single-use Seal Set, Hysteroscope and Outflow Channel – Box 10 | 40-902 |
| MyoSure Hysteroscopic Tissue Removal System Control Unit Replacement Foot Pedal | 10-903 |
| MyoSure Hysteroscopic Tissue Removal System Control Unit Replacement Power Cord | 10-900 |



**Specimen Collection Options**

**For reference only. Hologic does not distribute this accessory.**

| For Use With Canister Manufacturer/Brand | Part Number |
|---|---|
| Bemis® Healthcare™<br>Hi-Flow™ Rigid Canisters | 533810 |
| Cardinal Health<br>Medi-Vac® Collection Canisters | (3000cc) 65652-122<br>(2000cc) 65652-123 |
| DeRoyal® | 71-1123 |



**HOLOGIC**®

The Women's Health Company

**United States / Latin America**

135 Newbury Street
Framingham, MA 01701
Tel:  877.222.8508
Fax: 877.832.7564
www.hologic.com

© 2011 Hologic, Inc. All rights reserved. Printed in the United States. Specifications are subject to change without prior notice.
Trademarks are the property of their respective owners

MISC-01567-001 Rev. 001