UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:11-cv-12064 |
| HOLOGIC, INC., | ) EXPEDITED BRIEFING AND |
|     Defendant. | ) ORAL ARGUMENT REQUESTED |

## PLAINTIFF SMITH & NEPHEW, INC.'S MOTION FOR EXPEDITED BRIEFING AND HEARING DATE

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves this Court to impose a deadline of November 30, 2011 on Defendant Hologic, Inc. ("Hologic") to file any opposition to the Motion For A Preliminary Injunction and accompanying Memorandum of Law in Support of Smith & Nephew Inc.'s Motion for a Preliminary Injunction (collectively "the Preliminary Injunction Motion"), which are being filed concurrently with this Motion. Further, Smith & Nephew requests that a hearing before this Court on the Preliminary Injunction Motion be set for December 2, 2011, or as soon as possible thereafter.

As set forth in the Preliminary Injunction Motion, Smith & Nephew continues to be irreparably harmed every day that Hologic continues its practice of selling, marketing, and using its infringing MyoSure® Tissue Removal System ("MyoSure® System"). Smith & Nephew has filed the Preliminary Injunction Motion in order to seek injunctive relief from further irreparable harm being imposed by the infiltration of the MyoSure® System into this highly specialized marketplace. In support of this motion, Smith & Nephew states as follows:

1.     Smith & Nephew filed the Complaint in this action on November 22, 2011. (Dkt. # 1)

2. Upon receiving the Summonses issued in this matter Smith & Nephew immediately served them upon Hologic.

3. Smith & Nephew filed the executed Proof of Service documents with this Court on November 23, 2011. (Dkt. # 5)

WHEREFORE, Smith & Nephew respectfully moves that an expedited briefing order requiring the filing of any opposition to the Preliminary Injunction Motion by November 30th be entered and a date for a hearing on this matter be set for December 2nd or as soon as possible thereafter.

November 23, 2011                                          Respectfully submitted,

By:   /s/ Maia H. Harris
      Joseph J. Leghorn, BBO# 292440
      Maia H. Harris, BBO# 648208
      David F. Crosby, BBO# 634640
      Michelle A. Flores, BBO# 669082
      Nixon Peabody LLP
      100 Summer Street
      Boston, Massachusetts 02110-2131
      (617) 345-1000
      (617) 345-1300 (Facsimile)

*Attorneys for Plaintiff Smith & Nephew, Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Plaintiff have attempted in good faith to confer with counsel for Defendant in an attempt to resolve or narrow the issues presented by this motion, and such efforts were unsuccessful. Specifically, on November 22, 2011, Joseph Leghorn requested that Hologic be available for a meet and confer regarding the issues presented in the Preliminary Injunction Motion prior to noon on Wednesday, November 23, 2011, via written correspondence hand delivered to Mark Casey, Sr. Vice President, General Counsel, and Secretary of Hologic,

Inc. Copies of the same correspondence were delivered by hand delivery to Lindsey McGuinness (in-house attorney for Hologic, Inc.) and by electronic mail to Matthew Wolf, who is known to us as outside counsel for Hologic in another pending matter against Smith & Nephew. We received no response to this request and filed this motion in the absence of a response in light of Smith & Nephew's request for expedited injunctive relief.

      /s/ Maia H. Harris
Maia H. Harris

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be delivered by hand delivery to those indicated as non-registered participants on November 23, 2011, specifically:

    Mark J. Casey
    Sr. Vice President, General Counsel, and Secretary
    Hologic, Inc.
    35 Crosby Drive
    Bedford, MA 01730

    Lindsey McGuinness
    Hologic, Inc.
    35 Crosby Drive
    Bedford, MA 01730

/s/ Maia H. Harris
Maia H. Harris