## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,                          )
                                               )
                    Plaintiff,                 )
                                               )   Civil Action No. 11-CV-12064-NMG
          v.                                   )
                                               )   Related Case:
HOLOGIC, INC.,                                 )   Civil Action No. 10-cv-10951-RWZ
                                               )
                    Defendant.                 )

### HOLOGIC, INC.'S NOTICE OF RELATED CASE

This case is related to *Smith & Nephew, Inc. v. Interlace Medical, Inc. and Hologic, Inc.*,

Case No. 10-cv-10951-RWZ, pending before Judge Zobel, and should have been designated as

such on the cover sheet filed with the complaint. Defendant, Hologic, Inc. ("Hologic"),

respectfully requests that the Court reassign this case to Judge Zobel, as permitted under Local

Rule 40.1(I).

Smith & Nephew ("S&N") filed this action on November 22, 2011. (*See* Docket No. 1.)

S&N alleges that a product sold by Hologic, the MyoSure Tissue Removal Device ("MyoSure"),

infringes U.S. Patent No. 8,061,359. MyoSure is the subject of another patent infringement

lawsuit between the same parties that has been pending before Judge Zobel since June 2010. In

that case, S&N alleges that MyoSure infringes U.S. Patent No. 7,226,459.

The two cases are clearly related within the meaning of Local Civil Rule 40.1(G)(1).

They involve the same parties – S&N as plaintiff and Hologic as defendant – and meet several of

the rule's additional criteria for a related case. Both cases involve:

- a similar claim, specifically, a single claim of patent infringement, and will inevitably

share similar defenses;

*Treated as a motion to transfer as a related case and motion allowed. S/M/Gorton, USDJ  12/1/11*