UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 11-CV-12064-RWZ |
| | ) |
| v. | ) Consolidated for trial with: |
| | ) |
| HOLOGIC, INC., | ) |
| | ) Civil Action No. 10-CV-10951-RWZ |
| Defendant. | ) |
| | ) |

**ASSENTED-TO MOTION TO SEAL EXHIBITS D-F TO PLAINTIFF SMITH & NEPHEW'S MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL DEFENDANT HOLOGIC, INC.'S PRODUCTION OF DOCUMENTS IN RESPONSE TO PLAINTIFF'S REQUESTS FOR PRODUCTION NO. 8**

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court of the District of Massachusetts, plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby requests that confidential versions of exhibits D, E and F to Smith & Nephew's Memorandum in Support of its Emergency Motion to Compel Defendant Hologic, Inc.'s Production of Documents in Response to Plaintiff's Request for Production No. 8 (the "Memorandum Exhibits"), filed with this Court on April 24, 2012, be impounded and placed under seal. As grounds for its motion, Smith & Nephew states as follows:

1. Pursuant to the protective order this Court entered in the related lawsuit of *Smith & Nephew, Inc. v. Interlace Medical, Inc. and Hologic, Inc.*, Civil Action No. 10-CV-10951-RWZ (the "Protective Order"), documents designated CONFIDENTIAL and HIGHLY CONFIDENTIAL can only be disclosed to certain individuals identified in the Protective Order. (10-CV-10951-RWZ, Dkt. # 42-1 at ¶¶ 5-14).

2. The Memorandum Exhibits contain confidential and proprietary information, including information that one or both parties to this litigation have designated CONFIDENTIAL and/or HIGHLY CONFIDENTIAL pursuant to the Protective Order. Therefore, Smith & Nephew requests that the Court impound the Memorandum Exhibits.

3. Smith & Nephew proposes that the impounding Order be lifted only upon further order of the Court, and that the Memorandum Exhibits be kept in the Clerk's nonpublic information file during any post-impoundment period.

WHEREFORE, Smith & Nephew respectfully requests that the Court allow this motion to seal.

April 24, 2012

Respectfully submitted,

By: */s/ Joseph J. Leghorn*
Joseph J. Leghorn, BBO# 292440
Maia H. Harris, BBO# 648208
David F. Crosby, BBO# 634640
Michelle A. Flores, BBO# 669082
Joshua S. Barlow, BBO# 667472
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
(617) 345-1300 (Facsimile)

*Attorneys for Plaintiff Smith & Nephew, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on April 24, 2012, counsel for Hologic, Inc., Joel Leeman, informed counsel for Smith & Nephew, Inc. of Hologic's assent to the request set forth in this motion.

                                                                    /s/ *Joseph J. Leghorn*
                                                                    Joseph J. Leghorn

## CERTIFICATE OF SERVICE

I, Joshua S. Barlow, do hereby certify that a true copy of the above document was filed through the Court's ECF system on this 24th day of April, 2012 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                    /s/ *Joseph J. Leghorn*
                                                                    Joseph J. Leghorn