UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
SMITH & NEPHEW, INC.                      )
                Plaintiff,                )
                                          )
v.                                        )          CIVIL ACTION NO. 1:11-cv-12064RWZ
                                          )
INTERLACE MEDICAL, INC., a                )
wholly owned business of                  )
Hologic, Inc., and                        )
HOLOGIC, INC.,                            )
                Defendants                )
_____)

### PLAINTIFF SMITH & NEPHEW, INC'S ASSENTED TO MOTION TO SEAL

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court of the

District of Massachusetts, Plaintiff Smith & Nephew, Inc. ("S&N") moves that unredacted

versions of pleadings and confidential exhibits associated with its Motion for Partial Summary

Judgment on No Inequitable Conduct, Infringement, and Validity Under § 112 (the "confidential

Summary Judgment Documents"), be impounded and placed under seal.  As grounds for this

motion, S&N states as follows:

1.     Pursuant to the protective order entered between the parties to this lawsuit (the

"Protective Order"), documents designated CONFIDENTIAL and HIGHLY CONFIDENTIAL

only can be disclosed to certain individuals identified in the Protective Order.  (Dkt. # 42-1 at ¶¶

5-14).

2.     S&N's confidential Summary Judgment Documents contain confidential and

proprietary information, including information that one or both parties to this litigation have

designated CONFIDENTIAL and/or HIGHLY CONFIDENTIAL.  Therefore, S&N requests that

13986288.1

the Court impound the unredacted versions of its Memorandum of Law in Support of its Motion for Partial Summary Judgment on No Inequitable Conduct, Infringement, and Validity Under § 112 , Statement of Undisputed Facts, and the few confidential exhibits attached to the Declaration of Maia H. Harris.

      3.     S&N proposes that the impounding Order be lifted only upon further order of the Court, and that the confidential Summary Judgment Documents be kept in the Clerk's nonpublic information file during any post-impoundment period.

      WHEREFORE, S&N respectfully requests that the Court allow this motion to impound.

Dated: May 18, 2012

                  Respectfully submitted,

                  **SMITH & NEPHEW, INC.**

                  /s/*Maia S. Harris*
                  Joseph J. Leghorn (BBO # 292440)
                  Maia H. Harris (BBO #648208)
                  Joshua S. Barlow (BBO #667472)
                  NIXON PEABODY LLP
                  100 Summer Street
                  Boston, Massachusetts  02110
                  (617) 345-1000
                  (617) 345-1300 (facsimile)
                  jleghorn@nixonpeabody.com
                  mharris@nixonpeabody.com
                  jbarlow@nixonpeabody.com

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on May 18, 2012, counsel for Hologic, Inc., Marc Cohn, informed counsel for Smith & Nephew, Inc. of Hologic's assent to the request set forth in this motion.


    /s/*Maia S. Harris*    

Maia S. Harris


## **CERTIFICATE OF SERVICE**

I, Maia S. Harris, do hereby certify that a true copy of the above document was filed through the Court's ECF system on this 18th day of May, 2012 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


    /s/*Maia S. Harris*    

Maia S. Harris

13986288.1