# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SMITH & NEPHEW, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOLOGIC, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 11-CV-12064-RWZ |

## DECLARATION OF MARC A. COHN

I, Marc A. Cohn, hereby declare as follows:

1. I am an attorney at Arnold & Porter, LLP, counsel for Hologic, Inc. I have personal knowledge of the facts stated herein, except those stated on information and belief

2. Attached as Exhibit A is a true and correct copy U.S. Patent No. 8,061,359.

3. Attached as Exhibit B is a true and correct copy of Myosure Spec Drawing 8300009885.

4. Attached as Exhibit C is a true and correct copy of the Expert Report of Keith Isaacson [Infringement] dated March 22, 2012.

5. Attached as Exhibit D is a true and correct copy of excerpted portions of the deposition of Dr. Keith Isaacson on May 2, 2012.

6. Attached as Exhibit E is a true and correct copy of the Expert Report of Andrew Brill [Infringement] dated March 23, 2012.

7. Attached as Exhibit F is a true and correct copy of excerpted portions of the deposition of Andrew Brill on May 4, 2012.

8. Attached as Exhibit G is a true and correct copy of the Expert Report of Dr. Henry A. Dominicis regarding Non Infringement of U.S. Patent No. 8,061,359 patent.

9. Attached as Exhibit H is a true and correct copy of Dutch Patent No. NL1006944c2 with English translation.

10. Attached as Exhibit I is a true and correct copy of a U.S. Patent No. 7,249,602 to Emanuel.

11. Attached as Exhibit J is a true and correct copy of Patent Application 11/780,759 Bates No. SNEM0007172-7187.

12. Attached as Exhibit K is a true and correct copy of Preliminary Amendment Dated October 23, 2009.

13. Attached as Exhibit L is a true and correct copy of a Non-Final Rejection dated July 26, 2010.

14. Attached as Exhibit M is a true and correct copy of a Amendment in Reply to Office Action dated July 26, 2010, dated October 25, 2010.

15. Attached as Exhibit N is a true and correct copy of an Office Action dated January 5, 2011.

16. Attached as Exhibit O is a true and correct copy of a Amendment in Reply to Action of January 5, 2011 dated March 31, 2011.

17. Attached as Exhibit P is a true and correct copy of excerpts from the deposition of Dr. Marc Hans Emanuel on December 16, 2011.

18. Attached as Exhibit Q is a true and correct copy of excerpted portions of the deposition of Phyllis Kristal for Fish & Richardson on April 20, 2012.

19. Attached as Exhibit R is a true and correct copy of excerpted portions of the deposition of Norman F. Hainer, Jr. on May 10, 2012.

20. Attached as Exhibit S is a true and correct copy of S&N Preliminary Infringement Contentions dated February 3, 2012.

21. Attached as Exhibit T is a true and correct copy of a an email from Mira Sahney to Alan Gannon et.al., re Competitive Challenge for the OHS Team dated July 24, 2009, Bates numbered SN0005889-5907.

22. Attached as Exhibit U is a true and correct copy of the Expert Report of Richard J. Apley regarding Validity.

23. Attached as Exhibit V is a true and correct copy of the Expert Report of Dr. Keith B. Isaacson regarding Validity.

24. Attached as Exhibit W is a true and correct copy of excerpted portions of the deposition transcript of Dr. Mark Hans Emanuel on April 12, 2012.

25. Attached as Exhibit X is a true and correct copy of the Expert Report of Dr. Henry A. Dominicis regarding invalidity of U.S. Patent No. 8,061,359 patent.

26. Attached as Exhibit Y is a true and correct copy of a U.S. Patent No. 5,320,091 to Grossi et al.

27. Attached as Exhibit Z is a true and correct copy of a U.S. Patent No. 5,759,185 to Grinberg.

28. Attached as Exhibit AA is a true and correct copy of a U.S. Patent No. 4,203,444 to Bonnell et al.

29. Attached as Exhibit AB is a true and correct copy of a Supplemental Notice of Allowability re Application 11/780,759 dated October 28, 2011.

30. Attached as Exhibit AC is a true and correct copy of U.S. Patent No. 5,730,752 to Alden et al.

31. Attached as Exhibit AD is a true and correct copy of Olympus Catalog Extract September 1991, Bates No. OLYMPUS0001-6.

32. Attached as Exhibit AE is a true and correct copy of excerpted portions of the deposition transcript of William H. Gruber on September 30, 2011.

Executed this 18th day of May, 2012.

                                            /s/ Marc A. Cohn
                                            Marc A. Cohn

## **CERTIFICATE OF SERVICE**

      I certify that on the above date, this document was filed through the ECF system and thereupon sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Joel R. Leeman
                                            Joel R. Leeman