UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOLOGIC, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 11-CV-12064-RWZ |

# EXHIBIT B
## MYOSURE SPEC DRAWING 8300009885
# FILED UNDER SEAL