# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-CV-12064-RWZ |
| v. | ) | |
| | ) | |
| HOLOGIC, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## SMITH & NEPHEW, INC.'S EXPERT REPORT OF DR. KEITH B. ISAACSON

## REGARDING INFRINGEMENT

# TABLE OF CONTENTS

**Page**

I.      EXPERT QUALIFICATIONS ................................................................ 1

II.     COMPENSATION AND PRIOR TESTIMONY ................................ 2

III.    MATERIALS REVIEWED ................................................................. 2

IV.     USE OF DEMONSTRATIVES ......................................................... 3

V.      SUBJECT MATTER OF TESTIMONY .......................................... 3

VI.     LEGAL STANDARDS APPLIED IN THIS REPORT ..................... 3

    A.   Claim Construction ................................................................... 3

    B.   Direct Infringement .................................................................. 4

        1.   Literal Infringement ........................................................ 4

        2.   Doctrine of Equivalents .................................................. 4

    C.   Indirect Infringement ............................................................... 5

        1.   Induced Infringement ...................................................... 5

        2.   Contributory Infringement .............................................. 5

VII.    LEVEL OF SKILL IN THE ART ...................................................... 5

VIII.   UNDERSTANDING THE NATURE OF THE PATENTED METHOD ......................... 6

    A.   The Surgical Method Claimed by the '359 Patent ..................... 6

    B.   The Accused Method – the MyoSure® Procedure ..................... 7

IX.     Disputed Claim Terms of the '359 Patent ...................................... 7

X.      DEPENDENT AND INDEPENDENT CLAIMS ............................. 8

XI.     OPINIONS AND BASES FOR OPINIONS .................................... 8

    A.   Summary of Opinions ............................................................... 8

    B.   Direct Infringement of Claims 1-8 of the '359 Patent .............. 9

        1.   Claim 1 of the '359 Patent .............................................. 9

        2.   Claim 2 of the '359 Patent .............................................. 15

        3.   Claim 3 of the '359 Patent .............................................. 16

**TABLE OF CONTENTS (CONTINUED)**

**Page**

         4.      Claim 4 of the '359 Patent ...................................................................... 17

         5.      Claim 5 of the '359 Patent ...................................................................... 18

         6.      Claim 6 of the '359 Patent ...................................................................... 23

         7.      Claim 7 of the '359 Patent ...................................................................... 25

         8.      Claim 8 of the '359 Patent ...................................................................... 26

    C.      Indirect Infringement of Claims 1-8 of the '359 Patent ........................................ 27

         1.      Induced Infringement ............................................................................. 27

         2.      Contributory Infringement ..................................................................... 27

XII.    Reservation ............................................................................................................... 28

## I.     EXPERT QUALIFICATIONS

1.     A summary of my educational and professional experience is set forth in my Curriculum Vitae, the most current version of which is attached to this report as Exhibit A.

2.     I am a physician, board certified in obstetrics and gynecology and reproductive endocrinology.

3.     I am currently in private practice in the greater Boston metropolitan area.  I am an attending physician in the Department of Obstetrics and Gynecology at Brigham and Women's Hospital in Boston, MA.  I am the Medical Director of Minimally Invasive Gynecologic Surgery Center at the Newton-Wellesley Hospital in Newton, MA.  I am also the Associate Chairman of the Department of Obstetrics and Gynecology at the Newton-Wellesley Hospital. My practice focuses on minimally invasive gynecologic surgery. I am the current director of the AAGL fellowship at Newton Wellesley Hospital.

4.     I earned my Bachelors of Science in Biology from Tulane University in 1979.  I attended the Medical College of Georgia, receiving my Medical Doctor degree in 1983.  In 1987, I completed a residency in Obstetrics and Gynecology at Ochsner Foundation Hospital, in New Orleans, LA.  In 1989, I completed a fellowship in Reproductive Endocrinology and Infertility with the Department of Obstetrics and Gynecology at the Hospital of the University of Pennsylvania, in Philadelphia, PA.

5.     For more than twenty five years, I have conducted laboratory and clinical research, including the pathophysiology of endometriosis and the development of minimally invasive surgical tools.  As part of a collaborative research group with experts in a variety of medical and surgical disciplines, I have explored improvements in minimally invasive therapies and have continued my commitment to new areas of research, such as the development of surgical simulation and the study of novel processes and technology in the minimally invasive operating room suite to enhance patient safety and reduce costs.  I also recently received funding to start a Center for Engineering New Directions in Endometriosis and Women's Health at the Massachusetts Institute of Technology (MIT).  The initial focus has been investigating the pathophysiology of endometriosis, the field in which I began my research over 20 years ago.

6.     Since 1987, I have been a member of the American Association of Gynecologic Laparoscopists, and I am currently serving as the President of this organization.  I am also a past President of the Society of Reproductive Surgeons, a division of the American Society of Reproductive Medicine.  I am also a Committee Member of the American College of Obstetricians and Gynecologists.

7.     In 1991, I was appointed to the faculty of Harvard Medical School in Boston, MA.  Since 1998, I have served as Associate Professor of Obstetrics, Gynecology and Reproductive Biology.

8.     In 1995, I was a founding member of the Center for Innovative Technology in Medicine (CIMIT) at Massachusetts General Hospital.  At its inception, this collaborative research group

1

began with experts in a variety of medical and surgical disciplines coming together to discuss improvements in minimally invasive therapies. It has now grown into a multi-institutional consortium with an annual budget of over $10,000,000 supported by the Department of Defense.

9.      I have authored or co-authored over 100 publications, including articles, reviews, chapters, editorials, books, monographs, and textbooks. I am a named inventor of more than 5 patents and patent applications.

## II.      COMPENSATION AND PRIOR TESTIMONY

10.     For my work in connection with this case, I am being paid $550 per hour. My fees are not contingent on the outcome of this case.

11.     Over the past four years, I have been retained as an expert in the following cases in deposition, hearing, and/or trial:

- Denise O'Brien and Joseph O'Brien v. Patrick Hogan, M.D.
    - Worcester County Superior Court Civil Action No. WOCV2003-02280B
    - On behalf of the Defendant
    - Allegation of negligent performance of bilateral salpingo oophorectomy for severe pelvic pain resulting in the removal of two good ovaries
- Laura L. Dziuban and Heath M. Rawlings v. Christie L. Miller, M.D.
    - Franklin County Superior Court Civil Action No. FRCV2009-00068
    - On behalf of the Defendant
    - Allegation of negligent performance of a tubal ligation with resulting bladder perforation
- Tracey L. Dillard v. Elliot B. Greenberg, M.D., Howard G. Trietsch, M.D., and Baystate OB/GYN Group, Inc.
    - Hampden County Superior Court Civil Action No. HDCV2010-000342A
    - On behalf of the Defendants
    - Allegation of perforated left external iliac vein and right ureter during laparoscopic hysterectomy

## III.     MATERIALS REVIEWED

12.     In connection with formulating my opinions in this matter, I have reviewed the following materials:

- U.S. Patent No. 8,061,359 ("the '359 Patent");

- Prosecution history of the '359 Patent;

- The accused MyoSure® System, including the MyoSure® Rod Lens Hysteroscope ("MyoSure® Hysteroscope") and the MyoSure® Tissue Removal Device ("MyoSure® TRD");

- The prototype system, including the endoscope and the modified cutting device, used by Dr. Mark Hans Emanuel, the inventor of the '359 Patent;

- Deposition of Dr. Mark Hans Emanuel, dated December 16, 2011;

- Deposition of Dr. Henry A. Dominicis, dated December 29, 2011;

- Smith & Nephew's Preliminary Infringement Contentions;

- Hologic's Preliminary Non-Infringement Contentions;

- Hologic's website and marketing materials; and

- Discovery materials, responses to interrogatories, filings, and documents produced by the parties.

13.    I understand that written discovery, document discovery and depositions are not complete in this litigation, and that at trial Smith & Nephew will present the jury with a wide range of factual evidence to support a showing of infringement.  Therefore, I expressly reserve the right to supplement my opinions in view of any new information that arises prior to the discovery deadline in this litigation and/or after the date of this report.

## IV.    USE OF DEMONSTRATIVES

14.    I expect that I may refer to the above referenced materials and/or those specifically cited in this report, as well as representative photographs, charts, graphs, schematics, layouts, animations, and/or models at trial and deposition that I may create to support and explain my testimony set forth herein.  I may also use such materials to explain the inventions, the '359 Patent or any related Patent, relevant technology areas, and/or other matters that may assist the Court and jury in understanding the technology and patents.

## V.    SUBJECT MATTER OF TESTIMONY

15.    I understand that, in this case, Smith & Nephew is asserting claims 1-8 of the '359 Patent against Hologic.  I have been asked by Smith & Nephew to give my opinion regarding infringement of the '359 Patent.

## VI.    LEGAL STANDARDS APPLIED IN THIS REPORT

16.    I understand that the following legal standards apply to my analysis presented in this Expert Report.

### A.  Claim Construction

17.    I have been advised by counsel for Smith & Nephew that analysis of a patent infringement involves two steps: (1) properly construing the patent claims to ascertain their

3

scope and meaning; and (2) comparing the properly construed claims with the accused product.

18.      I understand that the first step in any infringement analysis is to determine the scope of the claims at issue, and that such "claim construction" is a legal matter to be decided by the Court.

19.      I understand that the Court has not yet construed the disputed claim terms in this litigation. Therefore, I expressly reserve the right to supplement my opinions and this report following the Court's claim construction.

## B. Direct Infringement

20.      I understand that the claims delineate the bounds of a patentee's invention and that claim construction starts with the language of the claims. I further understand that claims are interpreted from the standpoint of a person of ordinary skill in the art in light of the patent specification, its prosecution history, and any relevant extrinsic evidence.

21.      My understanding is that patent infringement is determined according to 35 U.S.C. § 271, which states that "whoever without authority makes, uses, offers for sale, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent."

22.      Smith & Nephew's counsel further has advised me that there are two types of direct infringement, literal infringement and infringement under the doctrine of equivalents.

23.      I understand that to prove direct infringement of an asserted claim, Smith & Nephew has the burden to prove by a preponderance of the evidence that the use of Hologic's products infringes an asserted method claim either literally or under the doctrine of equivalents.

### 1. Literal Infringement

24.      I understand that for Smith & Nephew to prove that Hologic has literally infringed an asserted method claim, Smith & Nephew must prove by a preponderance of the evidence that each and every limitation set forth in that asserted method claim is practiced by the accused method. I understand that each claim is evaluated separately, but each limitation of a claim must be present in the accused method for that claim to be infringed. If even a single element is missing, there is no infringement.

### 2. Doctrine of Equivalents

25.      I was advised that even if literal infringement is lacking, infringement under the doctrine of equivalents may still apply. As with literal infringement, for infringement to be found under the doctrine of equivalents, the accused method must include an equivalent element for every element in the claims that is not literally present in the accused product. An "equivalent" element is an element that performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claim element that is not literally present. Stated another way, an "equivalent" element under the doctrine of equivalents results from an

4

insubstantial change, which from the perspective of one of ordinary skill in the art, adds nothing of significance to the claimed invention.

26.     I understand that under the doctrine of equivalents, evidence of equivalence must be from the perspective of a person of ordinary skill in the art.

## C. Indirect Infringement

27.     I understand that in addition to direct infringement, infringement liability also arises under "indirect" infringement.  Smith & Nephew's counsel has advised me that there are two types of indirect infringement, induced infringement and contributory infringement.

### 1. Induced Infringement

28.     My understanding is that induced infringement is determined according to 35 U.S.C. § 271(b), which states that "[w]hoever actively induces infringement of a patent [by a third party] shall [itself] be liable as an infringer."

29.     I understand that in order for Smith & Nephew to prove that Hologic induced infringement of the '359 Patent, there first must be direct infringement and second that Hologic knowingly induced the infringement and possessed the specific intent to encourage the infringement.

### 2. Contributory Infringement

30.     My understanding is that contributory infringement is determined according to 35 U.S.C. § 271(c), which makes it an act of infringement to offer for sale or sell "a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use."

31.     I understand that in order for Smith & Nephew to prove that Hologic is liable for contributory infringement of the '359 Patent, there first must be direct infringement and second that Hologic's accused products are non-staple articles that are material components used in the claimed methods.

32.     I further understand that a "non-staple" article is an article that was designed to carry out a patented method and has little or no utility outside of that patented method.

## VII.   LEVEL OF SKILL IN THE ART

33.     I understand that claims are construed from the perspective of one of ordinary skill in the art to which the patented subject matter pertains at the time of the invention.  Furthermore, I understand that a determination of the level of ordinary skill in the art includes as relevant factors (1) the educational level of the inventor; (2) the type of problems encountered in the art; (3) the prior solutions to those problems; (4) the rapidity with which innovations are made in the art; (5) the sophistication of the technology in the art; and (6) the educational level of active workers in the field.

34.     The invention of the '359 Patent generally relates to a method for the removal of tissue from the uterus using an endoscope and a mechanical cutter that simultaneously cuts and removes tissue. Thus, the relevant field of art is gynecologic surgery. In my opinion, and based on the above factors, a person of ordinary skill in the art at the time of the invention is a medical doctor who has completed an accredited residency program in gynecology, which would include one or more years of experience performing gynecological surgery that includes but is not limited to removing tissue, such as fibroids or polyps, from the uterus.

35.     As discussed above and in my Curriculum Vitae, I have the requisite education and extensive experience in this field, and therefore qualify as one of skill in the art.

## VIII.   UNDERSTANDING THE NATURE OF THE PATENTED METHOD

### A. The Surgical Method Claimed by the '359 Patent

36.     For many decades, the primary treatment for abnormal uterine bleeding, caused by the presence of uterine fibroids (i.e. myomas) or polyps, was minimally invasive "blind" surgery such as a dilation and curettage or major invasive surgery, such as an open abdominal myomectomy or hysterectomy. The "blind" D&C procedures are mostly ineffective.

37.     In the late 1990's, around the time of the invention of the '359 Patent, gynecologists were using a less invasive transcervical method for removing intrauterine fibroids and polyps - monopolar loop resection – which involves the use of an electrified loop-shaped wire. During this hysteroscopic procedure, the loop resector is fitted to an endoscope and inserted tranvaginally through the cervix and into the uterine cavity with no incisions. With each pass of the loop resector against the polp or fibroid attached to the lining of the uterus, a tissue chip is created. During the course of the procedure, the tissue chips can obscure the operative field of vision, and thus must be removed separately.

38.     Monopolar loop resection provides good clinical results, however, its use is associated with the following diadvantages and risks: excessive intravasation of distention fluid and associated electrolyte disturbances; misdirected RF energy; uncontrolled monopolar leakage of electrical current, which may cause tissue burns; obscured visual field due to debris tissue; and uterine perforation or cervical laceration caused by repeated removal and reinsertion of surgical instruments.

39.     The '359 Patent is generally directed to a novel method for the removal of tissue from a uterus using an endoscope and a mechanical cutter that simultaneously cuts and removes tissue. More specifically, the '359 Patent recites a method for removing tissue by inserting an endoscope with specific features into a uterus, followed by inserting a motor-driven cutter into the endoscope such that it extends beyond the endoscope into the uterus. The method further involves delivering fluid through the endoscope into the uterus, energizing a motor that makes the cutter cut tissue within the uterus, and removing cut tissue and fluid through the cutter.

