# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-CV-12064-RWZ |
| v. | ) | |
| | ) | |
| HOLOGIC, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## SMITH & NEPHEW, INC.'S EXPERT REPORT OF DR. ANDREW BRILL

## REGARDING INFRINGEMENT

# TABLE OF CONTENTS

                                                                              **Page**

I.      EXPERT QUALIFICATIONS ................................................................. 1

II.     COMPENSATION AND PRIOR TESTIMONY ................................... 2

III.    MATERIALS REVIEWED ................................................................... 2

IV.     USE OF DEMONSTRATIVES ............................................................ 3

V.      SUBJECT MATTER OF TESTIMONY ............................................... 3

VI.     LEGAL STANDARDS APPLIED IN THIS REPORT ........................ 3

        A.      Claim Construction ................................................................... 3

        B.      Direct Infringement .................................................................. 3

                1.      Literal Infringement ...................................................... 4

                2.      Doctrine of Equivalents ................................................ 4

        C.      Indirect Infringement ............................................................... 4

                1.      Induced Infringement .................................................... 4

                2.      Contributory Infringement ............................................ 5

VII.    LEVEL OF SKILL IN THE ART ........................................................ 5

VIII.   UNDERSTANDING THE NATURE OF THE PATENTED METHOD ......... 6

        A.      The Surgical Method Claimed by the '359 Patent .................... 6

        B.      The Accused Method – the MyoSure® Procedure .................. 6

IX.     Disputed Claim Terms of the '359 Patent ........................................... 7

X.      DEPENDENT AND INDEPENDENT CLAIMS ................................ 8

XI.     OPINIONS AND BASES FOR OPINIONS ........................................ 8

        A.      Summary of Opinions ............................................................... 8

        B.      Direct Infringement of Claims 1-8 of the '359 Patent ............ 9

                1.      Claim 1 of the '359 Patent ............................................ 9

                3.      Claim 3 of the '359 Patent .......................................... 15

                4.      Claim 4 of the '359 Patent .......................................... 16

i

**TABLE OF CONTENTS (continued)**

**Page**

       5.     Claim 5 of the '359 Patent ........................................................ 17

       6.     Claim 6 of the '359 Patent ........................................................ 21

       7.     Claim 7 of the '359 Patent ........................................................ 23

       8.     Claim 8 of the '359 Patent ........................................................ 24

   C.    Indirect Infringement of Claims 1-8 of the '359 Patent ........................................ 25

       1.     Induced Infringement .................................................................. 25

       2.     Contributory Infringement ........................................................ 25

XII.    Reservation ........................................................................................ 25

## I.    EXPERT QUALIFICATIONS

1.     A summary of my educational and professional experience is set forth in my Curriculum Vitae, the most current version of which is attached to this report as Exhibit A.

2.     I am a physician, board certified in obstetrics and gynecology.

3.     I am currently in private practice in the greater San Francisco area.  Since 2006, I have served as the Director of Minimally Invasive Gynecology, Reparative Pelvic Surgery, & Training at the California Pacific Medical Center in San Francisco, CA.  I am also a member of the Executive Committee and I am Chair of the New Technology Committee in the Department of Obstetrics and Gynecology at the California Pacific Medical Center.  My practice focuses on minimally invasive gynecologic surgery.

4.     Since 2010, I have been a Member of the Obstetrics and Gynecology Device Panel, within the Department of Health and Human Services at the United States Food and Drug Administration (the "FDA") in Washington, D.C.  From 2003 to 2009, I served as a consultant to the Obstetrics and Gynecology Device Panel at the FDA.

5.     I earned my Bachelors of Science from Grinnell College in Grinnell, Iowa.  I attended the Pritzker School of Medicine at the University of Chicago, receiving my Medical Doctor degree in 1976.  In 1980, I completed a residency in Obstetrics and Gynecology at Women's Hospital at the Los Angeles County Medical Center affiliated with the University of Southern California, in Los Angeles, CA.

6.     A summary of the research I have been involved with appears in my Curriculum Vitae, the most current version of which is attached to this report as Exhibit A, under the section "Research Grants."

7.     Since 1986, I have been a member of AAGL (formerly known as the American Association of Gynecologic Laparoscopists).  In the past, I have served on the Board of Trustees and as President of the Board of Directors for the AAGL.  I have also served as President of the AAGL-SRS Fellowship for Advanced Endoscopic Surgery.  I have served on the Committee on Practice Bulletins-Gynecology for a year.  I am also a Fellow of the American College of Obstetricians and Gynecologists.

**8.**     From 1982 to 1990, I served on the faculty of Stanford University School of Medicine, as Assistant Clinical Professor of Obstetrics and Gynecology, in Standord, California.  In 1990, I was appointed to the faculty of the University of Illinois, in Chicago, IL.  From 1990 to 2006, I served on the faculty of the University of Illinois as Assistant Professor, Associate Professor and Professor of Obstetrics and Gynecology.  While on faculty at the University of Illinois, I also served as the Director of the Division of General Obstetrics and Gynecology, and as the Director of Gynecologic Endoscopy.  From 2001 to 2007, I was the AAGL-SRS Fellowship Director for Advanced Endoscopic Surgery at the University of Illinois.

9.     I have authored or co-authored over 60 publications, including articles, reviews, chapters,

1

editorials, books, monographs, and/or textbooks.  I have conducted more than 200 faculty teaching presentations at medical facilities all over the world.

## II.   COMPENSATION AND PRIOR TESTIMONY

10.     For my work in connection with this case, I am being paid $700 per hour for analysis, document review, research, written and oral reports, and preparation for giving written testimony.  I am being paid $1,000 per hour for oral deposition testimony, and $1,500 per hour for oral testimony at trial.  I also am being paid $3,000 per day for travel time requiring an absence from work.  My fees are not contingent on the outcome of this case.

11.     I have not been retained as an expert in any cases for deposition, hearing, and/or trial over the last four years.

## III.   MATERIALS REVIEWED

12.     In connection with formulating my opinions in this matter, I have also reviewed the following materials:

- U.S. Patent No. 8,061,359 ("the '359 Patent");

- Prosecution history of the '359 Patent;

- The accused MyoSure® System, including the MyoSure® Rod Lens Hysteroscope ("MyoSure® Hysteroscope") and the MyoSure® Tissue Removal Device ("MyoSure® TRD");

- Deposition of Dr. Mark Hans Emanuel, dated December 16, 2011;

- Smith & Nephew's Preliminary Infringement Contentions;

- Hologic's Preliminary Non-Infringement Contentions;

- Hologic's website and marketing materials; and

- Discovery materials, responses to interrogatories, and documents produced by the parties.

13.     My opinions and conclusions are further informed by my experience using both Hologic's MyoSure® Tissue Removal System (the "MyoSure® System") and Smith & Nephew's TRUCLEAR™ Hysteroscopic Morcellator system ("TRUCLEAR™ System") to remove tissue from the uterus.  I have used the MyoSure® System to remove uterine tissue more than 15 times.  I have used the TRUCLEAR™ System to remove uterine tissue more than 75 times.

14.     I understand that written discovery, document discovery and depositions are not complete

2

in this litigation, and that at trial Smith & Nephew will present the jury with a wide range of factual evidence to support a showing of infringement. Therefore, I expressly reserve the right to supplement my opinions in view of any new information that arises prior to the discovery deadline in this litigation and/or after the date of this report.

## IV.   USE OF DEMONSTRATIVES

15.    I expect that I may refer to the above referenced materials and/or those specifically cited in this report, as well as representative photographs, charts, graphs, schematics, layouts, animations, and/or models at trial and deposition that I may create to support and explain my testimony set forth herein. I may also use such materials to explain the inventions, the '359 Patent or any related Patent, relevant technology areas, and/or other matters that may assist the Court and jury in understanding the technology and patents.

## V.   SUBJECT MATTER OF TESTIMONY

16.    I understand that, in this case, Smith & Nephew is asserting claims 1-8 of the '359 Patent against Hologic. I have been asked by Smith & Nephew to give my opinion regarding infringement of the '359 Patent.

## VI.   LEGAL STANDARDS APPLIED IN THIS REPORT

17.    I understand that the following legal standards apply to my analysis presented in this Expert Report.

### A.  Claim Construction

18.    I have been advised by counsel for Smith & Nephew that analysis of a patent infringement involves two steps: (1) properly construing the patent claims to ascertain their scope and meaning; and (2) comparing the properly construed claims with the accused product.

19.    I understand that the first step in any infringement analysis is to determine the scope of the claims at issue, and that such "claim construction" is a legal matter to be decided by the Court.

20.    I understand that the Court has not yet construed the disputed claim terms in this litigation. Therefore, I expressly reserve the right to supplement my opinions and this report following the Court's claim construction.

### B.  Direct Infringement

21.    I understand that the claims delineate the bounds of a patentee's invention and that claim construction starts with the language of the claims. I further understand that claims are interpreted from the standpoint of a person of ordinary skill in the art in light of the patent specification, its prosecution history, and any relevant extrinsic evidence.

3

22.     My understanding is that patent infringement is determined according to 35 U.S.C. § 271, which states that "whoever without authority makes, uses, offers for sale, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent."

23.     Smith & Nephew's counsel further has advised me that there are two types of direct infringement, literal infringement and infringement under the doctrine of equivalents.

24.     I understand that to prove direct infringement of an asserted claim, Smith & Nephew has the burden to prove by a preponderance of the evidence that the use of Hologic's products infringes an asserted method claim either literally or under the doctrine of equivalents.

### 1.  Literal Infringement

25.     I understand that for Smith & Nephew to prove that Hologic has literally infringed an asserted method claim, Smith & Nephew must prove by a preponderance of the evidence that each and every limitation set forth in that asserted method claim is practiced by the accused method.  I understand that each claim is evaluated separately, but each limitation of a claim must be present in the accused method for that claim to be infringed.  If even a single element is missing, there is no infringement.

### 2.  Doctrine of Equivalents

26.     I was advised that even if literal infringement is lacking, infringement under the doctrine of equivalents may still apply.  As with literal infringement, for infringement to be found under the doctrine of equivalents, the accused method must include an equivalent element for every element in the claims that is not literally present in the accused product.  An "equivalent" element is an element that performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claim element that is not literally present.  Stated another way, an "equivalent" element under the doctrine of equivalents results from an insubstantial change, which from the perspective of one of ordinary skill in the art, adds nothing of significance to the claimed invention.

27.     I understand that under the doctrine of equivalents, evidence of equivalence must be from the perspective of a person of ordinary skill in the art.

### C.  Indirect Infringement

28.     I understand that in addition to direct infringement, infringement liability also arises under "indirect" infringement.  Smith & Nephew's counsel has advised me that there are two types of indirect infringement, induced infringement and contributory infringement.

### 1.  Induced Infringement

29.     My understanding is that induced infringement is determined according to 35 U.S.C. § 271(b), which states that "[w]hoever actively induces infringement of a patent [by a third party] shall [itself] be liable as an infringer."

4

30.     I understand that in order for Smith & Nephew to prove that Hologic induced infringement of the '359 Patent, there first must be direct infringement and second that Hologic knowingly induced the infringement and possessed the specific intent to encourage the infringement.

## 2.   Contributory Infringement

31.     My understanding is that contributory infringement is determined according to 35 U.S.C. § 271(c), which makes it an act of infringement to offer for sale, or sell "a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use."

32.     I understand that in order for Smith & Nephew to prove that Hologic is liable for contributory infringement of the '359 Patent, there first must be direct infringement and second that Hologic's accused products are non-staple articles that are material components used in the claimed methods.

33.     I further understand that a "non-staple" article is an article that was designed to carry out a patented method and has little or no utility outside of that patented method.

## VII.   LEVEL OF SKILL IN THE ART

34.     I understand that claims are construed from the perspective of one of ordinary skill in the art to which the patented subject matter pertains at the time of the invention.  Furthermore, I understand that a determination of the level of ordinary skill in the art includes as relevant factors (1) the educational level of the inventor; (2) the type of problems encountered in the art; (3) the prior solutions to those problems; (4) the rapidity with which innovations are made in the art; (5) the sophistication of the technology in the art; and (6) the educational level of active workers in the field.

35.     The invention of the '359 Patent generally relates to a method for the removal of tissue from the uterus using an endoscope and a mechanical cutter that simultaneously cuts and removes tissue.  Thus, the relevant field of art is gynecologic surgery.  In my opinion, and based on the above factors, a person of ordinary skill in the art at the time of the invention is a medical doctor who has completed an accredited residency program in gynecology, which would include one or more years of experience performing gynecological surgery that includes but is not limited to removing tissue, such as fibroids or polyps, from the uterus.

36.     As discussed above and in my Curriculum Vitae, I have the requisite education and extensive experience in this field, and therefore qualify as one of skill in the art.

## VIII.   UNDERSTANDING THE NATURE OF THE PATENTED METHOD

### A.  The Surgical Method Claimed by the '359 Patent

37.     For many decades, the primary treatment for abnormal uterine bleeding, caused by the presence of uterine fibroids (i.e. myomas) or polyps, was minimally invasive "blind" surgery such as a dilation and curettage or major invasive surgery, such as an open abdominal myomectomy or hysterectomy.  The "blind" D&C procedures are mostly ineffective.

38.     In the late 1990's, around the time of the invention of the '359 Patent, gynecologists were using a less invasive transcervical method for removing intrauterine fibroids and polyps - monopolar loop resection – which involves the use of an electrified loop-shaped wire.  During this hysteroscopic procedure, the loop resector is fitted to an endoscope and inserted tranvaginally through the cervix and into the uterine cavity with no incisions.  With each pass of the loop resector against the polp or fibroid attached to the lining of the uterus, a tissue chip is created.  During the course of the procedure, the tissue chips can obscure the operative field of vision, and thus must be removed separately.

39.     Monopolar loop resection provides good clinical results, however, its use is associated with the following diadvantages and risks: excessive intravasation of distention fluid and associated electrolyte disturbances; misdirected RF energy; uncontrolled monopolar leakage of electrical current, which may cause tissue burns; obscured visual field due to debris tissue; and uterine perforation or cervical laceration caused by repeated removal and reinsertion of surgical instruments.

40.     The '359 Patent is generally directed to a novel method for the removal of tissue from a uterus using an endoscope and a mechanical cutter that simultaneously cuts and removes tissue. More specifically, the '359 Patent recites a method for removing tissue by inserting an endoscope with specific features into a uterus, followed by inserting a motor-driven cutter into the endoscope such that it extends beyond the endoscope into the uterus.  The method further involves delivering fluid through the endoscope into the uterus, energizing a motor that makes the cutter cut tissue within the uterus, and removing cut tissue and fluid through the cutter.

41.     The method claimed by the '359 Patent solved some of the problems and risks associated with monopolar loop resection.

### B.  The Accused Method – the MyoSure® Procedure

42.     Hologic sells, markets, teaches, and promotes the use of the MyoSure® Tissue Removal System (the "MyoSure® System") for the removal of intrauterine fibroids and polyps, which Hologic refers to as the "MyoSure® Procedure."  Physicians use the MyoSure® Procedure in the United States for the removal of tissue from the uterus.  The MyoSure® System is comprised of, among other components, the MyoSure® Rod Lens Hysteroscope (the "MyoSure® Hysteroscope"), the MyoSure® Tissue Removal Device (the "MyoSure® TRD") and a motor drive control unit.

6

43.     I have used the MyoSure® System to perform the MyoSure® Procedure, have inspected the MyoSure® System, and reviewed Hologic's instructional and marketing materials.  I can verify the following:

- the MyoSure® Hysteroscope has two channels, a sealed optics channel and a hollow working channel;

- the optics channel has a lens at one end and employs fiber optics;

- during the MyoSure® Procedure, a valve in the working channel is connected to a fluid delivery system, which allows distension fluid to pass through the hollow channel into the uterus;

- during the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source and inserted through a port in the endoscope;

- during the MyoSure® Procedure, when the motor is activated the MyoSure® TRD simultaneously cuts uterine tissue and aspirates the resected tissue and distension fluid through a window in the cutter; and

- the MyoSure® TRD has an outer tube and inner tube, where the outer tube has a cutting window at the distal region of the outer tube and the inner tube rotates relative to the outer tube.

44.     The MyoSure® System was designed for hysteroscopic intrauterine procedures to resect and remove uterine tissue, and it is not cleared by the FDA for any other use.

45.     Hologic's website and marketing materials demonstrate, instruct, promote, and teach physicians how to use the MyoSure® System to perform the MyoSure® Procedure in the way described above, and set forth in more detail herein.

46.     Hologic's sales representatives demonstrate, instruct, promote, and teach physicians how to use the MyoSure® System to perform the MyoSure® Procedure in the way described above, and set forth in more detail herein.

## IX.     DISPUTED CLAIM TERMS OF THE '359 PATENT

47.     Counsel for Smith & Nephew has informed me that a dispute exists between the parties regarding the proper construction of the following claim terms:

| Claim | Claim Term | Smith & Nephew's Proposed Construction | Hologic's Proposed Construction |
|---|---|---|---|
| 1-8 | "elongated member" | "member of the endoscope that is elongated defining the length of the discrete first and second channels" | "the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length" |
| 1-4 | "aspirating cut tissue and fluid from the uterus and the | "aspirating cut tissue and fluid from the uterus and the | "aspirating cut tissue and fluid from the uterus and the endoscope through the cutter and |

7

| | endoscope through the cutter" | endoscope through the cutter" | aspirating substantially only fluid through a further outlet channel" |
|---|---|---|---|
| 5-8 | "aspirating fluid with detached tissue from the uterus through a lumen of the cutter" | "aspirating fluid with detached tissue from the uterus through a lumen of the cutter" | "aspirating fluid and detached tissue from the uterus through a lumen of the cutter and aspirating substantially only fluid through a further outlet channel" |
| 2, 6 | "a cutting window at a distal region of the outer tube" | "an opening to provide access to a cutting component at a distal region of the outer tube" | "an open distal end of the outer tube" |

48.     As stated previously, I understand that the Court has not yet construed the disputed claims.  Therefore, where applicable, I address each element of the claims under both Smith & Nephew and Hologic's proposed claim constructions.  I expressly reserve the right to supplement, modify, or otherwise amend my opinions and this report following receipt of the Court's claim construction order.

