

**Bureau of**
**Industrial Property**
**Netherlands**

**(11) 1006944**

**(12) C PATENT**[20]

**(21) Application number: 1006944**

**(22) Submitted: 09.04.97**

**(51)** Int.Cl.[8]

**A61B17/32**

| | |
|---|---|
| **(41) Registered:**<br>03.08.99 | **(73)** Assignee(s):<br>**Mark Hans Emanuel of Bloemendaal.** |
| **(47) Date:**<br>03.11.99 | **(72)** Inventor(s);<br>**Mark Hans Emanuel of Bloemendaal** |
| **(45) Published:**<br>05.03.99 I.E. 99/05 | **(74)** Representative:<br>**Hon. L.C. de Bruijn et al. of 2517 The Hague** |

**(54) Surgical endoscopic cutting device**

**(57)** Surgical endoscopic cutting device. This consists of cutting means comprising cutting elements incorporated into a protective tube. These cutting elements are motor-driven, wherein the assembly comprising the cutting means is placed in an apparatus that is also provided with a viewing device for viewing a treatment. The length of the housing introduced into the body of the patient is at least 30 cm.

NL C 1006944

_____

The content of this patent differs from the originally submitted description with claim (s) and possibly drawing(s).
The originally submitted documents can be inspected at the Industrial Property Agency.

Surgical endoscopic cutting device

The invention pertains to a surgical endoscopic cutting device comprised of an elongated, rigid housing with a viewing channel extending over its length and incorporated therein, and also provided with a receptacle extending over its length for receiving cutting means comprised of an elongated shaft near one end provided with cutting elements extending, in the position of use, beyond the free extremity of the rigid housing, wherein the end of the receptacle for the cutting elements away from the introduction end is provided with inlet for fluid as well as an outlet for fluid, which outlet is provided for receiving material coming from the cutting means, wherein an additional drainage channel is provided, extending from the introduction end of the rigid housing to a further drain at the end of the rigid housing away from that introduction end.

A device of this type is known from US patent 5,195,541. There a laparoscopic device is described in which the abdominal cavity is inflated with gas to create space for performing operations under view. Such operations must be distinguished from operations in which no gas pressure is used to obtain space in such organs, but in which a liquid is used.

At present, different techniques are used in operating on deeper-lying organs. If for example tissue is to be removed from the uterus, prostate or urinary bladder, for example mucous membrane or other tissues, up to now it has been customary to work with a so-called loop. This is a noose-shaped cutting thread which is brought to a first potential while the wall of the uterus is brought to a second potential which differs from this. Tissue is removed by moving the loop along the relevant part of the uterine wall. To perform an operation of this type it is necessary to expand the uterus, and this is done by introducing a liquid. To manage the effect of the potential difference it is necessary that such a liquid should not be conductive. One example of this is a 5% sorbitol solution. Since surgical wounds are

produced during the above-described treatment, a significant part of this liquid is absorbed into the bloodstream (via the uterus) of the patient. As a result, life-threatening electrolyte imbalances may occur. It has been found that the tissue can be most easily removed by working with a high frequency monopolar electric current. However, the risk exists that such a high frequency electric current may lead to internal and external burns. The loop used is generally attached to a working element with a handle on an endoscope and is moved along the uterine wall together with the endoscope with a back-and-forth movement. The tissue cut off during this treatment must be removed from the uterus separately, thus considerably prolonging the operation, and in addition, it is necessary for the physician to make sure that all of the loosened material is removed.

This means that such operations are very time-consuming, and the surgeon is required to carry out a large number of back-and-forth steps, fatiguing over their duration, and thus perceived as difficult to learn. Furthermore, during the operation the patient must be monitored continuously to prevent the above-described undesirable phenomena. It is not unusual for such an operation to be interrupted because the patient's life is threatened because of side effects.

On the other hand it is desirable to be able to perform operations of this type rather than simply removing the uterus.

It is the goal of the present invention to avoid the disadvantages described in the preceding and to provide an improved design with which it is possible in particular remove tissue from the uterus.

This goal is accomplished with a cutting device as described above in that the other end of the elongated shaft is provided with means for connection to a motor drive, that the fluid inlet is designed for providing fluid continuously, and that the drain for fluid exits from the viewing channel at a distance from the free (viewing) end of the channel.

The concept of the invention is based on the fact that the previously known cutting device, which was not coupled directly, is now directly coupled with an endoscope. Indeed, in the case of the uterus it is

1006944

not possible to introduce a separate instrument besides the endoscope by another route. Because of the mechanical cutting away of uterine tissue it is no longer necessary to work with electrical current during the operation. Therefore completely different liquids can be used to maintain the volume of the uterus. Examples are physiologic irrigation and distension fluids, such as physiologic saline solution (NaCl 0.9%). In the case of the (unavoidable) absorption of these physiologic fluids into the blood, electrolyte imbalances that are fatal to the patient do not occur. The above-described burns are also ruled out due to the absence of electrical current.

Through the connection to a vacuum source, the many loose particles formed during mechanical processing, such as cutting, can be pulled out directly and it is not necessary for the physician to perform a separate action for this purpose.

The presence of a main and an auxiliary drainage channel means that the fluid pressure in the cavity in question can be accurately regulated. With the design according to the invention, a fluid or a liquid is introduced continuously and removed continuously wherein the regulation is such that the pressure in the corresponding body cavity is constant. This is in contrast to laparoscopic devices in which a fluid is introduced intermittently. Since the fluid supplied in the invention is a liquid, and blood and other particles are produced during cutting, it is essential for keeping the surgical site readily visualizable that a continuous flow of fluid takes place such that the surgical material will be kept away in so far as possible from the free end of the viewing channel, i.e., the lens.

