Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Mark Hans Emanuel        Art Unit  : 3773
Serial No. : 11/780,759              Examiner  : Unknown
Filed      : July 20, 2007           Conf. No. : 4646
Title      : SURGICAL ENDOSCOPIC CUTTING DEVICE AND METHOD FOR ITS USE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

PRELIMINARY AMENDMENT

Prior to examination, please amend the application as indicated on the following pages.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

SNEM0006893

Applicant  : Mark Hans Emanuel  
Serial No. : 11/780,759  
Filed      : July 20, 2007  
Page       : 2 of 8  

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

Amendments to the Claims:

This listing of claims replaces all prior versions and listings of claims in the application:

Listing of Claims:

1-14 (Cancelled)

15. (Previously Presented) Method for the removal of tissue from a distensible organ, comprising

    inserting into said distensible organ a device for cutting and detaching said tissue,

    introducing a fluid into said distensible organ,

    discharging fluid with detached tissue along a first path, and

    discharging substantially only fluid along a second path, said discharge along said second path being regulated to control pressure in said distensible organ.

16. (Previously Presented) Method for the removal of tissue from a body cavity, comprising

    inserting a device into said cavity for cutting and detaching said tissue,

    introducing a fluid into said cavity,

    discharging fluid with detached tissue along a first path terminating at a first path source of suction, and

    discharging substantially only fluid along a second path terminating at a second path source of suction, said second path being completely separate from said first path,

    wherein said discharge along said second path is regulated to control pressure in said body cavity.

17. (Previously Presented) Method for the removal of tissue from a body cavity, comprising

SNEM0006894

Applicant  : Mark Hans Emanuel  
Serial No. : 11/780,759  
Filed      : July 20, 2007  
Page       : 3 of 8  

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

inserting into said cavity a device having at least one of a sharp edge and teeth for cutting and detaching said tissue,

introducing a fluid into said cavity,

discharging fluid with detached tissue along a first path, and

discharging substantially only fluid along a second path, said discharge along said second path being regulated to control pressure in said body cavity.

18. (New) Method for the removal of tissue from a distensible organ, comprising

inserting into said distensible organ a device for cutting and detaching said tissue,

introducing a fluid into said distensible organ,

discharging fluid with detached tissue along a first path, and

discharging substantially only fluid along a second path, said discharge along said second path being regulated to control distension in said distensible organ.

19. (New) The method of claim 18, wherein said first path terminates at a first path source of suction and said second path terminates at a second path source of suction, said second path being completely separate from said first path.

20. (New) Method for the removal of tissue from a distensible organ, comprising

inserting into said distensible organ a device having at least one of a sharp edge and teeth for cutting and detaching said tissue,

introducing a fluid into said distensible organ,

discharging fluid with detached tissue along a first path, and

discharging substantially only fluid along a second path, said discharge along said second path being regulated to control distension in said distensible organ.

21. (New) Method for the removal of tissue from a distensible organ, comprising

inserting into said distensible organ a device for cutting and detaching said tissue,

Applicant  : Mark Hans Emanuel
Serial No. : 11/780,759
Filed      : July 20, 2007
Page       : 4 of 8

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

introducing a fluid into said distensible organ,

discharging fluid with detached tissue along a first path, and

discharging substantially only fluid along a second path, said discharge along said second path being regulated to make clear a view of the distensible organ through an endoscope.

22. (New) Method for the removal of tissue from a body cavity, comprising

inserting a device into said cavity for cutting and detaching said tissue,

introducing a fluid into said cavity,

discharging fluid with detached tissue along a first path terminating at a first path source of suction, and

discharging substantially only fluid along a second path terminating at a second path source of suction, said second path being completely separate from said first path,

wherein said discharge along said second path is regulated to make clear a view of the cavity through an endoscope.

23. (New) Method for the removal of tissue from a body cavity, comprising

inserting into said cavity a device having at least one of a sharp edge and teeth for cutting and detaching said tissue,

introducing a fluid into said cavity,

discharging fluid with detached tissue along a first path, and

discharging substantially only fluid along a second path, said discharge along said second path being regulated to make clear a view of the cavity through an endoscope.

24. (New) The method of claim 15, wherein inserting said device into said distensible organ comprises inserting said device into a uterus.

25. (New) The method of claim 16, wherein inserting said device into said cavity comprises inserting said device into a uterus.

