UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | NO. 11-CV-12064-RWZ |
| ) | |
| HOLOGIC, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# EXHIBIT Q

Deposition Transcript of Phyllis Kristal [excerpts]

# FILED UNDER SEAL