**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|   |   |   |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-12064-NMG |
| | ) | |
| HOLOGIC, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF SMITH & NEPHEW, INC.'S
PRELIMINARY INFRINGEMENT CONTENTIONS**

Pursuant to an agreement between the parties, Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") provides the following infringement contentions. Smith & Nephew's contentions as stated herein are given without prejudice to its right to produce, use, or rely upon, at hearing, trial, or otherwise, evidence, facts, documents, things, or information, including but in no way limited to the testimony of experts and other witnesses, which support the contentions set forth herein, and Smith & Nephew expressly reserves the right to present any and all such evidence at hearing, trial, or otherwise. These contentions necessarily reflect the current state of Smith & Nephew's knowledge, understanding, and belief based upon those facts and information presently and specifically known and readily available to Smith & Nephew, and Smith & Nephew expressly reserves the right to revise, modify, clarify, and/or otherwise supplement these contentions based on a final claim construction from the Court, if Defendant Hologic, Inc. ("Hologic") is permitted to amend, modify and/or supplement its non-infringement and/or invalidity contentions, or in the event that additional facts or information presently unknown to Smith & Nephew is disclosed or otherwise discovered in this matter.

INFRINGEMENT CONTENTIONS

Hologic sells, offers for sale markets, teaches, and promotes the use of the MyoSure® Tissue Removal System (the "MyoSure® System") for the removal of intrauterine fibroids and polyps, which Hologic refers to as the "MyoSure® Procedure." Physicians and/or healthcare professionals use the MyoSure® Procedure in the United States for the removal of tissue from the uterus. The MyoSure® System is comprised of, *inter alia*, the MyoSure® Rod Lens Hysteroscope ("MyoSure® Hysteroscope"), the MyoSure® Tissue Removal Device ("MyoSure® TRD") and a motor drive control unit.

Smith & Nephew contends that the MyoSure® System used for the MyoSure® Procedure infringes literally claims 1-8 of U.S. Patent No. 8,061,359 (the "'359 Patent"), and that Hologic is liable for indirect infringement (i.e., induced and/or contributory infringement). Smith & Nephew expressly reserves the right to assert that the MyoSure® System used for the MyoSure® Procedure infringes under the doctrine of equivalents some or all claims of the '359 Patent.

Subject to Smith & Nephew's reservation of rights to revise, modify, supplement, and/or clarify its infringement contentions, as set forth above, Attachment A sets forth Smith & Nephew's contentions with respect to claims 1-8 of the '359 Patent and with respect to the MyoSure® System used for the MyoSure® Procedure.

| | |
|---|---|
| Date: February 3, 2012 | /s/ Maia H. Harris<br>Joseph J. Leghorn (BBO # 292440)<br>Maia H. Harris, BBO# 648208<br>David F. Crosby, BBO# 634640<br>Michelle A. Flores, BBO# 669082<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-2131<br>(617) 345-1000<br>(617) 345-1300 (Facsimile)<br><br>*Attorneys for Plaintiff Smith & Nephew, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, I caused a copy of the foregoing document, Plaintiff's Smith & Nephew, Inc.'s Preliminary Infringement Contentions, to be served on the person set forth below by email and first class U.S. Mail, postage prepaid:

> Marc A. Cohn
> Arnold & Porter LLP
> 555 Twelfth Street, NW
> Washington, D.C. 20004

