UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
| Plaintiff, | ) ) ) CIVIL ACTION |
| vs. | ) NO. 11-CV-12064-RWZ ) |
| HOLOGIC, INC., | ) ) ) |
| Defendants. | ) ) |

# EXHIBIT T
Sahney Exhibit 402 Email Jul 24 2009 to Gannon et al re Competitive Challenge
# FILED UNDER SEAL