

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/780,759 | 07/20/2007 | Mark Hans Emanuel | 00167-404002/PT2396USDIV | 4646 |

26166         7590         10/28/2011
FISH & RICHARDSON P.C.
SMITH & NEPHEW, INC.
150 Minuteman Road
Andover, MA 01810

| EXAMINER |
|---|
| BUI, VY Q |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3773 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/28/2011 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

norman.hainer@smith-nephew.com

PTOL-90A (Rev. 04/07)

SNEM0006660

| | Application No. | Applicant(s) |
|---|---|---|
| **Supplemental Notice of Allowability** | 11/780,759 | EMANUEL, MARK HANS |
| | Examiner | Art Unit |
| | VY BUI | 3773 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to 9/13/2011.

2. ☒ The allowed claim(s) is/are 31-34 and 37-40.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____.
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☐ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

/Vy Q. Bui/
Primary Examiner, Art Unit 3773

SNEM0006661

Application/Control Number: 11/780,759 Page 2
Art Unit: 3773

## DETAILED ACTION

### *Reasons For Allowance*

The prior art of reference has failed to disclose or suggest a method as recited in independent claims 31 and 33.

Claims **31-34 and 37-40** are allowed.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance.".

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to EXAMINER whose telephone number is (571)272-4692 and email address is "vy.bui@uspto.gov". The examiner can normally be reached on Monday through Friday.

If attempts to reach the examiner by telephone are unsuccessful, *please contact* the **examiner's supervisor, Corrine McDermott,** *at* **(571) 272-4754**. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

SNEM0006662

Application/Control Number: 11/780,759 Page 3
Art Unit: 3773

*If there are any inquiries that are not being addressed by first contacting the Examiner or the Supervisor, you may send an email inquiry to* TC3700_Workgroup_D_Inquiries@uspto.gov.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Vy Q. Bui/
Primary Examiner, Art Unit 3773

| Issue Classification | Application/Control No.<br>11/780,759 | Applicant(s)/Patent under Reexamination<br>EMANUEL, MARK HANS |
|---|---|---|
| | Examiner<br>VY BUI | Art Unit<br>3773 |

# ISSUE CLASSIFICATION

| ORIGINAL || INTERNATIONAL CLASSIFICATION ||||||||
| CLASS | SUBCLASS | CLAIMED |||| NON-CLAIMED ||||
|---|---|---|---|---|---|---|---|---|---|
| 128 | 898 | A | 61 | 1 19 | /00 | A | 61 | B 17 | /32 |

| CROSS REFERENCES ||||||  |  |  /  |  |  /  |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |||||
|---|---|---|---|---|---|
| 606 | 170 | 15 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Assistant Examiner)    (Date)

(Legal Instruments Examiner)    (Date)

/Vy Q Bui/
10/23/2011
(Primary Examiner)    (Date)

**Total Claims Allowed: 8**

O.G. Print Claim(s): 1

O.G. Print Fig.: F 3

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | 2 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | 5 | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | 6 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | 3 | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | 7 | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | 4 | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | 8 | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office    Part of Paper No. 20110916

SNEM0006664

Applicant : Mark Hans Emanuel                                          Attorney's Docket No. 00167-0404002  
Serial No. : 11/780,759  
Filed     : July 20, 2007  
Page      : 2

```
PLEASE, ENTER AMENDMENT AFTER ALLOWANCE.
THANKS, VB (10/23/2011)
```

Amendments to the Claims

This listing of claims replaces all prior versions and listings of claims in the application.

Listing of Claims

    1-30. (Cancelled)

    31. (Previously Presented) A method for removal of tissue from a uterus, comprising:

    inserting a distal region of an endoscope into said uterus, the endoscope including a valve and an elongated member defining discrete first and second channels extending from a proximal region of the elongated member to the distal region, the second channel having a proximal end in communication with the valve such that fluid from the valve is able to flow into and through the second channel to the uterus, and the first channel having a light guide permanently affixed therein and being sealed from the second channel to prevent fluid from the valve from entering the uterus through the first channel; followed by:

    inserting a motor driven cutter into the second channel such that a distal cutting region of the cutter extends distally beyond the endoscope in the uterus;

    delivering fluid into the uterus through the valve and the second channel to distend the uterus;

    energizing an electric motor to drive the cutter to cut tissue within the uterus; and

    aspirating cut tissue and fluid from the uterus and the endoscope through the cutter.

    32. (Previously Presented) The method of claim 31 wherein inserting the motor driven cutter comprises inserting an outer tube defining a cutting window at a distal region of the outer tube and an inner tube received within the outer tube that is configured to rotate relative to the outer tube to cut tissue, the inner tube including a cutting element at a distal region of the inner tube configured to cut tissue at the cutting window when the inner tube rotates relative to the outer tube.

SNEM0006665