# A2461 – OP-Nephroscope
## Catalogue Extract
## September 1991

OLYMPUS0001

# OLYMPUS®

**OLYMPUS WINTER & IBE GMBH.**
Kuehnstraße 61
W-2000 Hamburg 70
Deutschland

**OLYMPUS OPTICAL CO., (EUROPA) GMBH.**
Postfach 10 49 08
Wendenstraße 14-16
W-2000 Hamburg 1
Deutschland

**OLYMPUS AUSTRIA GMBH.**
Shuttleworthstraße 25
A-1210 Wien
Österreich

**OLYMPUS OPTICAL (SCHWEIZ) AG.**
Chriesbaumstraße 6
CH-8604 Volketswil
Schweiz

Technische Änderungen vorbehalten        7.018.527    9/91    Printed in Germany

OLYMPUS0002

**OLYMPUS**

## OP-Nephroskop

Das Olympus Nephroskop ermöglicht die Dauerspülung im geschlossenen System sowie die offene Irrigation nach dem Überlaufprinzip.

Im geschlossenen System wird durch einen seitlich an der OP-Optik A2461 befindlichen Hahn via Arbeitskanal gespült. Die Spülflüssigkeit fließt durch den Nephroskop-Schaft zurück.

Zur offenen Irrigation wird ein Arbeitsschaft von 30 Charrière nach dem Amplatz-Prinzip benutzt. Die Spülflüssigkeit fließt dabei aus dem proximalen offenen Arbeitsschaft heraus.

Der 4 mm Arbeitskanal der OP-Optik erlaubt die Verwendung von robusten Greifzangen. Wahlweise können zur erweiterten Diagnostik die Optiken A2012A (30°), A2013A (70°) und A2014A (110°) benutzt werden.



### OP-Optik

| Code | Beschreibung |
|---|---|
| A2461 | OP-Optik, 0° Blickrichtung, 4 mm Kanal, 45° Einblick |
| A0299 | Dichtungskappe, für A2461 (ohne Abbildung) |
| A3091 | Lichtleitkabel (ohne Abbildung) 3,5 mm, Steckanschluß, Kondensor |

### Nephroskop-Schäfte

| Code | Beschreibung |
|---|---|
| A2464 | Außenschaft, 27 Charrière, drehbare Spülung |
| A2465 | feste Spülung |

### Arbeitsschäfte

| Code | Beschreibung |
|---|---|
| A2476 | Schaft 30 Charrière |
| A2477 | Schaft 30 Charrière, für 2. Führungsdraht |
| A2480 | Ansatz, für A2476 und A2477 Paßt auf das proximale Ende der Schäfte A2476 und A2477, nimmt eine Dichtungskappe A0206 auf. |
| A0206 | Dichtungskappe (ohne Abbildung) 4 mm, 10 Stück, für A2480 |
| O0131 | Dichtungskappe (ohne Abbildung) 0,7 mm, 10 Stück für A2477, Arbeitskanal Führungsdraht |

### Hilfsinstrumente

| Code | Beschreibung |
|---|---|
| A2482 | Greifzange 4 mm |
| A2483 | Greifzange löffelförmig, 4 mm |
| A2484 | Greifzange gezahnt, 4 mm |
| A2481 | Greifzange Dreigreifer, 4 mm |
| A2331 | Sonde für „EL-23", starr, 10 Ch. x 450 mm |
| A2509 | Sonde für „LUS", 4 x 405 mm, „MB-725" (ohne Abbildung) |

### Nierenstein-Stanze für Außenschäfte A2464-65

| Code | Beschreibung |
|---|---|
| A2363 | Stanze für Nierensteine, optisch |
| A2011A | Optik, 4 mm 12° Blickrichtung autoklavierbar |



A2461
A2464

# A2461 – OP-Nephroscope
# Price List
# 1996

OLYMPUS0004



THE FULL-LINE ENDOSCOPY COMPANY

Olympus America Inc.
Endoscope Division
Two Corporate Center Drive
Melville, NY 11747-3157