40.     The method claimed by the '359 Patent solved some of the problems and risks associated with monopolar loop resection.

6

### B.  The Accused Method – the MyoSure® Procedure

41.     Hologic sells, markets, teaches, and promotes the use of the MyoSure® Tissue Removal System (the "MyoSure® System") for the removal of intrauterine fibroids and polyps, which Hologic refers to as the "MyoSure® Procedure."  Physicians use the MyoSure® Procedure in the United States for the removal of tissue from the uterus.  The MyoSure® System is comprised of, among other components, the MyoSure® Rod Lens Hysteroscope (the "MyoSure® Hysteroscope"), the MyoSure® Tissue Removal Device (the "MyoSure® TRD") and a motor drive control unit.

42.     I have inspected and used the MyoSure® System in a laboratory and reviewed Hologic's instructional and marketing materials.  I can verify the following:

- the MyoSure® Hysteroscope has two channels, a sealed optics channel and a hollow working channel;

- the optics channel has a lens at one end and employs fiber optics;

- during the MyoSure® Procedure, a valve in the working channel is connected to a fluid delivery system, which allows distension fluid to pass through the hollow channel into the uterus;

- during the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source and inserted through a port in the endoscope;

- during the MyoSure® Procedure, when the motor is activated the MyoSure® TRD simultaneously cuts uterine tissue and aspirates the resected tissue and distension fluid through a window in the cutter; and

- the MyoSure® TRD has an outer tube and inner tube, where the outer tube has a cutting window at the distal region of the outer tube and the inner tube rotates relative to the outer tube.

43.     The MyoSure® System was designed for hysteroscopic intrauterine procedures to resect and remove uterine tissue, and it is not cleared by the FDA for any other use.

44.     Hologic's website and marketing materials demonstrate, instruct, promote, and teach physicians how to use the MyoSure® System to perform the MyoSure® Procedure in the way described above, and set forth in more detail herein.

45.     Hologic's sales representatives demonstrate, instruct, promote, and teach physicians how to use the MyoSure® System to perform the MyoSure® Procedure in the way described above, and set forth in more detail herein.

## IX.    DISPUTED CLAIM TERMS OF THE '359 PATENT

46.     Counsel for Smith & Nephew has informed me that a dispute exists between the parties regarding the proper construction of the following claim terms:

7

| Claim | Claim Term | Smith & Nephew's Proposed Construction | Hologic's Proposed Construction |
|-------|-----------|----------------------------------------|--------------------------------|
| 1-8 | "elongated member" | "member of the endoscope that is elongated defining the length of the discrete first and second channels" | "the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length" |
| 1-4 | "aspirating cut tissue and fluid from the uterus and the endoscope through the cutter" | "aspirating cut tissue and fluid from the uterus and the endoscope through the cutter" | "aspirating cut tissue and fluid from the uterus and the endoscope through the cutter and aspirating substantially only fluid through a further outlet channel" |
| 5-8 | "aspirating fluid with detached tissue from the uterus through a lumen of the cutter" | "aspirating fluid with detached tissue from the uterus through a lumen of the cutter" | "aspirating fluid and detached tissue from the uterus through a lumen of the cutter and aspirating substantially only fluid through a further outlet channel" |
| 2, 6 | "a cutting window at a distal region of the outer tube" | "an opening to provide access to a cutting component at a distal region of the outer tube" | "an open distal end of the outer tube" |

47.    As stated previously, I understand that the Court has not yet construed the disputed claims.  Therefore, where applicable, I address each element of the claims under both Smith & Nephew and Hologic's proposed claim constructions.  I expressly reserve the right to supplement, modify, or otherwise amend my opinions and this report following receipt of the Court's claim construction order.

## X.     DEPENDENT AND INDEPENDENT CLAIMS

48.    I understand that a claim in dependent form shall be construed to incorporate by reference all the limitations of the independent claim to which it refers.  Accordingly, I understand that in order to infringe a dependent claim, the accused method must meet all of the claim limitations of the dependent claim, in addition to the claim limitations of the independent claim to which it refers.

## XI.    OPINIONS AND BASES FOR OPINIONS

### A. Summary of Opinions

49.    Given the legal standards explained to me by counsel for Smith & Nephew and set forth above, it is my opinion that use of Hologic's MyoSure® System to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.  I set forth below the bases for my opinion in regard to the accused method and each asserted claim.

50.     Given the legal standards explained to me by counsel for Smith & Nephew and set forth above, it is also my opinion that Hologic induces physicians to infringe the '359 Patent by promoting and teaching doctors how to practice the infringing Myosure® procedure and that Hologic's the Myosure® Hysteroscope and Myosure® TRD as part of the Myosure® System are a material part of the patented method and are especially made and sold for practicing the patented method and therefore contribute to the infringement of the '359 patent.

### B.  Direct Infringement of Claims 1-8 of the '359 Patent

#### 1.  Claim 1 of the '359 Patent

51.     Claim 1 of the '359 Patent is an independent method claim.  Smith & Nephew has asserted claim 1 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.

**Preamble**

*A method for removal of tissue from a uterus, comprising:*

**Evidence of Infringement**

52.     I have personal knowledge that physicians in the United States use the MyoSure® System for removal of tissue from a uterus, which Hologic refers to as the MyoSure® Procedure. *See also Stone Decl. at* ¶¶ 4, 10; *Dominicis Decl. at* ¶ 8; *Dominicis Deposition* pp. 43-45.

53.     I have also reviewed Hologic's instructional and marketing materials, which promote and teach physicians to how to use the MyoSure® System for the removal of tissue from the uterus. *See, e.g., Hologic Marketing Brochure* SNEM0005735-SNEM0005742, p. 4; *Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use* SNEM0005758-SNEM0005764, p. 1; SNEM0005765-SNEM0005779, p. 3; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

54.     The MyoSure® System is cleared by U.S. Food and Drug Administration (FDA) solely for the removal of fibroids and polyps from the uterus. *See, e.g.,* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; SNE 5780.

55.     Thus, I have concluded that the MyoSure® System used to perform the MyoSure® Procedure satisfies this claim element.

**Element 1(a):**

*inserting a distal region of an endoscope into said uterus,*

**Evidence of Infringement**

56.     The MyoSure® Procedure includes a step of inserting the distal region of the MyoSure® Hysteroscope through the cervix and into the uterus. *See, e.g., Hologic Marketing Brochure*

9

SNEM0005743-SNEM0005746, p. 2; *MyoSure® Procedure Animation*
(http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm); *Stone Decl. at* ¶¶ 8, 10.

57.     Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 1(b):**

*the endoscope including a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region,*

**Evidence of Infringement**

Smith & Nephew's Proposed Claim Construction

58.     I understand that Smith & Nephew has proposed that the term "elongated member" means *"member of the endoscope that is elongated defining the length of the discrete first and second channels."*

59.     I have inspected of the MyoSure® Hysteroscope and reviewed Hologic's instructional materials, and I have determined that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels.  The "first channel," is a sealed optics channel that has a lens at the distal end, an eyepiece at the proximal.  The "second channel," is a hollow, straight working channel that has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD.  *See, e.g., Stone Decl. at* ¶ 8; SNEM0005751-SNEM0005757, p. 2, 4-5.

60.     Thus, applying Smith & Nephew's construction of "elongated member," I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

61.     I understand that Hologic has proposed that the term "elongated member" means *"the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length."*

62.     I have inspected the MyoSure® Hysteroscope and reviewed Hologic's instructional materials, and I have determined that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels.  As a person of ordinary skill in the art, I do not agree with Hologic's interpretation of this claim term.  However, if the Court interprets "elongated member" to include a length requirement of "at least 30 cm," the difference between this claim limitation and the MyoSure® Hysteroscope is insubstantial for the reasons detailed below.  Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

63.     For the purposes of claim analysis, I understand that the doctrine of equivalents requires

10

that the MyoSure® Hysteroscope must perform substantially the same *function*, in substantially the same *way*, to achieve substantially the same *result* as the claimed endoscope.

64.    Regarding "function," it is my opinion that as one of ordinary skill the MyoSure® Hysteroscope performs the same function, as the endoscope in the claimed method. For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope. I also compared the MyoSure® Hysteroscope to the endoscope used by the inventor, Dr. Mark Hans Emanuel, in his prototype system. The endoscopes are virtually identical in length. Actually, the MyoSure® Hysteroscope is longer than the endoscope used by Dr. Emanuel. As one of ordinary skill, it is my opinion that these two endoscopes perform the same functions.

65.    Regarding "way," it is my opinion as one of ordinary skill that the MyoSure® Hysteroscope operates in the same way as the endoscope in the claimed method. For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope. It is my further opinion that the MyoSure® Hysteroscope and the endoscope used by Dr. Emanuel in his prototype system operate in substantially or exactly the same way.

66.    Regarding "result," it is my opinion as one of ordinary skill that the use of the MyoSure® Hysteroscope yields the exact same result as the use of the claimed endoscope. For example, fluid is delivered in the uterus which distends the uterus, the cutter is inserted into the second channel and extends beyond the distal end of the MyoSure® Hysteroscope to cut tissue and remove tissue and fluid from the uterus and MyoSure® Hysteroscope. It is my further opinion that using the MyoSure® Hysteroscope will produce the same results as using the endoscope used in Dr. Emanuel's prototype system.

67.    Thus, I conclude that any difference between the claimed endoscope, if somehow restricted to a limitation of "at least 30 cm," and the MyoSure® Hysteroscope is insubstantial. Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

### Element 1(c):

*the second channel having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus, and*

### Evidence of Infringement

68.    I have inspected the MyoSure® Hysteroscope and reviewed Hologic's instructional materials, and I have determined that the MyoSure® Hysteroscope has a second channel in communication with a valve. *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions*

*for Use* SNEM0005751-SNEM0005757, p. 4; *Stone Decl. at* ¶ 8.  During the MyoSure®
Procedure, the valve is connected to a fluid delivery system and fluid flows from the valve into
and through the second channel to the uterus.  *Id.*

69.     Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure®
Procedure satisfies this claim element.

**Element 1(d):**

*the first channel having a light guide permanently affixed therein and being sealed from
the second channel to prevent fluid from the valve from entering the uterus through the
first channel; followed by:*

**Evidence of Infringement**

70.     I have inspected the MyoSure® System and reviewed Hologic's instructional and
marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics
channel (i.e. "first channel") that has a permanenttly affixed lens at the distal end of the
endoscope, an eyepiece at the proximal end of the endoscope.  *See, e.g., MyoSure® Rod Lens
Hysteroscope 510(k) Summary, August 21, 2009* SNEM0005793-SNEM0005802, p. 1; *Hologic
MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2-4;
*Stone Decl. at* ¶ 8.  The optics channel also employs permanently affixed rod lenses and
illuminating fibers within the "first channel" that emit light.  *Id.*

71.     Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure®
Procedure satisfies this claim element.

**Element 1(e):**

*inserting a motor driven cutter into the second channel such that a distal cutting region
of the cutter extends distally beyond the endoscope in the uterus;*

**Evidence of Infringement**

72.     The MyoSure® Procedure includes a step of inserting the MyoSure® TRD into the
working channel (i.e., "second channel") of the MyoSure® Hysteroscope, such that the cutter
extends beyond the endoscope into the uterus.  *See, e.g., Stone Decl. at* ¶ 10; *Hologic MyoSure®
Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2.  *See also
MyoSure® Procedure Animation*
(http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure
Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

73.     The MyoSure® TRD is a motor driven cutter.  *See, e.g., Stone Decl. at* ¶ 9; *MyoSure®
Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure®
Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-
96, 95717-19, 480593-95, 480799-801.  During the MyoSure® Procedure, the MyoSure® TRD
is connected via a drive cable to the MyoSure® Control Unit which contains an electric motor

controlled by a foot pedal.  *Id.*

74.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 1(f):**

*delivering fluid into the uterus through the valve and the second channel to distend the uterus;*

**Evidence of Infringement**

75.    The MyoSure® Procedure includes a step of delivering fluid into the uterus through a valve and the second channel of the MyoSure® Hysteroscope to distend the uterus.  *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; *Stone Decl. at* ¶¶ 8, 10.

76.    During the MyoSure® Procedure, the valve on the MyoSure® Hysteroscope is connected to a fluid delivery system.   *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; *Stone Decl. at* ¶¶ 8, 10;  *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).  Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus, expanding the uterus and maintaining distention to facilitate visualization.  *Id.*

77.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 1(g):**

*energizing an electric motor to drive the cutter to cut tissue within the uterus; and*

**Evidence of Infringement**

78.    The MyoSure® Procedure includes a step of energizing an electric motor to drive the MyoSure® TRD to cut tissue within the uterus.  *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *Stone Decl. at* ¶¶ 9-10; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

79.    During the MyoSure® Procedure, the MyoSure® TRD is connected to the MyoSure® Control Unit which is controlled by a foot pedal and drives the MyoSure® TRD to cut tissue within the uterus.  *Id.*  The inner tube of the MyoSure® TRD rotates relative to the outer tube to cut tissue.  *Id.*

80.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

13

**Element 1(h):**

*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter.*

**Evidence of Infringement**

<u>Smith & Nephew's Proposed Claim Construction</u>

81.     I understand that Smith & Nephew has proposed that the term *"aspirating cut tissue and fluid from the uterus and the endoscope through the cutter"* has its ordinary and customary meaning, from the perspective of one of ordinary skill in the art.

82.     As a person of ordinary skill, it is my opinion that the MyoSure® Procedure includes a step of aspirating cut tissue and fluid from the uterus and the MyoSure® Hysteroscope through the MyoSure® TRD. *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *see Stone Decl. at* ¶¶ 9, 10; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

83.     During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue through a side-facing cutting window in the outer tube of the MyoSure® TRD. *Id.*

84.     I also understand that Hologic contends that the MyoSure® TRD does not aspirate fluid from the endoscope through the cutter.  However, based upon my inspection of the MyoSure® System and review of Hologic's instructional and marketing materials, this argument defies common sense.  Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus, expanding the uterus and/or maintaining distention to facilitate visualization. *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; *Stone Decl. at* ¶¶ 8, 10; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).  Fluid is then aspirated with cut tissue through the cutter. *Id.*  Based upon the knowledge and common sense of a person of ordinary skill in the art, it is my opinion that the MyoSure® TRD aspirates cut tissue and fluid from the uterus and the MyoSure® Hysteroscope.

85.     Thus, applying Smith & Nephew's construction of *"aspirating cut tissue and fluid from the uterus and the endoscope through the cutter,"* I have concluded that the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 1 of the '359 Patent**

86.     Because the MyoSure® Procedure meets all the limitations of Claim 1 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 1 of the '359 Patent.

14

## 2. Claim 2 of the '359 Patent

87.    Smith & Nephew has asserted claim 2 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 2 of the '359 patent is a method claim that depends from claim 1.  It is my understanding that this means that all of the elements recited in claim 2 are added to what is recited in claim 1.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes Claim 1 apply equally here.

### Preamble:

*The method of claim 1,*

### Evidence of Infringement

88.    The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

### Element 2(a):

*wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue,*

### Evidence of Infringement

Smith & Nephew's Proposed Claim Construction

89.    I understand that Smith & Nephew has proposed that the term "*a cutting window at a distal region of the outer tube*" means "*an opening to provide access to a cutting component at a distal region of the outer tube.*"

90.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® TRD has an outer tube with an opening that provides access to the cutting component, and is located at the distal region of the outer tube.  *See, e.g., Stone Decl. at* ¶¶ 9-10; *MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

91.    During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.  *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure*

*Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm); *Stone Decl. at* ¶¶ 9-10.