## X.     DEPENDENT AND INDEPENDENT CLAIMS

49.     I understand that a claim in dependent form shall be construed to incorporate by reference all the limitations of the independent claim to which it refers.  Accordingly, I understand that in order to infringe a dependent claim, the accused method must meet all of the claim limitations of the dependent claim, in addition to the claim limitations of the independent claim to which it refers.

## XI.     OPINIONS AND BASES FOR OPINIONS

### A.  Summary of Opinions

50.     Given the legal standards explained to me by counsel for Smith & Nephew and set forth above, it is my opinion that use of Hologic's MyoSure® System to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.  I set forth below the bases for my opinion in regard to the accused method and each asserted claim.

51.     Given the legal standards explained to me by counsel for Smith & Nephew and set forth above, it is also my opinion that Hologic induces physicians to infringe the '359 Patent by promoting and teaching doctors how to practice the infringing Myosure® procedure and that Hologic's Myosure® Hysteroscope and Myosure® TRD as part of the Myosure® System are a material part of the patented method and are especially made and sold for practicing the patented method and therefore contribute to the infringement of the '359 patent.

8

## B. Direct Infringement of Claims 1-8 of the '359 Patent

### 1. Claim 1 of the '359 Patent

52.     Claim 1 of the '359 Patent is an independent method claim.  Smith & Nephew has asserted claim 1 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.

### Preamble

*A method for removal of tissue from a uterus, comprising:*

### Evidence of Infringement

53.     I have used the MyoSure® System for removal of tissue from a uterus, which Hologic refers to as the MyoSure® Procedure, and I have personal knowledge that physicians in the United States use the MyoSure® System to perform the MyoSure® Procedure.

54.     I have also reviewed Hologic's instructional and marketing materials, which promote and teach physicians to how to use the MyoSure® System for the removal of tissue from the uterus. *See, e.g., Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use* (SNEM0005758-SNEM0005764, p. 1; SNEM0005765-SNEM0005779, p. 3).

55.     Thus, I have concluded that the MyoSure® System used to perform the MyoSure® Procedure satisfies this claim element.

### Element 1(a):

*inserting a distal region of an endoscope into said uterus,*

### Evidence of Infringement

56.     I have performed the MyoSure® Procedure, and I can confirm that it includes a step of inserting the distal region of the MyoSure® Hysteroscope through the cervix and into the uterus.

57.     Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

### Element 1(b):

*the endoscope including a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region,*

### Evidence of Infringement

Smith & Nephew's Proposed Claim Construction

58.     I understand that Smith & Nephew has proposed that the term "elongated member"

9

means *"member of the endoscope that is elongated defining the length of the discrete first and second channels."*

59.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® Hysteroscope, and review of Hologic's instructional materials, I can confirm that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels.  The "first channel," is a sealed optics channel that has a lens at the distal end and an eyepiece at the proximal end.  The "second channel," is a hollow, straight working channel that has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD.

60.     Thus, applying Smith & Nephew's construction of "elongated member," I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

61.     I understand that Hologic has proposed that the term "elongated member" means *"the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length."*

62.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® Hysteroscope, and review of Hologic's instructional materials, I can confirm that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels.  As a person of ordinary skill in the art, I do not agree with Hologic's interpretation of this claim term.  However, if the Court interprets "elongated member" to include a length requirement of "at least 30 cm," the difference between this claim limitation and the MyoSure® Hysteroscope is insubstantial for the reasons detailed below.  Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

63.     For the purposes of claim analysis, I understand that the doctrine of equivalents requires that the MyoSure® Hysteroscope must perform substantially the same *function*, in substantially the same *way*, to achieve substantially the same *result* as the claimed endoscope.

64.     Regarding "function," it is my opinion that as one of ordinary skill the MyoSure® Hysteroscope performs the same function, as the endoscope in the claimed method.  For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope.

65.     Regarding "way," it is my opinion as one of ordinary skill that the MyoSure® Hysteroscope operates in the same way as the endoscope in the claimed method.  For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second

10

channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope.

66.     Regarding "result," it is my opinion as one of ordinary skill that the use of the MyoSure® Hysteroscope yields the exact same result as the use of the claimed endoscope.  For example, fluid is delivered in the uterus which distends the uterus, the cutter is inserted into the second channel and extends beyond the distal end of the MyoSure® Hysteroscope to cut tissue and remove tissue and fluid from the uterus and MyoSure® Hysteroscope.

67.     Thus, I conclude that any difference between the claimed endoscope, if somehow restricted to a limitation of "at least 30 cm," and the MyoSure® Hysteroscope is insubstantial. Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

**Element 1(c):**

*the second channel having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus, and*

**Evidence of Infringement**

68.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® Hysteroscope, and review of Hologic's instructional materials, I can confirm that the MyoSure® Hysteroscope has a second channel in communication with a valve.  *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 4).  During the MyoSure® Procedure, the valve is connected to a fluid delivery system and fluid flows from the valve into and through the second channel to the uterus.  *Id.*

69.     Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Element 1(d):**

*the first channel having a light guide permanently affixed therein and being sealed from the second channel to prevent fluid from the valve from entering the uterus through the first channel; followed by:*

**Evidence of Infringement**

70.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope and an eyepiece at the proximal end of the endoscope.  *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4).  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel"

11

that emit light.  *Id.*

71.      Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

### Element 1(e):

*inserting a motor driven cutter into the second channel such that a distal cutting region of the cutter extends distally beyond the endoscope in the uterus;*

### Evidence of Infringement

72.      I have performed the MyoSure® Procedure, and I can confirm that it includes a step of inserting the MyoSure® TRD into the working channel (i.e., "second channel") of the MyoSure® Hysteroscope, such that the cutter extends beyond the endoscope into the uterus.

73.      I can also confirm that the MyoSure® TRD is a motor driven cutter.  During the MyoSure® Procedure, the MyoSure® TRD is connected to the MyoSure® Control Unit which contains an electric motor controlled by a foot pedal.

74.      Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

### Element 1(f):

*delivering fluid into the uterus through the valve and the second channel to distend the uterus;*

### Evidence of Infringement

75.      I have performed the MyoSure® Procedure, and I can confirm that the MyoSure® Procedure includes a step of delivering fluid into the uterus through a valve and the second channel of the MyoSure® Hysteroscope to distend the uterus.

76.      I can also confirm that, during the MyoSure® Procedure, the valve on the MyoSure® Hysteroscope is connected to a fluid delivery system.  Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus, expanding the uterus and maintaining distention to facilitate visualization.

77.      Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

### Element 1(g):

*energizing an electric motor to drive the cutter to cut tissue within the uterus; and*

### Evidence of Infringement

78.      I have performed the MyoSure® Procedure, and I can confirm that the MyoSure® Procedure includes a step of energizing an electric motor to drive the MyoSure® TRD to cut

12

tissue within the uterus.

79.     I can also confirm that, during the MyoSure® Procedure, the MyoSure® TRD is connected to the MyoSure® Control Unit which is controlled by a foot pedal and drives the MyoSure® TRD to cut tissue within the uterus.  The inner tube of the MyoSure® TRD rotates relative to the outer tube to cut tissue.

80.     Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 1(h):**

*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter.*

**Evidence of Infringement**

<u>Smith & Nephew's Proposed Claim Construction</u>

81.     I understand that Smith & Nephew has proposed that the term "*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter*" has its ordinary and customary meaning, from the perspective of one of ordinary skill in the art.

82.     As a person of ordinary skill, it is my opinion that the MyoSure® Procedure includes a step of aspirating cut tissue and fluid from the uterus and the MyoSure® Hysteroscope through the MyoSure® TRD.

83.     During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue through a side-facing cutting window in the outer tube of the MyoSure® TRD.

84.     I also understand that Hologic contends that the MyoSure® TRD does not aspirate fluid from the endoscope through the cutter.  However, based upon my personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, this argument defies common sense.  Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus, expanding the uterus and/or maintaining distention to facilitate visualization. Fluid is then aspirated with cut tissue through the cutter.  Based upon the knowledge and common sense of a person of ordinary skill in the art, it is my opinion that the MyoSure® TRD aspirates cut tissue and fluid from the uterus and the MyoSure® Hysteroscope.

85.     Thus, applying Smith & Nephew's construction of "*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter*," I have concluded that the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 1 of the '359 Patent**

86.     Because the MyoSure® Procedure meets all the limitations of Claim 1 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 1 of the '359 Patent.

13

## 2. Claim 2 of the '359 Patent

87.     Smith & Nephew has asserted claim 2 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure. Claim 2 of the '359 patent is a method claim that depends from claim 1. It is my understanding that this means that all of the elements recited in claim 2 are added to what is recited in claim 1. As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes Claim 1 apply equally here.

**Preamble:**

*The method of claim 1,*

**Evidence of Infringement**

88.     The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

**Element 2(a):**

*wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue,*

**Evidence of Infringement**

Smith & Nephew's Proposed Claim Construction

89.     I understand that Smith & Nephew has proposed that the term "*a cutting window at a distal region of the outer tube*" means "*an opening to provide access to a cutting component at a distal region of the outer tube.*"

90.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an outer tube with an opening that provides access to the cutting component, and is located at the distal region of the outer tube.

91.     During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

92.     Thus, applying Smith & Nephew's construction of "*an opening to provide access to a cutting component at a distal region of the outer tube,*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

93.     I understand that Hologic has proposed that the term "*a cutting window at a distal region of the outer tube*" means "*an open distal end of the outer tube.*"

14

94.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an open distal end of the outer tube.

95.     During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

96.     Thus, applying Hologic's construction of "*an open distal end of the outer tube*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

### Element 2(b):

*the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.*

### Evidence of Infringement

97.     From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an inner tube with a cutting element at the distal region of the inner tube that is configured to cut tissue at the cutting window when the inner tube rotates.

98.     Thus, I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

### Summary of Claim 2 of the '359 Patent

99.     Because the MyoSure® Procedure meets all the limitations of Claims 1 and 2 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 2 of the '359 Patent.

### 3.   Claim 3 of the '359 Patent

100.     Smith & Nephew has asserted claim 3 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 3 of the '359 patent is a method claim that depends from claim 1.  It is my understanding that this means that all of the elements recited in claim 3 are added to what is recited in claim 1.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 1 apply equally here.

### Preamble:

*The method of claim 1,*

15

**Evidence of Infringement**

101.    The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

**Element 3(a):**

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.*

**Evidence of Infringement**

102.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope and an eyepiece at the proximal end of the endoscope.  *See, e.g.*, *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4).  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light.  *Id.*

103.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 3 of the '359 Patent**

104.    Because the MyoSure® Procedure meets all the limitations of Claims 1 and 3 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 3 of the '359 Patent.

**4.   Claim 4 of the '359 Patent**

105.    Smith & Nephew has asserted claim 4 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 4 of the '359 patent is a method claim that depends from claim 1.  It is my understanding that this means that all of the elements recited in claim 4 are added to what is recited in claim 1.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 1 apply equally here.

**Preamble:**

*The method of claim 1,*

**Evidence of Infringement**

106.    The MyoSure® Procedure meets all the elements of claim 1, as discussed above.

16

**Element 4(a):**

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.*

**Evidence of Infringement**

107.   From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope. *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4).  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.*

108.   Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 4 of the '359 Patent**

109.   Because the MyoSure® Procedure meets all the limitations of Claims 1 and 4 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 4 of the '359 Patent.

**5.   Claim 5 of the '359 Patent**

110.   Claim 5 of the '359 Patent is an independent method claim.  Smith & Nephew has asserted claim 5 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.

**Preamble:**

*A method for removal of tissue from a uterus, comprising:*

**Evidence of Infringement**

111.   I have used the MyoSure® System for removal of tissue from a uterus, which Hologic refers to as the MyoSure® Procedure, and I have personal knowledge that physicians in the United States use the MyoSure® System to perform the MyoSure® Procedure.

112.   I have also reviewed Hologic's instructional and marketing materials, which promote and teach physicians how to use the MyoSure® System for the removal of tissue from the uterus. *See, e.g., Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use* (SNEM0005758-SNEM0005764, p. 1; SNEM0005765-SNEM0005779, p. 3).

113.   Thus, I have concluded that the MyoSure® System used to perform the MyoSure®

17

Procedure satisfies this claim element.

**Element 5(a):**

*inserting a distal region of an endoscope into the uterus,*

**Evidence of Infringement**

114.    I have performed the MyoSure® Procedure, and I can confirm that it includes a step of inserting the distal region of the MyoSure® Hysteroscope through the cervix and into the uterus.

115.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 5(b):**

*the endoscope including a port for receiving a motor driven cutter and including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region,*

**Evidence of Infringement**

Smith & Nephew's Proposed Claim Construction

116.    I understand that Smith & Nephew has proposed that the term "elongated member" means *"member of the endoscope that is elongated defining the length of the discrete first and second channels."*

117.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® Hysteroscope, and review of Hologic's instructional materials, I can confirm that the MyoSure® Hysteroscope has a valve and an elongated member of the endoscope that defines two channels.  The "first channel," is a sealed optics channel that has a lens at the distal end and an eyepiece at the proximal end.  The "second channel," is a hollow, straight working channel that has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD.

118.    Thus, applying Smith & Nephew's construction of "elongated member," I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

119.    I understand that Hologic has proposed that the term "elongated member" means *"the component of an endoscope as indicated by A in Fig. 2 that is at least 30 cm in length."*

120.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® Hysteroscope, and review of Hologic's instructional materials, I can confirm that the MyoSure® Hysteroscope has a valve and an elongated member

of the endoscope that defines two channels.  As a person of ordinary skill in the art, I do not agree with Hologic's interpretation of this claim term.  However, if the Court interprets "elongated member" to include a length requirement of "at least 30 cm," the difference between this claim limitation and the MyoSure® Hysteroscope is insubstantial for the reasons detailed below.  Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

121.    For the purposes of claim analysis, I understand that the doctrine of equivalents requires that the MyoSure® Hysteroscope must perform substantially the same *function*, in substantially the same *way*, to achieve substantially the same *result* as the claimed endoscope.

122.    Regarding "function," it is my opinion that as one of ordinary skill the MyoSure® Hysteroscope performs the same function, as the endoscope in the claimed method.  For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope.

123.    Regarding "way," it is my opinion as one of ordinary skill that the MyoSure® Hysteroscope operates in the same way as the endoscope in the claimed method.  For example, the MyoSure® Hysteroscope defines the first and second channels, delivers fluid through a valve into the uterus through the second channel to distend the uterus, provides a permanently affixed light guide in the first channel, and receives the MyoSure® TRD through a port in the second channel such that the MyoSure® TRD extends beyond the distal end of the MyoSure® Hysteroscope.

124.    Regarding "result," it is my opinion as one of ordinary skill that the use of the MyoSure® Hysteroscope yields the exact same result as the use of the claimed endoscope.  For example, fluid is delivered in the uterus which distends the uterus, the cutter is inserted into the second channel and extends beyond the distal end of the MyoSure® Hysteroscope to cut tissue and remove tissue and fluid from the uterus and MyoSure® Hysteroscope.

125.    Thus, I conclude that any difference between the claimed endoscope, if somehow restricted to a limitation of "at least 30 cm," and the MyoSure® Hysteroscope is insubstantial.  Accordingly, the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element under the doctrine of equivalents.

**Element 5(c):**

*the first channel having a light guide permanently affixed therein and the second channel having a straight, central longitudinal axis extending from the port to an opening at a distal tip of the endoscope; followed by:*

**Evidence of Infringement**

126.    From personal experience using the MyoSure® System to perform the MyoSure®

19

Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope and an eyepiece at the proximal end of the endoscope. *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4). The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light. *Id.* The "second channel," is a hollow, straight working channel that has an opening at the distal end and a port at the proximal end, which receives the MyoSure® TRD.

127.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Element 5(d):**

. *inserting the motor driven cutter for cutting and detaching tissue into the second channel through the port;*

**Evidence of Infringement**

128.    I have performed the MyoSure® Procedure, and I can confirm that it includes a step of inserting the MyoSure® TRD through a port into the working channel (i.e., "second channel") of the MyoSure® Hysteroscope, for cutting and detaching tissue.

129.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD is a motor driven cutter. During the MyoSure® Procedure, the MyoSure® TRD is connected via a drive cable to the MyoSure® Control Unit which contains an electric motor controlled by a foot pedal.

130.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

**Element 5(e):**

*introducing fluid into the uterus; and*

**Evidence of Infringement**

131.    I have performed the MyoSure® Procedure, and I can confirm that it includes a step of introducing fluid into the uterus.

132.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that During the MyoSure® Procedure, the valve on the MyoSure® Hysteroscope is connected to a fluid delivery system. Fluid flows through the valve and the working channel of the MyoSure® Hysteroscope into the uterus.

133.    Thus, I have concluded that the MyoSure® Procedure satisfies this claim element.

20

**Element 5(f):**

*aspirating fluid with detached tissue from the uterus through a lumen of the cutter.*

**Evidence of Infringement**

134.   I understand that Smith & Nephew has proposed that the term "*aspirating fluid with detached tissue from the uterus through a lumen of the cutter*" has its ordinary and customary meaning, from the perspective of one of ordinary skill in the art.

135.   I have performed the MyoSure® Procedure, and I can confirm that it includes a step of aspirating detached tissue from the uterus through the lumen of the MyoSure® TRD.  During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue through the hollow inner tube of the MyoSure® TRD.

136.   Thus, applying Smith & Nephew's construction of "*aspirating cut tissue and fluid from the uterus and the endoscope through the cutter,*" I have concluded that the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 5 of the '359 Patent**

137.   Because the MyoSure® Procedure meets all the limitations of Claim 5 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 5 of the '359 Patent.