The above-described protection means may be incorporated in the channel of the elongated, rigid housing or tubes. In addition it is possible to introduce a separate tube into the endoscopic apparatus, making it possible to fit the cutting apparatus known in the  prior art into the organs close to the body surface. Furthermore a simple coupling known in and of itself may be provided.

The housing is provided with a main channel. Preferably such a main channel is likewise provided with an inlet for the above-described working fluid.

The viewing part of the above-described device contains a light channel in the housing, provided

close to its end with a lens, and near the other end thereof a viewing device is provided. This may consist of an eyepiece or a connection for a camera so that the surgeon can perform the operation in question with the aid of a monitor and other people can also view it at the same time.

The above-described cutting devices can comprise all cutting devices known in the prior art. In other words, a cutting head with cutting surfaces can be used, but it is also possible to use designs with gears that interact or do not interact with the protective means. In the latter case a protective tube is preferably equipped with a side opening through which a part of the cutting element projects outward, so that with each turn part of the tissue is removed and can be taken away directly through the interior of the introduction/removal tube of the cutting means.

The invention likewise pertains to a method for removing uterine tissue wherein the above-described apparatus is used. In other words, a carving action is used along with a physiologic fluid that can conduct electric current without any problem, while simultaneously the tissue released is pulled away. Naturally it is possible to draw in the tissue in a later stage. The carving effect takes place through the performance of a rotary movement.

In the following, the invention will be clarified in greater detail based on an exemplified embodiment shown in the drawing. This shows:

Fig. 1    the endoscopic cutting device according to the invention in its assembled state inside view and partially in cross-section;

Fig. 2    the viewing/capturing portion of the cutting device according to Fig. 1 in side view and partially in cross-section;

Fig. 3    the cutting means of the cutting device according to Fig. 1 in side view and partially in cross-section; and

Fig. 4    a detail of a variant of the cutting means shown in Fig. 3.

The endoscopic cutting device according to the invention as a whole is designated by the numeral 1 in Fig. 1. It consists of a viewing/photographic portion 3, shown in Fig. 2 and a cutting portion 2 shown

in Fig. 3.

Referring to Fig. 2 it appears that the viewing/photographing portion 3 consists of an outer tube 4 in which a main channel 5 and a viewing channel 6 are delimited. The viewing channel 6 ends on one hand in a lens 13 and on the other hand in a viewing tube 7 on which an eyepiece or camera connection is placed. In addition a connection 8 for a light source is present. Tube 4 is provided close to the operating end of a fluid feed 9 with a tube 12 for introducing a physiologic salt solution. On the side of the endoscopic device opposite the inlet connected with the tube 12, an outlet (not shown) designed in the same way is present.

Numeral 10 designate a valve.

The distance from the parts to be introduced into the patient, i.e., the length of the actual outer tube 4, is indicated by A and is more than 30 cm.

In Fig. 3, details of the cutting means or the cutting part 2 are given. This consists of a protective tube 16 within which a drive/suction tube 17 is introduced. Tube 17 is provided, close to its end, with a gear 19 which engages with a gear 18 introduced in an opening 26 in the end of protective tube 16. The drive/suction tube 17 near the other end is provided with a coupling 20 which on one hand can be connected with a rotary drive motor 21, not shown in detail, and on the other hand is provided with an opening 22 through which fluid and removed material can be carried away via suction tube 17 to the outlet hose 23. In this outlet hose 23, which is connected to a vacuum source, pressure-regulating means may be present.

With the above-described design there is one inlet for fluid and two outlets, one opposite the inlet 12 and one, as described above, connected to the outlet hose 23. By regulating the pressure and the desired volume in the various channels, the degree of expansion of the uterus or any other organ undergoing treatment can be regulated.

It should be clearly apparent from Fig. 1 that the parts shown in Figs. 2 and 3 can be slid together and then the device is ready for use. When the motor 21 is turned on, the tube 17 is set into rotation, and gear 19 moves regularly along the cutting edge 18 of the protective tube 16, which remains stationary.

During the movement together and the capture of tissue material between them, a cutting, loosening effect of that tissue material takes place, and this material is removed via the interior of the tube 17 and the outlet 23.

The relevant area of the uterus can be treated by moving parts 18 and 19 along the uterine wall or the tissue to be removed, which can be observed through observation tube 17 through connection 8.

By using a so-called "continuous flow system," the observer has a continuously clear view even if blood and/or mucus is mixed in.

Fig. 4 shows a variant of the end of the cutting means. These cutting means or this cutting part is indicated overall by numeral 32. The protective tube is designated by 36 and is beveled close to the far end. The drive/suction tube is designated by 37 and is provided with a cutting knob close to the tip. In this embodiment either no interaction takes place between the cutting knob 35 and the protective tube 36, or it takes place close to the edge of tube 36 that is adapted to this by sharpening.

It should be understood that such cutting elements can be produced in all ways known in the prior art.

These and additional modifications will be considered to fall within the framework of the present application and are immediately obvious to the expert after reading the description and fall within the range of the accompanying claims. Thus it is possible to bring about the supply of working fluid and the removal of cleanup material in various ways, i.e., to set up the interior of housing 4 in some different way.