Applicant : Mark Hans Emanuel
Serial No. : 11/780,759
Filed : July 20, 2007
Page : 5 of 8

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

26. (New) The method of claim 17, wherein inserting said device into said cavity comprises inserting said device into a uterus.

27. (New) The method of claim 16, wherein inserting said device into said cavity comprises inserting said device into a distensible organ.

28. (New) The method of claim 17, wherein inserting said device into said cavity comprises inserting said device into a distensible organ.

29. (New) Method for the removal of tissue from a cavity, comprising
inserting into the cavity a device for cutting and detaching said tissue;
introducing a fluid into the cavity;
discharging fluid with detached tissue along a first path;
discharging substantially only fluid along a second path; and
controlling a pressure in the cavity by metering fluid to maintain the pressure in the cavity substantially constant.

30. (New) The method of claim 29, wherein inserting the device into the cavity comprises inserting the device into a distensible organ.

31. (New) A method for removal of tissue from a distensible organ, comprising:
inserting a distal region of an endoscope into said distensible organ, the endoscope including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region, the first channel having a light guide permanently affixed to the elongated member; followed by:
inserting a motor driven cutter into the second channel such that a distal cutting region of the cutter extends distally beyond the endoscope in the distensible organ;

SNEM0006897

Applicant : Mark Hans Emanuel
Serial No. : 11/780,759
Filed : July 20, 2007
Page : 6 of 8

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

delivering fluid into the distensible organ through the endoscope to distend the distensible organ;

energizing an electric motor to drive the cutter to cut tissue within the distensible organ; and

aspirating cut tissue and fluid from the distensible organ and the endoscope through the cutter.

32. (New) The method of claim 31 wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue, the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.

33. (New) A method for removal of tissue from a uterus, comprising:

inserting a distal region of an endoscope into the uterus, the endoscope including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region, the first channel having a light guide permanently affixed to the elongated member; followed by

inserting a motor driven cutter for cutting and detaching tissue into the second channel;

introducing fluid into the uterus; and

aspirating fluid with detached tissue from the uterus through a lumen of the cutter.

34. (New) The method of claim 33 wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue, the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.

Applicant  : Mark Hans Emanuel
Serial No. : 11/780,759
Filed      : July 20, 2007
Page       : 7 of 8

Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV

35. (New) A method for the removal of tissue from a uterus, comprising:

inserting into the uterus a motor driven cutter for cutting and detaching tissue, the motor driven cutter including an outer tube defining a window having teeth at a distal region of the outer tube and an inner tube received within the outer tube, the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the window;

introducing a fluid into the uterus; and

aspirating fluid with detached tissue from the uterus through the inner tube of the cutter.

36. (New) A method for the removal of tissue from a uterus, comprising:

inserting into the uterus a motor driven cutter for cutting and detaching tissue, the motor driven cutter including an outer tube defining a first window at a distal region of the outer tube and an inner tube received within the outer tube, the inner tube defining a second window at a distal region of the inner tube, the second window having teeth and being configured to move relative to the first window to cut tissue at the first cutting window;

introducing fluid into the uterus; and

aspirating fluid with detached tissue from the uterus through the inner tube of the cutter.

SNEM0006899

| | |
|---|---|
| Applicant : Mark Hans Emanuel | Attorney's Docket No.: 00167-0404002 / PT-2396-US-DIV |
| Serial No. : 11/780,759 | |
| Filed : July 20, 2007 | |
| Page : 8 of 8 | |

## REMARKS

Applicants note that the preliminary amendment filed on October 30, 2007 included a claim misnumbering caused by a clerical error. Specifically, the amendment filed on October 30, 2007 was supposed to cancel all pending claims and add three new independent method claims. However, due to a clerical error, the claims that were canceled were incorrectly numbered 1-25, rather than 1-14. Applicants are correcting this clerical error in this amendment such that the three previously added independent method claims are now correctly numbered as claims 15, 16 and 17 (rather than incorrectly numbered as claims 26, 27, and 28). Additionally, applicants are adding claims 18-36 with this amendment.

Applicants ask that all claims be examined in view of the amendment to the claims.

The fees in the amount of $3188 in payment of excess claims are being paid concurrently herewith on the Electronic Filing System (EFS) by way of Deposit Account authorization. Please apply any other charges or credits to deposit account 06 1050.

Respectfully submitted,

Date: 10/23/09

Roberto J. Devoto
Reg. No. 55,108

Fish & Richardson P.C.
1425 K Street, N.W.
11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

40602268.doc

SNEM0006900