/s/ Maia H. Harris
Maia H. Harris

3

# ATTACHMENT A

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| 1 | 1. A method for removal of tissue from a uterus, comprising: | The MyoSure® Procedure is a method for removal of tissue from a uterus.<br><br>The MyoSure® Procedure is used in the United States for the removal of tissue from the uterus. Hologic promotes, instructs, markets and sells the MyoSure® System, comprised of *inter alia* the MyoSure® Hysteroscope and the MyoSure® TRD, "for the purpose of removing abnormal tissue such as fibroids and polyps from inside the uterus." *Stone Decl. at* ¶¶ 4, 10. Hologic markets the MyoSure® Procedure as "Fibroid Removal Simplified" and "a simplified approach for the hysteroscopic removal of submucosal fibroids and polyps." *Hologic Marketing Brochure* (Ex. N[1], p. 4). The MyoSure® System "is intended for hysteroscopic intrauterine procedures by trained gynecologists to resect and remove tissue including submucous myomas and endometrial polyps." *Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use* (Ex. R, p. 1; Ex. S, p. 3); *see MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 13). Hologic received clearance from the U.S. Food and Drug Administration (FDA) to market the MyoSure® System for the removal of fibroids and polyps. *Interlace Medical Press Release* (Ex. T).<br><br>*See MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1a | inserting a distal region of an endoscope into said uterus, | The MyoSure® Procedure includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) into the uterus.<br><br>The MyoSure® Hysteroscope is an endoscope that is "inserted through the cervix and into the uterine cavity." *Stone Decl. at* ¶¶ 8, 10; *see Hologic Marketing Brochure* (Ex. O, p. 2).<br><br>*See also MyoSure® Procedure Animation* |

---

[1] As used herein, the term "Ex." is a reference to an exhibit attached to the Declaration of Michelle A. Flores In Support of Smith & Nephew, Inc.'s Motion For A Preliminary Injunction, filed November 23, 2011 (Dkt. 11).

1

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  |  | (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1b | the endoscope including a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region, | The MyoSure® Hysteroscope (i.e., endoscope ), used during the MyoSure® Procedure, has a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region.<br><br>The MyoSure® Hysteroscope has two channels: (1) a sealed optical channel that includes a lens at the distal tip, a proximal window or eyepiece, and a fiber optic light post; and (2) a hollow working channel designed to accommodate the MyoSure® TRD.  *Stone Decl. at ¶ 8*; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2, 4-5).<br><br>*See also Photos of MyoSure® System* (Ex. M). |
| 1c | the second channel having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus, and | The MyoSure® Hysteroscope (i.e., endoscope ), used during the MyoSure® Procedure, has a working channel (i.e., second channel) having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus.<br><br>The MyoSure® Hysteroscope "incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).  The second channel of the MyoSure® Hysteroscope has a valve with a standard male luer connection to a fluid delivery system that allows fluid to pass through the second channel into the uterus.  *Stone Decl. at ¶ 8*; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 4).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1d | the first channel having a light guide permanently affixed therein and being sealed from | The MyoSure® Hysteroscope (i.e., endoscope ), used during the MyoSure® Procedure, has a first channel having a light guide permanently affixed therein and being sealed from the second channel to prevent fluid from the valve from entering the uterus through the |