© 1996 Olympus America Inc.   Printed in USA

OLYMPUS0005

| CATALOG # | DESCRIPTION | $ PRICE |
|---|---|---|
| 83A2291 | A2291 Retrograde operating bridge for A2014A 110° telescope | $1,430.00 |
| 83A2296 | A2296 Outer sheath, 22.5 Fr | $771.00 |
| 83A2297 | A2297 Inner sheath, 9 Fr channel | $816.00 |
| 83A2298 | A2298 Optical obturator | $391.00 |
| 83A2299 | A2299 Laser fiber fixation | $409.00 |
| 83A2360 | A2360 Telescoping bougie Set, 9-30 Fr. | $515.00 |
| 83A2399 | A2399 Flexible stricture scalpel for PCN, use with optical urethrotome | $184.00 |
| 80A2404 | A2404 Telescope 0°, (45cm), standard | $4,890.00 |
| 80A2405 | A2405 Telescope 70°, (45cm), standard | $4,890.00 |
| 80A2406 | A2406 Operating Ureteroscope, 0° angle of view, 5.5Fr. channel, use with A2414 standard ureteroscope sheath | $5,330.00 |
| 83A2407 | A2407 Ureteral bridge, single channel | $361.00 |
| 83A2408 | A2408 Ureteral bridge, double channel | $388.00 |
| 83A2409 | A2409 Sheath adapter for 70° telescopes | $108.00 |
| 83A2414 | A2414 Ureteroscope sheath, 13.5Fr., standard | $901.00 |
| 83A2415 | A2415 Ureteroscope sheath, 10.5Fr., standard | $901.00 |
| 83A2416 | A2416 Adapter for cystourethroscope sheath | $67.00 |
| 83A2417 | A2417 Ultrasound adapter | $146.00 |
| 83A2418 | A2418 Ureteral bridge, without Channel | $327.00 |
| 83A2420 | A2420 Ureteroscope sheath, 13.5Fr. with beak, standard | $901.00 |
| 83A2421 | A2421 Flexible Alligator forceps, 5Fr. x 64cm | $561.00 |
| 83A2422 | A2422 Flexible rat tooth forceps, 5Fr. x 64cm | $713.00 |
| 83A2423 | A2423 Flexible biopsy forceps, 5Fr. x 64cm | $487.00 |
| 83A2424 | A2424 Dormia type stone basket, 4Fr. x 66cm | $406.00 |
| 83A2425 | A2425 Coagulating electrode, 5Fr. x 66cm | $95.00 |
| 83A2426 | A2426 Cutting electrode, 5Fr. x 66cm | $95.00 |
| 83A2427 | A2427 Flexible grasping forceps, 5Fr. x 66cm | $856.00 |
| 83A2428 | A2428 Soft wire stone basket, 5Fr. x 66cm | $515.00 |
| 83A2429 | A2429 Stone dislodger, 4.5 Fr. x 70cm | $568.00 |
| 83A2437 | A2437 Ureteroscope sheath, 11Fr., standard | $901.00 |
| 83A2439 | A2439 Ureteroscope sheath, 11Fr., with beak, standard | $901.00 |
| 83A2443 | A2443 Ureteroscope sheath, 10.5Fr., short | $901.00 |
| 80A2445 | A2445 Telescope 0°, (37cm), short | $4,150.00 |
| 80A2446 | A2446 Operating Ureteroscope, 0° angle of view, 5Fr. channel, use with A2449 short ureteroscope sheath | $4,550.00 |
| 83A2447 | A2447 Ureteroscope sheath, 13.5Fr. with beak, short | $901.00 |
| 83A2448 | A2448 Ureteroscope sheath, 11Fr., short | $901.00 |
| 83A2449 | A2449 Ureteroscope sheath, 13.5Fr., short | $901.00 |
| 83A2450 | A2450 Ureteroscope sheath, 11Fr. with beak, short | $901.00 |
| 83A2455 | A2455 Guide wire for bougies 3 Fr. x 1.5m | $106.00 |
| 80A2461 | A2461 Operating telescope | $5,330.00 |
| 83A2464 | A2464 Outer sheath, 27 Fr. rotating stopcocks | $847.00 |
| 83A2465 | A2465 Outflow sheath, 27Fr. | $937.00 |
| 83A2466 | A2466 Inflow sheath for A2464, A2465 | $668.00 |
| 83A2467 | A2467 Fiberscope adapter for A2465 sheath | $578.00 |
| 83A2476 | A2476 Metal amplatz type sheath, 30 Fr. | $459.00 |
| 83A2477 | A2477 Metal amplatz type sheath with 1.5mm channel, 30 Fr. | $703.00 |
| 83A2480 | A2480 Adapter cap for A2476 and A2477 | $153.00 |
| 83A2481 | A2481 Grasping forceps, 3-prong type, 4mm | $477.00 |
| 83A2482 | A2482 Grasping forceps, hook type, 4mm x 310mm | $477.00 |
| 83A2483 | A2483 Grasping forceps, spoon type with serrated jaw, 4mm x 310mm | $477.00 |



53

OLYMPUS0006