92.     Thus, applying Smith & Nephew's construction of "*an opening to provide access to a cutting component at a distal region of the outer tube,*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

93.     I understand that Hologic has proposed that the term "*a cutting window at a distal region of the outer tube*" means "*an open distal end of the outer tube.*"

94.     I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I can confirm that the MyoSure® TRD has an open distal end of the outer tube.

95.     During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

96.     Thus, applying Hologic's construction of "*an open distal end of the outer tube*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

     **Element 2(b):**

     *the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.*

     **Evidence of Infringement**

97.     I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® TRD has an inner tube with a cutting element at the distal region of the inner tube that is configured to cut tissue at the cutting window when the inner tube rotates. *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *Stone Decl. at* ¶¶ 9-10.

98.     Thus, I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

     **Summary of Claim 2 of the '359 Patent**

99.     Because the MyoSure® Procedure meets all the limitations of Claims 1 and 2 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 2 of the '359 Patent.

     **3.  Claim 3 of the '359 Patent**

16

100.    Smith & Nephew has asserted claim 3 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure. Claim 3 of the '359 patent is a method claim that depends from claim 1. It is my understanding that this means that all of the elements recited in claim 3 are added to what is recited in claim 1. As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 1 apply equally here.

### Preamble:

*The method of claim 1,*

### Evidence of Infringement

101.    The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

### Element 3(a):

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.*

### Evidence of Infringement

102.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope. *See, e.g., MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* SNEM0005793-SNEM0005802, p. 1; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2-4; *Stone Decl. at* ¶ 8. The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.*

103.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

### Summary of Claim 3 of the '359 Patent

104.    Because the MyoSure® Procedure meets all the limitations of Claims 1 and 3 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 3 of the '359 Patent.

### 4. Claim 4 of the '359 Patent

105.    Smith & Nephew has asserted claim 4 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure. Claim 4 of the '359 patent is a method claim that depends from claim 1. It is my understanding that this means that all of the elements recited in claim 4 are added to what is recited in claim 1. As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 1 apply equally here.

17

**Preamble:**

*The method of claim 1,*

**Evidence of Infringement**

106.    The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

**Element 4(a):**

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.*

**Evidence of Infringement**

107.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope. *See, e.g.*, *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* SNEM0005793-SNEM0005802, p. 1; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2-4; *Stone Decl. at ¶ 8*. The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.*

108.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 4 of the '359 Patent**

109.    Because the MyoSure® Procedure meets all the limitations of Claims 1 and 4 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 4 of the '359 Patent.

### 5.    Claim 5 of the '359 Patent

110.    Claim 5 of the '359 Patent is an independent method claim.  Smith & Nephew has asserted claim 5 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.

**Preamble:**

*A method for removal of tissue from a uterus, comprising:*

**Evidence of Infringement**

111.    I have personal knowledge that physicians in the United States use the MyoSure® System for removal of tissue from a uterus, which Hologic refers to as the MyoSure® Procedure.

18

See also Stone Decl. at ¶¶ 4, 10; *Dominicis Decl. at* ¶ 8; *Dominicis Deposition* pp. 43-45.

112.    I have also reviewed Hologic's instructional and marketing materials, which promote and teach physicians to how to use the MyoSure® System for the removal of tissue from the uterus. See, e.g., Hologic Marketing Brochure SNEM0005735-SNEM0005742, p. 4; Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use SNEM0005758-SNEM0005764, p. 1; SNEM0005765-SNEM0005779, p. 3; MyoSure® Procedure Animation (http://www.myosure.com/videos/myosure_procedure_animation.cfm); MyoSure® Procedure Video (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

113.    The MyoSure® System is cleared by U.S. Food and Drug Administration (FDA) solely for the removal of fibroids and polyps from the uterus. *See, e.g.*, INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; SNE0005780.

114.    Thus, I have concluded that the MyoSure® System used to perform the MyoSure® Procedure satisfies this claim element.

### Element 5(a):

*inserting a distal region of an endoscope into the uterus,*

### Evidence of Infringement

115.    The MyoSure® Procedure includes a step of inserting the distal region of the MyoSure® Hysteroscope through the cervix and into the uterus.  See, e.g., Hologic Marketing Brochure SNEM0005743-SNEM0005746, p. 2; MyoSure® Procedure Animation (http://www.myosure.com/videos/myosure_procedure_animation.cfm); MyoSure® Procedure Video (http://www.myosure.com/hcp/resources/live_case_videos.cfm); Stone Decl. at ¶¶ 8, 10.

116.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

### Element 5(b):

*the endoscope including a port for receiving a motor driven cutter and including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region,*

### Evidence of Infringement

Smith & Nephew's Proposed Claim Construction

117.    I understand that Smith & Nephew has proposed that the term "elongated member" means *"member of the endoscope that is elongated defining the length of the discrete first and second channels."*

118.    I have inspected of the MyoSure® Hysteroscope and reviewed Hologic's instructional materials, and I have determined that the MyoSure® Hysteroscope has a valve and an elongated

19

member of the endoscope that defines two channels. The "first channel," is a sealed optics channel that has a lens at the distal end, an eyepiece at the proximal. The "second channel," is a hollow, straight working channel that has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD. *See, e.g.*, *Stone Decl. at* ¶ 8; SNEM0005751-SNEM0005757, p. 2, 4-5.

119.    Thus, applying Smith & Nephew's construction of "elongated member," I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

<u>Hologic's Proposed Claim Construction</u>

120.    I understand that Hologic has proposed that the term "elongated member" means *"the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length."*

121.    I have inspected the MyoSure® Hysteroscope and reviewed Hologic's instructional materials, and I have determined that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels. As a person of ordinary skill in the art, I do not agree with Hologic's interpretation of this claim term. However, if the Court interprets "elongated member" to include a length requirement of "at least 30 cm," the difference between this claim limitation and the MyoSure® Hysteroscope is insubstantial for the reasons detailed below. Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

122.    For the purposes of claim analysis, I understand that the doctrine of equivalents requires that the MyoSure® Hysteroscope must perform substantially the same *function*, in substantially the same *way*, to achieve substantially the same *result* as the claimed endoscope.

123.    Regarding "function," it is my opinion that as one of ordinary skill the MyoSure® Hysteroscope performs the same function, as the endoscope in the claimed method. For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope. I also compared the MyoSure® Hysteroscope to the endoscope used by the inventor, Dr. Mark Hans Emanuel, in his prototype system. The endoscopes are virtually identical in length. Actually, the MyoSure® Hysteroscope is longer than the endoscope used by Dr. Emanuel. As one of ordinary skill, it is my opinion that these two endoscopes perform the same functions.

124.    Regarding "way," it is my opinion as one of ordinary skill that the MyoSure® Hysteroscope operates in the same way as the endoscope in the claimed method. For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure®

20

Hysteroscope.  It is my further opinion that the MyoSure® Hysteroscope and the endoscope used by Dr. Emanuel in his prototype system operate in substantially or exactly the same way.

125.    Regarding "result," it is my opinion as one of ordinary skill that the use of the MyoSure® Hysteroscope yields the exact same result as the use of the claimed endoscope.  For example, fluid is delivered in the uterus which distends the uterus, the cutter is inserted into the second channel and extends beyond the distal end of the MyoSure® Hysteroscope to cut tissue and remove tissue and fluid from the uterus and MyoSure® Hysteroscope.  It is my further opinion that using the MyoSure® Hysteroscope will produce the same results as using the endoscope used in Dr. Emanuel's prototype system.

126.    Thus, I conclude that any difference between the claimed endoscope, if somehow restricted to a limitation of "at least 30 cm," and the MyoSure® Hysteroscope is insubstantial.  Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

**Element 5(c):**

*the first channel having a light guide permanently affixed therein and the second channel having a straight, central longitudinal axis extending from the port to an opening at a distal tip of the endoscope; followed by:*

**Evidence of Infringement**

127.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope.  See, e.g., MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009 SNEM0005793-SNEM0005802, p. 1; Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use SNEM0005751-SNEM0005757, p. 2-4; Stone Decl. at ¶ 8.  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light.  Id.  I also have determined that the MyoSure® Hysteroscope has a working channel (i.e., "second channel") that is straight and has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD.  *See, e.g., Stone Decl. at* ¶ 8; SNEM0005751-SNEM0005757, p. 2, 4-5.

128.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Element 5(d):**

*inserting the motor driven cutter for cutting and detaching tissue into the second channel through the port;*

**Evidence of Infringement**

21

129.    The MyoSure® Procedure includes a step of inserting the MyoSure® TRD through a port into the working channel (i.e., "second channel") of the MyoSure® Hysteroscope, for cutting and detaching tissue. *See, e.g., Stone Decl. at ¶ 10; Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2. *See also MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

130.    The MyoSure® TRD is a motor driven cutter. *See, e.g., Stone Decl. at ¶ 9; MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801. During the MyoSure® Procedure, the MyoSure® TRD is connected via a drive cable to the MyoSure® Control Unit which contains an electric motor controlled by a foot pedal. *Id.*

131.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 5(e):**

*introducing fluid into the uterus; and*

**Evidence of Infringement**

132.    The MyoSure® Procedure includes a step of introducing fluid into the uterus. *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; *Stone Decl. at ¶¶ 8, 10.*

133.    During the MyoSure® Procedure, the valve on the MyoSure® Hysteroscope is connected to a fluid delivery system. *See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus. *Id.*

134.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 5(f):**

*aspirating fluid with detached tissue from the uterus through a lumen of the cutter.*

**Evidence of Infringement**

135.    I understand that Smith & Nephew has proposed that the term "*aspirating fluid with detached tissue from the uterus through a lumen of the cutter*" has its ordinary and customary meaning, from the perspective of one of ordinary skill in the art.

136.    As a person of ordinary skill, it is my opinion that the MyoSure® Procedure includes a step of aspirating detached tissue from the uterus through the lumen of the MyoSure® TRD.

22

*See, e.g., Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *see Stone Decl. at ¶¶ 9, 10; MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm).

137.    During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue through the hollow inner tube of the MyoSure® TRD. *Id.*

138.    Thus, applying Smith & Nephew's construction of "*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter,*" I have concluded that the MyoSure® Procedure satisfies this claim element.

### Summary of Claim 5 of the '359 Patent

139.    Because the MyoSure® Procedure meets all the limitations of Claim 5 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 5 of the '359 Patent.

### 6.  Claim 6 of the '359 Patent

140.    Smith & Nephew has asserted claim 6 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 6 of the '359 patent is a method claim that depends from claim 5.  It is my understanding that this means that all of the elements recited in claim 6 are added to what is recited in claim 5.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

### Preamble:

*The method of claim 5,*

### Evidence of Infringement

141.    The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

### Element 6(a):

*wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue,*

### Evidence of Infringement

Smith & Nephew's Proposed Claim Construction

142.    I understand that Smith & Nephew has proposed that the term "*a cutting window at a distal region of the outer tube*" means "an opening to provide access to a cutting component at a

distal region of the outer tube. "

143.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® TRD has an outer tube with an opening that provides access to the cutting component, and is located at a distal region of the outer tube. *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781- SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm); *Stone Decl. at* ¶¶ 9-10.

144.    During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue. *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified*, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure*, p. 2; Ex. P to Flores Decl., p. 2-3; *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm); *Stone Decl. at* ¶¶ 9-10.

145.    Thus, applying Smith & Nephew's construction of "*an opening to provide access to a cutting component at a distal region of the outer tube*," I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

<u>Hologic's Proposed Claim Construction</u>

146.    I understand that Hologic has proposed that the term "*a cutting window at a distal region of the outer tube*" means "*an open distal end of the outer tube.*"

147.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I can confirm that the MyoSure® TRD has an open distal end of the outer tube.

148.    During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

149.    Thus, applying Hologic's construction of "*an open distal end of the outer tube*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

**Element 6(b):**

*the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.*

**Evidence of Infringement**

150.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® TRD has an inner tube with a cutting element at a distal region of the inner tube that is configured to cut tissue at the cutting window when the inner tube rotates. *See, e.g., MyoSure® Clinical In-Service Set-Up Simplified* SNEM0005781-SNEM0005792, p. 7; *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* INT 6493-95, 94494-96, 95717-19, 480593-95, 480799-801; *Hologic Marketing Brochure* SNEM0005743-SNEM0005746, p. 2; SNEM0005747-SNEM0005750, p. 2-3; *Stone Decl. at ¶¶ 9-10.*

151.    Thus, I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 6 of the '359 Patent**

152.    Because the MyoSure® Procedure meets all the limitations of claims 5 and 6 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes claim 6 of the '359 Patent.

### 7.   Claim 7 of the '359 Patent

153.    Smith & Nephew has asserted claim 7 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 7 of the '359 patent is a method claim that depends from claim 5.  It is my understanding that this means that all of the elements recited in claim 7 are added to what is recited in claim 5.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

**Preamble:**

*The method of claim 5,*

**Evidence of Infringement**

154.    The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

**Element 7(a):**

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.*

**Evidence of Infringement**

155.    I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope.  *See, e.g., MyoSure® Rod Lens*

25

*Hysteroscope 510(k) Summary, August 21, 2009* SNEM0005793-SNEM0005802, p. 1; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2-4; *Stone Decl. at ¶ 8.* The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.*

156.   Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

### Summary of Claim 7 of the '359 Patent

157.   Because the MyoSure® Procedure meets all the limitations of Claims 5 and 7 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 7 of the '359 Patent.

### 8.   Claim 8 of the '359 Patent

158.   Smith & Nephew has asserted claim 8 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure. Claim 8 of the '359 patent is a method claim that depends from claim 5. It is my understanding that this means that all of the elements recited in claim 8 are added to what is recited in claim 5. As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

### Preamble:

*The method of claim 5,*

### Evidence of Infringement

159.   The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

### Element 8(a):

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.*

### Evidence of Infringement

160.   I have inspected the MyoSure® System and reviewed Hologic's instructional and marketing materials, and I have determined that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope. *See, e.g., MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* SNEM0005793-SNEM0005802, p. 1; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* SNEM0005751-SNEM0005757, p. 2-4; *Stone Decl. at ¶ 8.* The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.*

161.   Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure®

26

Procedure satisfies this claim element.

### Summary of Claim 8 of the '359 Patent

162.    Because the MyoSure® Procedure meets all the limitations of Claims 5 and 8 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 8 of the '359 Patent.

### C. Indirect Infringement of Claims 1-8 of the '359 Patent

#### 1. Induced Infringement

163.    As set forth in more detail above, it is my opinion that use of Hologic's MyoSure® System used to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.

164.    Based on my personal experience and review of Hologic's marketing materials, it is my opinion that Hologic induces others to perform the MyoSure Procedure in the manner I described above.

#### 2. Contributory Infringement

165.    As set forth in more detail above, it is my opinion that use of Hologic's MyoSure® System to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.

166.    Based on my personal experience and review of Hologic's marketing and FDA materials, it is my opinion that the MyoSure System was designed and is used solely to perform the MyoSure Procedure (i.e. to remove tissue from the uterus) as I described in more detail above.

## XII.   RESERVATION

167.    I expressly reserve the right to modify or supplement this report based upon any
additional information produced or presented to me in this litigation and/or based upon the
Court's claim construction order.