**6.   Claim 6 of the '359 Patent**

138.   Smith & Nephew has asserted claim 6 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 6 of the '359 patent is a method claim that depends from claim 5.  It is my understanding that this means that all of the elements recited in claim 6 are added to what is recited in claim 5.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

**Preamble:**

*The method of claim 5,*

**Evidence of Infringement**

139.   The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

**Element 6(a):**

*wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue,*

21

**Evidence of Infringement**

Smith & Nephew's Proposed Claim Construction

140.    I understand that Smith & Nephew has proposed that the term "*a cutting window at a distal region of the outer tube*" means *"an opening to provide access to a cutting component at a distal region of the outer tube."*

141.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an outer tube with an opening that provides access to the cutting component, and is located at the distal region of the outer tube.

142.    During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

143.    Thus, applying Smith & Nephew's construction of "*an opening to provide access to a cutting component at a distal region of the outer tube,*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

Hologic's Proposed Claim Construction

144.    I understand that Hologic has proposed that the term "*a cutting window at a distal region of the outer tube*" means *"an open distal end of the outer tube."*

145.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an open distal end of the outer tube.

146.    During the MyoSure® Procedure, the inner tube received within the outer tube of the MyoSure® TRD rotates relative to the outer tube in order to cut tissue.

147.    Thus, applying Hologic's construction of "*an open distal end of the outer tube*" I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

**Element 6(b):**

*the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.*

**Evidence of Infringement**

148.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® TRD has an inner tube with a cutting

element at the distal region of the inner tube that is configured to cut tissue at the cutting window when the inner tube rotates.

149.    Thus, I have concluded that the MyoSure® TRD used during the MyoSure® Procedure satisfies this claim element.

### Summary of Claim 6 of the '359 Patent

150.    Because the MyoSure® Procedure meets all the limitations of claims 5 and 6 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes claim 6 of the '359 Patent.

### 7.   Claim 7 of the '359 Patent

151.    Smith & Nephew has asserted claim 7 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 7 of the '359 patent is a method claim that depends from claim 5.  It is my understanding that this means that all of the elements recited in claim 7 are added to what is recited in claim 5.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

### Preamble:

*The method of claim 5,*

### Evidence of Infringement

152.    The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

### Element 7(a):

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.*

### Evidence of Infringement

153.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope and an eyepiece at the proximal end of the endoscope.  *See, e.g., Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4).  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light.  *Id.*

154.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 7 of the '359 Patent**

155.    Because the MyoSure® Procedure meets all the limitations of Claims 5 and 7 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 7 of the '359 Patent.

**8.    Claim 8 of the '359 Patent**

156.    Smith & Nephew has asserted claim 8 of the '359 Patent against the MyoSure® System used to perform the MyoSure® Procedure.  Claim 8 of the '359 patent is a method claim that depends from claim 5.  It is my understanding that this means that all of the elements recited in claim 8 are added to what is recited in claim 5.  As such, the bases provided above that demonstrate that the MyoSure® Procedure infringes claim 5 apply equally here.

**Preamble:**

*The method of claim 5,*

**Evidence of Infringement**

157.    The MyoSure® Procedure meets all the elements of claim 5, as discussed above.

**Element 8(a):**

*wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.*

**Evidence of Infringement**

158.    From personal experience using the MyoSure® System to perform the MyoSure® Procedure, inspection of the MyoSure® System, and review of Hologic's instructional and marketing materials, I can confirm that the MyoSure® Hysteroscope has a sealed optics channel (i.e. "first channel") that has a permanently affixed lens at the distal end of the endoscope, an eyepiece at the proximal end of the endoscope.  *See, e.g.*, *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (SNEM0005751-SNEM0005757, p. 2-4).  The optics channel also employs permanently affixed rod lenses and illuminating fibers within the "first channel" that emit light.  *Id.*

159.    Thus, I have concluded that the MyoSure® Hysteroscope used during the MyoSure® Procedure satisfies this claim element.

**Summary of Claim 8 of the '359 Patent**

160.    Because the MyoSure® Procedure meets all the limitations of Claims 5 and 8 of the '359 Patent, it is my opinion that the MyoSure® Procedure infringes Claim 8 of the '359 Patent.

24

### C. Indirect Infringement of Claims 1-8 of the '359 Patent

#### 1. Induced Infringement

161.    As set forth in more detail above, it is my opinion that use of Hologic's MyoSure® System used to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.

162.    Based on my personal experience using the MyoSure® System to perform the MyoSure® Procedure, my personal experience with Hologic's sales representatives and review of Hologic's marketing materials, it is my opinion that Hologic induces others to perform the MyoSure Procedure in the manner I described above.

#### 2. Contributory Infringement

163.    As set forth in more detail above, it is my opinion that use of Hologic's MyoSure® System to perform the MyoSure® Procedure directly infringes, either literally or under the doctrine of equivalents, claims 1-8 of the '359 Patent.

164.    Based on my personal experience using the MyoSure® System to perform the MyoSure® Procedure, my personal experience with Hologic's sales representatives and review of Hologic's marketing materials and FDA materials, it is my opinion that the MyoSure System was designed and is used solely to perform the MyoSure Procedure (i.e. to remove tissue from the uterus) as I described in more detail above.

## XII.   RESERVATION

165.    I expressly reserve the right to modify or supplement this report based upon any additional information produced or presented to me in this litigation and/or based upon the Court's claim construction order.

Dated: March 23, 2012

Dr. Andrew Brill

25

# Exhibit A

# CURRICULUM VITAE

## Andrew I. Brill, MD
## brilla@sutterhealth.org

## EDUCATION

| | |
|---|---|
| RESIDENCY | Women's Hospital<br>Obstetrics and Gynecology<br>Los Angeles County Medical Center<br>University of Southern California<br>Los Angeles, California<br>1977 - 1980 |
| INTERNSHIP | Women's Hospital<br>Obstetrics and Gynecology<br>Los Angeles County Medical Center<br>University of Southern California<br>Los Angeles, California<br>1976 - 1977 |
| MEDICAL SCHOOL | University of Chicago<br>Pritzker School of Medicine<br>Chicago, Illinois<br>1972 - 1976 |
| UNDERGRADUATE | Grinnell College<br>Grinnell, Iowa<br>1968 – 1972 |

## ACADEMIC APPOINTMENTS

Professor
1998 - 2006

University of Illinois at Chicago
Department of Obstetrics and Gynecology
Director, Gynecologic Endoscopy

Director, Division of General
Obstetrics and Gynecology
2000 – 2002

University of Illinois at Chicago
Department of Obstetrics and Gynecology

Associate Professor
1994 – 1998

University of Illinois at Chicago
Department of Obstetrics and Gynecology
Director, Gynecologic Endoscopy

Assistant Professor
1990 – 1994

University of Illinois at Chicago
Department of Obstetrics and Gynecology
Director, Gynecologic Endoscopy

Assistant Clinical Professor
1982 – 1990

Stanford University School of Medicine
Department of Obstetrics and Gynecology
Stanford, California

## PROFESSIONAL EXPERIENCE

Director, Minimally Invasive Gynecology,
Reparative Pelvic Surgery, & Training
2006 - present

California Pacific Medical Center
San Francisco, California

Fellowship Director
2001-2007

AAGL-SRS Fellowship in Advanced Endoscopic Surgery
University of Illinois at Chicago

Medical Director
Managed Care
1994 - 1997

University of Illinois at Chicago
Physicians Group

Private Practice
1980 - 1990

Obstetrics, Gynecology and Infertility
Redwood City, California

2

## MEDICAL LICENSURE AND CERTIFICATION

| | |
|---|---|
| State of Illinois | Active |
| State of California | Active |
| Board Certification | American Board of Obstetrics and Gynecology November, 1982 |
| Board Recertification | American Board of Obstetrics and Gynecology August, 1993 |

## FELLOW

American College of Obstetricians and Gynecologists

Honorary Fellow of the Mexican Association of Gynecologic Endoscopy

## PROFESSIONAL ORGANIZATIONS

AAGL (formerly the American Association of Gynecologic Laparoscopists)

American College of Obstetrics and Gynecology

San Francisco Gynecology Society

American Urogynecologic Society

3

## BOARD MEMBERSHIPS AND COMMITTEES

- Member                                                                 2010-present
  Obstetrics & Gynecology Device Panel
  Food and Drug Administration
  Department of Health & Human Services
  Washington, DC

- Committee on Practice Bulletins-Gynecology                             2010-present
  American College of Obstetricians and Gynecologists
  Washington, DC

- Executive Committee                                                    2006-present
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- New Technology Committee, Chair                                        2007-present
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- Gynecology Quality Review Committee                                    2006-present
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- Consultant                                                             2003 - 2009
  Obstetrics & Gynecology Device Panel
  Food and Drug Administration
  Department of Health & Human Services

- President                                                             2008-2009
  Board of Directors
  Fellowship in Gynecologic Endoscopy
  Affiliated with AAGL and Society of Reproductive Surgeons (SRS)

- Reference Catalog Committee, Chair                                     2007-2009

AAGL (American Association of Gynecologic Laparoscopists)

- Vice-President
  Board of Directors
  Fellowship in Gynecologic Endoscopy
  Affiliated with AAGL and Society of Reproductive Surgeons (SRS)          2007-2008

- APGO Scholars Program
  Association of Professors of Gynecology and Obstetrics          2006 - 2009

- Board Of Trustees
  American Association of Gynecologic Laparoscopists (AAGL)          2004 - 2005

- Secretary-Treasurer
  Advanced Endoscopy Fellowship Board
  American Association of Gynecologic Laparoscopists (AAGL)
  and American Society of Reproductive Surgeons (SRS)          2000 - 2007

- President
  American Association of Gynecologic Laparoscopists (AAGL)          2003 - 2004

- Committee on Continuing Education
  University of Illinois at Chicago          2003 - 2006

- Credentials Committee
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago          2003 - 2006

- Steering Committee
  Academy of Excellence in Teaching (AET)
  University of Illinois at Chicago          2002 - 2006

- Operating Room Committee
  University of Illinois at Chicago Hospital          1999 - 2006

- Promotions Committee, Chair
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago          1998 - 2006

- Scientific Chairman
  32nd Annual Meeting American Association of Gynecologic Laparoscopists          11/19-22/2003

- Vice President
  American Association of Gynecologic Laparoscopists (AAGL)          2002 - 2003

5

- Secretary-Treasurer                                           2001 - 2002
  American Association of Gynecologic Laparoscopists (AAGL)

- AMA CPT Advisory Committee                                    2001 - 2002
  American Medical Association (AMA)

- Quality Improvement Committee                                 2000 - 2002
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago

- Membership Committee                                          2000 - 2001
  American Society of Reproductive Medicine (ASRM)

- Board of Directors                                            1999 - 2001
  Society of Reproductive Surgeons (SRS)

- Practice Committee                                            1999 - 2001
  American Society of Reproductive Medicine (ASRM)

- Board Of Trustees                                             1998 - 2000
  American Association of Gynecologic Laparoscopists (AAGL)

- CREOG Education Committee                                     1997 - 2000
  American College of Obstetricians and Gynecologists (ACOG)

- Co-Chairman, Task Force for Resident Endoscopy               1997 - 2000
  Council on Resident Education in Obstetrics and Gynecology (CREOG)

- Chairman, Endoscopy Committee                                 1993 - 1999
  University of Illinois at Chicago Hospital

- Chairman, Laser Committee                                     1990 - 1999
  University of Illinois at Chicago Hospital

- Medical Service Plan Executive Committee                      1994 - 1997
  University of Illinois Physicians Group

- Quality Improvement Council                                   1994 - 1997
  University of Illinois at Chicago Hospital

- Managed Care Committee                                        1992 - 1997
  University of Illinois at Chicago Medical Center

- Credentials Committee          1992 - 1996
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago

- Medical Staff Executive Committee      1994 - 1995
  University of Illinois at Chicago Hospital

- Curriculum Committee for Gynecologic    1993 - 1995
  Endoscopic Surgery Council on Resident Education in
  Obstetrics and Gynecology (CREOG)

- Technical Committee              1992 - 1994
  Society of Laparoendoscopic Surgeons (SLS)

- Chairman, Strategic Planning Subcommittee   1992 - 1994
  Managed Care Committee
  University of Illinois at Chicago Medical Center

- Ad Hoc Committee on Credentialing      1991 - 1992
  American Society for Laser Medicine and Surgery

- Utilization Review Committee         1991 - 1994
  University of Illinois at Chicago Hospital

- Committee on Continuing Medical Education   1990 - 1994
  College of Medicine
  University of Illinois at Chicago

## FACULTY TEACHING ENGAGEMENTS

- **20th Annual AAGL Comprehensive Workshop on Gynecologic**          3/12-13/11
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  With Paya Pasic, M.D. and Malcolm Munro, M.D.
  Dallas, Texas

- **AAGL Adding Office Hysteroscopy to Your Practice**          2/18/11
  with Amy Garcia, M.D.
  Sutter Simulation Surgery Center and California Pacific Medical Center
  San Francisco, CA

- **Masters Course in Advanced Gynecologic Endoscopy**          1/28/11
  with Steven McCarus, M.D. and Warren Volker, M.D.
  Telesurgeon and Didactics
  American Institute of Minimally Invasive Surgery
  San Francisco, CA

- **Advancing Your Laparoscopic Skills:  Tips from A-Z**          11/9/10
  Chair, with Thomas Lyons, M.D. and David Levine, M.D.
  State of the Art Postgraduate Course
  The 38th AAGL Global Congress of Minimally Invasive Gynecology
  Las Vegas, Nevada

- **Reducing Risk during a Laparoscopic Surgery**          10/23/10
  Saint Louis University Ob-Gyn Fall Conference
  Department of Obstetrics and Gynecology
  Saint Louis University School of Medicine
  St. Louis, MO

- **Understanding Energy Sources in Gynecologic Surgery**            10/16/10
  Glen Hayden Memorial Lecture
  ACOG Combined 2010 Annual District VII-XI Meeting
  Maui, Hawaii

- **Masters Course in Advanced Gynecologic Endoscopy**            8/20/10
  with Amy Garcia, M.D.
  Telesurgeon and Didactics with Hands-on Lab
  Sutter Simulation Surgery Center and California Pacific Medical Center
  San Francisco, CA

- **Fundamental Anatomy for the Advanced Laparoscopic Surgeon**            6/23/10
  Croatian Congress on Minimally Invasive Gynecological Surgery
  Dubrovnik, Croatia

- **The Evolution of Advanced Bipolar Electrosurgical Devices**            5/13/10
  Keynote Speaker
  The Korean Society of Gynecologic Endoscopy and Minimally Invasive Surgery
  Seoul, Korea

- **18$^h$ Annual AAGL Comprehensive Workshop on Gynecologic**            4/17-18/10
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  With Grace Janik, M.D.
  Chicago, Illinois

- **Adding Office Hysteroscopy to Your Practice**            3/19/10
  with Amy Garcia, M.D.
  Sutter Simulation Surgery Center and California Pacific Medical Center
  San Francisco, CA

- **When Less is More: The Future of Laparoscopic Surgery**            11/17/09
  with Steve McCarus, M.D.
  The 38th AAGL Global Congress of Minimally Invasive Gynecology
  Orlando, Florida

- **Energy-based Surgical Devices in Minimally Invasive Gynecology**  11/16/09
  Chair, with Malcolm Munro, M.D and Barbara Levy, M.D., Steve McCarus MD
  State of the Art Postgraduate Course
  The 38th AAGL Global Congress of Minimally Invasive Gynecology
  Orlando, Florida

- **Fundamental Principles of Advanced Laparoscopic Surgery**            11/13/09
  Keynote Speaker

43rd Annual Symposium ACOG & Northern California Ob-Gyn Society
Sacramento, California

- **The Impact of Pelvic Health on Productivity and Quality of Life**          10/17/09
  Annual Meeting of California State Occupational Health Nursing Society
  Sacramento, CA

- **Laparoscopic Excision vs Ablation for Pelvic Endometriosis**          10/8/09
  22nd Annual Advanced Techniques in Endoscopic and Robotic Surgery
  Mayo Clinic College of Medicine
  Lahaina, Maui

- **Masters Course in Advanced Gynecologic Endoscopy**          9/25/09
  with Robert Zurawin, M.D.
  Telesurgeon and Didactics with Hands-on Lab
  Sutter Simulation Surgery Center and California Pacific Medical Center
  San Francisco, CA

- **4th Annual AAGL Fellowship Workshop on Gynecologic Endoscopy**          8/14-16/09
  with Keith Isaacson, M.D., and Grace Janik, M.D.
  St. Mary's Hospital
  Milwaukee, Wisconsin

- **The Spectrum of Minimally Invasive Hysterectomy**          6/27/09
  Keynote Speaker
  Annual Colorado Gynecological and Obstetrical Society
  Aspen, Colo

- **Anatomical Basis of Laparoscopic Reconstructive Surgery**          5/15-16/09
  Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Cadavers
  with Paya Pasic, M.D. and Grace Janik, M.D.
  University of Louisville
  Louisville, Kentucky

- **17$^{h}$ Annual AAGL Comprehensive Workshop on Gynecologic**          4/18-19/09
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  With Grace Janik, M.D., and Keith Isaacson, M.D.
  Boston, Massachusetts

- **Advanced techniques in Minimally Invasive Gynecology**          **3**/20/09
  with Joy Brotherton, M.D. and Namir Kathouda, M.D.
  Department of Obstetrics and Gynecology
  University of Southern California
  Los Angeles, CA

10

- **Surgical Management of Endometriosis – and –**                        2/8-9/09
  **The Spectrum of Laparoscopic Hysterectomy**
  50th Annual Ob-Gyn Update and Controversies at University of Utah
  with Howard Sharp, M.D., Ralph Hale, M.D., and James Scott, M.D.
  Park City, Utah

- **Principles and Practice of Electrosurgery and Ultrasonic Energy**     1/19/09
  Telementoring Session
  with Steve McCarus, M.D.
  Department of Obstetrics and Gynecology
  Celebration Hospital
  Orlando, Florida

- **Pelvic Anatomy for the Obstetrician/Gynecologist**                    12/11/08
  Department of Gynecology and Obstetrics
  Kaiser Permanente Medical Center
  Los Angeles, CA

- **Electrosurgical Hemostasis and Vessel Sealing during Endoscopy**      11/14/08
  Chair, with Malcolm Munro, M.D and Barbara Levy, M.D.
  State of the Art Postgraduate Course
  The 37th AAGL Global Congress of Minimally Invasive Gynecology
  Las Vegas, Nevada

- **Strategies for Laparoscopic Dissection & Hemostasis**                 10/25/08
  ACOG District II/NY Annual Meeting
  New York City, New York

- **21st Annual Techniques in Robotic & Laparoscopic Gynecologic Surgery** 10/16-18/08
  with Javier Magrina, M.D., and Rosanne Kho, M.D.
  Mayo Clinic
  Scottsdale, Arizona

- **Fundamental Anatomy for the Laparoscopic Surgeon**                     10/3/08
  Keynote Speaker
  8th Annual Obstetrics and Gynecology Symposium
  Del Sol Medical Center
  El Paso, Texas

- **Masters Course in Advanced Gynecologic Endoscopy**                     9/14/08
  with Paya Pasic, M.D.
  Telesurgeon and Didactics with Hands-on Lab
  Sutter Simulation Surgery Center and California Pacific Medical Center

San Francisco, CA

- **APGO Surgical Scholars Program in Hysteroscopic Surgery**                                9/12-13/08
  with Steven Swift, M.D. and Robert Zurawin, M.D.
  Somerville, New Jersey

- **3rd Annual AAGL Fellowship Workshop on Gynecologic Endoscopy**                           8/16-17/08
  with Paya Pasic, M.D., and Grace Janik, M.D.
  Milwaukee, Wisconsin

- **Advanced Techniques in Endoscopic Surgery**                                             5/5-7/08
  with Arnaud Wattiez, M.D.
  IRCAD-EITS
  Strasbourg University Hospital
  Strasbourg, France

- **16$^{h}$ Annual AAGL Comprehensive Workshop on Gynecologic**                             4/12-13/08
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  With Grace Janik, M.D., and Keith Isaacson, M.D.
  Boston, Massachuetts

- **Fundamentals and Pitfalls of Electrosurgical Technique**                                 4/6/08
  ACOG Oregon Section 16th Annual Clinical Meeting
  Sun River, Oregon

- **Reducing Risk during Advanced Laparoscopic Surgery**                                     3/21/08
  Department of Obstetrics and Gynecology
  Kaiser Permanente Hospital
  Stockton, California

- **Reducing Risk during Advanced Laparoscopic Surgery**                                     3/12/08
  Visiting Professor
  Department of Obstetrics and Gynecology
  George Washington University
  Washington, D.C.