In addition, the method described above can be used for removing other tissue material such as prostate tissue via the urethra or removal of tissue from the wall of the bladder.

******

<u>Claims</u>

1. Surgical endoscopic cutting device containing an elongated, rigid housing with a viewing channel placed therein and extending over the length thereof, as well as provided with a receptacle extending over the length thereof for receiving cutting means comprising an elongated shaft close to a tip provided with cutting elements, in the use position extending beyond the free tip of the rigid housing, wherein the end of the receptacle for the cutting means is provided at a distance from the introduction end with an inlet for fluid as well as an outlet for fluid, which inlet is designed to receive material coming from the cutting means, and an additional removal channel is provided, extending from the introduction end of the rigid housing to a further outlet at the end of the rigid housing away from that inttroduction end, characterized in that the other end of the elongated shaft (17, 37) is provided with means for connection with the motor drive, that the supply (38) for fluid is designed for the continuous supply of fluid and that the drain (23) for fluid exits at a distance from the free (viewing) end of the viewing channel (16).

2. Surgical endoscopic cutting device according to claim 1, characterized in that an insertion part (27) is present, comprising an insertion tube (28) which in the ready-to-use position extends around the rigid housing (4), as well as the further drain (31) wherein that further drain channel (15) is delimited between the rigid housing (4) and the introduction tube (28).

3. Surgical endoscopic cutting device according to claim 2, characterized in that the end of the introduction tube (28) away from the insertion end is provided with coupling means (30) for removable fastening to the rigid housing (4).

4. Surgical endoscopic cutting device according to one of the preceding claims, characterized in that the cutting means (2, 32) comprise a protective tube (16, 36) extending around the shaft, provided with the drain (23).

5. Surgical endoscopic cutting device (1) characterized in that the length (A) of the rigid housing (4) to be introduced is at least 30 cm.

6. Surgical cutting device according to one of the preceding claims, characterized in that the channel near the side of the cutting element is provided with a lens (13) and on the opposite side is provided with connection means (7) for connection to a camera.

7.  Surgical cutting device according to one of the preceding claims in combination with claim 2, wherein the cutting elements comprise means (18, 19) interacting with the tube.

8.  Surgical cutting device according to claim 7, characterized in that the tube near the end of the cutting element is provided with a side opening (26) in which the cutting elements extend outward.

9.  Surgical cutting device according to one of the preceding claims, comprising connectors and an insertion mandrel (40), characterized in that the parts placed in the interior of the rigid housing can be disconnected and replaced through the introduction mandrel (40).

****





Fig - 3

Fig - 4



(19)  **Bureau voor de**
**Industriële Eigendom**
**Nederland**

(11) **1006944**

(12) **C OCTROOI**[20]

(21) Aanvrage om octrooi: 1006944

(22) Ingediend: 04.09.97

(51) Int.Cl.[6]
**A61B17/32**

(41) Ingeschreven:
08.03.99

(47) Dagtekening:
11.03.99

(45) Uitgegeven:
03.05.99 I.E. 99/05

(73) Octrooihouder(s):
**Mark Hans Emanuel te Bloemendaal.**

(72) Uitvinder(s):
**Mark Hans Emanuel te Bloemendaal**

(74) Gemachtigde:
**Ir. L.C. de Bruijn c.s. te 2517 KZ Den Haag.**

(54) **Chirurgische endoscopische snij-inrichting.**

(57) Chirurgische endoscopische snij-inrichting. Deze bestaat uit snijmiddelen omvattende snijorganen aange-
bracht in een afschermbuis. Deze snijorganen worden motorisch aangedreven waarbij het samenstel omvat-
tende de snijmiddelen in een inrichting gebracht worden die bovendien voorzien is van een kijkinrichting om
een behandeling te kunnen waarnemen. De lengte van de in het lichaam van de patiënt aangebrachte behui-
zing is ten minste 30 cm.

NL C 1006944

De inhoud van dit octrooi wijkt af van de oorspronkelijk ingediende beschrijving met conclusie(s) en eventuele
tekening(en). De oorspronkelijk ingediende stukken kunnen bij het Bureau voor de Industriële Eigendom worden
ingezien.

1

Chirurgische endoscopische snij-inrichting

De uitvinding heeft betrekking op een chirurgische endosco-
pische snij-inrichting omvattende een langwerpige stijve behuizing
5   met daarin aangebracht een zich over de lengte daarvan uitstrekkend
kijkkanaal, alsmede voorzien van een zich over de lengte daarvan
uitstrekkende opname voor het ontvangen van snijmiddelen omvattende
een langwerpige steel nabij een uiteinde voorzien van snijorganen in
de gebruikspositie zich voorbij het vrije uiteinde van die stijve
10   behuizing uitstrekkend, waarbij het einde van de opname voor de
snijmiddelen weg van het inbrengeinde voorzien is van een toevoer
voor fluïdum alsmede een afvoer voor fluïdum, welke afvoer ingericht
is voor het ontvangen van materiaal afkomstig van die snijmiddelen,
waarbij een verder afvoerkanaal is aangebracht, zich uitstrekkend
15   vanaf het inbrengeinde van die stijve behuizing naar een verdere
afvoer bij het einde van die stijve behuizing weg van dat inbreng-
einde.