2

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  | the second channel to prevent fluid from the valve from entering the uterus through the first channel; followed by: | first channel.<br><br>The MyoSure® Hysteroscope "incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1). For visualization, the first channel of the MyoSure® Hysteroscope (compatible with Metal-Halide and Xenon light sources with up to 300 watts of power) utilizes rod lenses and illuminating fibers that emit high energy radiated light. *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2-4). This light source is connected to the sealed channel, which has a lens at one end and a fiber optics bundle that runs the length of the sealed channel; the endoscope is coupled to a camera and video display unit. *Id.* at p. 2; *Stone Decl.* at ¶ 8. Specifically, "[a]t the distal end of the tube, an 'objective' lens captures the image of the 'object'. The series of 'rod' lenses relays the image along the length of the tube. The image is directed by a 45º prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube. At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1e | inserting a motor driven cutter into the second channel such that a distal cutting region of the cutter extends distally beyond the endoscope in the uterus; | The MyoSure® Procedure includes inserting the MyoSure® TRD (i.e., motor driven cutter) into the working channel (i.e., second channel) of the MyoSure® Hysteroscope such that the a distal cutting region of the MyoSure® TRD extends distally beyond the MyoSure® Hysteroscope (i.e., endoscope) in the uterus.<br><br>The MyoSure® TRD is a motor driven cutter inserted into the second channel (i.e., the 3mm working channel) "such that the end of the MyoSure® TRD extends beyond the tip of the MyoSure® Hysteroscope when inside the uterus." *Stone Decl.* at ¶ 10; *see Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2). During the MyoSure® Procedure, the MyoSure® TRD is connected via a drive cable to the MyoSure® Control Unit which contains an electric motor controlled by a foot pedal. |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| | | *Stone Decl.* at ¶ 9; *MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1f | delivering fluid into the uterus through the valve and the second channel to distend the uterus; | The MyoSure® Procedure includes delivering fluid into the uterus through the valve and the working channel (i.e., second channel) to distend the uterus.<br><br>During the MyoSure® Procedure, fluid (typically, a saline solution) is delivered into the uterus through the valve and second channel of the MyoSure® Hysteroscope to expand the uterus and maintain distention, facilitating visualization during the procedure. *Stone Decl. at* ¶ 10; *Hologic Marketing Brochure* (Ex. O, p. 2). The valve "is connected to a fluid delivery system that allows fluid to pass through the working channel into the uterus." *Stone Decl. at* ¶ 8.<br><br>*See also MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1g | energizing an electric motor to drive the cutter to cut tissue within the uterus; and | The MyoSure® Procedure includes energizing an electric motor to drive the MyoSure® TRD (i.e., cutter) to cut tissue within the uterus.<br><br>During the MyoSure® Procedure, the MyoSure® TRD is connected via cable to the MyoSure® Control Unit (i.e., the electric motor) which is controlled by a foot pedal and drives the MyoSure® TRD to cut tissue within the uterus. *Stone Decl. at* ¶¶ 9-10; *MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12). "The MyoSure® device [is] inserted through the hysteroscope and the fibroid [is] removed by cutting and suctioning through the open window of the MyoSure® device" which "maintains clear view." *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2). The inner tube rotates |