Dated: March 22, 2012                                 Dr. Keith B. Isaacson

# Exhibit A

## CURRICULUM VITAE

**DATE PREPARED:** October 13, 2010

**PART I: General Information**

**Name:**      KEITH B. ISAACSON

**Home Address:** 34 HYDE AVENUE
NEWTON, MA 02458  United States

**Office Address:** MIGS UNIT
NEWTON-WELLESLEY HOSPITAL
2014 WASHINGTON STREET
NEWTON, MA 02462  United States
**Phone:**        (617) 243-5205
**Email:**        kisaacson@partners.org
**Fax:**         (617) 243-5029
**Place of Birth:** Atlanta, GA

**Education:**

| | |
|---|---|
| 1979 | B.S. (Biology), Cum laude, Tulane University |
| 1983 | M.D., Medical College of Georgia |

**Postdoctoral Training:**

| | |
|---|---|
| 07/83-06/84 | Intern in Obstetrics and Gynecology, Ochsner Foundation Hospital |
| 07/84-06/87 | Resident in Obstetrics and Gynecology, Ochsner Foundation Hospital |
| 07/87-06/89 | Clinical Fellow in Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, Hospital of the University of Pennsylvania |

**Licensure and Certification:**

| | |
|---|---|
| 1987 | Pennsylania Registered Physician |
| 1989 | Massachusetts Registered Physician |
| 1990 | American Board of Obstetrics and Gynecology |
| 1991 | Division of Reproductive Endocrinology, ABOG |

**Academic Appointments:**

| | |
|---|---|
| 1987-1989 | Postdoctoral Fellow in Reproductive Endocrinology and Infertility, Department of Obstetrics and Gynecology, University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1989-1991 | Instructor in Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |
| 1991-1998 | Assistant Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard Medical School, Boston, MA |

1998-          Associate Professor of Obstetrics, Gynecology and Reproductive Biology, Harvard
               Medical School, Boston, MA

## Hospital or Affiliated Institution Appointments:

07/89-06/90   Obstetrical Attending Physician, Department of Obstetrics and Gynecology, Hospital
              of the University of Pennsylvania, Philadelphia, PA
07/90-06/93   Assistant Gynecologist, Department of Obstetrics and Gynecology, Massachusetts
              General Hospital, Boston, MA
07/93-06/95   Associate Gynecologist, Department of Obstetrics and Gynecology, Massachusetts
              General Hospital, Boston, MA
10/01-        Medical Director, Minimally Invasive Gynecologic Surgery Center, Department of
              Obstetrics and Gynecology, Newton-Wellesley Hospital, Newton, MA
07/02-        Attending Physician, Department of Obstetrics and Gynecology, Brigham and
              Women's Hospital, Boston, MA
07/06-        Associate Chairman, Department of Obstetrics and Gynecology, Newton-Wellesley
              Hospital, Newton, MA

## Other Professional Positions and Major Visiting Appointments:

2001-          Attending Physician, Boston IVF, Waltham, MA

## Hospital and Health Care Organization Clinical Service Responsibilities:

2005-          Member, Surgical Executive Committee, Newton-Wellesley Hospital
2006-          Chairman, Department of Obstetrics and Gynecology Quality Assurance Committee,
               Newton-Wellesley Hospital

## Major Administrative Responsibilities:

1989-1998     Medical Director, Vincent Memorial Ambulatory Gynecology Clinic, Massachusetts
              General Hospital
1993-2001     Chief, Vincent Memorial Division of Reproductive Endocrinology and Infertility,
              Massachusetts General Hospital
2001-         Administrative Director, Minimally Invasive Gynecologic Surgery and Infertility,
              Newton-Wellesley Hospital
2002-         Director, Department of Obstetrics and Gynecology Residency Program, Newton-
              Wellesley Hospital
2004-         Fellowship Director, Minimally Invasive Gynecologic Surgery (American Association
              of Gynecologic Laparoscopists/Society of Reproductive Surgeons), Newton-Wellesley
              Hospital

## Major Committee Assignments:

### Affiliated Inst

2005-          Department of Obstetrics and Gynecology Quality Assurance Committee
               [Chairperson], Newton-Wellesley Hospital
2005-          Surgical Executive Committee, Newton-Wellesley Hospital

## Professional Societies:

| | |
|---|---|
| 1984-1991 | American College of Obstetricians and Gynecologists, Junior Fellow |
| | Fellow, 1991- |
| 1986- | American Society for Reproductive Medicine, Member |
| 1987- | American Association of Gynecologic Laparoscopists, Member |
| | Chair, Committee on Publications, 2005- |
| | Board Member, 2005-2007 |
| | Member, Practice Guideline Committee, 2005- |
| | Member, Scientific Program Committee, 2006-2008 |
| | CME Committee Member, 2007- |
| | Board Member, Fellowship Committee, 2007- |
| 1989- | Boston Fertility Society, Member |
| 1991- | New England Obstetrical and Gynecological Society, Member |
| 1991- | Society for the Study of Reproduction, Member |
| 1992- | Massachusetts Medical Society, Member |
| 1992- | Society for Reproductive Surgeons, Member |
| 1992- | The Endocrine Society, Member |
| 1993- | Society of Laparoendoscopic Surgeons, Member |
| 1993- | Suffolk District Medical Society, Delegate |
| 1993- | Obstetrical Society of Boston, Associate |
| 2004- | Society of Laparoscopic Surgeons, Division of American Society of Reproductive Medicine, Board Member |
| 2005- | Society of Reproductive Surgeons, Board Member |
| | Secretary-Treasurer, 2006-2007 |
| | Vice President, 2007-2008 |
| | President, 2008-2009 |
| | Board member, 2009-2011 |
| 2005 | Food and Drug Administration, Panel Member, Gynecologic Medical Devices |
| 2005-2007 | American Association of Gynecologic Laparoscopists , Board Member |
| 2009-2013 | American Association of Gynecologic Laparoscopy (AAGL), Secretary/Treasurer, Vice President/Scientific Program Chair, President, Past-President Board member |
| 2009-2010 | AAGL, Secretary Treasurer, Member of the Board of Directors |
| 2010 | American College of Obstetric and Gynecology, Committee Member, Safety of Office Based Procedures |

## Community Service Related to Professional Work:

| | |
|---|---|
| 1991-1994 | Invited Lecturer, Resolve, Inc. |
| 2002 | Guest Lecturer, Auxillary Group, Newton-Wellesley Hospital |
| 2005 | Provider, General Medicine, Common Ground Relief, New Orleans, LA |
| 2008 | Guest Lecturer, Auxillary Group, Newton-Wellesley Hospital |

## Editorial Boards:

| | |
|---|---|
| 1991- | Ad-Hoc Reviewer, Obstetrics and Gynecology |
| 1991- | Ad-Hoc Reviewer, Fertility and Sterility |
| 1991- | Ad-Hoc Reviewer, New England Journal of Medicine |
| 1995- | Ad-Hoc Reviewer, Journal of the American Association of Gynecologic Laparoscopists |
| 1995- | Ad-Hoc Reviewer, American Journal of Obstetrics and Gynecology |

| 2001- | Member, International Editorial Board, Reviews in Gynaecological Practice |
| 2001-2007 | Consulting Editor, Contemporary Obstetrics and Gynecology |
| 2005- | Member, Editorial Board, Fertility and Sterility |
| 2007- | Ad-Hoc Reviewer, Gynecologic and Obstetric Investigation |
| 2008- | Member, Editorial Board, Journal of Endometriosis |
| 2008- | Member, Editorial Board, Gynecological Surgery |
| 2010- | Ad-Hoc Reviewer, Journal of Clinical Endocrinology and Metabolism |
| 2010- | Member, Editorial Board, Journal of the Society of Laparoscopic Surgeons |

**Awards and Honors:**

| 1988 | Special Recognition, President's Poster Session, The Endocrine Society |
| 1989 | Prize paper, Society of Reproductive Surgeons |
| 1996 | Prize paper, American Association of Gynecologic Laparoscopists |
| 2001 | Golden Hysteroscope Award, American Association of Gynecologic Laparoscopists |
| 2005 | Golden Hysteroscope Award, American Association of Gynecologic Laparoscopists |

## Part II: Research, Teaching, and Clinical Contributions

### A. Narrative report of Research, Teaching, and Clinical Contributions

My current professional passions include providing state of the art clinical care in the field of minimally invasive gynecologic surgery and infertility, teaching residents, fellows and post graduate students, and clinical research. In 1987 I developed a research interest in the pathophysiology of endometriosis. At that time I was investigating the production and regulation of secretory proteins from endometriotic tissue which are likely responsible for the pain and scar tissue present in patients with this disease. I began my academic practice in 1989 as the Director of the Gynecologic Residency Outpatient Service at Massachusetts General Hospital. My clinical practice included infertility patients who would benefit from minimally invasive reproductive surgery. In the early 1990's my research focus expanded from bench research to include clinical research. While participating in clinical trials testing new and novel adhesion barriers, I particpated in the development of two minimally invasive surgical tools which were patented and sold for clinical use. At the same time, my teaching efforts expanded to include the training of post doctoral fellows in the field of reproductive endocrinology and infertility. I mentored these fellows not only in clinical care but also in basic science research involving new animal models for the study of endometriosis.

In 1995 I was a founding member of the Center for Innovative Technology in Medicine (CIMIT) at Massachusetts General Hospital. At its inception, this collaborative research group began with experts in a variety of medical and surgical disciplines coming together to discuss improvements in minimally invasive therapies. It has now grown into a multi institutional consortium with an annual budget of over $10,000,000 supported by the Department of Defense. My commitment to CIMIT has enabled me to be involved in new areas of research including the development of surgical simulation and the study of novel processes and technology in the minimally invasive operating room suite which enhance patient safety and reduce costs.

My passion for teaching has continued throughout my career. I have edited two textbooks on topics related to minimally invasive gynecologic surgery while writing numerous textbook chapters on the same topic. I have served as a post graduate course director or faculty member for national and international organizations including the American College of Obstetrics and Gynecology, the American Society of Reproductive Medicine, the American Association of Gynecologic Laparoscopists, the European Society of Gynaecologic Laparoscopy, and the British Society of Gynaecologic Endoscopy as well as organizations in Italy, Israel, and Brazil. In 2004, I initiated a fellowship in minimally invasive gynecology at Newton-Wellesley Hospital sponsored by the American Association of Gynecologic

Laparoscopists(AAGL)/Society of Reproductive Surgeons (SRS). My interest in teaching has motivated me to become involved in these educational organizations. I was a member of the Board of Directors for the AAGL and currently serve on the AAGL fellowship board. In addition, I serve as the current President of the Society of Reproductive Surgeons.

While expanding my interests in clinical care, clinical research and education, I have not lost my passion for basic research. I have recently recieved funding to start a Center for Engineering New Directions in Endometriosis and Women's Health at the Massachusetts Institute of Technology. My co-principal investigator in this effort, Dr. Linda Griffith, is a world renown expert in the field of molecular and tissue engineering and systems biology. Our initial focus will be investigating the pathophysiology of endometriosis, the field in which I began my research over 20 years ago.

While at NWH, I have served as the director or minimally invasive gynecology and infertility as well as the Co-Chairman of the department of Obstetrics and Gynecology. I am the director of residency training in our department. As the director of infertility, I directed the first Partners Center for Reproductive Medicine from 2001-2008. This is a collaborative effort between the advance reproductive technology departments of MGH, BWH and NWH. This clinically successful effort maintained successful pregnancy rates that were among the highest in the United States.

## B. Funding Information

| | |
|---|---|
| 1990-1993 | Co-P.I., N.I.H., NIH #RO1 HD 272256, Endometrial Antigen Involved in Autoimmunity in Endometriosis |
| 1992-1996 | P.I., Wyeth-Ayerst Corporation, Characterization of Macrophage Chemotactic Factor in Peritoneal Fluid of Women With and Without Endometriosis |
| 1994-1997 | P.I., TAP Pharmaceuticals, Lupron Depot in the Nonsurgical Treatment of Adenomyosis |
| 1995-1998 | Co-P.I., N.I.H., NIH/HD-31894, Activin and MOS in Oocyte Maturation |
| 1995-1998 | Collaborator, Columbia Research Laboratories, Protocol #COL1620-009US, A Parallel, Randomized, Open-Label Study of Transvaginal Administration of Natural Progesterone in Secondary Amenorrhea Using the Polycarbophil Base Sustained Release System, COL1620 |
| 1997-2000 | Investigator, Center for Innovative Minimally Invasive Therapy , Modeling and Testing a Prototype Remote Monitoring Telemedicine Consultant System for Minimally Invasive Surgery |
| 1998-2001 | Investigator, CryoGen, Inc., A Multi-Center Clinical Study to Evaluate the Effectiveness of the CryoGen Cryosurgical System for Intra-Uterine Ablation of the Endometrium in Women Diagnosed with Abnormal Uterine Bleeding |
| 1998-2001 | Co-P.I., Center for Innovative Minimally Invasive Therapy, Benign Uterine Conditions (BUC) Database and Preference Trial |
| 1999-2000 | P.I., Ortho Biotech, Inc., A Prospective, Open-Label Study Evaluating the Perioperative Administration of PROCRIT (Epoetin alfa) as a Treatment for Anemia in Adult Patients Undergoing Myomectomy for the Treatment of Uterine Fibroids |
| 1999-2001 | P.I., Center for Innovative Minimally Invasive Therapy, New Initiatives: Minimally Invasive Options for Treatment of Large Uterine Fibroids |
| 1999-2003 | Co-P.I., Center for Innovative Minimally Invasive Therapy, Development of the Operating Room of the Future |
| 2001- | Other. Newton Wellesley Hospit, D.O.D., CIMIT, CIMIT Site Miner, Newton Wellesley Hospital |
| 2002-2006 | P.I., Genosis, Ltd., Performing Fertell Female/Male Test Consumer Field Evaluation Study |
| 2003-2004 | P.I., N.I.H., NIH-SBIR Phase I Grant, Transplant Safety System Utilizing RFID |
| 2003-2004 | Investigator, Adiana, Inc., A Multi-Center, Prospective Evaluation of the Adiana |

|  | System for Transcervical Sterilization Using Electrothermal Energy in Women Aged 18-45 - The Ease Trial |
|---|---|
| 2004-2005 | Investigator, N.I.H., IRO1 HD044870-01, Medical Treatment of Endometriosis-Associated Pelvic Pain |
| 2005-2007 | P.I., American Medical Systems, Evaluation of New Hysteroscopic Tubal Occlusion Device |
| 2008- | Investigator, Center for Innovative Minimally Invasive Therapy, Ovarian Tissue Cryopreservation |
| 2008-2009 | Investigator, Confluent Surgical, Inc., N08-435, A Prospective Randomized Feasibility Study of the SP Hydrogel Adhesion Barrier System as an Adjunct to Good Surgical Technique Compared with Good Surgical Technique Alone when used for the Reduction of Postoperative Adhesion Formation Following Gynecological Laparoscopic Adnexal Adhesiolysis |
| 2008-2010 | Co-P.I., Anonymous Foundation, Engineering New Directions in Endometriosis |

## C. Report of Other (Non-Funded) Activities

| Co-P.I. | Postoperative Therapy for Asherman's Syndrome |
|---|---|
| P.I. | A Randomized Controlled Trial of Paracervical Anesthesia versus No Anesthesia in Operative Office Hysteroscopy |