- **Frontiers of Minimally Invasive Gynecology, Scientific Chairman**                        11/30/07
  with Mark Glasser, M.D., Bob Rogers, M.D., and Camran Nezhat, M.D.
  San Francisco, California

- **The Spectrum of Minimally Invasive Hysterectomy, Chair**                                 11/14/07
  with Ray Garry, M.D., Arnold Advincula, M.D., and Lilo Mettler, M.D.
  State of the Art Postgraduate Course
  The 36th AAGL Global Congress of Minimally Invasive Gynecology
  Washington, D.C.

- **Methods to Empower Presentations: Communicating Your Ideas**            11/13/07
  *Enriching Your Practice* with Barbara Levy, M.D. and Malcolm Munro, M.D.
  Precongress Practice Development Course
  The 36th AAGL Global Congress of Minimally Invasive Gynecology
  Washington, D.C.

- **Reducing Risk during Laparoscopic Surgery**            10/27/07
  ACOG District II/NY Annual  Meeting
  New York City, New York

- **Laparoscopic Pelvic Anatomy for the Gynecologic Surgeon**            10/19-20/07
  2nd Annual Workshop on Laparoscopic Techniques for Gynecologic Oncologists
  with Javier Magrina, M.D., Paya Pasic, M.D., and Farr Nezhat, M.D.
  University of Louisville
  Louisville, Kentucky

- **Laparoscopic Pelvic Anatomy and Live Telesurgery**            10/11-13/07
  with Thomas Lyons, M.D. and Arnold Advincula, M.D.
  Hysterectomy: tricks, tools, alternatives and Robotic surgery
  Italian Society of Gynecologic Endoscopy
  Salerno, Italy

- **Laparoscopic Myomectomy and Laparoscopic Hysterectomy**            9/27-29/07
  with Javier Magrina, M.D., Harry Reich, M.D., and CY Liu, M.D.
  20th Annual Advanced Techniques in Endoscopic & Robotic Gynecologic Surgery
  Mayo Clinic College of Medicine
  Maui, Hawaii

- **Conventional and Novel Energy Devices for Endoscopic Surgery**            9/5/07
  Masters Class in Endoscopic Surgery
  with Camran Nezhat, M.D.
  Society of Laparoendoscopic Surgeons (SLS)
  16th SLS Annual Meeting and EndoExpo 2007
  San Francisco, California

- **APGO Surgical Scholars Program in Hysteroscopic Surgery**            8/17-18/07
  with Linda Bradley, M.D. and Robert Zurawin, M.D.
  Somerville, New Jersey

- **Total Laparoscopic Hysterectomy:  State-of-the-art**            6/22/07
  1st AAGL International Congress in Conjunction with SEGI
  Palermo, Italy

- **Fundamental Laparoscopic Pelvic Anatomy**            5/18-19/07
  Advanced Workshop on Gynecologic Laparoscopic Anatomy
  with Grace Janik, M.D. and Paya Pasic, M.D.

13

University of Louisville
Louisville, Kentucky

- **Energy Sources & Advanced Anatomy for the Laparoscopic Surgeon**      1/27-8/07
  Hysterectomy:  Tricks, Tools, and Alternatives
  Section of Minimally Invasive Gynecology, Cleveland Clinic
  Ft. Lauderdale, Florida

- **Laparoscopic Supracervical Hysterectomy: An Update**      1/17/07
  Cleveland Obstetrics and Gynecology Society
  Cleveland, Ohio

- **Frontiers of Minimally Invasive Gynecology, Chair**      12/3/06
  with Malcolm Munro, M.D., Bob Zurawin, M.D., and Fred Howard, M.D.
  San Francisco, California

- **New Energy Technology: Application Gynecologic Surgery**      11/7/06
  Chair, with Vincent Lucente, M.D. and Craig Soblewski, M.D.
  Global Congress of Minimally Invasive Gynecology
  AAGL 35th Annual Meeting
  Las Vegas, Nevada

- **Laparoscopic Mass Tissue Removal**      11/7/06
  Chair, with Thomas Lyons, M.D., and William Parker, M.D.
  Global Congress of Minimally Invasive Gynecology
  AAGL 35th Annual Meeting
  Las Vegas, Nevada

- **Advancing Your Career in Minimally Invasive Gynecology**      11/5/06
  Chair, with A Johns, MD, B Levy, MD, D Olive, MD, M Munro, MD
  Global Congress of Minimally Invasive Gynecology
  AAGL 35th Annual Meeting
  Las Vegas, Nevada

- **APGO Surgical Scholars Program in Hysteroscopic Surgery**      9/16-17/06
  with Linda Bradley, M.D. and Robert Zurawin, M.D.
  Somerville, New Jersey

- **Anatomical Basis of Laparoscopic Reconstructive Surgery**      5/18-19/06
  Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Cadavers
  with Robert Rogers, M.D., Grace Janik, M.D., and Paya Pasic, M.D.
  University of Louisville
  Louisville, Kentucky

- **Advanced Surgical Techniques in Minimally Invasive Gynecology**      5/17/06
  with Tommaso Falcone, M.D.

Department of Obstetrics and Gynecology
Cleveland Clinic
Cleveland, Ohio

- **Laparoscopic Hysterectomy: Skill Sets for the Entire Spectrum**          5/8/06
  American College of Obstetricians and Gynecologists
  54th Annual Clinical Meeting
  Washington, D.C.

- **Diagnostic and Operative Hysteroscopy:  State-of-the-art**          2/25/06
  with Linda Bradley, M.D.
  Department of Obstetrics and Gynecology
  Cleveland Clinic
  Cleveland, Ohio

- **Pelvic Anatomy and  Laparoscopy in treatment of uterine prolapse**          1/28-29/06
  Live interactive telesurgery:  Laparoscopic Hysterectomy and Myomectomy
  Annual Meeting of Gynecologic Endoscopy Society of Turkey
  Bursa, Turkey

- **Hysteroscopic Sterilization: State-of-the-art**          11/22/05
  Department of Obstetrics and Gynecology
  University of Wisconsin – Milwaukee
  Milwaukee, Wisconsin

- **Laparoscopic Supracervical Hysterectomy**          11/18/05
  Live Interactive Telesurgery and Didactics
  Department of Obstetrics and Gynecology
  Catholic University Hospital
  Rome, Italy

- **Minimally Invasive Hysterectomy:  Current State of the Art**          11/11/05
  Chair, with Tom Lyons, M.D., Malcolm Munro, M.D., & Errico Zupi, M.D.
  AAGL 34th Annual Meeting
  Chicago, Illinois

- **Energy and Morcellation in Advanced Gynecologic Laparoscopy**          11/10/05
  Chair, with Steve McCarus, M.D.,Chuck Miller, M.D., & Roger Ferland, M.D.
  AAGL 34th Annual Meeting
  Chicago, Illinois

- **Structural and Dissectional Anatomy of the Female Pelvis**          11/9/05
  with Robert Rogers, M.D.

AAGL 34th Annual Meeting
Chicago, Illinois

- **Reducing Risk and Maximizing Efficacy during Operative Hysteroscopy**   10/21/05
  Department of Obstetrics and Gynecology
  University of Minnesota
  Minneapolis, Minnesota

- **Advances in Endometrial Ablation and Operative Hysteroscopy**   10/19/05
  12th Annual Current Topics in Ob/Gyn: New Technology in Ob/Gyn
  Northeaster Ohio Universities College of Medicine
  Department of Obstetrics and Gynecology
  Rootstown, Ohio

- **Laparoscopic Supracervical Hysterectomy: Technical Pearls & Pitfalls**   9/17/05
  49th T. Hart Baker Symposium
  Departments of Obstetrics & Gynecology
  Kaiser Permanente Southern California
  Las Vegas, Nevada

- **Reducing Risk during Hysteroscopic and Laparoscopic Surgery**   6/16/05
  **and Pelvic Anatomy for the Gynecologic Surgeon**
  27th Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Anatomical Basis of Laparoscopic Reconstructive Surgery**   5/20-21/05
  Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Cadavers
  with Robert Rogers, M.D. and Grace Janik, M.D.
  University of Louisville
  Louisville, Kentucky

- **Live Telesurgery: Hysteroscopic Myomectomy**   5/10/05
  Televised from University of Illinois at Chicago
  53rd Annual Meeting of the American College of Obstetrics & Gynecology
  San Francisco, California

- **Anatomy for Laparoscopic Surgeons**   5/2-3/05
  AGES Advanced Laparoscopic Skills Workshop 2005
  With Chris Sutton, M.D., Harry Reich, M.D., and Lilo Mettler, M.D.
  Clinical Training & Education Centre (CTEC)
  University of Western Australia
  Perth, Australia\

- **Laparoscopy: Pearls and Complications**                           11/10/04
  AAGL 33rd Annual Meeting
  with William Parker, M.D. & Paya Pasic, M.D.
  San Francisco, Ca

- **Managing and Minimizing Laparoscopic Complications**              10/17/04
  Annual Meeting of the American Society for Reproductive Medicine (ASRM)
  with Ricardo Azziz, M.D. and Alan Johns, M.D.
  Philadelphia, Pa

- **Alternatives to Hysterectomy**                                    10/15/04
  Annual Meeting of the Central Association of Ob-Gyn (CAOG)
  with Malcolm Munro, M.D.
  Washington, D.C.

- **Surgical Management of Chronic Pelvic Pain**                      8/7/04
  11th Annual Meeting of The International Pelvic Pain Society
  Chicago, Illinois

- **Reducing Risk during Hysteroscopic and Laparoscopic Surgery**     6/7/04
  *and* **Pelvic Anatomy for the Gynecologic Surgeon**
  26th Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Anatomical Basis of Laparoscopic Reconstructive Surgery**         5/21-22/04
  Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Cadavers
  with Robert Rogers, M.D.
  University of Louisville
  Louisville, Kentucky

- **First Live Surgery Telecast: Laparoscopic Supracervical Hysterectomy**   5/4/04
  Televised from University of Illinois at Chicago
  Annual Meeting of the American College of Obstetrics & Gynecology
  Philadelphia, Pennsylvania

- **Laparoscopic Pelvic Anatomy**                                     4/3/04
  7th Annual Gynecologic Endoscopy Course for Residents and Fellows
  with Tony Luciano, M.D.
  Bridgeport Hospital
  Department of Obstetrics and Gynecology
  Stamford, Connecticut

- **11th Annual AAGL Comprehensive Workshop on Gynecologic**   3/6-7/04
  **Endoscopy for Residents, Fellows and O.R. Personnel**

Scientific Chairman with Malcolm Munro, M.D.
Los Angeles, California

- **Medical Management of the Uterine Fibroid**                    2/28/04
  Henry Rappold Annual Symposium on Endoscopic Surgery
  St. Luke's Hospital
  Department of Obstetrics and Gynecology
  St. Louis, Missouri

- **Comparing New and Old Bipolar Devices**                       11/21/03
  In: Energy Systems: How significant are their differences?
  32 Annual Meeting of American Association of Gynecologic Laparoscopists
  Las Vegas, Nevada

- **Role of Laparoscopy in Pelvic Floor Disorders**              9/22/03
  Masters Class in Gynecologic Endoscopic Surgery
  The Society of Laparoendoscopic Surgeons
  12th International Congress and EndoExpo 2003
  Las Vegas, Nevada

- **First Regional AAGL Comprehensive Workshop on Gynecologic**   9/13-13/03
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  Scientific Chairman with Malcolm Munro, M.D.
  Philadelphia, Pennsylvania

- **Anatomical Basis of Laparoscopic Reconstructive Surgery**     6/7-8/03
  Gynecologic Laparoscopic Anatomy and Surgery on Unembalmed Cadavers
  with Tammaso Falcone, M.D. and Ron Levine, M.D.
  University of Louisville
  Louisville, Kentucky

- **Laparoscopic Fresh Cadaveric Pelvic Anatomy**                 6/5/03
  **Reducing Risk during Operative Hysteroscopy**
  **Reducing Risk during Operative Laparoscopy**
  24th Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Fundamental Retroperitoneal Laparoscopic Anatomy**            4/4/03
  12th Annual Congress of International Society for Gynecologic Endoscopy
  Cancun, Mexico

- **11th Annual AAGL Comprehensive Workshop on Gynecologic**      3/29 - 30/03
  **Endoscopy for Residents, Fellows and O.R. Personnel**

18

Scientific Chairman with Malcolm Munro, M.D.
Chicago, Illinois

- **Medical Treatment Options for the Uterine Fibroid**                    4/12/03
  1st Annual Congress of the Uterine Fibroid
  American Association of Gynecologic Laparoscopists
  Scottsdale, Arizona

- **Teaching  Pelvic Anatomy using Laparoscopic Cadaveric Dissection**     4/28/03
  Annual Meeting of American College of Obstetricians & Gynecologists
  Clinical Seminar
  New Orleans, Louisiana

- **Laparoscopic Myomectomy & Energy Modalities during Laparoscopy**       4/10/03
  Matt Weiss Symposium
  St. Louis Ob-Gyn Society
  St. Louis, Missouri

- **Laparoscopic Pelvic Anatomy & Reconstructive Surgery**                 4/5/03
  12th Annual Congress of International Society for Gynecologic Endoscopy
  Cancun, Mexico

- **Pearls and Pitfalls of Operative Laparoscopy**                         11/20/02
  with Charles Chapron, M.D. and Jean-Bernard Dubuisson, M.D.
  Global Congress of Gynecologic Endoscopy
  31st Annual Meeting of AAGL
  Miami, Florida

- **Laparoscopic Supracervical Hysterectomy**                              11/1/02
  Didactics and Live Telesurgery
  Department of Obstetrics and Gynecology
  Greater Baltimore Medical Center
  Baltimore, Maryland

- **Operative Endoscopy: Maximizing Outcomes**                             10/28/02
  69th Annual Meeting of Central Association of Ob-Gyn
  Las Vegas, Nevada

- **Laparoscopic Electromechanical Morcellation**                          10/22/02
  Dayton Obstetrics and Gynecology Society
  Dayton, Ohio

- **Laparoscopic Myomectomy**                                              9/14/02
  Henry Rappold Annual Symposium on Endoscopic Surgery
  St. Luke's Hospital

St. Louis, Missouri

- **Operative Hysteroscopy**                                             6/8/02
  Didactics and hands-on laboratory training
  Department of Obstetrics and Gynecology
  University of Nebraska
  Omaha, Nebraska

- **Reducing Risk During Hysteroscopic Surgery**                         6/6/02
  23rd Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Hysteroscopic and Laparoscopic Surgery in Menopause**                4/12/02
  St. Louis University Symposium on Menopause
  St. Louis, Missouri

- **10th Annual AAGL Comprehensive Workshop on Gynecologic**   3/15 - 16/02
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  Scientific Chairman with Malcolm Munro, M.D.
  Philadelphia, Pennsylvania

- **Hysteroscopic Myomectomy & Endometrial Resection**                   12/1/01
  Live Interactive Telesurgery from University of Illinois at Chicago
  As part of *Identifying Key Strategies and Techniques For*
  *Advanced Operative Laparoscopy and Hysterectomy*
  With Harry Reich, M.D. and Mark Glasser, M.D.
  American Association of Gynecologic Laparoscopists (AAGL)
  Endo-Surgery Institute
  Cincinnati, Ohio

- **Pearls and Pitfalls of Endoscopic Technique**                        11/16/01
  Scientific Chair with Ray Garry, M.D. and Resad Pasic, M.D.
  30th Annual Meeting of AAGL
  San Francisco, California