Een dergelijke inrichting is bekend uit het Amerikaanse oc-
trooischrift 5.195.541. Daar wordt een laproscopische inrichting
20   beschreven waarbij de buikholte met behulp van gassen opgeblazen
wordt om zo ruimte te verschaffen voor het uitvoeren van kijkopera-
ties. Dergelijke operaties moeten onderscheiden van operaties waar-
bij geen gasdruk toegepast wordt om ruimte te verkrijgen in derge-
lijke organen, maar waarbij een vloeistof toegepast wordt.

25   Bij het opereren van dieper liggende organen worden thans ande-
re technieken gebruikt. Indien bijvoorbeeld weefsel uit de baarmoe-
der, prostaat of urineblaas verwijderd moet worden zoals slijmvlies
of andere delen, is het tot nu toe gebruikelijk een zogenaamde lis
te gebruiken. Dit is een lusvormige snijdraad, die op een eerste
30   potentiaal gebracht wordt terwijl de wand van de baarmoeder op een
tweede daarvan afwijkende potentiaal gebracht wordt. Door het bewe-
gen van de lis langs het betreffende deel van de baarmoederwand
wordt weefsel verwijderd. Om een dergelijke operatie uit te kunnen
voeren is het noodzakelijk de baarmoeder te uit te zetten en dit
35   gebeurt door het inbrengen van een vloeistof. Om het effect van het
potentiaalverschil te handhaven is het noodzakelijk dat een derge-
lijke vloeistof niet stroomgeleidend is. Een voorbeeld daarvan is
een 5% sorbitoloplossing. Omdat bij de hierboven beschreven behande-

1 0 0 6 9 4 4

2

ling wonden veroorzaakt worden, wordt een flink deel van deze vloei-
stof geresorbeerd in de bloedbaan (via de uterus) van de patiënt.
Daardoor kunnen levensgevaarlijke elektrolytverschuivingen optreden.
Gebleken is, dat door het werken met een hoogfrequente monopolaire
5  elektrische stroom het weefsel makkelijker losgenomen kan worden.
Echter bestaat het gevaar dat een dergelijke hoogfrequente elektri-
sche stroom tot inwendige en uitwendige verbrandingen kan leiden. De
toegepaste lis is in het algemeen aangebracht op een werkelement met
handvat op een endoscoop en wordt samen met de endoscoop met een
10  heen en weer gaande beweging langs de baarmoederwand bewogen. Het
bij deze behandeling afgesneden weefsel dient afzonderlijk te worden
verwijderd uit de uterus waardoor de operatieduur aanzienlijk ver-
lengd wordt en bovendien is controle door de arts nodig dat ook alle
losgemaakte materie verwijderd is.

15      Dit betekent dat dergelijke operaties zeer tijdrovend zijn en
van de opererende arts een groot aantal op den duur vermoeiende heen
en weer bewegende stappen vraagt en daardoor als moeilijk aan te
leren wordt ervaren. Tevens dient tijdens de operatie de patiënt
continu bewaakt te worden om de hierboven beschreven ongewenste
20  verschijnselen te voorkomen. Het is niet ongewoon dat een dergelijke
operatie afgebroken wordt omdat de bijverschijnselen zodanig worden
dat de patiënt in levensgevaar komt.

        Anderzijds is het wenselijk dergelijke operaties uit te kunnen
voeren in plaats van het simpelweg verwijderen van de baarmoeder.

25      Het is het doel van de onderhavige uitvinding de hierboven
beschreven nadelen te vermijden en in een verbeterde constructie te
voorzien waarmee het mogelijk is in het bijzonder weefsel uit de
baarmoeder weg te nemen.

        Dit doel wordt bij een hierboven beschreven snij-inrichting
30  verwezenlijkt doordat het andere uiteinde van die langwerpige steel
voorzien is van middelen voor verbinding met een motorische aandrij-
ving, dat de toevoer voor fluïdum uitgevoerd is voor het continu
toevoeren van fluïdum en dat de afvoer voor fluïdum op afstand lig-
gend van het vrije (kijk)einde van dat kijkkanaal uitkomt.

35      Aan de uitvinding ligt het inzicht ten grondslag de eerder
bekende snij-inrichting die niet rechtstreeks gekoppeld was met een
endoscoop thans wel direct te koppelen. Immers het is bij de baar-
moeder niet mogelijk om langs een andere weg naast een endoscoop een

1006944

3

apart instrument in te brengen. Door het langs mechanische weg ver-
spanen van baarmoederweefsel is het niet langer noodzakelijk met
elektrische stroom tijdens de operatie te werken. Daardoor kunnen
hele andere vloeistoffen gebruikt worden om het volume van de baar-
5   moeder te behouden. Voorbeelden zijn fysiologische spoel- en disten-
sievloeistoffen, zoals fysiologisch zout (NaCl 0,9%). In het geval
van (onvermijdelijke) resorptie van deze fysiologische vloeistoffen
in het bloed zullen geen elektrolytverschuivingen met fatale gevol-
gen voor de patiënt optreden. Door het ontbreken van elektrische
10  stroom zijn ook de hierboven beschreven verbrandingen uitgesloten.

     Door de verbinding met een onderdrukbron kunnen de vele lossen
deeltjes, die ontstaan bij het mechanisch bewerken, zoals slijpen,
direct afgezogen worden en is het niet noodzakelijk dat de arts
daartoe een afzonderlijke handeling verricht.