4

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| | | relative to the outer tube in order to cut tissue. *Hologic Marketing Brochure* (Ex. P, p. 3) ("Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus. Efficient tissue removal means shorter procedure times."). *See also MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 1h | aspirating cut tissue and fluid from the uterus and the endoscope through the cutter. | The MyoSure® Procedure includes aspirating cut tissue and fluid from the uterus and the MyoSure® Hysteroscope (i.e., endoscope) through the MyoSure® TRD (i.e., cutter). During the MyoSure® Procedure, the MyoSure® TRD "simultaneously rotates and reciprocates" to cut tissue, which is suctioned "through the open window of the MyoSure® device" to "maintain[] clear view." *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2-3). During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue "through a side-facing cutting window in the device's outer tube." *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12); *see Stone Decl.* at ¶¶ 9, 10. *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 2 | 2. The method of claim 1 wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to | The MyoSure® Procedure satisfies all of the elements of Claim 1 (as set forth above and incorporated herein), and further includes inserting the MyoSure® TRD (i.e., motor driven cutter) comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue. During the MyoSure® Procedure, the MyoSure® TRD is connected via cable to the MyoSure® Control Unit (i.e., the electric motor) which is controlled by a foot pedal and |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  | rotate relative to the outer tube to cut tissue, | drives the MyoSure® TRD for the purpose of cutting tissue within the uterus. *Stone Decl.* at ¶¶ 9-10; *MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12). During the MyoSure® Procedure, "[t]he MyoSure® device [is] inserted through the hysteroscope and the fibroid [is] removed by cutting and suctioning through the open window of the MyoSure® device" which "maintains clear view." *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2). "The tissue removal device features a 2mm cutter blade encased in a 3 mm outer tube." *Clinical Evaluation of a 1st Generation Interlace Medical Hysteroscopic Tissue Removal System* (Attachment A, p. 1). The inner tube rotates relative to the outer tube in order to cut tissue. *Hologic Marketing Brochure* (Ex. P, p. 3) ("Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus. Efficient tissue removal means shorter procedure times.").<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 2a | the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube. | The MyoSure® Procedure further includes the MyoSure® TRD comprising the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.<br><br>During the MyoSure® Procedure, the MyoSure® TRD is connected via cable to the MyoSure® Control Unit (i.e., the electric motor) which is controlled by a foot pedal and drives the MyoSure® TRD for the purpose of cutting tissue within the uterus. *Stone Decl.* at ¶¶ 9-10; *MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12). During the MyoSure® Procedure, "[t]he MyoSure® device [is] inserted through the hysteroscope and the fibroid [is] removed by cutting and suctioning through the open window of the MyoSure® device" which "maintains clear view." *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2). "The tissue removal device's side-facing cutting window dimensions limit the depth of tissue resection to minimize perforation risk." |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| | | *Clinical Evaluation of a 1st Generation Interlace Medical Hysteroscopic Tissue Removal System* (Attachment A, p. 1). The inner tube rotates relative to the outer tube in order to cut tissue. *Hologic Marketing Brochure* (Ex. P, p. 3) ("Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus. Efficient tissue removal means shorter procedure times."). *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 3 | 3. The method of claim 1, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member. | The MyoSure® Procedure satisfies all of the elements of Claim 1 (as set forth above and incorporated herein), and further includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member. The MyoSure® Hysteroscope "incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1). A fiber optics bundle runs the length of the sealed channel, which has "rod lenses for visualization and fibers for illumination" that radiate high energy light. *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2-3); *see Stone Decl. at ¶ 8*. *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 4 | 4. The method of claim 1, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently | The MyoSure® Procedure satisfies all of the elements of Claim 1 (as set forth above and incorporated herein), and further includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member. The MyoSure® Hysteroscope "utilizes rod lenses for visualization and fibers for |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  | affixed to the first channel of the elongated member. | illumination." *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2). It has a sealed channel with an affixed lens, a fiber optics bundle, and a light source. *Stone Decl. at* ¶ 8. "At the distal end of the tube, an 'objective' lens captures the image of the 'object'. The series of 'rod' lenses relays the image along the length of the tube. The image is directed by a 45º prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube. At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5 | 5. A method for removal of tissue from a uterus, comprising: | The MyoSure® Procedure is a method for removal of tissue from a uterus.<br><br>The MyoSure® Procedure is used in the United States for the removal of tissue from the uterus. Hologic promotes, instructs, markets and sells the MyoSure® System, comprised of *inter alia* the MyoSure® Hysteroscope and the MyoSure® TRD, "for the purpose of removing abnormal tissue such as fibroids and polyps from inside the uterus." *Stone Decl. at* ¶¶ 4, 10. Hologic markets the MyoSure® Procedure as "Fibroid Removal Simplified" and "a simplified approach for the hysteroscopic removal of submucosal fibroids and polyps." *Hologic Marketing Brochure* (Ex. N[2], p. 4). The MyoSure® System "is intended for hysteroscopic intrauterine procedures by trained gynecologists to resect and remove tissue including submucous myomas and endometrial polyps." *Hologic MyoSure® Hysteroscopic Tissue Removal System Instructions for Use* (Ex. R, p. 1; Ex. S, p. 3); *see MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 13). Hologic received clearance from the U.S. Food and Drug Administration (FDA) to market the MyoSure® System for the removal of fibroids and polyps. *Interlace Medical Press Release* (Ex. T). |

---

[2] As used herein, the term "Ex." is a reference to an exhibit attached to the Declaration of Michelle A. Flores In Support of Smith & Nephew, Inc.'s Motion For A Preliminary Injunction, filed November 23, 2011 (Dkt. 11).