## D. Report of Teaching

## 1. Local contributions

### a. Medical School Courses

1990       <u>Reproductive Pathophysiology</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Preceptor | 10 Medical Students | 12 hours/year for 1 year(s) | 5 hours/year for 1 year(s) |

2009-2010   <u>MIT 2.11</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 6 Graduate Students | 2 hours/year for 1 year(s) | 10 hours/year for 1 year(s) |
| Preceptor | 6 Graduate Students | 20 hours/year for 1 year(s) | 20 hours/year for 1 year(s) |

### b. Graduate Medical Courses

2010       <u>HST 212</u>

|  |  | *contact time* | *prep time* |
|---|---|---|---|
| Lecturer | 15 Graduate Students | 1 hours/year for 1 year(s) | 10 hours/year for 1 year(s) |

### c. Local Invited Presentations

### Grand Rounds

1995        Management of Uterine Fibroids, St. Elizabeth's Hospital
            Lecturer: 27 participants, 1.5 hours contact time per year, 9 hours prep time per year

1995        Office Hysteroscopy, Mount Auburn Hospital
            Lecturer: 30 participants, 1 hour contact time per year, 4 hours prep time per year

1995        Endometriosis and Fibroids, Newton-Wellesley Hospital
            Lecturer: 15 participants, 1 hour contact time per year, 6 hours prep time per year

2001        Minimally Invasive Gynecologic Surgery, Newton-Wellesley Hospital
            Lecturer: 20 participants, 1 hour contact time per year, 5 hours prep time per year

2004        Laparoscopic Myomectomy, Brigham and Women's Hospital
            Lecturer: 25 participants, 1 hour contact time per year, 5 hours prep time per year

2006        Office-Based Hysteroscopic Procedures, Brigham and Women's Hospital
            Lecturer: 25 participants, 1 hour contact time per year, 10 hours prep time per year

2008        Update on Office and Operative Hysteroscopy, Metrowest Medical Center
            Lecturer: 25 participants, 1 hour contact time per year, 4 hours prep time per year

2010        Avoiding and Managing Laparoscopic Complications, Roxbury VA General Surgery
            Department
            Lecturer: 30 participants, 1 hour contact time per year, 10 hours prep time per year

2010        Fertility Enhancing Hysteroscopy, Reproductive Science Center
            Lecturer: 20 participants, 1 hour contact time per year, 5 hours prep time per year

2010        Hysteroscopy for infertility, Beth Israel Deaconess Medical Center
            Lecturer: 15 participants, 1 hour contact time per year, 5 hours prep time per year

2010        Hysteroscopic complications, South Shore Hospital
            Attending: 30 participants, 1.5 hours contact time per year, 5 hours prep time per year

**Laboratory Course**

2005        Laparoscopic Anatomy, Newton-Wellesley Hospital
            Tutor: 12 participants, 4 hours contact time per year, 4 hours prep time per year

**Seminar**

1990        Complement and Complement-3 and Endometriosis, Brigham and Women's Hospital
            Lecturer: 30 participants, 1 hour contact time per year, 8 hours prep time per year

1991        Endometriosis, Massachusetts General Hospital
            Lecturer: 12 participants, 1 hour contact time per year, 6 hours prep time per year

1992        Early Pregnancy Loss and Ectopic Pregnancy, Massachusetts General Hospital
            Lecturer: 15 participants, 1 hour contact time per year, 5 hours prep time per year

1992    Introduction to Infertility, Massachusetts General Hospital
        Lecturer: 22 participants, 1 hour contact time per year, 8 hours prep time per year

1994    Endometriosis and Fibroids, Massachusetts General Hospital
        Lecturer: 20 participants, 1 hour contact time per year, 7 hours prep time per year

1995    Ambulatory and Office Gynecology, Mount Auburn Hospital
        Lecturer: 32 participants, 2 hours contact time per year, 12 hours prep time per year

2000    New Technologies in Minimally Invasive Gynecology, Massachusetts Medical Device
        Industry Council
        Lecturer: 75 participants, 2 hours contact time per year, 5 hours prep time per year

2000    Menstrual Disorders, Brigham and Women's Hospital
        Lecturer: 20 participants, 1 hour contact time per year, 7 hours prep time per year

2001    Dysfunctional Uterine Bleeding, Massachusetts General Hospital
        Lecturer: 20 participants, 1 hour contact time per year, 7 hours prep time per year

2001-2003   Beyond 2000:An International Conference on Architecture for Health, Harvard
            University School of Architecture
            Lecturer: 50 participants, 1.5 hours contact time per year, 10 hours prep time per year

2004    Evaluation of Abnormal Uterine Bleeding, Mount Auburn Hospital
        Lecturer: 165 participants, 2 hours contact time per year, 5 hours prep time per year

2006    Endometrial Ablation, New England OB/GYN Society
        Lecturer: 125 participants, 2 hours contact time per year, 6 hours prep time per year

2007    Office-Based Gynecologic Procedures, Center for Innovative Minimally Invasive
        Technology/Massachusetts General Hospital
        Lecturer: 30 participants, 1 hour contact time per year, 5 hours prep time per year

2010    Laparoscopic Complications, Harvard Vanguard Institution
        Lecturer: 75 participants, 1 hour contact time per year, 10 hours prep time per year

**d. Continuing Medical Education Courses**

1991    Complement 3 and Endometriosis
        Preceptor: 10 participants, 12 hours contact time per year, 5 hours prep time per year

1992-1993   Primary Care of Women
            Lecturer: 100 participants, 1 hour contact time per year, 5 hours prep time per year

1994    Reproductive Endocrinology in a Primary Care Setting
        Lecturer: 100 participants, 1 hour contact time per year, 6 hours prep time per year

1994-1996   Postgraduate Course: Operative Laparoscopy and Hysteroscopy
            Lecturer: 50 participants, 8 hours contact time per year, 6 hours prep time per year

1994-1997   Medical Reproductive Endocrinology

          Lecturer: 20 participants, 1 hour contact time per year, 5 hours prep time per year

1995-1996     Endometriosis
          Lecturer: 100 participants, 1 hour contact time per year, 7 hours prep time per year

1998        Gynecology '98
          Lecturer: 100 participants, 1 hour contact time per year, 5 hours prep time per year

2004-2006     Reproductive Endocrinology Seminar Series
          Lecturer: 20 participants, 1 hour contact time per year, 5 hours prep time per year

2008        Anesthesia in the Office-Based Setting: Safe, Simple, and Pain Free
          Lecturer: 90 participants, 2 hours contact time per year, 8 hours prep time per year

2008        Annual Update in Obstetrics and Gynecology
          Lecturer: 120 participants, 1 hour contact time per year, 5 hours prep time per year

2009        Partners Physician Day
          Lecturer: 20 participants, 2 hours contact time per year, no prep time reported

2009        Update in Obstetrics and Gynecology
          Lecturer: 65 participants, 1.5 hours contact time per day, 5 hours prep time per day

2009        Managing Complications in Obstetrics and Gynecology
          Lecturer: 60 participants, 2 hours contact time per day, 10 hours prep time per day

2009        Harvard course on Minimally Invasive Gynecologic Surgery
          Lecturer: 100 participants, 3 hours contact time per year, 15 hours prep time per year

2010        Hands On Hysteroscopy
          Conference Leader: 15 participants, 10 hours contact time per year,
          20 hours prep time per year
          Lecturer: 15 participants, 5 hours contact time per year, 20 hours prep time per year

2010        AAGL Hands On Hysteroscopy
          Conference Leader: 16 participants, 10 hours contact time per year,
          20 hours prep time per year
          Lecturer: 16 participants, 5 hours contact time per year, 20 hours prep time per year

2010        Trends and Technology in GYN Surgery
          Lecturer: 150 participants, 2 hours contact time per year, 10 hours prep time per year

2010        Laparscopic suturing
          : 50 participants, 8 hours contact time per year, 2 hours prep time per year

2010        Harvard Medical School MIGS course
          Lecturer: 300 participants, 2 hours contact time per year, 10 hours prep time per year

2010        2010 PriMed
          Lecturer: 5000 participants, 1 hour contact time per year, 10 hours prep time per year

**e. Advisory and Supervisory Responsibilities in Clinical or Laboratory Setting**

1989-1993    50 Residents for 500 hrs/year, Director of Ambulatory Gynecology Clinic, Harvard Medical School

1995-    10 Fellows for 1000 hrs/year, Director of Fellowship Program, Harvard Medical School and Newton Wellesley Hospital

2001-    60 Residents for 1000 hrs/year, Director of PGY-3 residency rotation in Minimally Invasive Gynecologic Surgery at Newton Wellesley Hosptial, Harvard Medical School

**f. Leadership Roles**

1989-2001    Supervisor, Massachusetts General Hospital
Responsibility: Supervision of Harvard Medical students rotating through Ambulatory Gynecology Service

1992    Course Director, Massachusetts General Hospital
Responsibility: Organization of course agenda, syllabus, and lecturer: "Flexible Hysteroscopy"

1992    Course Director, Massachusetts General Hospital
Responsibility: Organization of course agenda, syllabus, and lecturer: "Advanced Pelviscopy"

1992-1997    Course Director, Harvard Medical Laser Center
Responsibility: Organization of course agenda, syllabus, and lecturer: "An Update in Technology and Clinical Applications of Laser Medicine/Surgery"

1993    Course Director, Massachusetts General Hospital
Responsibility: Organization of course agenda, syllabus, and lecturer: "Advanced Gynecologic Laparoscopy"

1995    Course Co-Director, Medical Education Collaborative
Responsibility: Organization of course agenda, syllabus, and lecturer: "Medical and Surgical Management of Women with Leiomymata"

1995    Course Director, Harvard Community Health Plan
Responsibility: Organization of course agenda, syllabus, and lecturer: "Office Flexible Hysteroscopy"

1997    Course Co-Director, American College of Obstetricians and Gynecologists
Responsibility: Organization of course agenda, syllabus, and lecturer: District One Meeting, American College of Obstetricians and Gynecologists

2000    Invited Participant, "The Apri Project" (Advanced Procedure Room and Innovation Laboratory), Center for Innovative Minimally Invasive Therapy
Responsibility: Lecturer

2002    Laboratory Director, Mount Auburn Hospital
Responsibility: Preceptor of cadaver course

2004      Course Director, Newton-Wellesley Hospital Minimally Invasive Gynecologic Surgery ( MIGS) Unit
<u>Responsibility</u>: Organization of course agenda, syllabus, and lecturer: "Operative Hysteroscopy for Operating Room Nurses"

2004      Course Director, Diagnostic and Operative Hysteroscopy, Newton-Wellesley Hospital Minimally Invasive Gynecologic Surgery (MIGS) Unit
<u>Responsibility</u>: Organization of course agenda, syllabus, and lecturer: "Diagnostic and Operative Hysteroscopy"

2010      Fundamental skills of hysteroscopy, Partners (Newton Wellesley Hospital)
<u>Responsibility</u>: Setting course agenda, lecturing, running skills lab
<u>Special Accomplishments</u>: Designed the first CME hands on laboratory course for physicians wanting to advance their skills in diagnostic and operative hysteroscopy

2010      Fundamental skills of hysteroscopy, Partners (Newton Wellesley Hospital)
<u>Responsibility</u>: Design the course, set agenda, lecture and teach hands on skills

**g. Advisees/Trainees**

| Training Duration | Name | Current Position |
|---|---|---|
| 1991-1992 | Lehka Bhatta | Private Practice |
| 1992-1994 | Johnny Awwad | Associate Professor, American University of Beirut |
| 1994-1995 | Louise LaPensee | Private Practice |
| 1995-1997 | Lubna Pal | Private Practice |
| 1995-1999 | X.J. Tao | Private Practice |
| 2000-2003 | Toufic Nakad | Private Practice |
| 2004-2005 | James K. Robinson | Assistant Professor, George Washington University School of Medicine |
| 2005-2006 | Stephanie N. Morris | Assistant Professor, Harvard Medical School |
| 2006-2007 | Aarathi Cholkeri | Private Practice |
| 2007-2008 | Mandi Furlow | Private Practice |
| 2008-2009 | Gretchen E. H. Makai | Assistant Professor |
| 2009-2010 | Amanda Bush | Private practice |
| 2010-2011 | Lydia Garcia | Current fellow |

## 2. Regional, national, or international contributions

### a. Invited Presentations

**Regional**

1990      New Concepts in Endometriosis, Baystate Medical Center, Springfield, MA*[Invited Lecture]*

| 1992 | Lecture: Office Flexible Hysteroscopy (District One Meeting), American College of Obstetricians and Gynecologists*[Invited Lecture]* |
| 1994 | Surgical Management of Endometriosis, Brockton Hospital, Brockton, MA*[Invited Lecture]* |
| 1996 | Junior Fellows Meeting, Region 1, American College of Obstetricians and Gynecologists*[Invited Lecture]* |
| 1997 | Postgraduate Course: Office-Based Laparoscopy and Hysteroscopy, American College of Obstetricians and Gynecologists*[Invited Lecture]* |
| 1998 | Lecture: Management of Uterine Fibroids, Women and Infants Hospital/Brown University School of Medicine*[Grand Rounds]* |
| 2001 | Lecture: Laparoscopic Myomectomy, St. Francis Hospital, Hartford, CT*[Grand Rounds]* |
| 2001 | Lecture: Laparoscopic Myomectomy, Salem Hospital, Salem, MA*[Invited Lecture]* |
| 2006 | Lecture: Endometrial Ablation, Salem Hospital, Salem, MA*[Invited Lecture]* |
| 2006 | Operative Hysteroscopy, University of Massachusetts Medical Center, Worcester, MA *[Invited Lecture]* |
| 2006 | Complications of Operative Hysteroscopy, Baystate Medical Center, Springfield, MA *[Invited Lecture]* |
| 2009 | Lecture to the Indiana secton Of ACOG, American College of Obstetrics and Gynecology*[Invited Lecture]* |

**National**

| 1989 | Lecture: New Concepts in Endometriosis, Hospital of the University of Pennsylvania, Philadelphhia, PA*[Invited Lecture]* |
| 1990 | Lecture: New Concepts in Endometriosis, Fort Lauderdale OB/GYN Society, Fort Lauderdale, FL*[Invited Lecture]* |
| 1990 | Lecture: Immunology and Endometriosis (John C. Weed Seminar), Ochsner Foundation Hospital, New Orleans, LA*[Seminar]* |
| 1991 | Lecture: Complement 3 and Endometriosis (Workshop on Basic Pathophysiology of Endometriosis), National Institutes of Health, Bethesda, MD*[Invited Lecture]* |
| 1992 | Lecture: Complications of Office Hysteroscopy, Louisiana State University School of Medicine, Baton Rouge, LA*[Grand Rounds]* |
| 1994 | Lecture: Office Hysteroscopy, Brooklyn HIP Hysteroscopy Symposium, Brooklyn, NY *[Invited Lecture]* |
| 1994-1996 | Postgraduate Course: Operative Laparoscopy and Hysteroscopy, American College of Obstetricians and Gynecologists*[Invited Lecture]* |