- **Creating Presentations With Power-Point**:                           11/16/01
  **A Hands-on Course For The Presenting Surgeon**
  With Malcolm Munro, M.D.
  30th Annual Meeting of AAGL
  San Francisco, California

- **Reparative Surgery of Female Cadavers**                              11/15/01

With Robert M Rogers, Jr., MD
30th Annual Meeting of AAGL
San Francisco, California

- **Reproductive Surgery:**                                        10/20 - 21/01
  **Techniques, Documentation, and Reimbursement –**
  **The First SRS Interactive Course**
  Co-Chair with George Hill, M.D. and David Olive, M.D.
  Annual Meeting of American Society of Reproductive Medicine
  Orlando, Florida

- **Gas Embolism During Operative Hysteroscopy**                  10/5/01
  Department of Obstetrics and Gynecology
  Kaiser Permanente
  San Diego, California

- **Complications of Laparoscopic Surgery**                       6/7/01
  22nd Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Identifying Key Strategies and Techniques For Advanced Operative**   4/20 - 21/01
  **Laparoscopy and Hysteroscopy**
  With Thomas Lyons, M.D. and George Vilos, M.D.
  American Association of Gynecologic Laparoscopists (AAGL)
  Endo-Surgery Institute
  Cincinnati, Ohio

- **Reparative Pelvic Surgery on Female Cadavers**                3/27 - 28/01
  With Robert Rogers, M.D.
  Annual Meeting of International Society of Gynecologic Endoscopy
  Chicago, Illinois

- **10th Annual AAGL Comprehensive Workshop on Gynecologic**      3/3 - 4/01
  **Endoscopy for Residents, Fellows and O.R. Personnel**
  Scientific Chairman with Malcolm Munro, M.D.
  Los Angeles, California

- **Technical Advances in Hysteroscopic Surgery**                 2/5/01
  Department of Obstetrics and Gynecology
  University of Minnesota
  Minneapolis, Minnesota

- **Pearls and Pitfalls During Advanced Operative Laparoscopy**   12/1 - 2/00
  **And Hysterectomy**

With Malcolm Munro, MD and Franklin D Loffer, MD
American Association of Gynecologic Laparoscopists (AAGL)
Endo-Surgery Institute
Cincinnati, Ohio

- **Contemporary Management of Uterine Fibroids**                     11/15/00
  With Richard Gimpelson, MD and Gerald Shirk, MD
  29th Annual Meeting of AAGL
  Global Congress of Gynecologic Endoscopy
  Orlando, Florida

- **Pearls and Pitfalls of Operative Laparoscopy**                     11/15/00
  With Anthony Luciano, MD and John Miklos, MD
  29th Annual Meeting of AAGL
  Global Congress of Gynecologic Endoscopy
  Orlando, Florida

- **Reparative Pelvic Surgery on Female Cadavers**                   11/13 - 14/00
  With Robert M Rogers, Jr., MD and Harry Reich, MD
  29th Annual Meeting of AAGL
  Global Congress of Gynecologic Endoscopy
  Orlando, Florida

- **Choosing the Gynecologic Surgical Approach**                     8/31 - 9/2/00
  ACOG Postgraduate Course
  Moran, Montana
  With Robert Rogers, MD, David Olive, M.D, & Thomas Stovall,MD

- **Reparative Pelvic Surgery on Female Cadavers**                   8/10 - 11/00
  With Robert M Rogers, Jr., MD and Ronald Levine, MD
  University of Louisville
  Louisville, Kentucky

- **Operative Hysterectomy**                                            7/14/00
  Didactics and Hands-On Laboratory
  59th Annual Meeting
  Wisconsin Section/ACOG & Wisconsin Society of OB/GYN
  Egg Harbor, Wisconsin

- **Laparoscopic Supracervical Hysterectomy**                         6/30/00
  Live Surgery, Didactics and Hands-On Laboratory
  University of Illinois Hospital
  Chicago, Illinois

- **Reparative Pelvic Surgery on Female Cadavers**                   6/9 - 10/00
  With Robert M Rogers, Jr., MD

University of Illinois School of Medicine
Chicago, Illinois

- **Complications of Laparoscopic Surgery**                          6/8/00
  21st Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Contemporary Use if Hysteroscopic Surgery**                     6/6/00
  Didactics and Hands-On Laboratory
  Department of Obstetrics and Gynecology
  Michigan State University
  Lansing, Michigan

- **Laparoscopic Hysterectomy: Controversies**                      5/13 - 14/00
  Didactics and Live Surgery Demonstrations
  Department of Obstetrics and Gynecology
  Azienda Hospital
  Salerno, Italy

- **Hysteroscopic Management and Mismanagement**                    4/28 - 29/00
  32nd Annual Matt Weiss Symposium
  Department of Obstetrics and Gynecology
  St. John's Mercy Medical Center
  Chesterfield, Missouri

- **Electrosurgical Principles and Organization of**                3/18/00
  **The Operating Room in Gynecologic Endoscopy**
  AAGL 9th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Dallas, Texas

- **Identifying Key Strategies and Techniques For Advanced**        12/10/99
  **Operative Laparoscopy and Hysteroscopy**
  With Malcolm G Munro, MD and Franklin D Loffer, MD
  American Association of Gynecologic Laparoscopists (AAGL)
  Endo-Surgery Institute
  Cincinnati, Ohio

- **Fundamentals of Operative Hysteroscopy**                        12/8/99
  Didactics and Hands-On Laboratory
  Department of Obstetrics and Gynecology
  University of Michigan

23

Ann Arbor, Michigan

- **Optimizing Efficiency and Outcome in Laparoscopic Surgery**          11/20 - 21/99
  Didactics and Live Surgery Demonstrations
  Department of Obstetrics and Gynecology
  Gleneagles Hospital
  Singapore

- **Pearls and Pitfalls of Operative Laparoscopy**          11/8/99
  With D Alan Johns, MD and John R Miklos, MD
  28th Annual Meeting of AAGL
  Las Vegas, Nevada

- **Reparative Pelvic Surgery on Female Cadavers**          11/6 - 7/99
  With Robert M Rogers, Jr., MD
  28th Annual Meeting of AAGL
  Las Vegas, Nevada

- **Reducing Risk During Laparoscopy**          10/14/99
  30th Annual Autumn Seminar
  Department of Obstetrics and Gynecology
  University of Minnesota
  Minneapolis, Minnesota

- **Hysterectomies and Their Alternatives:**          9/30 - 10/2/99
  The 10 Year Anniversary of the Lavh
  With Harry Reich, MD
  Phoenix, Arizona

- **Chronic Pelvic Pain**          9/22/99
  Fort Wayne Society of Obstetricians and Gynecologists
  Fort Wayne, Indiana

- **Reparative Pelvic Surgery on Female Cadavers**          9/16 - 18/99
  With Robert M Rogers, Jr., MD and Alfred Bent, MD
  Western University
  Pomona, California

- **Reparative Pelvic Surgery on Female Cadavers**          8/5 - 7/99
  With Robert M Rogers, Jr., MD and Ronald Levine, MD
  University of Louisville
  Louisville, Kentucky

- **Reparative Pelvic Surgery on Female Cadavers**          6/17 - 19/99
  With Robert M Rogers, Jr., MD and CY Liu, MD

University of Illinois School of Medicine
Chicago, Illinois

- **Complications of Laparoscopic Surgery**                              6/10/99
  20th Annual Obstetrics and Gynecology Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Diagnostic and Operative Hysterectomy**                             4/10/99
  Didactics and Inanimate Laboratory
  Department of Obstetrics and Gynecology
  Christ Hospital Medical Center
  Oak Lawn, Illinois

- **Organizing the O.R**                                                 3/13/99
  AAGL 8th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Dallas, Texas

- **Electrosurgery**                                                     3/12/99
  AAGL 8th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Dallas, Texas

- **Reparative Pelvic Surgery on Female Cadavers**                      3/11 - 12/99
  With Robert M Rogers, Jr., MD and H Reich, MD
  Memorial Hospital
  Savannah, Georgia

- **Alternatives to Hysterectomy**                                      12/18/98
  The World Foundation for Medical Studies
  in Female Health (WFFH)
  New York, New York

- **Complications of Laparoscopy**                                      11/11/98
  With Ronald Levine, MD and Marc Woodland, MD
  27th Annual Meeting of AAGL
  Atlanta, Georgia

- **Endometrial Balloon Ablation Technology**                           9/23/98
  Department of Obstetrics and Gynecology
  Ingalls Memorial Hospital
  Tinley Park, Illinois

- **Endometrial Balloon Ablation Technology**                           9/22/98
  Department of Obstetrics and Gynecology

Community Hospital
Munster, Indiana

- **Minimizing Complications During Laparoscopic Surgery**                  6/4/98
  19th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Endometrial Balloon Ablation Technology**                              5/16/98
  Department of Obstetrics and Gynecology
  Mt. Sinai Hospital
  Detroit, Michigan

- **Endometrial Balloon Ablation Technology**                              5/11/98
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Advanced Operative Hysterectomy**                                       5/2/98
  Didactics and Inanimate Laboratory
  Department of Obstetrics and Gynecology
  Henry Ford Hospital
  Detroit, Michigan

- **Endometrial Balloon Ablation Technology**                              4/25/98
  Department of Obstetrics and Gynecology
  Lutheran General Hospital
  Park Ridge, Illinois

- **Reparative Pelvic Surgery on Female Cadavers**                      4/23 - 24/98
  With Robert M Rogers, Jr, MD and S Robert Kovac, MD
  Philadelphia College of Osteopathic Medicine
  Philadelphia, Pennsylvania

- **Endometrial Balloon Ablation Technology**                              4/20/98
  Department of Obstetrics and Gynecology
  McNeal Hospital
  Berwyn, Illinois

- **Operative Hysteroscopy and Endometrial Ablation**                     4/3 - 4/98
  Didactics and Inanimate Laboratory
  Oakwood Hospital and Medical Center
  Dearborn, Michigan

- **Advanced Operative Laparoscopy and Hysterectomy**    3/26 - 28/98
  With Ricardo Azziz, MD and Malcolm G Munro, MD
  The American College of Obstetricians and Gynecologists
  Birmingham, Alabama

- **Organizing the O.R.**    3/22/98
  AAGL 7th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Dallas, Texas

- **Electrosurgery**    3/21/98
  AAGL 7th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Dallas, Texas

- **Advanced Gynecologic Laparoscopy   On Female Cadavers**    2/5 - 6/98
  With Jeffrey S Levy, MD and Robert M Rogers, Jr., MD
  Philadelphia College of Osteopathic Medicine
  Philadelphia, Pennsylvania

- **Techniques for the Difficult Lavh**    12/4/97
  6th International Meeting of Society of Laparoendoscopic Surgeons
  Orlando, Florida

- **Advanced Gynecologic Laparoscopy   On Female Cadavers**    11/20 - 21/97
  With Jeffrey S Levy, MD, Robert M Rogers, Jr., MD
  Pennsylvania Hospital
  Philadelphia, Pennsylvania

- **Laparoscopic Hysterectomy: Controversy**    10/30 - 31/97
  Didactics and Live Surgery Demonstrations
  Department of Obstetrics and Gynecology
  Azienda Hospital
  Salerno, Italy

- **The Role of Laparoscopy in the Management of**    10/25/97
  **Urinary Stress Incontinence**
  11th Annual Symposium on Gynecologic Endoscopy
  Department of Obstetrics and Gynecology
  St. Luke's Hospital
  St. Louis, Missouri

- **Laparoscopic Access and Ergonomics: Revising the Fundamentals**    10/24/97
  11th Annual Symposium on Gynecologic Endoscopy
  Department of Obstetrics and Gynecology
  St. Luke's Hospital
  St. Louis, Missouri

- **The Role of Operative Hysteroscopy and Uterine Balloon Procedures**    9/29/97
  **For the Treatment of Abnormal Uterine Bleeding**
  Midyear Postgraduate Course
  American College of Osteopathic Obstetricians and Gynecologists
  Chicago, Illinois

- **Avoiding Complications During Operative Laparoscopy**    9/29/97
  Midyear Postgraduate Course
  American College of Osteopathic Obstetricians and Gynecologists
  Chicago, Illinois

- **Medical Legal Issues in Gynecologic Endoscopy**    9/24/97
  With Farr R Nezhat, MD
  26th Annual Meeting of AAGL
  Seattle, Washington

- **Advanced Diagnostic and Operative Laparoscopy:**    9/24/97
  **A Multi-Disciplinary Approach: Including MiniLaparoscopy**
  With Farr R Nezhat, MD
  26th Annual Meeting of AAGL
  Seattle, Washington

- **Advanced Gynecologic on "Fresh" Female Cadavers**    8/14 - 15/97
  With Jeffrey S Levy, MD and Robert M Rogers, Jr., MD
  Pennsylvania Hospital
  Philadelphia, Pennsylvania

- **Minimizing Complications During Laparoscopic Surgery**    6/5/97
  18th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Abnormal Uterine Bleeding: Is the D & C Dead?**    5/17/97
  Practical Pearls for Women's Health Care: A Clinical Perspective
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Evaluation and Management of Adnexal Masses**                3/8/97
  AAGL 6th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Chicago, Illinois

- **Avoiding Complications During an Operative Laparoscopy**      2/7/97
  1997 Midwest Clinical Conference
  Chicago Medical Society
  Chicago, Illinois

- **Complications During Electrosurgery**                        12/7/96
  AAGL Symposium on the Prevention and Management
  of Gynecologic Endoscopic Complications
  Chicago, Illinois

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**   9/5 - 7/96
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Electrosurgery for the Endoscopic Surgeon**                  6/27/96
  Department of Obstetrics and Gynecology
  Porter Memorial Hospital
  Porter, Indiana

- **Electrosurgery for the Endoscopic Surgeon**                  4/27/96
  Department of Obstetrics and Gynecology
  Grant Medical Center
  Columbus, Ohio

- **Avoiding Complications of Laparoscopy**                      4/23/96
  Obstetric/Gynecologic Management Conference Series
  University of Illinois College of Medicine at Champaign-Urbana
  Champaign, Illinois

- **Laparoscopic Access and Instrument Ergonomics**             3/23/96
  AAGL 5th Annual Comprehensive Workshop on Gynecologic
  Endoscopy for Residents, Fellows and O.R. Personnel
  Chicago, Illinois

- **Principles and Practice of Operative Laparoscopy:**         3/22/96
  **Avoiding Complications**
  Annual Meeting of American College of Osteopathic
  Obstetricians and Gynecologists
  San Antonio, Texas

- **Operative Hysteroscopy Tutorial**                      1/12/96
  Live Surgery Didactics                                   11/16/95
  Department of Obstetrics and Gynecology
  Mercy Hospital
  Chicago, Illinois

- **Operative Hysteroscopy and Laparoscopic**             9/28 - 30/95
  **Hysterectomy Workshop**
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Advanced Gynecologic Endoscopy**                       8/16 - 18/95
  With Victor Gomel, MD and David Redwine, MD
  Vancouver, British Columbia

- **Electrosurgery for the Endoscopic Surgeon**            7/12/95
  1995 Scientific Meeting of Massachusetts Section of
  The American College of Obstetricians & Gynecologists
  Gloucester, Massachusetts

- **Operative Laparoscopy**                                6/15/95
  16th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Laparoscopic Hysterectomy**                            5/17/95
  Live Surgery Demonstration by Satellite Transmission
  IV International Congress of Endoscopic Surgery
  Hospital Juarez
  Mexico City, Mexico

- **Diagnostic and Operative Hysteroscopy**                4/28 - 29/95
  **and Resectoscopy**
  With Michael Baggish, MD and Charles M March, MD
  University of Chicago
  Chicago, Illinois

- **Laparoscopic Colposuspension**                         4/8/95
  With Tim McKinney, MD
  Oakbrook, Illinois

- **Advanced Ultrasound and Endoscopic Surgery**                    4/24 - 25/95
  With Joseph S Sanfilippo, MD and Anna A Murphy, MD
  Department of Obstetrics and Gynecology
  University of Louisville School of Medicine
  Louisville, Kentucky

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**  3/23 - 25/95
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Electrosurgery for the Endoscopic Surgeon**                     2/4/95
  Department of Obstetrics and Gynecology
  Grant Medical Center
  Columbus, Ohio

- **Electrosurgery for the Endoscopic Surgeon**                     11/12/94
  With Douglas Olsen, MD and John Pearce, Ph.D.
  Cleveland, Ohio

- **Principles of Endoscopic Technique**                            11/2/94
  Obstetric/Gynecologic Management Conference Series
  University of Illinois College of Medicine at Champaign/Urbana
  Champaign, Illinois

- **Fundamentals of Endoscopic Technique**                          9/28/94
  Current Topics in Obstetrics and Gynecology
  Northeastern Ohio Universities
  Rootstown, Ohio

- **Advanced Gynecologic Endoscopy**                                7/27 - 29/94
  With Arnaud Wattiez, MD and Harry Reich, MD
  Vancouver, British Columbia

- **Operative Laparoscopy**                                         6/16/94
  15th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois

- **Laparoscopic Surgical Approach to the Adnexal Mass**            6/15/94
  15th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois

-

- **Operative Laparoscopic Surgery**                                        6/1 - 3/94
  With Arnaud Wattiez, MD
  Center for Endoscopic Surgery
  Clermont-Ferrand, France

- **Endoscopic Management of the Adnexal Mass**                            5/24/94
  Chicago Association of Gynecologic Endoscopists
  Chicago, Illinois

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**        5/19-21/94
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Fundamentals of Operative Laparoscopy**                                5/6/94
  Didactics and Animal Laboratory
  Department of Obstetrics and Gynecology
  Cook County Medical Center
  Chicago, Illinois

- **Advanced Operative Hysteroscopy and Resectoscopy**                     4/29 - 30/94
  With Michael Baggish, MD and Raffael Valle, MD
  University of Chicago
  Chicago, Illinois

- **Fundamentals of Operative Laparoscopy**                                4/27 - 28/94
  Didactics and Animal Laboratory
  Mercy Hospital and Medical Center
  Chicago, Illinois