15       Door de aanwezigheid van een hoofdafvoerkanaal en een hulpaf-
voerkanaal kan de fluïdumdruk in de betreffende holten nauwkeurig
geregeld worden. Met de constructie volgens de uitvinding wordt
continu een fluïdum of vloeistof toegevoerd en continu afgevoerd,
waarbij de regeling zodanig is dat de druk in de betreffende li-
20  chaamsholte constant is. Dit in tegenstelling tot laproscopische
inrichtingen waarbij intermitterend een fluïdum toegevoerd wordt.
Doordat het toegevoerde fluïdum bij de uitvinding een vloeistof is,
en bij het snijden bloed en andere deeltjes ontstaan, is het voor
het goed zichtbaar blijven van de operatieplaats wezenlijk dat een
25  continue stroming van fluïdum plaatsvindt, zodanig dat het operatie-
materiaal zoveel mogelijk weggehouden wordt van het vrije uiteinde
van het kijkkanaal, d.w.z. de lens.

     De hierboven beschreven afschermmiddelen kunnen in het kanaal
van de langwerpige stijve behuizing of buis opgenomen zijn. Boven-
30  dien is het mogelijk een aparte buis in de endoscopische inrichting
aan te brengen waardoor het mogelijk is de in de stand der techniek
bekende snij-inrichtingen voor zich nabij het lichaamsoppervlak
bevindende organen toe te passen. Een en ander kan van een eenvoudi-
ge als zodanig bekende koppeling voorzien worden.

35       De behuizing is voorzien van een hoofdkanaal. Bij voorkeur is
een dergelijk hoofdkanaal eveneens voorzien van een aanvoer voor het
hierboven beschreven werkfluïdum.

     Het waarneemdeel van de hierboven beschreven inrichting omvat

1006944

4

een lichtkanaal in de behuizing die nabij een uiteinde voorzien is
van een lens en nabij het andere uiteinde voorzien is van waarneem-
middelen. Deze kunnen bestaan uit een oculair respectievelijk een
aansluiting voor een camera zodat de opererende arts met behulp van
5   een monitor de betreffende operatie uit kan voeren en anderen moge-
lijkerwijs mee kunnen kijken.

De hierboven beschreven snijorganen kunnen alle in de stand der
techniek bekende snijorganen omvatten. Dat wil zeggen, een snijkop
met snijvlakken kan toegepast worden maar het is ook mogelijk con-
10  structies toe te passen met vertandingen al dan niet samenwerkend
met de afschermmiddelen. In het laatste geval is de afschermbuis bij
voorkeur voorzien van een zijdelingse opening waardoor een deel van
de snijorganen zich uitstrekt, zodat bij elke omwenteling een deel
van het weefsel weggenomen wordt en direct door het inwendige van de
15  aandrijf/afvoerbuis van de snijmiddelen afgevoerd kan worden.

De uitvinding heeft eveneens betrekking op een werkwijze voor
het verwijderen van baarmoederweefsel waarbij de hierboven beschre-
ven inrichting gebruikt wordt. Dat wil zeggen, thans wordt een ver-
spanende bewerking toegepast met gebruik van een fysiologisch flu-
20  idum dat zonder bezwaar elektrisch stroomgeleidend kan zijn, terwijl
gelijktijdig het vrijgekomen weefsel afgezogen wordt. Het is van-
zelfsprekend mogelijk het weefsel in een later stadium af te zuigen.
De verspanende bewerking vindt door het uitvoeren van een roterende
handeling plaats.

25  De uitvinding zal hieronder nader aan de hand van een in de
tekening afgebeeld uitvoeringsvoorbeeld verduidelijkt worden. Daar-
bij tonen:

Fig. 1 de endoscopische snij-inrichting volgens de uitvinding
in samengevoegde toestand in zijaanzicht en gedeeltelijk in door-
30  snede;

Fig. 2 het kijk/opneemdeel van de snij-inrichting volgens fig.
1 in zijaanzicht en gedeeltelijk in doorsnede;

Fig. 3 de snijmiddelen van de snij-inrichting volgens fig. 1 in
zijaanzicht en gedeeltelijk in doorsnede; en

35  Fig. 4 een detail van een variant van de in fig. 3 getoonde
snijmiddelen.

De endoscopische snij-inrichting volgens de uitvinding is in
fig. 1 in het geheel met 1 aangegeven. Deze bestaat uit een kijk/op-

1006944

5

neemdeel 3, dat in fig. 2 getoond is en een snijdeel 2, dat in fig. 3 getoond is.

Verwijzend naar fig. 2 blijkt dat het kijk/opneemdeel 3 bestaat uit een buitenbuis 4 waarin een hoofdkanaal 5 en een kijkkanaal 6
5 begrensd worden. Kijkkanaal 6 eindigt enerzijds in een lens 13 en anderzijds in een kijkbuis 7 waarop een oculair of camera-aanslui- ting geplaatst is. Bovendien is een aansluiting 8 voor een licht- bron aanwezig. Buis 4 is nabij het bedieningseinde voorzien van een fluïdumtoevoer 9 verbonden met een slang 12 voor het toevoegen van
10 een fysiologische zoutoplossing. Aan de zijde van de endoscopische inrichting tegenover de met slang 12 verbonden inlaat is een op dezelfde wijze uitgevoerde uitlaat (niet afgebeeld) aanwezig.

Met 10 is een afsluiter aangegeven.

De afstand van het in de patiënt in te brengen deel, d.w.z. de
15 lengte van de eigenlijke buitenbuis 4 is aangegeven met A en is meer dan 30 cm.