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| | | *See MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5a | inserting a distal region of an endoscope into the uterus, | The MyoSure® Procedure includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) into the uterus. <br><br> The MyoSure® Hysteroscope is an endoscope that is "inserted through the cervix and into the uterine cavity." *Stone Decl.* at ¶¶ 8, 10; *see Hologic Marketing Brochure* (Ex. O, p. 2). <br><br> *See also MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5b | the endoscope including a port for receiving motor driven cutter and including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region, | The MyoSure® Hysteroscope (i.e., endoscope ), used during the MyoSure® Procedure, includes a port for receiving motor driven cutter and including an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region. <br><br> The MyoSure® Hysteroscope has two channels: (1) a sealed optical channel that includes a lens at the distal tip, a proximal window or eyepiece, and a fiber optic light post; and (2) a hollow working channel designed to accommodate the MyoSure® TRD. *Stone Decl.* at ¶ 8; *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2, 4-5). <br><br> *See also Photos of MyoSure® System* (Ex. M). |
| 5c | the first channel having a light guide permanently affixed therein and the second channel having a straight, central longitudinal axis extending from | The MyoSure® Hysteroscope (i.e., endoscope ), used during the MyoSure® Procedure, has a first channel having a light guide permanently affixed therein and the second channel having a straight, central longitudinal axis extending from the port to an opening at a distal tip of the endoscope. |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  | the port to an opening at a distal tip of the endoscope; followed by: | The MyoSure® Hysteroscope "incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).  For visualization, the first channel of the MyoSure® Hysteroscope (compatible with Metal-Halide and Xenon light sources with up to 300 watts of power) utilizes rod lenses and illuminating fibers that emit high energy radiated light. *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2-4).  This light source is connected to the sealed channel, which has a lens at one end and a fiber optics bundle that runs the length of the sealed channel; the endoscope is coupled to a camera and video display unit. *Id.* at p. 2; *Stone Decl.* at ¶ 8.  "At the distal end of the tube, an 'objective' lens captures the image of the 'object'.  The series of 'rod' lenses relays the image along the length of the tube.  The image is directed by a 45° prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube.  At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5d | inserting the motor driven cutter for cutting and detaching tissue into the second channel through the port; | The MyoSure® Procedure includes inserting the MyoSure® TRD (i.e., motor driven cutter) for cutting and detaching tissue into the working channel (i.e., second channel) of the MyoSure® Hysteroscope through the port.<br><br>The MyoSure® TRD is a motor driven cutter inserted into the second channel (i.e., the 3mm working channel) of the MyoSure® Hysteroscope. *Stone Decl.* at ¶ 10; *see Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2).  During the MyoSure® Procedure, the MyoSure® TRD is connected via a drive cable to the MyoSure® Control Unit which contains an electric motor controlled by a foot pedal. *Stone Decl.* at ¶ 9; *MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12). |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  |  | *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5e | introducing fluid into the uterus; and | The MyoSure® Procedure includes introducing fluid into the uterus.<br><br>During the MyoSure® Procedure, fluid (typically, a saline solution) is introduced into the uterus through the valve and second channel of the MyoSure® Hysteroscope to expand the uterus and maintain distention, facilitating visualization during the procedure. *Stone Decl. at* ¶ 10; *Hologic Marketing Brochure* (Ex. O, p. 2). The valve "is connected to a fluid delivery system that allows fluid to pass through the working channel into the uterus." *Stone Decl. at* ¶ 8.<br><br>*See also MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 5f | aspirating fluid with detached tissue from the uterus through a lumen of the cutter. | The MyoSure® Procedure includes aspirating fluid with detached tissue from the uterus through a lumen of the MyoSure® TRD (i.e., cutter).<br><br>During the MyoSure® Procedure, the MyoSure® TRD "simultaneously rotates and reciprocates" to cut tissue, which is suctioned "through the open window of the MyoSure® device" to "maintain[] clear view." *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2-3). During the MyoSure® Procedure, the MyoSure® TRD is connected to a vacuum source that aspirates fluid and resected tissue "through a side-facing cutting window in the device's outer tube." *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12); *see Stone Decl. at* ¶¶ 9, 10.<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
| 6 | 6. The method of claim 5 wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue, | The MyoSure® Procedure satisfies all of the elements of Claim 5 (as set forth above and incorporated herein), and further includes inserting the MyoSure® TRD (i.e., motor driven cutter) comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue.<br><br>During the MyoSure® Procedure, the MyoSure® TRD is connected via cable to the MyoSure® Control Unit (i.e., the electric motor) which is controlled by a foot pedal and drives the MyoSure® TRD for the purpose of cutting tissue within the uterus.  *Stone Decl. at ¶¶ 9-10; MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12).  During the MyoSure® Procedure, "[t]he MyoSure® device [is] inserted through the hysteroscope and the fibroid [is] removed by cutting and suctioning through the open window of the MyoSure® device" which "maintains clear view."  *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2).  "The tissue removal device features a 2mm cutter blade encased in a 3 mm outer tube."  *Clinical Evaluation of a 1st Generation Interlace Medical Hysteroscopic Tissue Removal System* (Attachment A, p. 1).  The inner tube rotates relative to the outer tube in order to cut tissue.  *Hologic Marketing Brochure* (Ex. P, p. 3) ("Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus.  Efficient tissue removal means shorter procedure times.").<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 6a | the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube. | The MyoSure® Procedure further includes the MyoSure® TRD comprising the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.<br><br>During the MyoSure® Procedure, the MyoSure® TRD is connected via cable to the MyoSure® Control Unit (i.e., the electric motor) which is controlled by a foot pedal and |