CURRICULUM VITAE

| | |
|---|---|
| 1995 | Lecture: Office Hysteroscopy, Johns Hopkins Hospital, Baltimore, MD*[Grand Rounds]* |
| 1995 | Lecture: The Surgical Marketplace 1995-2000, American College of Surgeons*[Invited Lecture]* |
| 1996 | Biomedical Technology Roadmap Workshop, Sandia National Laboratories, Albuquerque, NM*[Invited Lecture]* |
| 1999 | Lecture: Diagnostic and Operative Hysteroscopy, G.A.T.E. Institute of Holy Cross, Silver Spring, MD*[Invited Lecture]* |
| 1999 | Annual Meeting and Educational Program, Alabama Section, American College of Obstetricians and Gynecologists, Birmingham, AL*[Invited Lecture]* |
| 2000 | Lecture: Understanding Laser Therapy (John C. Weed Seminar), Ochsner Foundation Hospital, New Orleans, LA*[Invited Lecture]* |
| 2000 | Lecture: Reproductive Surgery in the New Millenium, American Society for Reproductive Medicine*[Postgraduate Faculty]* |
| 2000 | Lecture: Modern Management of Uterine Fibroids, Society of Interventional Radiology *[Invited Lecture]* |
| 2000 | Lecture: Update on Hysteroscopic Techniques, McGee Women's Hospital, Pittsburgh, PA*[Invited Lecture]* |
| 2002 | Lecture: Office Hysteroscopy: You Could and Should Do It, American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2002 | Lecture: Office Hysteroscopy and Endometrial Ablation (Global Congress of Gynecologic Endoscopy), American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2003 | Lecture: Minimally Invasive Solutions for Symptomatic Uterine Fibroids (Global Congress of Gynecologic Endoscopy), American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2003 | Lecture: Office Hysteroscopy, Washington University School of Medicine, St. Louis, MO*[Invited Lecture]* |
| 2003 | The President's Symposium on the Future of Medicine, Scott & White*[Invited Faculty]* |
| 2003 | Annual Meeting and Educational Program, Alabama Section, American College of Obstetricians and Gynecologists*[Invited Lecture]* |
| 2003 | Lecture: Optimal Diagnosis of Submucus Myomata, American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2005 | Current Management of Abnormal Uterine Bleeding, Innovations In Medical Education And Training*[Invited Lecture]* |

2005    Fellows Course: Operative Hysteroscopy, American Association of Gynecologic Laparoscopists/Society of Laparoendoscopic Surgeons*[Invited Lecture]*

2005    Office of Reearch on Women's Health Advances in Uterine Leiomyoma Research; 2nd NIH International Congress, National Institutes of Health*[Invited Faculty]*

2005    53rd Annual Meeting: "Complications of Hysteroscopy", "Complications of Hysteroscopic Myomectomy", American College of Obstetrics and Gynecology *[Conference Leader]*

2005    Postgraduate Course: Office and Operative Hysteroscopy, American College of Obstetricians and Gynecologists*[Conference Leader]*

2005    Global Congress of Gynecologic Endoscopy: Hysteroscopy and Abnormal Uterine Bleeding, American Association of Gynecologic Laparoscopists*[Conference Leader]*

2006    Postgraduate Course: "Hands-On" Operative Hysteroscopy, American Association of Gynecologic Laparoscopists*[Invited Lecturer]*

2006    Postgraduate Course: Update on Office and Operative Hysteroscopic Techniques, American Association of Gynecologic Laparoscopists*[Conference Leader]*

2006    Fellows Course: Operative Hysteroscopy, Laparoscopic Suturing, and Hysterectomy, American Association of Gynecologic Laparoscopists/Society of Laparoendoscopic Surgeons*[Conference Leader]*

2006    Lecture: Laparoscopic Hysterectomy, Gyrus Medical/ACMI*[Invited Lecture]*

2006    Annual Meeting and Educational Program, Pacific Northwest Obstetrics and Gynecologic Association*[Invited Lecture]*

2006    Postgraduate Course: Update on Office and Operative Hysteroscopic Techniques, American Association of Gynecologic Laparoscopists*[Conference Leader]*

2006    "Hands On" Experience and Technology Update on Hysteroscopy, Endometrial Ablation, and Hysteroscopic Tubal Occlusion, American Association of Gynecologic Laparoscopists*[Conference Leader]*

2006    "Hands On" Hysteroscopy, American Association of Gynecologic Laparoscopists *[Conference Leader]*

2006    Lecture: Complications of Hysteroscopy, Washington University School of Medicine, St. Louis, MO*[Visiting Professorship]*

2007    "Hands On" Hysteroscopy, American Association of Gynecologic Laparoscopists *[Conference Leader]*

2007    Lecture: Office-Based Gynecologic Procedures: Changing the Face of Gynecology (John C. Weed Seminar), Ochsner Clinic Foundation, New Orleans, LA*[Invited Lecture]*

| 2007 | Lecture: Office-Based Gynecologic Procedures, Philadelphia OB/GYN Society, Philadelphia, PA*[Visiting Professorship]* |
|------|------|
| 2007 | Fellows Course: Operative Hysteroscopy, Laparoscopic Suturing, and Hysterectomy, American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2007 | Outpatient Gynecologic Procedures, Professional Medical Education Association *[Conference Leader]* |
| 2008 | Master's Class on A Hands On Course on Laparoscopic Suturing in the "Vertical Zone" Master's Class on Multidisciplinary Approach to Gynecologic Endoscopic Surgery , Society of Laparoendoscopic Surgeons 17th Annual Meeting and Endo Expo 2008 *[Conference Faculty]* |
| 2008 | Two lectures: Validation of Surgical Simulation, New Technologies in Office and Operative Hysteroscopy Lab Instructor: New Technologies, American Society of Reproductive Medicine*[Invited Lecture]* |
| 2008 | Two lectures: Laparoscopic Suturing in the Vertical Zone, Complications of Operative and Office Hysteroscopy, Society of Laparoscopic Surgeons*[Invited Lecture]* |
| 2008 | 17th Annual Comprehensive Workshop on Minimally Invasive Gynecology for Residents and Fellows, American Association of Gynecologic Laparoscopists*[Invited Lecture]* |
| 2008 | "Hands On" Hysteroscopy, American Association of Gynecologic Laparoscopists *[Conference Leader]* |
| 2009 | Update on Endometrial Ablation Complications of Operative Hysteroscopy Hands-on laboratory instructor, American College of Obstetrics and Gynecology *[Invited Lecture]* |
| 2010 | Office hysteroscopy, Complications of hysteroscopy, Hands on hysteroscopic skills education , American College of Obstetrics and Gynecology *[Invited Lecture]* |

**International**

| 1998 | Lecture: Risks and Complications of Endometrial Ablation Techniques (7th Congress of the European Society for Gynaecological Endoscopy), European Society for Gynaecological Endoscopy*[Invited Lecture]* |
|------|------|
| 2000 | Lecture: The Operating Room of the Future, American Institute of Architects*[Invited Lecture]* |
| 2000 | Lecture: Office Hysteroscopy, International Society for Gynecologic Endoscopy*[Invited Lecture]* |
| 2000 | Lecture: Office Hysteroscopy, World Congress on Gynecologic Endoscopy*[Invited Lecture]* |
| 2002 | Global Congress of Gynecologic Endoscopy: Office Hysteroscopy and Endometrial Ablation, American Association of Gynecologic Laparoscopists*[Invited Lecture]* |

2002     Global Congress of Gynecologic Endoscopy: The Case for Office Hysteroscopy, American Association of Gynecologic Laparoscopists*[Invited Lecture]*

2002     Lecture: Complications of Hysteroscopy, Congress of Gynecological Endoscopy and Innovative Surgery*[Course Faculty]*

2003     Global Congress of Gynecologic Endoscopy: Minimally Invasive Solutions for Symptomatic Uterine Fibroids, American Association of Gynecologic Laparoscopists *[Invited Lecture]*

2003     Beyond Hysterectomy: The Contemporary Management of Uterine Fibroids - An International Congress, American Association of Gynecologic Laparoscopists*[Invited Lecture]*

2003     Lecture: Operating Theatre of the Future, International Congress on Gynaecological Endoscopic Surgery*[Keynote Speaker]*

2004     Global Congress of Gynecologic Endoscopy: Surgical Tutorials, American Association of Gynecologic Laparoscopists*[Invited Lecture]*

2005     Lecture: The Operating Room of the Future (14th Annual Congress), European Society for Gynaecological Endoscopy*[Plenary Speaker]*

2006     Lecture: Computer-Based Methodology to Evaluate Surgical Learning Curve in Resident Education, European Society for Gynaecologic Endoscopy*[Invited Lecture]*

2008     Three lectures: Hysteroscopic Management of Congenital Uterine Anomalies and Asherman's Syndrome, Complications of Hysteroscopy, New Useful Instruments for Hysteroscopy, American Association of Gynecologic Laparoscopists/Congresso Brasileiro da SOBENGE*[Invited Lecture]*

2008     Three lectures: New Techniques in Office Hysteroscopy, New Techniques in Operative Hysteroscopy, Asherman's Syndrome, Brazilian Society of Gynecologic Endoscopy and Endometriosis*[Invited Lecture]*

2008     Advances in Hysteroscopic Surgery, American Association of Gynecologic Laparoscopists, 2nd International Congress*[Invited Lecture]*

2009     Fertility Enhancing Uterine Surgery, European Society Human Reproduction and Endocrinology*[Plenary Presentation]*

2009     Laparoscopic suturing, Society of laparoscopic surgeons*[Invited Lecture]*

2009     Lecturer and Visiting Surgeon , University of Lagos, Nigeria*[Visiting Professorship]*

2010     Seminar presentation and live surgery education, Universitäts-Frauenklinik Tübingen,Tubingen Germany*[Visiting Professorship]*

2010     The future of gynecologic minimally invasive surgery and live surgery presentation as invited surgeon , Universitat-Fraunklinik Tubingen Germany*[Visiting Professorship]*

| 2010 | Lecture in post graduate course and live telesurgery presentation on operative hysteroscopy, III Simposio International de Endoscoppia Ginecologica *[Visiting Professorship]* |
|---|---|
| 2010 | Office Hysteroscopic Surgery, Operative Hysteroscopy and Live hysteroscopic surgical procedures as the visiting surgeon, Congreso de Colombia Marzo, Pereira Columbia *[Plenary Presentation]* |
| 2010 | Course director for Hysteroscopy post graduate course and two lectures. , Croatian Society for Gynecologic Endoscopy/ International AAGL meeting *[Seminar]* |
| 2010 | Presentation on the current state of hysteroscopic surgery, IX Latin American Congress of Endoscopic Surgery2010ALACEandXVideosurgery Brazilian Congress - SOBRACIL*[Plenary Presentation]* |
| 2010 | Surgical Therapy for Endometriosis , European Society for Gynecologic Endoscopy *[Invited Lecture - Barcelona Spain]* |

## b. Professional Leadership Roles related to Teaching

| 2001 | International        Karolinska Institute |
|---|---|
|  | Director of a seminar series on operative hysteroscopy and preceptor of live surgical cases |
| 2003 | National        American Society for Reproductive Medicine |
|  | Organization of course syllabus, agenda, and presentation of two lectures: "Update on Uterine Fertility Surgery" |
| 2003 | National        American Society for Reproductive Medicine |
|  | Organization of course syllabus and agenda and presentation of three lectures: "Update on Uterine Fertility Surgery" |
| 2004 | National        Baptist Hospital |
|  | Organization of course agenda, syllabus, and lecturer: "Office Hysteroscopy" |
| 2005 | National        American Association of Gynecologic Laparoscopists |
|  | Organization of course syllabus, agenda, and presentation of two lectures: "Hysteroscopy" and "Abnormal Uterine Bleeding" |
| 2005 | National        American Association of Gynecologic Laparoscopists |
|  | Organization of course agenda, syllabus, and lecturer: "Hysteroscopy and Abnormal Uterine Bleeding" |
| 2006 | National        American Association of Gynecologic Laparoscopists |
|  | "Hands On" Experience and Technology: Update on Hysteroscopy, Endometrial Ablation and Hysteroscopic Tubal Occlusion |
| 2006 | National        American Association of Gynecologic Laparoscopists/Society of Reproductive Surgeons |
|  | Fellows Course: Operative Hysteroscopy, Laparoscopic Suturing, and Hysterectomy |

| 2006 | National | American Association of Gynecologic Laparoscopists |

2006     National     American Association of Gynecologic Laparoscopists
Postgraduate Course: "Hands On" Hysteroscopy

2006     National     American Association of Gynecologic Laparoscopists
Organization of course syllabus, agenda, and preentation of three lectures: "Hands-On and Technological Update on Hysteroscopy", "Endometrial Ablation" and "Tubal Occlusion and Hysterectomy"

2006     National     American Association of Gynecologic Laparoscopists
Postgraduate Course: "Update on Office and Operative Hysteroscopic Techniques"

2006     National     Celebration Hospital
Organization of course agenda, syllabus, and lecturer: "Diagnostic and Operative Hysteroscopy"

2006     International     World Congress of Minimally Invasive Gynecologic Surgery
Organization of course agenda, syllabus and lecturer: "Operative Hysteroscopy"

2006     National     American Society for Reproductive Medicine
Three lectures: "Evaluation of Leiomyomas: Imaging and Office Hysteroscopy", "Hysteroscopic Management of Myomas: Limitations and Techniques", "Non-Excisional Surgical Therapy for Myomas (Ablation Techniques and Surgical Uterine Occlusion)"

2006     National     American Association of Gynecologic Laparoscopists
Organization of course agenda, syllabus, and presentation of two lectures: "Hands-On Experience & Technology Update on Hysteroscopy", "Endometrial Ablation & Hysteroscopic Tubal Occlusion"

2007     Regional     American Association of Gynecologic Laparoscopists
Postgraduate Course: "Hands On" Hysteroscopy

2007     National     American Society for Reproductive Medicine
Lecture: "Office Hysteroscopy"

2007     International     German Society of Obstetrics and Gynecology
Live surgery demonstration

2007     National     Professional Medical Education Association
Postgraduate Course: "Outpatient Gynecologic Procedures"

2007     International     Society Italiana Endoscopia Gynecologica
Organization of course agenda, syllabus and Director of Laboratory Programs

2008     National     37th Global Congress of Minimally Invasive Gynecology
Organization of agenda, syllbus, and lecturer

2008     National     American Association of Gynecologic Laparoscopists
Postgraduate Course: "Hands On" Hysteroscopy

2008     International     University of Tel Aviv, Sheeba Hospital

Design and presentation of the first "hands-on" lecture and laboratory course for hysteroscopy training in the State of Israel. Two day course in the Simulation Center at the University of Tel Aviv.

2009          National        AAGL/SRS
              Responsible for creating and implementing curriculum in diagnositic and operative hysteroscopy

2009          National        American Associaciation of Gynecologic Laparoscopy (AAGL)
              Designed the agenda and skills lab, lectured and taught the skills lab to 80 gynecologist.

2010          National        AAGL/ASRM
              Organize lectures, present lectures and teach in hands-on laboratory

2010          National        ASRM/AAGL
              Setting course agenda, lecture and teaching hands on laparoscopic suturing and hysteroscopic skills to REI and AAGL fellow.

2010          National        ASRM annual clinical meeting
              Organize and lecture during the half day seminar on reproductive surgery.