- **Laparoscopic Hysterectomy and Pelvic Floor Reconstruction**            4/21 - 24/94
  With CY Liu, MD and Harry Reich, MD
  Chicago, Illinois

- **Advanced Gynecologic and Endoscopic Surgery**                          4/7 - 9/94
  With Harry Reich, MD and Arnaud Wattiez, MD
  Rancho Mirage, California

- **Advanced Gynecologic Surgery**                                         1/27 - 29/94
  With Michael Baggish, MD
  Washington, DC

- **Electrosurgery for the Endoscopic Surgeon**                            10/23/94
  With Thierry G Vancaillie, MD
  Oakbrook, Illinois

- **CREOG University Faculty Endosurgery Workshop**
  With Joseph S Sanfilippo, MD
  Cincinnati, Ohio
  
  9/30 - 10/93

- **Endoscopic Management of the Adnexal Mass**
  Obstetric/Gynecologic Management Conference Series
  University of Illinois College of Medicine at Champaign/Urbana
  Didactics and Live Surgery Demonstrations
  Champaign, Illinois
  
  9/7 - 9/93

- **Advanced Gynecologic Surgery**
  With Michael Baggish, MD
  Palm Beach, Florida
  
  7/26 - 30/93

- **CREOG University Faculty Endosurgery Workshop**
  With Joseph S Sanfilippo, MD
  Cincinnati, Ohio
  
  6/24 - 26/93

- **Endoscopic Surgery of the Fallopian Tube**
  14th Annual Obstetrics and Gynecology Annual Review Course
  Medical Schools of Chicago
  Chicago, Illinois
  
  6/9/93

- **CREOG University Faculty Endosurgery Workshop**
  With Joseph S Sanfilippo, MD
  Cincinnati, Ohio
  
  5/13 - 15/93

- **Electrosurgery for the Endoscopic Surgeon**
  With Anthony Luciano, MD and Douglas Olsen, MD
  Houston, Texas
  
  4/24/93

- **Laparoscopic – Assisted Vaginal Hysterectomy Tutorial**
  With Howard Topel, MD
  Lutheran General Hospital
  Park Ridge, Illinois
  
  4/22/93

- **Advanced Gynecologic and Endoscopic Surgery**
  With Harry Reich, MD, Gordon Davis, MD and Arnaud Wattiez, MD
  Rancho Mirage, California
  
  4/1 - 4/93

- **Advanced Laparoscopic Surgical Techniques**
  Department of Obstetrics and Gynecology
  
  3/17 - 20/93

University of Illinois at Chicago
Vail Valley, Colorado

- **Laparoscopic Hysterectomy – Techniques and Controversies**    3/2 - 3/93
  Didactics and Live Surgery Demonstrations
  Obstetric/Gynecologic Management Conference Series
  University of Illinois College of Medicine at Champaign/Urbana
  Didactics and Live Surgery Demonstrations
  Champaign, Illinois

- **Advanced Gynecologic Surgery**    1/27 - 30/93
  With Michael Baggish, MD
  Washington, DC

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**    9/3 - 4/92
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Workshop on Minimally Invasive Infertility and Gynecological Surgery**    8/4 - 5/92
  Live Surgery Demonstrations, Didactics and Animal Lab
  The Academy of Medicine
  Kandang Kerbau Hospital
  Singapore

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**    7/9 - 11/92
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Chicago, Illinois

- **Gynecologic Operative Endoscopy**    6/13 - 14/92
  With J Cooper, MD
  New York, New York

- **Operative Hysteroscopy and Laparoscopic Hysterectomy Workshop**    4/1 - 3/92
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Advanced Suturing Techniques for Endoscopic Surgeons**    4/9/92
  1992 Annual Meeting of International College of Surgeons
  United States Section
  Chicago, Illinois

- **The Benefits of Minimally Invasive Gynecologic Surgery in the Elderly**    4/9/92
  1992 Annual Meeting of International College of Surgeons

34

United States Section
Chicago, Illinois

- **Laser Laparoscopic Hysterectomy Perceptorship**          3/26 - 27/92
  With CY Liu, MD
  Chattanooga Women's Laser Center
  Chattanooga, Tennessee

- **Advanced Laparoscopic Surgica; Techniques**              3/13 - 14/92
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Snowbird, Utah

- **Operative Hysterectomy and Laparoscopic Hysterectomy Workshop**   2/6 - 8/92
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute,
  Atlanta, Georgia

- **Laser Laparoscopic Hysterectomy Perceptorship**          11/21 - 22/91
  With CY Liu, MD
  Chattanooga Women's Laser Center
  Chattanooga, Tennessee

- **Gynecologic Endoscopic & Laser Surgery Workshop Nd: YAG Laser**   9/14/91
  Annual FIGO Meeting
  Live Surgery Demonstrations, Didactics and Animal Lab
  University of Singapore
  Singapore

- **Laparoscopic Cholecystectomy Workshop**                  8/15/91
  Westside Veteran Administration Hospital
  Chicago, Illinois

- **Operative Endoscopy Perceptorship**                      7/18 - 20/91
  With Camran Nezhat, MD and Farr R Nezhat, MD
  Endoscopic Laser Institute
  Atlanta, Georgia

- **Laparoscopy for General Surgeons:  Cholecystectomy,**    9/22/-23/90
  **Appendectomy & Advanced Techniques**                     4/20-1/91
  Didactics and Animal Labs
  University of Illinois at Chicago
  Chicago, Illinois

**<u>GRAND ROUNDS</u>**

- **Advances in Laparoscopic and Hysteroscopic Surgery**            5/17/10
  Department of Obstetrics and Gynecology
  Alta Bates Hospital
  Berkeley, CA

- **Biophysical Principles of Advanced Bipolar Electrosurgery**            4/21/10

Department of Obstetrics and Gynecology
Michigan State University
Grand Rapids, Michigan

- **Advanced Techniques for the Laparoscopic Surgeon II**                11/3/09
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Fundamental Surgical Treatment Paradigms for Endometriosis**         5/19/09
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Advanced Techniques for the Laparoscopic Surgeon I**                 1/13/09
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Fundamental Anatomy for the Laparoscopic Surgeon**                   12/11/08
  Department of Obstetrics and Gynecology
  Kaiser Permanente Hospital
  Los Angeles, California

- **Minimally Invasive Surgical Options for Benign Gynecologic Conditions**  9/19/08
  Department of Family Practice
  California Pacific Medical Center
  San Francisco, California

- **Advanced Techniques for the Endoscopic Surgeon**                     9/16/08
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Advances in Gynecologic Endoscopic Surgical Techniques**             6/19/08
  Department of Obstetrics and Gynecology
  St. Luke's Hospital
  San Francisco, California

- **Advances in Minimally Invasive Gynecology**                         4/9/08
  Department of General Medicine
  Marin General Hospital
  Ross, California

- **Reducing Risk during Laparoscopic Surgery**                    1/30/08
  Department of Obstetrics and Gynecology
  Baylor College of Medicine
  Houston, Texas

- **Fundamental Anatomy for the Laparoscopic Surgeon**             1/24/08
  Department of Obstetrics and Gynecology
  Sequoia Hospital
  Redwood City, California

- **Advances in Operative Hysteroscopy**                           9/19/07
  Department of Obsetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Principles and Practice of Hysteroscopic Surgery**             8/17/07
  Department of Obstetrics and Gynecology
  Kaiser Permanente Medical Center
  Santa Ana, California

- **Emerging Non-surgical Treatments for Uterine Myomas**          3/6/07
  Department of Obstetrics and Gynecology
  Rose Hospital
  Denver, Colorado

- **Principles and Practice of Electrosurgery and Ultrasonics**    3/5/07
  Department of Obstetrics and Gynecology
  University of Colorado
  Denver, Colorado

- **Reducing Risk during Laparoscopic Surgery**                    3/1/07
  Department of Obstetrics and Gynecology
  University of California San Francisco at Fresno
  Fresno, California

- **The Legitimization of Transcervical Sterilization**            1/24/07
  Department of Obstetrics and Gynecology
  Cedars Sinai Medical Center
  Los Angeles, California

- **Laparoscopic Surgery in the 21st Century**                     1/11/07
  Department of Obstetrics and Gynecology
  St. Lukes Hospital
  San Francisco, California

38

- **Anatomy for the Laparoscopic Surgeon**                          10/3/06
  Department of Obstetrics & Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Reducing Risk During Laparoscopic Surgery**                    3/2/06
  Department of Obstetrics and Gynecology
  Johns Hopkins University
  Baltimore, Maryland

- **Reducing Risk During Laparoscopic Surgery**                    9/23/05
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Pelvic Endometriosis:  Diagnosis and Treatment**               9/21/05
  Department of Family Practice
  University of Illinois at Chicago
  Chicago, Illinois

- **Hysteroscopic Sterilization:  State-of-the-art**               9/1/05
  Department of Obstetrics & Gynecology
  Evanston Hospital
  Evanston, Illinois

- **Diagnosis and Management of Chronic Pelvic Pain**              6/3/05
  Department of Internal Medicine
  Michael Reese Hospital
  Chicago, Illinois

- **Advances in Laparoscopic and Hysteroscopic Surgery**          3/18/05
  Department of Obstetrics and Gynecology
  Resurrection Hospital
  Chicago, Illinois

- **Laparoscopic Mass Tissue Removal:  LSH and Myomectomy**        1/11/05
  Department of Obstetrics and Gynecology
  California Pacific Medical Center
  San Francisco, California

- **Laparoscopic Supracervical Hysterectomy**                     12/15/04
  Department of Obstetrics and Gynecology
  Cleveland Clinic
  Cleveland, Ohio

- **Reducing Risk During Laparoscopic Surgery**                9/10/04
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago

- **Advances in Operative Hysteroscopy and Laparoscopy**        5/20/04
  University of Wisconsin
  Department of Obstetrics and Gynecology
  Madison, Wisconsin

- **Advances in Operative Hysteroscopic Surgery**              5/19/04
  Aurora Health Medical Center
  Department of Obstetrics and Gynecology
  Milwaukee, Wisconsin

- **Reducing Risk during Operative Laparoscopy**               4/12/04
  Mayo Clinic
  Department of Obstetrics and Gynecology
  Rochester, Minnesota

- **Reducing Risk during Operative Laparoscopy**               2/18/04
  Cedar Sinai Medical Center
  Department of Obstetrics and Gynecology
  Los Angles, California

- **Reducing Risk during Operative Hysteroscopy**              11/6/03
  Department of Obstetrics and Gynecology
  Evanston Hospital
  Evanston, Illinois

- **Reducing Risk during Operative Hysteroscopy**              10/31/03
  Department of Obstetrics and Gynecology
  St. Francis Hospital
  Evanston, Illinois

- **Maximizing Outcome during Operative Hysteroscopy**         10/15/03
  Department of Obstetrics and Gynecology
  St. Johns Medical Center
  St. Louis, Missouri

- **Reducing Risk during Operative Laparoscopy**               10/3/03
  Department of Obstetrics and Gynecology

Women's Hospital
University of Southern California
Los Angeles, California

- **Reducing Risk during Operative Laparoscopy**                9/19/03
  Department of Obstetrics and Gynecology
  Vanderbilt University
  Nashville, Tenn

- **Reducing Risk during Operative Laparoscopy**                5/21/03
  Department of Obstetrics and Gynecology
  University of South Florida
  Tampa, Florida

- **Laparoscopic Myomectomy & Supracervical Hysterectomy**      5/14/03
  Department of Obstetrics and Gynecology
  Mt Sinai Medical Center
  Chicago, Illinois

- **Prevention and Pathogenesis of Pelvic Adhesions**           4/30/03
  Department of Obstetrics and Gynecology
  Rush Medical College
  Chicago, Illinois

- **Reducing Risk during Operative Laparoscopy**                4/21/03
  Department of Obstetrics and Gynecology
  Cook County Medical Center
  Chicago, Illinois

- **Electrosurgery and Ultrasonic Energy during Operative Laparoscopy**   3/27/03
  Department of Surgery
  Mt Sinai Medical Center
  Chicago, Illinois

- **Pathogenesis and Prevention of Pelvic Adhesions**           10/23/02
  Department of Obstetrics and Gynecology
  Wright State University
  Dayton, Ohio

- **Pathogenesis and Prevention of Pelvic Adhesions**           5/22/02
  Department of Obstetrics and Gynecology
  University of Cincinnati
  Cincinnati, Ohio

- **Pathogenesis and Prevention of Pelvic Adhesions**                    5/14/02
  Department of Obstetrics and Gynecology
  Hutsel Hospital
  Wright State University
  Detroit, Michigan

- **Pathogenesis and Prevention of Pelvic Adhesions**                    5/3/02
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Pathogenesis and Prevention of Pelvic Adhesions**                    4/30/02
  Department of Obstetrics and Gynecology
  St. Mary's Hospital
  Milwaukee, Wisconsin

- **Operative Hysteroscopy:  State of the Art**                    4/3/02
  Department of Obstetrics and Gynecology
  Loyola University
  Maywood, Illinois

- **Pathogenesis and Prevention of Pelvic Adhesions**                    3/25/02
  Department of Obstetrics and Gynecology
  Covenant Hospital
  Saginaw, Michigan

- **Pelvic Endometriosis: Current Treatments**                    1/23/02
  Department of Obstetrics and Gynecology
  Mount Sinai Medical Center
  Chicago, Illinois

- **Laparoscopic Supracervical Hysterectomy:**                    1/14/02
  A Time for Reassessment
  Department of Obstetrics and Gynecology
  Cook County Hospital
  Chicago, Illinois

- **Reducing Risk During Gynecologic Endoscopy**                    11/8/01
  Department of Obstetrics and Gynecology

42

St. Louis University
St. Louis, Missouri

- **Reducing Risk During Hysteroscopic Surgery**                    10/5/01
  Department of Obstetrics and Gynecology
  Kaiser Permanente Hospital
  San Diego, California

- **Fundamentals of Hysteroscopic Myomectomy**                    8/24/01
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Laparoscopic Pelvic Anatomy**                                  6/1/01
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Laparoscopic Supracervical Hysterectomy**                      1/23/01
  Department of Obstetrics and Gynecology
  Michigan State University
  Lansing, Michigan

- **Laparoscopic Supracervical Hysterectomy:**                     9/8/00
  Unraveling its Course and Justification
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Laparoscopic Supracervical Hysterectomy**                      4/7/00
  Department of Obstetrics and Gynecology
  UCLA Medical Center
  Los Angeles, California

- **Prevention & Management of Laparoscopic Complications**        1/24/00
  Department of Obstetrics and Gynecology
  Rush-Copley Medical Center
  Aurora, Illinois

- **Reducing Risk During Laparoscopic Surgery**                    12/9/99
  Department of Obstetrics and Gynecology
  University of Michigan
  Ann Arbor, Michigan

- **Treatment of Abnormal Uterine Bleeding: An Update**      3/15/99
  Department of Obstetrics and Gynecology
  Cook County Hospital
  Chicago, Illinois

- **The Role of Endometrial  Balloon Ablation**      1/21/99
  Department of Obstetrics and Gynecology
  Ravenswood Hospital
  Chicago, Illinois

- **Endometrial Balloon Ablation Technology**      6/29/98
  Department of Obstetrics and Gynecology
  Christ Hospital
  Oak Lawn, Illinois

- **Principle of Electrosurgery for**      2/13/98
  **The Endoscopic Surgeon**
  Department of Obstetrics and Gynecology
  St. Francis Hospital
  Evanston, Illinois

- **Avoiding Complication During Laparoscopic Surgery**      11/17/97
  Department of Obstetrics and Gynecology
  Cook County Hospital
  Chicago, Illinois

- **Using Anatomy to Prevent Laparoscopic Complications**      10/15/97
  Department of Obstetrics and Gynecology
  Michael Reese Hospital
  Chicago, Illinois

- **Diagnosis & Treatment of Abnormal Uterine Bleeding**      10/14/97
  Section of General Internal Medicine
  University of Illinois at Chicago
  Chicago, Illinois

- **The Art and Science of Electrosurgery**      7/21/97
  Department of Obstetrics and Gynecology
  Christ Hospital and Medical Center
  Oak Lawn, Illinois

- **The Art and Science of Electrosurgery During Operative Endoscopy**      3/12/97
  Department of Obstetrics and Gynecology
  Cedars-Sinai Medical Center

Los Angeles, California

- **Principles of Electrosurgery for
  The Endoscopic Surgeon**                          12/20/96
  Department of Obstetrics and Gynecology
  Thorek Hospital
  Chicago, Illinois

- **Avoiding Complications During Endoscopic Surgery**    11/20/96
  Department of Obstetrics and Gynecology
  Mount Sinai Hospital
  Chicago, Illinois

- **Principles of Electrosurgery for
  The Endoscopy Surgery**                            11/18/96
  Department of Obstetrics and Gynecology
  University of Chicago
  Chicago, Illinois

- **The Role of Hysteroscopy in the Treatment
  of Abnormal Uterine Bleeding**                     10/30/96
  Department of Obstetrics and Gynecology
  Michael Reese Hospital
  Chicago, Illinois

- **Principles of Electrosurgery For
  The Endoscopic Surgeon**                           10/15/96
  Department of Obstetrics and Gynecology
  Illinois Masonic Hospital
  Chicago, Illinois

- **Principles of Electrosurgery For
  The Endoscopic Surgeon**                           9/11/96
  Department of Obstetrics and Gynecology
  Wright State University
  Dayton, Ohio

- **The Role of Hysteroscopy in the Treatment
  Of Abnormal Uterine Bleeding**                     8/26/96
  Department of Obstetrics and Gynecology

University of Illinois at Chicago
Chicago, Illinois

- **Avoiding Complications in Hysteroscopy**                          4/19/96
  Department of Obstetrics and Gynecology
  Mercy Hospital
  Chicago, Illinois

- **Principles of Electrosurgery For**                               1/10/96
  **The Endoscopic Surgeon**
  Department of Obstetrics and Gynecology
  Sinai Medical Center
  Medical College of Wisconsin
  Milwaukee, Wisconsin