In fig. 3 zijn details van de snijmiddelen of het snijdeel 2 aangegeven. Dit bestaat uit een afschermbuis 16 waarbinnen een aan- drijf/afzuigbuis 17 aangebracht is. Buis 17 is nabij het bewerkende
20 einde voorzien van een vertanding 19 die samenwerkt met een vertan- ding 18 aangebracht in een opening 26 in het einddeel van afscherm- buis 16. Aandrijf/afzuigbuis 17 is nabij het andere einde voorzien van een koppeling 20 die enerzijds verbonden kan worden met een niet in detail afgebeelde roterende aandrijfmotor 21 en anderzijds voor-
25 zien is van een opening 22 waardoor fluïdum en weggenomen materiaal via afzuigbuis 17 afgevoerd kan worden naar de afvoerslang 23. In deze afvoerslang 23 die op een onderdrukbron aangesloten is, kunnen drukregelende middelen aanwezig zijn.

Met de hierboven beschreven constructie bestaat één aanvoer
30 voor fluïdum en twee afvoeren, één tegenover aanvoer 12, en één, zoals hierboven beschreven, verbonden met afvoerslang 23. Door rege- ling van de druk en het gevraagde volume in de verschillende kanalen kan de mate van uitzetting van de baarmoeder op enig ander orgaan, dat behandeld wordt, geregeld worden.

35 Uit fig. 1 zal duidelijk zijn dat de in fig. 2 en 3 getoonde onderdelen in elkaar geschoven kunnen worden en dat daarna de in- richting klaar is voor gebruik. Door het aanschakelen van motor 21 wordt buis 17 in rotatie gebracht en beweegt vertanding 19 regelma-

1006944

6

tig langssnijkant 18 van afschermbuis 16 die stationair blijft. Bij
het langs elkaar bewegen en het daartussen opnemen van weefselmate-
riaal vindt een snijdende losnemende werking van dat weefselmateri-
aal plaats en dit materiaal wordt via het inwendige van buis 17 en
5    afvoer 23 weggenomen.

Door het langs de baarmoederwand of te verwijderen weefsel
bewegen van delen 18 en 19 hetgeen waargenomen kan worden via kijk-
buis 7 door via aansluiting 8 toegevoerd worden, kan het betreffende
gebied van de baarmoeder behandeld worden.

10   Door gebruik van een zgn. 'continuous flow system' bestaat voor
de waarnemer een continu helder zicht ook indien bloed en/of slijm
bijgemengd worden.

In fig. 4 is een variant van het uiteinde van de snijmiddelen
getoond. Deze snijmiddelen of snijdeel zijn in het geheel met 32
15   aangegeven. De afschermbuis is met 36 aangegeven en is nabij het
uiteinde afgeschuind. De aandrijf/afzuigbuis is met 37 aangegeven en
nabij het uiteinde voorzien van een snijkop. Bij deze uitvoering
vindt hetzij geen samenwerking plaats tussen snijkop 35 en afscherm-
buis 36 hetzij nabij de rand van buis 36 die daartoe door slijpen
20   aangepast is.

Begrepen zal worden dat dergelijke snijorganen op alle in de
stand der techniek bekende wijzen uitgevoerd kunnen worden.

Deze en verdere wijzigingen worden geacht binnen het bereik van
de onderhavige aanvrage te liggen en zijn voor de vakman direct voor
25   de hand liggend na het lezen van de beschrijving en liggen binnen
het bereik van de bijgaande conclusies. Zo is het mogelijk de toe-
voer van werkfluïdum en de afvoer van schoonmaakmateriaal op andere
wijze te effectueren, d.w.z. het inwendige van behuizing 4 enigszins
anders in te richten.

30   Bovendien kan de hierboven beschreven werkwijze toegepast wor-
den voor het verwijderen van ander weefselmateriaal, zoals prostaat-
weefsel via de urinebuis of het verwijderen van weefsel van de wand
van de urineblaas.

35
                              ******

1006944

7

## Conclusies

1. Chirurgische endoscopische snij-inrichting omvattende een langwerpige stijve behuizing met daarin aangebracht een zich over de lengte daarvan uitstrekkend kijkkanaal, alsmede voorzien van een
5  zich over de lengte daarvan uitstrekkende opname voor het ontvangen van snijmiddelen omvattende een langwerpige steel nabij een uiteinde voorzien van snijorganen in de gebruikspositie zich voorbij het vrije uiteinde van die stijve behuizing uitstrekkend, waarbij het einde van de opname voor de snijmiddelen weg van het inbrengeinde
10  voorzien is van een toevoer voor fluïdum alsmede een afvoer voor fluïdum, welke afvoer ingericht is voor het ontvangen van materiaal afkomstig van die snijmiddelen, waarbij een verder afvoerkanaal is aangebracht, zich uitstrekkend vanaf het inbrengeinde van die stijve behuizing naar een verdere afvoer bij het einde van die stijve be-
15  huizing weg van dat inbrengeinde, met het kenmerk, dat het andere uiteinde van die langwerpige steel (17,37) voorzien is van middelen voor verbinding met een motorische aandrijving, dat de toevoer (38) voor fluïdum uitgevoerd is voor het continu toevoeren van fluïdum en dat de afvoer (23) voor fluïdum op afstand liggend van het vrije
20  (kijk)einde van dat kijkkanaal (16) uitkomt.