12

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  |  | drives the MyoSure® TRD for the purpose of cutting tissue within the uterus.  *Stone Decl. at ¶¶ 9-10; MyoSure® Clinical In-Service Set-Up Simplified* (Ex. U, p. 7); *MyoSure® Hysteroscopic Tissue Removal System 510(k) Summary, March 30, 2010* (Ex. H, p. 12). During the MyoSure® Procedure, "[t]he MyoSure® device [is] inserted through the hysteroscope and the fibroid [is] removed by cutting and suctioning through the open window of the MyoSure® device" which "maintains clear view."  *Hologic Marketing Brochure* (Ex. O, p. 2; Ex. P, p. 2).  "The tissue removal device's side-facing cutting window dimensions limit the depth of tissue resection to minimize perforation risk."  *Clinical Evaluation of a 1st Generation Interlace Medical Hysteroscopic Tissue Removal System* (Attachment A, p. 1).  The inner tube rotates relative to the outer tube in order to cut tissue.  *Hologic Marketing Brochure* (Ex. P, p. 3) ("Proprietary blade with a unique side window that simultaneously rotates and reciprocates enabling fast tissue cutting from any location within the uterus.  Efficient tissue removal means shorter procedure times.").  *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Animation* (http://www.myosure.com/videos/myosure_procedure_animation.cfm); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 7 | 7. The method of claim 5, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member. | The MyoSure® Procedure satisfies all of the elements of Claim 5 (as set forth above and incorporated herein), and further includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) comprises inserting a distal region of an endoscope that includes a fiber optics bundle permanently affixed to the first channel of the elongated member.  The MyoSure® Hysteroscope "incorporates an inflow channel with a stopcock, glass fibers for illumination, a 3 mm working channel and a proximal seal."  *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).  A fiber optics bundle runs the length of the sealed channel, which has "rod lenses for visualization and fibers for illumination" that radiate high energy light.  *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2-3); *see Stone Decl. at ¶ 8.*  *See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* |

| EL. | CLAIMS | INFRINGEMENT CONTENTIONS |
|---|---|---|
|  |  | (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |
| 8 | 8. The method of claim 5, wherein inserting the distal region of the endoscope comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member. | The MyoSure® Procedure satisfies all of the elements of Claim 5 (as set forth above and incorporated herein), and further includes inserting the distal region of the MyoSure® Hysteroscope (i.e., endoscope) comprises inserting a distal region of an endoscope that includes a lens permanently affixed to the first channel of the elongated member.<br><br>The MyoSure® Hysteroscope "utilizes rod lenses for visualization and fibers for illumination." *Hologic MyoSure® Rod Lens Hysteroscope Instructions for Use* (Ex. Q, p. 2). It has a sealed channel with an affixed lens, a fiber optics bundle, and a light source. *Stone Decl. at* ¶ 8. "At the distal end of the tube, an 'objective' lens captures the image of the 'object'. The series of 'rod' lenses relays the image along the length of the tube. The image is directed by a 45° prism to an offset eyepiece that also contains 'rod' lenses which relay the image along the length of the eyepiece tube. At the proximal end of the eyepiece, an 'ocular' lens forms the image for the human eye and/or camera." *MyoSure® Rod Lens Hysteroscope 510(k) Summary, August 21, 2009* (Ex. V, p. 1).<br><br>*See also Photos of MyoSure® System* (Ex. M); *MyoSure® Procedure Video* (http://www.myosure.com/hcp/resources/live_case_videos.cfm). |