## 3. Description of Teaching Award(s) Received

1992          Resident Training Award, Department of Obstetrics and Gynecology, Massachusetts General Hospital
              Harvard Medical School


## E. Report of Clinical Activities

1989-2001     Obstetrics and Gynecology, Reproductive Endocrinology Massachusetts General Hospital
              Clinical Activity Description: During my 12 years working only at Massachusetts General Hospital (MGH), I was director of the resident ambulatory service, director of reproductive endocrinology and director of minimally invasive gynecologic surgery. My practice was 70% surgical and 30% nonsurgical related to infertility and advanced reproductive technologies.
              Patient Load: 60-70 patients per week; Complex surgical cases primarily referred from practicing gynecologists
              Clinical Contributions: I helped develop a strong clincal program in minimally invasive gynecologic surgery at the MGH. In the early 1990's I helped pioneer laser excision of extensive endometriosis. In the mid 1990s I performed the first laparoscopic sub total and total hysterectomy as well as the first laparoscopic myomectomy at MGH. Beginning in 1998, I helped design the operating room of the future project at MGH which is still being utilized as a working laboratory for innovative minimally surgical procedures. I was involved in the development of the assisted reproductive technology program at MGH.
              Other Relevant Information: As a leader in the field of hysteroscopy and hysteroscopic training, I have been invited to perform hands-on training in London, England, Paris, France, Hamburg and Tubingen Germany, Jerusalem and Tel Aviv, Israel, Mexico

City, Mexico and Guatemala City, Guatemala. I have been responsible for live telesurgery which was broadcast at the national ASRM meeting in Washington DC in 2007.

2001-      Obstetrics and Gynecology, Reproductive Endocrinology Newton Wellesley Hospital
Underline Clinical Activity Description: I began a clinical division, MIGS Unit (Minimally Invasive Gynecologic Surgery)), within the Gynecology Department at Newton-Wellesley Hospital. This was the first division within New England to focus solely on minimally invasive therapies for benign gynecologic condidtions in women. Our mission is to provide state-of-the-art care, teaching of residents and fellows, and clinical research. The unit has been successful in all three areas. The unit has two full-time faculty, one PGY-3 resident and one full-time fellow sponsored by the American Association of Gynecologic Laparoscopists/Society of Reproductive Surgeons.
Patient Load:  60 patients per week; Complex due to 90% referred practice pattern
Clinical Contributions: We have developed novel office-based procedures including the hysterosocpic resection of polyps, myomata, intrauterine scar tissue and uterine septae. We pioneered the placement of hysteroscopic tubal occlusion devices and office- based endometrial ablation. We have also pioneered surgical simulation as a teaching tool for residents and fellows as well as the use of telestration for real-time surgical education.
Other Relevant Information:  The MIGS Center at Newton-Wellesley Hospital was designed for state-of-the-art patient care and education. We have offered over 25 post graduate courses for physicians in the New England area interested in learning office-based procedures. I have been invited to be a surgical preceptor in all the New England states as well as Canada, Germany, France, England, Israel, and Mexico.

## Part III: Bibliography

## Original Articles

1. Isaacson KB, Coutifaris C, Garcia CR, Lyttle CR. Production and secretion of complement component 3 by endometriotic tissue. J Clin Endocrinol Metab. 1989;69(5):1003-9.
2. Isaacson KB, Galman M, Coutifaris C, Lyttle CR. Endometrial synthesis and secretion of complement component-3 by patients with and without endometriosis. Fertil Steril. 1990;53 (5):836-41.
3. Howe RS, Isaacson K, Albert JL, Coutifaris KB. Embryonic heart rate in human pregnancy. J Ultrasound Med. 1991;10:367-71.
4. Penning TM, Isaacson K, Lyttle CR. Hormonal regulation of 3a hydroxysteroid/dihydrodiol dehydrogenase in rat liver. Biochem Pharmacol. 1991;43:1151-4.
5. Isaacson KB, Xu Q, Lyttle CR. The effect of estradiol on the production and secretion of complement component 3 by the rat uterus and surgically induced endometriotic tissue. Fertil Steril. 1991;55(2):395-402.
6. Penning TM, Isaacson K, Lyttle CR. Hormonal regulation of 3 alpha-hydroxysteroid/dihydrodiol dehydrogenase in rat liver cystosol. Biochem Pharmacol. 1992;123(3):91-7.
7. Isaacson K, Bhatta KM. The laser-assisted scalpel: Initial clinical evaluation of its use in gynecologic endoscopy. Obstet Gynecol. 1992;80:469-71.
8. Isaacson KB, Amendola M, Banner M, Glassner M, Sondheimer SJ. Transcervical fallopian tube recanalization: a safe and effective therapy for patients with proximal tubal obstruction. Int J Fertil. 1992;37(2):106-10.

9. Bhatta N, Isaacson K, Flotte T, Schiff I, Anderson RR. Injury and adhesion formation following ovarian wedge resection with different thermal surgical modalities. Lasers Surg Med. 1993;13:344-52.

10. Bhata N, Isaacson K, Bhatta KM, Anderson RR, Schiff I. Comparative study of different laser systems. Fertil Steril. 1994;61:581-91.

11. Lambert-Messerlian GM, Isaacson K, Crowley WF Jr, Sluss P, Schneyer AL. Human follicular fluid contains pro- and C-terminal immunoreactive alpha-inhibin precursor proteins. J Clin Endocrinol Metab. 1994;78:433-39.

12. Sayegh R, Awwad J, Maxwell C, Lessey B, Isaacson K. Alpha 2 macroglobulin (A2M) production by human endometrium. J Clin Endocrinol Metab. 1995;80:1021-6.

13. Mathur S, Butler WJ, Chihal HJ, Isaacson KB, Gleicher N. Target antigen(s) in endometrial autoimmunity of endometriosis. Autoimmunity. 1995;20(4):211-22.

14. Sayegh RA, Tao XJ, Isaacson KB. Immunohistochemical localization of alpha-2 macroglobulin receptor/low-density lipoprotein receptor-related protein, receptor-associated protein, and Gp330 in the human endometrium. J Soc Gynecol Invest. 1995;2(6):748-53.

15. Pal L, Toth TL, Leykin L, Isaacson KB. Case report: High incidence of triploidy in in-vitro fertilized oocytes from a patient with a previous history of recurrent gestational trophoblastic disease. Human Reprod. 1996;11:1529-32.

16. Awwad J, Isaacson KB. The harmonic scalpel: An intraoperative complication. Obstet Gynecol. 1996;88:718-20.

17. Sayegh RA, Tao XJ, Awwad JT, Isaacson KB. Localization of the expression of complement component 3 in the human endometrium by in situ hybridization. J Clin Endocrinol Metab. 1996;81(4):1641-9.

18. Pal L, Toth TL, Leykin L, Isaacson KB. High incidence of triploidy in in-vitro fertilized oocytes from a patient with a previous history of recurrent gestational trophoblastic disease. Human Reprod. 1996;11(7):1529-32.

19. Lambert-Messerlian G, Taylor A, Leykin L, Isaacson K, Toth T, Chang YC, Schneyer A. Characterization of intrafollicular steroid hormones, inhibin, and follistatin in women with and without polycystic ovarian syndrome following gonadotropin hyperstimulation. Biol Reprod. 1997;57:1211-16.

20. Isaacson KB, Nardella P. Development and use of a bipolar resectoscope in endometrial electrosurgery. J Am Assoc Gynecol Laparosc. 1997;4:385-91.

21. Pal L, Lapensee L, Toth TL, Isaacson KB. Comparison of office hysteroscopy, transvaginal ultrasonography and endometrial biopsy in evaluation of abnormal uterine bleeding. J Soc Laparoendosc Surg. 1997;1(2):125-30.

22. Tao XJ, Tilly KI, Maravei DV, Shifren JL, Krajewski S, Reed JC, Tilly JL, Isaacson KB. Differential expression of members of the bcl-2 gene family in proliferative and secretory human endometrium: glandular epithelial cell apoptosis is associated with increased expression of bax. J Clin Endocrinol Metab. 1997;82(8):2738-46.

23. Tao XJ, Sayegh RA, Isaacson KB. Increased expression of complement component 3 in human ectopic endometrium compared with the matched eutopic endometrium. Fertil Steril. 1997;68 (3):460-7.

24. Pal L, Taylor A, Kirby R, Isaacson KB. Brenner tumor in 46,XY gonadal dysgenesis. Obstet Gynecol. 1997;90(4 Pt 2):707-8.

25. Pal L, Shifren JL, Isaacson KB, Chang Y, Marean M, Leykin L, Toth TL. Outcome of IVF in DES-exposed daughters: experience in the 90s. J Assist Reprod Genet. 1997;14(9):513-7.

26. Sayegh RA, Tao XJ, Leykin L, Isaacson KB. Endometrial alpha-2 macroglobulin; localization by

in situ hybridization and effect on mouse embryo development in vitro. J Clin Endocrinol Metab. 1997;82(12):4189-95.

27. Sidis Y, Fujiwara T, Leykin L, Isaacson K, Toth T, Schneyer AL. Characterization of inhibin/activin subunit, activin receptor, and follistatin messenger ribonucleic acid in human and mouse oocytes: Evidence for activin's paracrine signaling from granulosa cells to oocytes. Biol Reprod. 1998;59:807-12.

28. Pal L, Shifren JL, Isaacson KB, Chang Y, Leykin L, Toth TL. Impact of varying stages of endometriosis on the outcome of in vitro fertilization-embryo transfer. J Assist Reprod Genet. 1998;15(1):27-31.

29. Prakash P, Leykin L, Chen Z, Toth T, Sayegh R, Schiff I, Isaacson K. Preparation by differential gradient centrifugation is better than swim-up in selecting sperm with normal morphology (Strict Criteria). Fertil Steril. 1998;69(4):722-26.

30. Pal L, Leykin L, Schifren JL, Isaacson KB, Chang YC, Nikrui N, Chen Z, Toth TL. Malignancy may adversely influence the quality and behaviour of oocytes. Human Reprod. 1998;13(7):1837-40.

31. Tao XJ, Sayegh RA, Tilly JL, Isaacson KB. Elevated expression of the proapoptotic BCL-2 family member, BAK, in the human endometrium coincident with apoptosis during the secretory phase of the cycle. Fertil Steril. 1998;70(2):338-43.

32. Surrey ES, Isaacson K (member, Add-Back Consensus Working Group). Add-back therapy and gonadotropin-releasing hormone agonists in the treatment of patients with endometriosis: Can a consensus be reached? Fertil Steril. 1999;71(3):420-24.

33. Awwad JT, Sayegh RA, Tao XJ, Hassan T, Isaacson K. The SCID mouse: an experimental model for endometriosis. Human Reprod. 1999;14:3107-3111.

34. Segal S, Shifren JL, Isaacson KB, Leykin L, Chang Y, Pal L, Toth TL. Effect of a baseline ovarian cyst on the outcome of in vitro fertilization-embryo transfer. Fertil Steril. 1999;71(2):274-7.

35. Fujiwara T, Lambert-Messerlian G, Sidis Y, Leykin L, Isaacson K, Toth T, Schneyer A. Analysis of follicular fluid hormone concentrations and granulosa cell mRNA levels for the inhibin-activin-follistatin system: relation to oocyte and embryo characteristics. Fertil Steril. 2000;74(2):348-55.

36. Nahum R, Shifren JL, Chang Y, Leykin L, Isaacson K, Toth TL. Antral follicle assessment as a tool for predicting outcome in IVF-is it a better predictor than age and FSH? J Assist Reprod Genet. 2001;18(3):151-55.

37. Subramanian S, Clark MA, Isaacson K. Outcome and resource use associated with myomectomy. Obstet Gynecol. 2001;98:583-87.

38. Eroglu A, Nahum RT, Isaacson K, Toth TL. Laser-assisted intracytoplasmic sperm injection in human oocytes. J Reprod Med. 2002;47:199-203.

39. DeCherney A, Bachmann G, Isaacson K, Gail S. Postoperative fatigue negatively impacts the daily lives of patients recovering from hysterectomy. Obstet Gynecol. 2002;99:51-57.

40. Bloomstone J, Chow CM, Isselbacher E, VanCott E, Isaacson KB. A pilot study examining the frequency and quantity of gas embolization during operative hysteroscopy using a monopolar resectoscope. J Am Assoc Gynecol Laparosc. 2002;9(1):9-14.

41. Perez MC, Bodine PV, Leiva MC, Isaacson KB, Komm BS. Signal transduction pathways involved in macrophage migration induced by peritoneal fluid chemotactic factors in stages I and II endometriosis. Fertil Steril. 2002;77(6):1261-8.

42. Mankin HJ, Isaacson KB, Cullen KJ. A happy outcome to a bad problem. J Bone Joint Surg Am. 2002;84-A(7):1251-3.

43. Chen Z, Isaacson KB, Toth TL, Godfrey-Bailey L, Schiff I, Hauser R. Temporal trends in human

semen parameters in New England in the United States, 1989-2000. Arch Androl. 2003;49 (5):369-74.

44. Beinfeld MT, Bosch JL, Isaacson KB, Gazelle GS. Cost-effectiveness of uterine artery embolization and hysterectomy for uterine fibroids. Radiology. 2004;230(1):207-13.

45. Goodwin SC, Bradley LD, Lipman JC, Stewart EA, Nosher JL, Sterling KM, Barth MH, Siskin GP, Shlansky-Goldberg RD, et al (UAE versus Myomectomy Study Group). Uterine artery embolization versus myomectomy: a multicenter comparative study. Fertil Steril. 2006;85(1):14-21.

46. Stahl JE, Sandberg WS, Daily B, Wiklund R, Egan MT, Goldman JM, Isaacson KB, Gazelle S, Rattner DW. Reorganizing patient care and workflow in the operating room: a cost-effectiveness study. Surgery. 2006;139(6):717-28.

47. Wallwiener C, Wallwiener M, Neunhoeffer E, Menger M, Isaacson K, Zubke W. Intelligent, impedance-regulated, pulsed coagulation in a porcine renal artery model. Fertil Steril. 2007;88 (1):206-11.

48. Dembek CJ, Pelletier EM, Isaacson KB, Spies JB. Payer costs in patients undergoing uterine artery embolization, hysterectomy, or myomectomy for treatment of uterine fibroids. J Vasc Intervent Radiol. 2007;18(10):1207-13.

49. Robinson JK, Swedarsky Colimon LM, Isaacson KB. Postoperative adhesiolysis therapy for intrauterine adhesions (Asherman's Syndrome). Fertil Steril. 2008;90(2):409-14.

50. Wallwiener CW, Kraemer B, Wallwiener M, Brochausen C, Isaacson KB, Rajab TK. The extent of adhesion induction through electrocoagulation in an experimental rat study. Fertil Steril. 2008;In press.

**Reviews/Chapters/Editorials**

1. Isaacson K, Pruksananonda K, Hasty LA, Lyttle CR. Hormonal regulation of uterine complement. In: Strauss JF, Lyttle CR, eds. Uterine and embryonic factors in early pregnancy. New York, NY: Plenum Press;1991. p. 141-56.

2. Isaacson K, Balasubramanyam A. Relationship of medical illness to the menstrual cycle. In: Smith S, Schiff I, eds. Modern management of premenstrual syndrome. New York, NY: Norton Medical Publishers;1993. p. 81-97.

3. Isaacson K, Schiff I. Surgery for infertility. In: Morris PJ, Malt RA, eds. Oxford textbook of surgery. New York, NY: Oxford University Press;1994. p. 1477-87.

4. Isaacson KB. Endometriosis. In: Carlson KJ, Eisenstat SA, eds. Primary care of women. St. Louis, MO: Mosby;1995. p. 234-9.