- **Chronic Pelvic Pain**                                            11/13/95
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Principles of Electrosurgery For**                               10/24/95
  **The Endoscopic Surgeon**
  Department of Obstetrics and Gynecology
  Lutheran General Hospital
  Park Ridge, Illinois

- **Contemporary Management of the Fibroid Uterus**                  9/19/95
  Department of Family Practice
  University of Illinois at Chicago
  Chicago, Illinois

- **Principles of Electrosurgery For**                               8/23/95
  **The Endoscopic Surgeon**
  Department of Obstetrics and Gynecology
  Chicago Osteopathic Hospital
  Chicago, Illinois

- **Laparoscopic Hysterectomy & Pelvic Floor Repair**               5/16/95
  **Department of Obstetrics and Gynecology**
  Instituto Nacional De Perinatologia
  Mexico City, Mexico

- **Laparoscopic Hysterectomy & Pelvic Floor Repair**               5/15/95

46

Department of Obstetrics and Gynecology
The American British Cowdray Hospital
Mexico City, Mexico

- **Laparoscopic Hysterectomy**                                    3/30/95
  Department of Obstetrics and Gynecology
  Ravenswood Hospital
  Chicago, Illinois

- **Essentials of Endoscopic Technique**                           1/23/95
  Department of Obstetrics and Gynecology
  State University of New York
  Syracuse, New York

- **Essentials of Endoscopic Technique**                           12/15/94
  Department of Obstetrics and Gynecology
  St. Joseph Hospital
  Chicago, Illinois

- **Essentials of Endoscopic Technique**                           12/7/94
  Department of Obstetrics and Gynecology
  Michael Reese Humana Hospital
  Chicago, Illinois

- **Laparoscopic Hysterectomy**                                    11/14/94
  Department of Obstetrics and Gynecology
  Christ Hospital and Medical Center
  Oak Lawn, Illinois

- **Advanced Principle of Electrosurgery**                         11/7/94
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Endoscopic Management of the Adnexal  Mass**                   8/8/94
  Department of Obstetrics and Gynecology
  Cook County School of Medicine
  Chicago, Illinoi

- **Management of the Atypical Pap Smear**                         5/24/94
  Department of General Medicine
  University of Illinois at Chicago

47

Chicago, Illinois

- **Principles of Electrosurgery for the Endoscopic Surgeon**                    4/4/94
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Endoscopic Management of the Adnexal Mass**                    2/28/94
  Department of Obstetrics and Gynecology
  Cook County School of Medicine
  Chicago, Illinois

- **Principles of Electrosurgery For**                    1/13/94
  **The Endoscopic Surgeon**
  Department of Obstetrics and Gynecology
  University of Wisconsin Medical School
  Madison, Wisconsin

- **Operative Hysterectomy Update**:                    12/15/93
  **Hysteroscopic Myomectomy**
  Department of Obstetrics and Gynecology
  University of Chicago
  Chicago, Illinois

- **Advanced Operative Hysteroscopy**                    9/30/93
  Department of Obstetrics and Gynecology
  Mercy Hospital and Medical Center
  Chicago, Illinois

- **Principles of Electrosurgery in Gynecologic Endoscopy**                    9/22/93
  Department of Obstetrics and Gynecology
  Michael Reese Humana Hospital
  Chicago, Illinois

- **Principles of Electrosurgery**                    8/13/93
  Department of Obstetrics and Gynecology
  Akron City Hospital
  Northeastern Ohio University
  Akron, Ohio

- **Endoscopic Management of the Adnexal Mass**                    8/13/93
  Department of Obstetrics and Gynecology
  Akron City Hospital

48

Northeastern Ohio University
Akron, Ohio

- **Endometrial Ablation: An Update**                          4/29/93
  Department of Medicine
  University of Illinois at Chicago
  Chicago, Illinois

- **Endoscopic Management of the Adnexal Mass**                4/26/93
  Department of Obstetrics and Gynecology
  Albert Einstein Medical Center
  Philadelphia, Pennsylvania

- **Endoscopic Management of the Adnexal Mass**                4/19/93
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **Endoscopy Update:  Biophysics and Application of**         3/10/93
  **Electrosurgery**
  Department of Obstetrics and Gynecology
  Michael Reese Humana Hospital
  Chicago, Illinois

- **Endometrial Ablation**                                     5/20/92
  Department of Family Practice
  University of Illinois at Chicago
  Chicago, Illinois

- **Principles of Electrosurgery**                             5/18/92
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

- **New Surgical Treatment for Abnormal**                      1/9/92
  **Menstrual Bleeding:  Endometrial Ablation**
  Department of Medicine
  University of Illinois at Chicago
  Chicago, Illinois

- **Endometrial Ablation**                                     11/4/91
  Department of Obstetrics and Gynecology

University of Illinois at Chicago
Chicago, Illinois

- **Operative Laparoscopy:  An Update**                    3/7/91
  **Department of Obstetrics and Gynecology**
  Michael Reese Humana Hospital
  Chicago, Illinois

- **Operative Laparoscopy & Laser Surgery**                11/10/90
  Department of Family Practice
  University of Illinois at Chicago
  Chicago, Illinois

- **Operative Laparoscopy**                                10/8/90
  Department of Obstetrics and Gynecology
  University of Illinois at Chicago
  Chicago, Illinois

## **PRESENTATIONS**

**Debate:  "To Robot or Not To Robot" :  Con, Discussion and Rebuttal**    11/11/10
Fellowship in Minimally Invasive Gynecologic Surgery Graduation
The 38th AAGL Global Congress of Minimally Invasive Gynecology

Las Vegas, Nevada

**Current and Emerging Approaches to Minimally Invasive Hysterectomy**    11/10/10
With Jon Einarsson, M.D., and Charles Miller, M.D.
The 38th AAGL Global Congress of Minimally Invasive Gynecology
Las Vegas, Nevada

**Do We Keep the Cervix?  TLH vs LSH**    6/24/10
Croatian Congress on Minimally Invasive Gynecological Surgery
Dubrovnik, Croatia

**When Less is More: The Future of Laparoscopic Surgery**    11/17/09
with Steve McCarus, M.D.
The 38th AAGL Global Congress of Minimally Invasive Gynecology
Orlando, Florida

**Surgical Anatomy of the Female Pelvis**    11/16/09
Opening Session with Javier Magrina, M.D.
The 38th AAGL Global Congress of Minimally Invasive Gynecology
Orlando, Florida

**Biophysics of Energy Modalities for the Laparoscopic Surgeon**    1/17/08
Keynote Speaker
Annual Meeting of the Oregon Obstetrics and Gynecology Society
Bend, Oregon

**Intrauterine Ultrasound-Guided Radiofrequency Ablation of Fibroids**    11/17/07
The 36th AAGL Global Congress of Minimally Invasive Gynecology
Washington, D.C.

**"Laparoscopic Mass Tissue Removal:  LSH and LM"**    3/5/07
Colorado Obstetrical and Gynecological Society
Denver, Colorado

**"Advances in Operative Hysteroscopy:  Mechanical Morcellation"**    2/13/07
Department of Obstetrics and Gynecology
California Pacific Medical Center
San Francisco, California

**"LSH:  Live Interactive Telesurgery"**    1/29/07
Annual Hysterectomy Review
Section of Minimally Invasive Gynecology, Cleveland Clinic
Ft. Lauderdale, Florida

51

**"Laparoscopic Resection of Cornual Adenomyoma"**                    11/9/06
Global Congress of Minimally Invasive Gynecology
AAGL 35th Annual Meeting
Las Vegas, Nevada

**"Hysteroscopic Myomectomy"**                                        11/12/05
Live Interactive Telesurgery from University of Illinois at Chicago
AAGL 34th Annual Meeting
Chicago, Illinois

**"Preconceptional Laparoscopic Cervico-isthmic Cerclage"**          11/10/05
Video in *New Techniques and Technologies*
AAGL 34th Annual Meeting
Chicago, Illinois

**"Laparoscopic Cerclage in Pregnant & Nonpregnant patients"**       11/10/05
AAGL 34th Annual Meeting
Chicago, Illinois

**"Laparoscopic Supracervical Hysterectomy: State-of-the-art"**      9/16/05
Las Vegas Obstetrics & Gynecology Society
Las Vegas, Nevada

**"Laparoscopic Management of the Adnexal Mass"**                    6/24/05
University of Illinois Medical Center Gynecologic Oncology Symposium
Chicago, Illinois

**"The Future of Surgical Training in Gynecology: *Keynote Lecture*"**   5/6/05
15th Annual Scientific Meeting
Australian Gynecologic Endoscopy Society (AGES)
Perth, Australia

**"Laparoscopic Surgery, Energy Systems. & Pelvic Anatomy"**         2/10-13/05
Obstetrical and Gynecological Assembly of Southern California
Los Angeles, California

**"Reducing Risk during Laparoscopic Surgery"**                      1/11/05
San Francisco Ob-Gyn Society
San Francisco, California

**"The Use of Energy Modalities during Laparoscopic Surgery"**       1/19/05
Live Teleconference
Departments of Obstetrics and Gynecology
Tel Aviv and Ben Gurion Universities

Tel Aviv, Jerusalem, and Beer Sheba, Israel

**"First Year International Commercial Experience with Essure
Hysteroscopic Sterilization Procedure"**                              11/12/04
AAGL 33rd Annual Meeting
San Francisco, CA

**"Mapping the Thermal Gradient of a New Radiofrequency Bipolar**      11/11/04
**Vessel Sealing Device, Enseal, Using Real-time Thermography"**
AAGL 33rd Annual Meeting
San Francisco, CA

**"Maximing Outcome during Operative Hysteroscopy"**                   10/14/03
St. Louis Ob-Gyn Society
St. Louis, Missouri

**"Mass Tissue Removal by Operative Laparoscopy"**                     9/18/03
Nashville Ob-Gyn Society
Nashville, Tenn

**"Can Surgical Training Be Measured and Related to Competence?"**     7/31/03
San Francisco, California
"Live Interactive Human Cadaveric Dissection Telesurgery"             11/20/02
With Robert Rogers, M.D.
31[th] Annual Meeting of AAGL
Miami, Florida
**The Endoscopic Model"**
CREOG 2003 Education Retreat
San Diego, California

**"Laparoscopic Myomectomy:  State of the Art"**                      6/27/03
World Meeting on Minimally Invasive Surgery in Gynecology
Rome, Italy

**"Laparoscopic Cervicoisthmic Cerclage for Cervical Incompetence"**  11/23/02
Global Congress of Gynecologic Endoscopy
31st Annual Meeting of AAGL
Miami, Florida

**"Laparoscopic Dissection of the Paravesical Space"**                11/22/02
Global Congress of Gynecologic Endoscopy
31st Annual Meeting of AAGL
Miami, Florida

**"Advanced Gynecologic Surgery"**                                          7/12/02
**Hysteroscopic Myomectomy**
Live Interactive Telesurgery to Manchester University
Hamilton, Canada

**"Laparoscopic Dissection of the Paravesical and Obturator Spaces"**       11/17/01
30th Annual Meeting of AAGL

**"Live Interactive Human Cadaveric Dissection Telesurgery"**               11/16/01
With Robert Rogers, M.D.
30th Annual Meeting of AAGL
San Francisco, California

**"Hysteroscopic Myomectomy"**                                             3/29/01
Live Interactive Telesurgery from University of Illinois at Chicago
Annual Meeting of International Society of Gynecologic Endoscopy
Chicago, Illinois

**"Bipolar Electrosurgery versus Ultrasonic Energy"**                      3/30/01
Annual Meeting of International Society of Gynecologic Endoscopy
Chicago, Illinois

**"Mastering Your Powerpoint Presentation"**                               3/9/01
Annual APGO and CREOG Meeting
Orlando, Florida

**"Novasure Global Endometrial Ablation"**                                 11/18/00
29th Annual Meeting of AAGL
Global Congress of Gynecologic Endoscopy
Orlando, Florida

**"Live Interactive Human Cadaveric Dissection Telesurgery"**              11/15/00
With Robert Rogers, M.D.
29th Annual Meeting of AAGL
Orlando, Florida

**"Principles for the Safe Use of Electrical and Ultrasonic Energy During**  3/28/00
**Laparoscopic Surgery"**
World Congress on Gynecologic Endoscopy and the 1st Annual Meeting
Of the Israel Society of Gynecological Endoscopy

54

Tel Aviv, Israel

**"Unraveling the Justification and Course of Laparoscopic**      3/27/00
**Supracervical Hysterectomy"**
World Congress on Gynecologic Endoscopy and the 1st Annual Meeting
Of the Israel Society of Gynecological Endoscopy
Tel Aviv, Israel

**"Novacept Endometrial Ablation"**      2/26/00
International Symposium on Diagnostic & Operative Hysteroscopy
Miami Beach, Florida

**"A Multicenter Study Of 3-D Bipolar Global Ablation Versus**      11/10/99
**Hysteroscopic Resection and Rollerball Ablation"**
28TH Annual Meeting of AAGL
Las Vegas, Nevada

**"A New Interstitial System For Rapid Ablation Of Leiomyomata"**      11/9/99
28TH Annual Meeting of AAGL
Las Vegas, Nevada

**"Live Interactive Human Cadaveric Dissection Telesurgery"**      11/8/99
With Robert Rogers, M.D.
28TH Annual Meeting of AAGL
Las Vegas, Nevada

**"Endometrial Ablation"**      10/16/99
Annual Meeting of the World Health Foundation for
Medical Studies in Female Health
San Francisco, California

**"Electrosurgical Safety During Laparoscopy"**      7/20/99
1999 Association of Trial Lawyers of America Annual Convention
San Francisco, California

**"OCP/HRT After Surgical Treatment of Endometriosis"**      4/26/99
8th Annual Congress of the International Society for Gynecological Endoscopy
Montreal, Canada

**"Understanding 3-D Bipolar Endometrial Ablation"**      4/26/99
8th Annual Congress of the International Society for Gynecological Endoscopy
Montreal, Canada

**"Teaching Surgery a Better Way: Lessons Learned From Endoscopic Surgery"** 2/21/99
1999 CREOG and APGO Annual Meeting
San Diego, California

**"Predicting depth of 3-D bipolar radiofrequency endometrial ablation**          12/8/98
**with real time ultrasound monitoring: a histological correlation"**
7th Congress of the European Society For Gynaecological Endoscopy
Lausanne, Switzerland

**"Intraoperative and Postoperative Ultrasound Monitoring**          11/14/98
the Novacept Endometrial Ablation System"
27th Annual Meeting of AAGL
Atlanta, Georgia

**"Quantitative Bleeding Abatement by Automated versus**          9/26/97
**Skill-intensive Radiofrequency Endometrial Ablation"**
26th Annual Meeting of AAGL
Seattle, Washington

**"New Instrumentation and Techniques: Bipolar Collagen**          3/18/97
**Fusion and Electrosurgical Myolysis"**
6th Annual Congress of the International Society for Gynecologic Endoscopy
Singapore

**"The Role of Laparoscopy in the Surgical Management of**          3/11/97
**Stress Urinary Incontinence"**
Los Angeles Obstetrical and Gynecologic Society
Los Angeles, California

**"Avoiding Complications during Endoscopic Electrosurgery"**          10/22/96
Chicago Association of Gynecologic Laparoscopists
Chicago, Illinois

**"Prevention, Diagnosis, and Management of**          9/28/96
**Anterior Abdominal Wall Injuries"**
International Congress of Gynecologic Endoscopy
Chicago, Illinois

**"Vascular Complications of Operative Laparoscopy"**          4/15/96
5th Annual Congress of the International Society for Gynecologic Endoscopy
Chicago, Illinois

56

**"Principles of Electrosurgery for Operative Gynecologic Endoscopy"**  3/22/96
Annual Meeting of American College of Osteopathic
Obstetricians and Gynecologists
San Antonio, Texas

**"Chronic Pelvic Pain"**  10/28/95
Annual Meeting of the World Health Foundation for
Medical Studies in Female Health
LaCosta, California

**"Laparoscopic Colposuspension"**  5/19/95
IV International Congress of Endoscopic Surgery
Huatulco, Mexico

**"Principles of Electrosurgery for the Endoscopic Surgeon"**  5/18/95
IV International Congress of Endoscopic Surgery
Huatulco, Mexico

**"Laparoscopic Removal of Abdominal Pregnancy"**  10/20/94
The World Congress of Gynecologic Endoscopy
New York, New York

**"Learning Objectives and Syllabus for an Advanced**  3/2/94
**Surgical Techniques Course on Endoscopic Surgery"**
CREOG and APGO 1994 Annual Meeting
Nashville, Tennessee

**"A Universal Abdominal Grid System for Endoscopic Suturing"**  11/13/93
The World Congress of Gynecologic Endoscopy
San Francisco, California

**"The Incidence of Intraabdominal Adhesions After Laparotomy"**  11/12/93
The World Congress of Gynecologic Endoscopy
San Francisco, California

**"Laparoscopic Assessment of Anterior Abdominal**  10/30/93
**Wall Adhesions After Prior Laparotomy"**
Annual Meeting of District IV, American College of Obstetrics and Gynecology
Atlanta, Georgia

**"Laparoscopic Removal of Abdominal Pregnancy"**  8/28/93
First International Gynecologic Endoscopic Film Festival
San Diego, California

**"A New Instrument for Endoscopic Culdotomy and Tissue Removal"**      9/29/92
 International Congress of Gynecologic Endoscopy
Chicago, Illinois

**"A New Bicomponent Endoscopic Knot Pusher"**      9/26/92
International Congress of Gynecologic Endoscopy
Chicago, Illinois

## PUBLICATIONS

1.  <u>Brill AI</u>. Treatment of fibroids via uterine artery occlusion (uterine artery embolization and Doppler-guided uterine artery occlusion): potential role in today's armamentarium. Arch Gynecol Obstet. 2009 Feb 11. [Epub ahead of print]

2.  <u>Brill AI</u>. Bipolar electrosurgery: convention and innovation.

Clin Obstet Gynecol. 2008 Mar;51(1):153-8.