2. Chirurgisch endoscopische snij-inrichting volgens conclusie 1, met het kenmerk, dat een inbrengdeel (27) aanwezig is, omvattende een inbrengbuis (28), die zich in gebruikstoestand om die stijve behuizing (4) uitstrekt, alsmede die verdere afvoer (31) waarbij
25  tussen die stijve behuizing (4) en die inbrengbuis (28) dat verdere afvoerkanaal (15) begrenst wordt.

3. Chirurgisch endoscopische snij-inrichting volgens conclusie 2, met het kenmerk, waarbij het uiteinde van de inbrengbuis (28) weg van het inbrengeinde voorzien is van koppelmiddelen (30) voor los-
30  neembare bevestiging aan die stijve behuizing (4).

4. Chirurgische endoscopische snij-inrichting volgens een van de voorgaande conclusies, met het kenmerk, dat die snijmiddelen 2,32) omvatten een zich om de steel uitstrekkende afschermbuis (16,-36) welke voorzien is van die afvoer (23).

35  5. Chirurgische endoscopische snij-inrichting (1) met het kenmerk, dat de in te brengen lengte (A) van die stijve behuizing (4) tenminste 30 cm is.

6. Chirurgische snij-inrichting volgens een van de voorgaande con-

1006944

8

clusies, met het kenmerk dat het kanaal nabij de zijde van het snij-
orgaan voorzien is van een lens (13) en aan de tegenoverliggende
zijde voorzien is van aansluitmiddelen (7) voor verbinding met een
camera.

5      7. Chirurgische snij-inrichting volgens een van de voorgaande
conclusies in combinatie met conclusie 2, waarbij die snijorganen
omvatten met die buis samenwerkende middelen (18, 19).

8. Chirurgische snij-inrichting volgens conclusie 7, met het
kenmerk, dat die buis nabij het einde van de snijorganen voorzien is
10    van een zijdelingse opening (26) waarin die snijorganen zich uit-
strekken.

9. Chirurgische snij-inrichting volgens een van de voorgaande
conclusies, omvattende koppelmiddelen en een inbrengdoorn (40), met
het kenmerk, dat de in het inwendige van de stijve behuizing aange-
15    brachte delen loskoppelbaar zijn en door die inbrengdoorn (40) ver-
vangbaar zijn.

****

006944



1006944



Fig - 3

Fig - 4

1006944

SAMENWERKINGSVERDRAG (PCT)

RAPPORT BETREFFENDE

NIEUWHEIDSONDERZOEK VAN INTERNATIONAAL TYPE

| IDENTIFIKATIE VAN DE NATIONALE AANVRAGE | Kenmerk van de aanvrager of van de gemachtigde |
|---|---|
| | N.O. 41297 TM |

| Nederlandse aanvrage nr. | Indieningsdatum |
|---|---|
| 1006944 | 4 september 1997 |

| | Ingeroepen voorrangsdatum |
|---|---|
| | |

**Aanvrager (Naam)**

EMANUEL, MARK HANS

| Datum van het verzoek voor een onderzoek van internationaal type | Door de instantie voor Internationaal Onderzoek (ISA) aan het verzoek voor een onderzoek van internationaal type toegekend nr. |
|---|---|
| -- | SN 29924 NL |

**I. CLASSIFICATIE VAN HET ONDERWERP** (bij toepassing van verschillende classificaties, alle classificatiesymbolen opgeven)

Volgens de internationale classificatie (IPC)

Int. Cl.$^6$: A 61 B 17/32

**II. ONDERZOCHTE GEBIEDEN VAN DE TECHNIEK**

Onderzochte minimum documentatie

| Classificatiesysteem | Classificatiesymbolen |
|---|---|
| Int. Cl.$^6$ | A 61 B |

Onderzochte andere documentatie dan de minimum documentatie voor zover dergelijke documenten in de onderzochte gebieden zijn opgenomen

**III.** ☐ GEEN ONDERZOEK MOGELIJK VOOR BEPAALDE CONCLUSIES (opmerkingen op aanvullingsblad)

**IV.** ☐ GEBREK AAN EENHEID VAN UITVINDING (opmerkingen op aanvullingsblad)

19

| VERSLAG VAN HET NIEUWHEIDSONDERZOEK VAN INTERNATIONAAL TYPE | Nummer van het verzoek om een nieuwheidsonderzoek<br>NL 1006944 |
|---|---|

**A. CLASSIFICATIE VAN HET ONDERWERP**

IPC 6    A61B17/32

Volgens de Internationale Classificatie van octrooien (IPC) of zowel volgens de nationale classificatie als volgens de IPC.

**B. ONDERZOCHTE GEBIEDEN VAN DE TECHNIEK**

Onderzochte mimimum documentatie (classificatie gevolgd door classificatiesymbolen)

IPC 6    A61B

Onderzochte andere documentatie dan de mimimum documentatie, voor dergelijke documenten, voor zover dergelijke documenten in de onderzochte gebieden zijn opgenomen

Tijdens het internationaal nieuwheidsonderzoek geraadpleegde elektronische gegevensbestanden (naam van de gegevensbestanden en, waar uitvoerbaar, gebruikte trefwoorden)