5. Awwad JT, Isaacson K. Indications and contraindications of laparoscopy. In: Cohen SM et al, eds. Operative laparoscopy and hysteroscopy. New York, NY: Churchill Livingstone;1996. p. 5-19.

6. Lapensee L, Isaacson K. Ovarian remnant and residual ovary syndromes. In: Nichols DH, ed. Reoperative gynecologic and obstetrical surgery. St. Louis, MO: Mosby Year Book;1997. p. 367-381.

7. Isaacson KB. Complications of hysteroscopy. Obstet Gynecol Clin North Am. 1999;26(1):39-51.

8. Isaacson KB, Olive DL. Operative hysteroscopy in physiologic distention media. J Am Assoc Gynecol Laparosc. 1999;6(1):113-8.

9. Isaacson K. Update on flexible hysteroscopes. Contemp OB/GYN. 1999;44:11-25.

10. Isaacson K. New developments in operative hysteroscopy. Obstet Gynecol Clin North Am. 2000;27:375-83.

11. Isaacson K. Endometrial ablation: is one technique best? Contemp OB/GYN. 2001;46:31-8.

12. Bloomstone J, Isaacson K. If an operative complication occurs and no one reports it, does it really occur? J Am Assoc Gynecol Laparosc. 2001;8(4):467-9.

13. Nakad TI, Isaacson KB. Endometriosis. In: Carlson KJ, Eisenstat, SA, Frigoletto FD, Schiff I, eds. Primary care of women. St. Louis, MO: Mosby;2002. p. 341-47.

14. Isaacson K. New developments in radiofrequency technology for laparoscopic surgery. Contemp OB/GYN. 2002;47:26-42.

15. Isaacson K. Office hysteroscopy: a valuable but under-utilized technique. Curr Opin Obstet Gynecol. 2002;14:381-85.

16. Isaacson K. Hysteroscopic myomectomy: Fertility preserving yet under-utilized. OBG Mgmt. 2003;15:68-83.

17. Isaacson K. Gynecologic evaluation in patients with fibroids. In: Spies JB, Pelage JP, eds. Uterine artery embolization and gynecologic embolotherapy. Baltimore, MD: Lippincott Williams & Wilkins;2004. p. 28-36.

18. Ginger N. Cathey, Keith B. Isaacson. Hysteroscopic myomectomy. In: Levine RL, Pasic R, eds. A practical manual of hysteroscopy and endometrial ablation techniques: A clinical cookbook. London, England: Informa Healthcare;2004. p. 141-54.

19. Nakad T, Isaacson K. Training and acccreditation: USA. Training and credentialing in operative hysteroscopy. In: van Herendael BJ, Valle R, Bettocchi S, eds. Ambulatory hysteroscopy. Oxfordshire, England: Bladdon Medical Publishing;2004. p. 188-92.

20. Keith Isaacson. Gynecologic Evaluation of Patients with Fibroids. In: Spies JS, Pelage J-P, eds., Uterine Artery Embolization & Gynecologic Embolotherapy. Philadelphia, PA: Lippincott Williams & Wilkins;2005. p. 28-36.

21. Robinson JK, Isaacson KB. Laparoscopic surgery in the obese: safe techniques. OBG Mgmt. 2005;17:60-73.

22. Aarathi Cholkeri-Singh, Keith B. Isaacson. Basic principles of operative hysteroscopy and instrumentation. In: Tulandi T, ed., Atlas of Laparoscopy and Hysteroscopy Techniques. London, England: Informa Healthcare;2007. p. 131-36.

23. Aarathi Cholkeri-Singh, Keith Isaacson. Resection of uterine septum. In: Tulandi T, ed., Atlas of Laparoscopy and Hysteroscopy Techniques. London, England: Informa Healthcare;2007. p. 159-62.

24. Stephanie N. Morris, Keith Isaacson. Hysteroscopic sterilization. In: Nezhat C, Nezhat F, Nezhat C, eds, Nezhat's Operative Gynecologic Laparoscopy and Hysteroscopy. Cambridge, England: Cambridge University Press;2008. p. 165-72.

25. Aarathi Cholkeri-Singh, Keith B. Isaacson. The role of hysteroscopy in investigating abnormal uterine bleeding. In: O'Donovan PJ, Miller CE, eds., Modern Management of Abnormal Uterine Bleeding. London, England: Informa Healthcare;2008. p. 64-70.

26. Bush A, Morris, S, Isaacson K. Endometrial Ablation. In: State of the Art Atlas of Endoscopic Surgery in Infertility and Gynecology. St Louis, MO : Jaypee Brothers Medical Publishers ;2010. p. 481-498.

## Books, Monographs, and Textbooks

1. Isaacson K, ed. Office Hysteroscopy.  St. Louis, MO: Mosby Year Book;1996.

2. Isaacson K, ed. Complications of Gynecologic Endoscopic Surgery.  Philadelphia, PA: Saunders Elsevier;2006.

**NonPrint Materials**

1. Isaacson, KB. Update on Endometrial ablation. Waltham, MA: UpToDate;2005.This is an ongoing electronic chapter which is updated annually.

**Abstracts**

1. Isaacson K, Smithgall TE, Penning TM, Lyttle CR. Cloning and hormonal regulation of 3-alpha hydroxysteroid/dihydrodiol dehydrogenase mRNA in rat liver. The Endocrine Society, 70th Annual Meeting. 1988.

2. Isaacson K, Coutifaris C, Garcia C-R, Lyttle CR. . Production and secretion of complement component 3 by endometriotic implants. Society of Gynecologic Investigation, 36th Annual Meeting. 1989.

3. Isaacson K, Lyttle CR. Production and secretion of complement 3 from patients with and without endometriosis. Second International Meeting on Endometriosis. 1989.

4. Isaacson K, Galman M, Lyttle CR. . The production of complement component 3 (C3) from surgically induced endometriosis in the rat. American Fertility Society, 45th Annual Meeting. 1989.

5. Isaacson K, Hill JA, Leiva M, Lyttle CR. The bioactivity and pathophysiologic significance of complement component 3 synthesized and secreted by endometriotic tissue. American Fertility Society, 46th Annual Meeting. 1990.

6. Isaacson K, Lyttle CR. The bioactivity and pathophysiologic significance of complement 3 synthesized and secreted by endometriotic tissue. American Fertility Society, 47th Annual Meeting. 1991.

7. Bhatta N, Isaacson K, Flotte T, Anderson RR. Injury and adhesion formation following ovarian wedge resection with different thermal surgical modalities. American Society for Laser Medicine and Surgery, 12th Annual Meeting. 1992.

8. Bhatta KM, Isaacson K. The laser-assisted scalpel: A new instrument for laparoscopic procedures. American Society for Laser Medicine and Surgery, 12th Annual Meeting. 1992.

9. Furman R, Mascola M, Landis SK, Isaacson K. Laboratory evaluation of a new laparoscopic bipolar cutting device. Conjoint Annual Meeting, American Fertility Society and Canadian Fertility and Andrology Society. 1993.

10. Sayegh R, Awwad J, Maxwell C, Isaacson K, Schiff I. Alpha 2 macroglobulin (A2M) production by human endometrium. American Fertility Society, 50th Annual Meeting. 1994.

11. Leykin L, Chen Z, Prakash P, Toth T, Kirchner V, Isaacson K, Schiff I. Can the sperm recovery be improved with the modification of two layer precol gradient? 15th World Congress on Fertility and Sterility. 1995.

12. Tao XJ, Sayegh R, Leykin L, Isaacson K. Alpha-2 macroglobulin inhibits mouse embryo development. American Society of Reproductive Medicine, 52nd Annual Meeting. 1996.

13. Siis Y, Leykin L, Isaacson K, Toth T, Schneyer A. Detection of inhibin, activin, follistatin, and activin receptor subtypes in human granulosa cells and oocytes from individual follicular aspirates. Ovarian Workshop, Serono Symposia USA. 1996.

14. Lambert-Messerlian G, Taylor A, Isaacson K, Leykin L, Toth T, Hall HA, Schneyer A. Intrafollicular inhibin concentrations differ between women with and without polycystic ovarian syndrome. 10th International Congress of Endocrinology. 1996.

15. Isaacson K, Nardella P. The development of a bipolar resectoscope that enables the performance of electrical cutting and coagulation in the presence of physiologic distention media. American

Society for Reproductive Medicine, 52nd Annual Meeting. 1996.

16. Sidis Y, Fujimara T, Leykin L, Isaacson K, Toth T, Schneyer A. Characterization of inhibin, activin, follistatin, and activin receptor subtypes in human oocytes. The Endocrine Society, 79th Annual Meeting. 1997.

17. Dawson S, Kaufman J, Rattner D, Isaacson K. Computer simulation for procedural medical training. Society of Minimally Invasive Therapy. 1997.

18. Isaacson K, Philosphe R, Gimpelson R, Wamstecker K. Early experimental and clinical results using botonic solutions during monopolar intrauterine resection. World Congress of Gynaecologic Endoscopy. 1997.

19. Isaacson KB, Wamstecker K. Early experimental and clinical results using isotonic solutions during monopolar intrauterine resection. World Congress of Gynaecologic Endoscopy. 1997.

20. Tao XJ, Shifren J, Tilly JL, Isaacson K. Expression of members of the Bcl-2 gene family and the relationship with apoptosis in endometriosis. American Society of Reproductive Medicine, 53rd Annual Meeting. 1997.

21. Tao XJ, Ratts VS, Isaacson KB, Tilly JL. Expression of the BCL-2 homolog, BAK, relative to apoptosis in tissues of the human female reproductive system. Society for Gynecologic Investigation. 1997.

22. Lambert-Messerlian G, Taylor A, Isaacson K, Leykin L, Toth T, Schneyer A. Intrafollicular activin concentrations in women with and without polycystic ovarian syndrome. The Endocrine Society, 79th Annual Meeting. 1997.

23. Fujimara T, Sidis Y, Leykin L, Isaacson K, Toth T, Schneyer A. Semi-quantitative analysis of inhibin/activin subunit, activin receptor, and follistatin (FS) mRNA in human granulosa cells. The Endocrine Society, 79th Annual Meeting. 1997.

24. Rattner D, Dawson S, Birkett D, Forse A, Freund K, Isaacson K, Sataya R, Torma M, Zeitels S, Zucker K. The biotechnology road map in minimally invasive therapy. Society for Surgery of the Alimentary Tract, Annual Meeting. 1997.

25. Tao XJ, Isaacson K. Expressions of cyclins regulating G1 cell cycle and cyclin-dependent kinases inhibitor, P21, in matched human eutopic and ectopic endometrium. VI World Congress on Endometriosis. 1998.

26. Tao XJ, Rueda BR, Maravei DV, Bridgham JT, Isaacson KB, Johnson AL, Tilly JL. Distribution of Mtd/Bok, a pro-apoptotic Bcl-2 family member, in female reproductive tissues of diverse species. Society for Gynecologic Investigation, 46th Annual Meeting. 1999.

27. Tao XJ, Isaacon K (SPON: I Schiff). Expression and altered phosphorylation of the cAMP-response element-binding protein in the human endometrium during the menstrual cycle. Society for Gynecologic Investigation, 46th Annual Meeting. 1999.

28. Robles R, Isaacson KB. Placement of a Transcervical Tubal Occlusion Device Through a 3.5-mm O.D. Flexible Hysteroscope. American Association of Gynecologic Laparoscopists, 34th Annual Meeting. 2005.

29. Swedarsky L, Robinson JK, Isaacson KB. Postoperative therapy for Asherman's syndrome. American Association of Gynecologic Laparoscopists, 34th Annual Meeting. 2005.

30. Robinson JK, Isaacson KB, Rosenblatt P. pureWRIST: A revolutionary needle driver. American Association of Gynecologic Laparoscopists, 34th Annual Meeting. 2005.

31. Robinson JK, Isaacson KB. The Telestrator: Adjunct to laparoscopic training. American Association of Gynecologic Laparoscopists, 34th Annual Meeting. 2005.

32. Cholkeri-Singh A, Isaacson KB, DiSciullo A. Office Operative Vaginoscopic Hysteroscopy. American Association of Gynecologic Laparoscopists, 36th Annual Meeting. 2007.

33. Wallwiener CW, Rajab TK, Zubke W, Isaacson KB, Enderle M, Schaller D, Wallwiener M.

Thermal Conduction, Compression, and Electrical Current-An Evaluation of Major Parameters of Electrosurgical Vessel Sealing in a Procine In Vitro Model. American Association of Gynecologic Laparoscopists, 36th Annual Meeting. 2007.

34. Doyle N, Beste M, Joughin B, Lauffenburger D, Isaacson K, Griffith L. Towards an Ex Vivo Model of Lesion Formation in Endometriosis. BMES 2010. 2010.

35. Beste M, Lauffenburger D, Isaacson K, Griffith L. Identifying potential roles for ErbB family activation in endometriotic lesion formation. BMES Annual meeting. 2010.

# Exhibit B

## List of Materials Considered by Dr. Isaacson

In addition to those materials specifically referenced and identified in Smith & Nephew's Expert Report of Dr. Keith B. Isaacson Regarding Infringement (if not already identified or referenced in the text of the report), the following materials were also considered:

Declaration of Michelle Flores dated November 22, 2011 (and exhibits A-V thereto) (Dkt. #9) ("Flores Decl.")
Declaration of Dr. David R. Stone dated November 22, 2011 (Dkt. #11) ("Stone Decl.")
U.S. Patent No. 8,061,359 (SNEM0007200-SNEM0007207)
Prosecution history of the '359 Patent
The MyoSure® System, including the MyoSure® Rod Lens Hysteroscope and the MyoSure® Tissue Removal Device
SNEM0005735-SNEM0005742
SNEM0005743-SNEM0005746
SNEM0005747-SNEM0005750
SNEM0005751-SNEM0005757
SNEM0005758-SNEM0005764
SNEM0005765-SNEM0005779
SNEM0005780
SNEM0005781-SNEM0005792
SNEM0005793-SNEM0005802
INT00006493-95
INT00094494-96
INT00095717-19
INT00480593-95
INT00480799-801
INT00042617- INT00042619
INT00089920- INT00089921
INT00096845- INT00096855
INT00097654
INT00098021- INT00098025
INT00106670- INT00106671
INT00420995- INT00421006
INT00429000- INT00429135
INT00482607- INT00482652
INT00533499- INT00533500
INT00546386- INT00546409
INT00562012- INT00562014
INT00573600- INT00573634
INT00584807- INT00584857
INT00584898- INT00584949
INT00585365- INT00585423
INT00597836- INT00597843
INT00634260- INT00634301
The prototype system, including the endoscope and the modified cutting device, used by the inventor

U.S. Patent No. 7,249,602

Hologic's website and marketing materials regarding MyoSure® Procedure and System

*MyoSure® Procedure Animation* www.myosure.com/videos/myosure_procedure_animation.cfm

*MyoSure® Procedure Video* www.myosure.com/hcp/resources/live_case_videos.cfm

Smith & Nephew's Preliminary Infringement Contentions

Hologic's Preliminary Non-Infringement and Invalidity Contentions

Deposition Transcript of Dr. David R. Stone, and exhibits thereto

Expert Report of Dr. Henry Dominicis (Civil Action No. 10-CV-10951-RWZ)

Deposition Transcript of Dr. Henry Dominicis, and exhibits thereto (Civil Action No. 10-CV-10951-RWZ)