3.   <u>Brill A</u>, Ghosh K, Gunnarsson C, Rizzo J, Fullum T, Maxey C, Brossette S. The effects of laparoscopic cholecystectomy, hysterectomy, and appendectomy on nosocomial infection risks. Surg Endosc. 2008 Feb 23;

4.   <u>Brill AI</u>. Hysterectomy in the 21st century: different approaches, different challenges. Clin Obstet Gynecol. 2006 Dec;49(4):722-35.

5.   <u>Brill AI</u>, Fleshman JW Jr, Ramshaw BJ, Wexner SD, Kaidar-Person O. Minimally invasive procedures: What family physicians need to know. J Fam Pract. Nov 2005;54(suppl):1-22

6.   <u>Brill, AI</u>.  Mapping the thermal gradient of a new radiofrequency bipolar sealing device, EnSeal, using real-time thermography. J Am Assoc Gynecol Laparosc. 11(3)(S): S30

7.   <u>Brill AI</u>. First year international commercial experience with Essure hysteroscopic sterilization procedure.  J Am Assoc Gynecol Laparosc. 11(3)(S): S30

8.   Song A, Advincula A, <u>Brill A</u>, Reynolds R. Preliminary experience with enseal bipolar vessel sealing system in gynecologic laparoscopy. J Am Assoc Gynecol Laparosc. 11(3)(S): S86

9.   <u>Brill, AI</u>.  Energy-based techniques to ensure hemostasis in laparoscopy. Contemp Surg. 60(11): 514-19, 2004.

10.  <u>Brill, AI</u>, Cohen, BM. Fundamentals of peritoneal access. A CME article. J Am Assoc Gynecol Laparosc. 10(2): 286-300, 2003.

11.  Munro MG, <u>Brill AI</u>.  Electrosurgery-induced generation of gases:  comparison of in vitro production using bipolar and monopolar electrodes. J Am Assoc Gynecol Laparosc. 10(2): 252-59, 2003

12.  <u>Brill, AI</u>.  Energy-based techniques to ensure hemostasis during laparoscopy. ObGynMgmt. 15(5): 27-38, 2003.

\

13.  Scoccia B, Elter K, <u>Brill AI</u>. Cervicoisthmic laparoscopic preconceptional cerclage in a woman with repeated midtrimester cervical cerclage failure. J Am Assoc Gynecol Laparosc. 8(3)(S): S62-63

14.  Cooper, J., <u>Brill, AI</u>., Fulop, T.  Is endometrial pretreatment necessary in NovaSure[TM] 3-D endometrial ablation? Gynaecological Endoscopy. 10(3):179-182, 2001.

15.  Munro MG, <u>Brill AI</u>, Levy BS, Luciano AA. Tissue damage variables: energy source and operator. Fertil Steril. 76: 1081-2, 2001

16.   Stoloff DR, Isenberg RA, <u>Brill AI</u>.  Venous air and gas emboli in operative hysteroscopy. J Am Assoc Gynecol Laparosc.  8: 181-92, 2001

17.   Corson SL, <u>Brill AI</u>, Brooks PG, Cooper JM, Indman PD, Liu JH, Soderstrom RM, Vanaillie TG:  One-year result of the Vesta System for Endometrial Ablation.  J Am Assoc Gynecol Laparosc.  7:489-497, 2000

18.   <u>Brill AI</u>: Energy Systems For Operative Hysteroscopy. Obstet Gynecol Clin North Am. 27:317-326, 2000

19.   Loffer FD, Bradley LD, <u>Brill AI</u>, Brooks PG, Cooper JM: Hysteroscopic Fluid Monitoring Guidelines. J Am Assoc Gynecol Laparosc. 7:167-168, 2000

20.   Loffer FD, Bradley LD, <u>Brill AI</u>, Brooks PG, Cooper JM: Hysteroscopic Training Guidelines. J Am Assoc Gynecol Laparosc. 7:165, 2000

21.   Deckhardt R, <u>Brill AI</u>, Schreiber Y, Kretschmer M, Peurner T: Is local anesthesia beneficial in preventing shoulder pain after laparoscopy? J Am Assoc Gynecol Laparosc. 6:521-523, 1999

22.   Scialli AR, for the Pelvic Pain Expert Working Group (<u>Brill AI</u>): Evaluating chronic pelvic pain. A consensus recommendation. Pelvic Pain Expert Working Group.J Reprod Med. 44:945-952, 1999

23.   Surrey ES, and the Add-Back Consensus Working Group (<u>Brill AI</u>): Add-back therapy and gonadotropin-releasing hormone agonists in the treatment of patients with endometriosis: can a consensus be reached? Add-Back Consensus Working Group. Fertil Steril. 71:420-424, 1999

24.   Nezhat CH, Nezhat F, <u>Brill AI</u>, Nezhat C: Normal Variations of Abdominal and Pelvic Anatomy Evaluated at Laparoscopy. Obstet Gynecol. 94:238-242, 1999

25.   Corson SL, <u>Brill AI</u>, Brooks PG, Cooper JM, Indman PD, Liu JH, et al: Interim Results of the American Vesta Trial of Endometrial Ablation. Obstet Gynecol Surv. 54:505-506, 1999

26.   Engstrom JL, Rose R, <u>Brill AI</u>, Polhill KM, Lukanich CM, Fritz L: Midwifery Care of the Woman with Menorrhagia. J Nurse-Midwifery. 44:89-105, 1999

27.   Corson SL, <u>Brill AI</u>, Brooks PG, Cooper JM, Indman PD, Liu JH, et al: Interim Results of the American Vesta Trial of Endometrial Ablation. J Am Assoc Gynecol Laparosc. 6:45-49, 1999

28.   <u>Brill AI</u>, Feste JR, Hamilton TL, Tsarouhas AP, Berglund SR, Petelin JB, et al: Patient Safety During Laparoscopic Monopolar Electrosurgery-Principles and Guidelines.     J Soc Laparoendosurg. 2:221-225, 1998

29.   <u>Brill AI</u>: Energy Systems for Operative Laparoscopy: It's Not the Wand, It's the Magician. J Am Assoc Gynecol Laparosc. 5:333-349, 1998

30.    Brill AI, Rogers Jr. R: A New Paradigm for Resident Training.  Editorial.  J Am Assoc Gynecol Laparosc. 5:219-220, 1998

31.    Brill AI, Rogers Jr. R: A Comprehensive Program for Resident Training in Operative Laparoscopy. J Am Assoc Gynecol Laparosc. 5:223-228, 1998

32.    Nezhat F, Brill AI, Nezhat CH, Nezhat A, Seidman D, Nezhat CR: Laparoscopic Appraisal of the Anatomic Relationship of the Umbilicus to the Aortic Bifurcation.     J Am Assoc Gynecol Laparosc. 5:87-92, 1998

33.    Gale P, Adeyemi B, Ferrer K, Ong A, Brill AI, Scoccia B: Histologic Characteristics of Laparoscopic Argon Beam Coagulation. J Am Assoc Gynecol Laparosc. 5:19-22, 1998

34.    Brill AI: The Diagnosis and Treatment of Chronic Pelvic Pain. OB/GYN & Endosc News. 3:10, 1995

35.    Brill AI, Nezhat F, Nezhat CR, Nezhat CH: The Incidence of Adhesions After Prior Laparotomy:  A Laparoscopic Appraisal. [letter of reply to the editor] Obstet Gynecol. 85:1064-1065, 1995

36.    Brill AI: What is the Role of Hysteroscopy in the Management of Abnormal Uterine Bleeding? Clin Obstet Gynecol. 38:319-345, 1995

37.    Brill AI, Nezhat F, Nezhat CR, Nezhat CH: The Incidence of Adhesions After Prior Laparotomy:  A Laparoscopic Appraisal. Obstet Gynecol. 85:269-272, 1995

38.    Rosenzweig BA, Brill AI: Laparoscopic Colposuspension Operation, PRO. J Gynecol Surg. 10:203, 1994

39.    Nezhat F, Brill AI, Nezhat CR, Nezhat CH: Traumatic Hypogastric Artery Bleeding Controlled with Bipolar Desiccation During Operative Laparoscopy. J Am Assoc Gynecol Laparosc. 1:171-173, 1994

40.    Marcovici I, Rosenzweig BA, Brill AI, Khan M, Scommegna A: Cervical Pregnancy: Case Reports and a Current Literature Review. Obstet Gynecol Surv. 49:49-55, 1994

41.    Baggish MS, Brill AI, Rosenzweig BA, Barbot JE, Indman PD: Fatal Acute Glycine and Sorbitol Toxicity During Operative Hysteroscopy. J Gynecol Surg. 9:137-143, 1993

42.    Font G, Brill AI, Stuhldreher P, Rosenzweig BA: Endoscopic Management of Incidental Cystotomy During Operative Laparoscopy. J Urology. 149:1130-1131, 1993

43.    Marcovici I, Rosenzweig BA, Brill AI, Scommegna A: Colchicine and Post-Inflammatory Adhesions in a Rabbit Model: A Dose-Response Study. Obstet Gynecol. 82:216-218, 1993

44.     Nezhat F, <u>Brill AI</u>, Nezhat CH, Nezhat CR: Adhesion Formation After Endoscopic Posterior Colpotomy. J Reprod Med. 38:534-536, 1993

45.     Marcovici I, <u>Brill AI</u>, Scommegna A: Effects of Colchicine on Pelvic Adhesions Associated with the Intrauterine Inoculation of Neisseria Gonorrhea in Rabbits. Obstet Gynecol. 81:118-121, 1993

## TEXTBOOKS

1.  <u>Reconstructive and Reproductive Surgery in Gynecology.</u> Edited by <u>BrillAI</u> and GomelV, London, UK, Informa Healthcare, 2010.

2.  <u>Electrosurgery</u>, <u>BriilAI</u>, APGO Educational Series on Women's Health Issues, Association of Professors of Gynecology and Obstetrics, 2010

3.  <u>Educational Objectives: Core Curriculum in Obstetrics and Gynecology</u>, 6th ed. Duff P, Schink J, <u>Brill AI</u>, Gibbons WE, Laube DW, Musich JR, Wolfe HM Council on Resident Education in Obstetrics and Gynecology, American College of Obstetricians & Gynecologists, 2000.

## BOOK CHAPTERS

1.  <u>Brill AI</u>: Principles and Practice of Electrosurgery. In Reconstructive and Reproductive Surgery in Gynecology. Edited by Brill and Gomel, London, UK, Informa Healthcare, 18-28, 2010.

2. <u>Brill AI</u>: Principles for Laparoscopic Peritoneal Access. In Reconstructive and Reproductive Surgery in Gynecology. Edited by Brill and Gomel, London, UK, Informa Healthcare, 29-37, 2010.

3. Goldberg JM, <u>Brill AI</u>: Instrumentation and Energy Sources Utilized During Laparoscopic Procedures. In Basic, Advanced, and Robotic Laparoscopic Surgery. Edited by Karram, Falcone, and Goldberg, Philadelphia, PA, Saunders, 37-54, 2010.

4. <u>Brill AI</u>: Credentialing in Hysteroscopic Surgery. In Hysteroscopy Office Evaluation and Management of Uterine Cavity. Edited by Bradley and Falcone, Philadelphia, PA, Mosby Elsevier, 259-263,2009.

5. Soderstrom RM, <u>Brill AI</u>: Principles of Electrosurgery as Applied to Gynecology. In Telinde's Operative Gynecology,10[th] ed. Edited by Rock and Jones III, Philadelphia, PA, JS Lippincott Williams & Wilkins, 280-297, 2008.

6. <u>Brill AI</u>: The use of Contemporary Energy Modalities during Laparoscopic Surgery. In Modern Management of Abnormal Uterine Bleeding. Edited by Miller and O'Donovan, London, UK, Informa, 94-99, 2008.

7. <u>Brill, AI</u>, Traynor MP, Pasic P: Reducing Risk and Maximizing Efficacy with Thermal Modalities. Complications of Gynecologic Endoscopic Surgery. Edited by Isaacson, Philadelphia, PA, Saunders Elsevier, 115-126, 2006.

**8.** Munro, MG, .<u>Brill AI</u> : Gynecologic endoscopy. In Novak's Gynecology, 13th ed. Edited by Berek, Philadelphia, PA , JS. Lippincott Williams & Wilkins, 711-760, 2002.

9. <u>Brill AI</u>, Munro, MG: Gynecologic endoscopy. In Novak's Gynecology: Self-Assessment and Review, 2nd ed. Edited by Berek, Philadelphia, PA, JS. Lippincott Williams & Wilkins, 162-171, 2003.

10. <u>Brill AI</u>: Using Electrosurgery and Ultrasonic Energy During Operative Laparoscopy. In A Practical Manual of Laparoscopy; A Clinical Cookbook. Edited by Pasic R, Levine R. New York, New York, Parthenon Publishing Group, 73-92, 2002.

11. <u>Brill AI</u>: The NovaSure System for Endometrial Ablation. Diagnostic and Operative Hysteroscopy. Edited by Brooks P, Bradley L, Cooper J, Phillips J. Santa Fe Springs, California, The American Association of Gynecologic Laparoscopists Publications, Inc., 101-102, 2001.

12. <u>Brill AI</u>: Laparoscopic Retropubic Colposuspension Procedures. In Practical Manual of Operative Laparoscopy and Hysterectomy, 2nd ed. Edited by Azziz R, Murphy A. New York, Springer-Verlag, Inc., 209-223, 1996.

13. <u>Brill AI</u>: Laparoscopic Retropubic Colposuspension Procedures. In Advances in Obstetrics and Gynecology. Edited by Rock JA. Mosby-Year Book Inc., 3:203-222, 1996.

14. <u>Brill AI</u>: Preoperative and Postoperative Care of Laparoscopic Hysterectomy. In Laparoscopic Hysterectomy and Repair of Pelvic Floor Defects. Edited by Liu CY. Oxford, Blackwell Science, Inc., 80-105, 1995.

15. <u>Brill AI</u>, Platt L: Rh erythroblastosis fetalis. In Management of Common Problems in Obstetrics and Gynecology. Edited by Mishell DR, Brenner PP. Oradell, NJ, Medical Economics Company, Inc., 29-37, 1988.


## BOOK REVIEWS

Atlas of Gynecologic Surgery. Edited by Ostergard D, Berman, M. W.B. Saunders, J Am Assoc Gynecol Laparosc 7: 578-579, 2000

Operative Gynecologic Endoscopy, 2nd ed.. Edited by Sanfilippo J, Levine R. New York, Springer-Verlag, Inc., J Am Assoc Gynecol Laparosc 4:102-103, 1996

Gynecologic Resectoscopy. Edited by Bieber E, Loffer F. Oxford, Blackwell Science, Inc., J Pediat Adoles Gynecol 10:106-107, 1995


## EDITORIAL BOARD

<u>Female Pelvic Medicine & Reconstructive Surgery</u>          2009-present

<u>Journal of Pelvic Medicine & Surgery</u>          2004-2009

<u>The Journal of Minimally Invasive Gynecology (JAAGL)</u>          1996 – 2006

<u>OB/GYN & Endoscopy News</u>          1994 - 1996


## JOURNAL REVIEWER

<u>Fertility and Sterility</u>

International Journal of Gynecology and Obstetrics

Obstetrics and Gynecology

American Journal of Obstetrics and Gynecology

Human Reproduction

American Family Physician

The Journal of Minimally Invasive Gynecology

The Journal of Reproductive Medicine

British Journal of Obstetrics and Gynecology

Human Reproduction

## **GRANTS**

| | |
|---|---|
| 2006 - 2008 | Co-investigator<br>"Environmental Chemicals and Gynecologic Health Study"<br>National Institute of Child Health and Human Development |
| 2003 – 2004 | Principal Investigator<br>"A Phase III, Randomized, Double Blind Study to Evaluate the Efficacy<br>and Safety of Two Doses of J867 vs placebo in Subjects with Fibroids"<br>Sponsor:  TAP Pharmaceuticals |
| 2000 - 2001 | Principal Investigator<br>"Resident Training in Gynecologic Endoscopy"<br>Sponsor:  Ethicon Endosurgery |
| 1999 - 2001 | Co-Investigator<br>"Mechanisms of Estrogen Biosynthesis in Endometriosis"<br>Sponsor: NIH - NICHD |
| 1996 - 1998 | Co-Investigator<br>"Dysfunctional Uterine Bleeding Trial"<br>Sponsor:  Agency for Health Care Policy and Research |

| 1996 - 1998 | Principal Investigator<br>"Endometrial Ablation with the Vestablate System"<br>Sponsor:  Valleylab - Pfizer |
|---|---|
| 1995 - 1997 | Co-Investigator<br>"Design of a Virtual Reality Surgical Simulator"<br>Sponsor:  University of Illinois Campus Research Board |
| 1994 - 1995 | Principal Investigator<br>"Teaching and Development of Operative Gynecologic Laparoscopy with Porcine Model"<br>Sponsor:  Ethicon Endosurgery |
| 1992 - 1993 | Co-Investigator<br>"Preoperative Treatment of Iron Deficiency Anemia Secondary to Fibroid Uterus Induced Bleeding with Lupron Depot"<br>Sponsor:  TAP Pharmaceutical |
| 1992 - 1993 | Principal Investigator<br>"Sodium Hyaluronate in the Prevention of Adhesions"<br>Sponsor:  Ethicon, Inc. |

## AWARDS

2010   Best Doctors in America

2009   Best Doctors in America

2008   Best Doctors in America

2007   Best Doctors in America

2006   Best Doctors in America

2005   Best Doctors in America

2004   Best Doctors in America

2003   Best Doctors in America

2002    Golden Laparoscope Award for Best Surgical Video – Second Place
        "Laparoscopic Dissection of the Paravesical Space"
        Global Congress of Gynecologic Endoscopy
        31st Annual Meeting of AAGL
        Miami, Florida

1999    "Golden Apple" award for excellence in resident education

1998    Postgraduate Paper Competition – First Prize
        7th Congress of the European Society for Gynaecological Endoscopy (ESGE)
        "Predicting depth of 3-D bipolar radiofrequency endometrial ablation with real time ultrasound
        monitoring: a histological correlation"

1995    "Golden Apple" award for excellence in resident education

*Revised 2/2011*