**C. VAN BELANG GEACHTE DOCUMENTEN**

| Categorie * | Geciteerde documenten, eventueel met aanduiding van speciaal van belang zijnde passages | Van belang voor conclusie nr. |
|---|---|---|
| X | WO 96 11638 A (FEMRX) 25 April 1996<br>zie bladzijde 10, regel 1 - bladzijde 13, regel 13; figuren 1A,2A,3B<br>--- | 1-6 |
| X | DE 36 01 453 A (SACHSE) 4 September 1986<br>zie bladzijde 5, regel 14 - bladzijde 6, regel 41; figuren 1,3<br>--- | 1-6 |
| X | WO 95 30377 A (DAHLSTRAND) 16 November 1995<br>zie bladzijde 3, regel 15 - bladzijde 4, regel 2; figuur 1<br>--- | 1-6 |
| A | DE 196 33 124 A (STORZ) 22 Mei 1997<br>zie kolom 3, regel 3 - regel 24; figuren 1A,2A<br>---<br>-/-- | 3,5,6 |

| X | Verdere documenten worden vermeld in het vervolg van vak C. | X | Leden van dezelfde octrooifamilie zijn vermeld in een bijlage |
|---|---|---|---|

° Speciale categorieën van aangehaalde documenten

"A" document dat de algemene stand van de techniek weergeeft, maar niet beschouwd wordt als zijnde van bijzonder belang

"E" eerder document, maar gepubliceerd op de datum van indiening of daarna

"L" document dat het beroep op een recht van voorrang aan twijfel onderhevig maakt of dat aangehaald wordt om de publikatiedatum van een andere aanhaling vast te stellen of om een andere reden zoals aangegeven

"O" document dat betrekking heeft op een mondelinge uiteenzetting, een gebruik, een tentoonstelling of een ander middel

"P" document gepubliceerd vóór de datum van indiening maar na de ingeroepen datum van voorrang

"T" later document, gepubliceerd na de datum van indiening of datum van voorrang en niet in strijd met de aanvrage, maar aangehaald ter verduidelijking van het principe of de theorie die aan de uitvinding ten grondslag ligt

"X" document van bijzonder belang; de uitvinding waarvoor uitsluitende rechten worden aangevraagd kan niet als nieuw worden beschouwd of kan niet worden beschouwd op inventiviteit te berusten

"Y" document van bijzonder belang; de uitvinding waarvoor uitsluitende rechten worden aangevraagd kan niet worden beschouwd als inventief wanneer het document beschouwd wordt in combinatie met één of meerdere soortgelijke documenten, en deze combinatie voor een deskundige voor de hand ligt

"&" document dat deel uitmaakt van dezelfde octrooifamilie

| Datum waarop het nieuwheidsonderzoek van internationaal type werd voltooid<br><br>8 Mei 1998 | Verzenddatum van het rapport van het nieuwheidsonderzoek van internationaal type |
|---|---|
| Naam en adres van de instantie<br>European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | De bevoegde ambtenaar<br><br>Moers, R |

Formulier PCT/ISA/201 (tweede blad) (juli 1992)

1

VERSLAG VAN HET NIEUWHEIDSONDERZOEK VAN
INTERNATIONAAL TYPE

| | Nummer van het verzoek om een nieuwheidsonderzoek |
|---|---|
| | NL 1006944 |

C.(Vervolg). VAN BELANG GEACHTE DOCUMENTEN

| Categorie * | Geciteerde documenten, eventueel met aanduiding van speciaal van belang zijnde passages | Van belang voor conclusie nr. |
|---|---|---|
| A | EP 0 557 044 A (LINVATEC) 25 Augustus 1993 zie kolom 8, regel 57 - kolom 9, regel 18; figuren 1,2 <br> --- | 5 |
| A | GB 2 093 353 A (DYONICS) 2 September 1982 zie samenvatting; figuren 1,2A <br> ----- | 6 |

Formulier PCT/ISA/201 (vervolg tweede blad) (juli 1992)

1

**VERSLAG VAN HET NIEUWHEIDSONDERZOEK VAN**
**INTERNATIONAAL TYPE**
Informatie over leden van dezelfde octrooifamilie

| Nummer van het verzoek om een nieuwheidsonderzoek |
| --- |
| NL 1006944 |

| In het rapport genoemd octrooigeschrift | | Datum van publicatie | Overeenkomend(e) geschrift(en) | | Datum van publicatie |
| --- | --- | --- | --- | --- | --- |
| WO 9611638 | A | 25-04-1996 | AU | 3955295 A | 06-05-1996 |
| | | | US | 5527331 A | 18-06-1996 |
| DE 3601453 | A | 04-09-1986 | DE | 3626684 A | 11-02-1988 |
| | | | US | 4756309 A | 12-07-1988 |
| WO 9530377 | A | 16-11-1995 | SE | 501876 C | 12-06-1995 |
| | | | AU | 7010694 A | 29-11-1995 |
| | | | EP | 0774924 A | 28-05-1997 |
| | | | SE | 9203375 A | 13-05-1994 |
| DE 19633124 | A | 22-05-1997 | WO | 9718745 A | 29-05-1997 |
| EP 557044 | A | 25-08-1993 | US | 5269798 A | 14-12-1993 |
| | | | CA | 2088010 A | 20-08-1993 |
| | | | JP | 5337126 A | 21-12-1993 |
| GB 2093353 | A | 02-09-1982 | CA | 1175725 A | 09-10-1984 |
| | | | DE | 3206782 A | 28-10-1982 |
| | | | FR | 2500292 A | 27-08-1982 |
| | | | JP | 1410546 C | 24-11-1987 |
| | | | JP | 57156753 A | 28-09-1982 |
| | | | JP | 62016102 B | 10-04-1987 |

March 9, 2012

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Dutch into English of: Bureau of Industrial Property Netherlands, C Patent 1006944.

_____

Abraham I. Holczer

Project Manager

Park Case # 26868