UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-10951-RWZ


SMITH & NEPHEW, INC.

v.

INTERLACE MEDICAL, INC.,
and
HOLOGIC, INC.


CIVIL ACTION NO. 11-12064-RWZ


SMITH & NEPHEW, INC.

v.

HOLOGIC, INC.


QUESTIONS TO JURY ON SPECIAL VERDICT

**Infringement - Preponderance of the Evidence**

   1. Did defendant infringe Claim 32 of the '459 patent?

   √ YES     ____NO

Please answer next Questions 2(a) and 2(b).

2(a). Did defendant intentionally induce physicians to infringe one or more of the asserted claims of the '359 patent?

Claim 5    ✓ YES    ___ NO

Claim 6    ✓ YES    ___ NO

Claim 7    ✓ YES    ___ NO

Claim 8    ✓ YES    ___ NO

2(b). Did defendant contribute to the physicians' infringement of one or more of the asserted claims of the '359 patent?

Claim 5    ✓ YES    ___ NO

Claim 6    ✓ YES    ___ NO

Claim 7    ✓ YES    ___ NO

Claim 8    ✓ YES    ___ NO

*Please answer next Questions 3 - 7.*

### Validity - Clear and Convincing Evidence

#### Priority Date

3(a). Did defendant prove that the written descriptions in the Dutch Patent Application, the PCT Application and/or the '602 Application do <u>not</u> support the claims of the '359 patent so that plaintiff is <u>not</u> entitled to an earlier priority date?

     ___ YES    ✓ NO

*If you answered NO, please answer next Question 3(b).*

*If you answered YES, please go to Question 4(a).*

3(b). Which of the applications listed above provides the earliest priority date?

    (i)    the Dutch Patent Application    \_\_\_\_\_

    (ii)    the PCT Application     ✓

    (iii)    the '602 Application    \_\_\_\_\_

### Anticipation

4(a). Is Claim 32 of the '459 patent invalid because the claimed device was anticipated by the Middle patent?

    \_\_\_\_\_YES     ✓ NO

4(b). Are one or more of the asserted claims of the '359 patent invalid because one or more of the claims were anticipated by plaintiff's sales of the True Clear System more than one year before the priority date?

| | | | |
|---|---|---|---|
| Claim 5 | \_\_\_\_\_YES | ✓ | NO |
| Claim 6 | \_\_\_\_\_YES | ✓ | NO |
| Claim 7 | \_\_\_\_\_YES | ✓ | NO |
| Claim 8 | \_\_\_\_\_YES | ✓ | NO |

### Obviousness

5(a). Is Claim 32 of the '459 patent invalid because, in light of the Middle patent, the claimed device was obvious to an ordinary person skilled in the art at the time the invention was made?

    \_\_\_\_\_YES     ✓ NO

3

5(b). Are one or more of Claims 5, 6, 7 and 8 of the '359 patent invalid because, in light of the Grinsberg patent and the Olympus Nephroscope, the claimed method was obvious to an ordinary person skilled in the art at the time the invention was made?

Claim 5 _____YES ___✓___NO

Claim 6 _____YES ___✓___NO

Claim 7 _____YES ___✓___NO

Claim 8 _____YES ___✓___NO

### Enablement

6. Are one or more of the asserted claims of the '359 patent invalid for failing to satisfy the enablement requirement?

Claim 5 _____YES ___✓___NO

Claim 6 _____YES ___✓___NO

Claim 7 _____YES ___✓___NO

Claim 8 _____YES ___✓___NO

### Written Description

7. Are one or more of the asserted claims of the '359 patent invalid for failing to satisfy the written description requirement?

Claim 5 _____YES ___✓___NO

Claim 6 _____YES ___✓___NO

Claim 7 _____YES ___✓___NO

Claim 8 _____YES ___✓___NO

*If you found infringement of one or more claims of one or both patents and also found that those claims are valid, please answer next the Questions concerning damages. That is, if you answered YES to Question 1, Question 2(a), and/or Question 2(b) <u>and</u> NO to each corresponding part of Questions 4 through 7, please answer next the corresponding questions concerning damages.*

*If you found either no claims to be infringed by answering NO to Question 1 and all parts of Question 2, or if you found all infringed claims to be invalid, please return your verdict to the court.*

### Damages - Preponderance of the Evidence

#### Lost Profits

8. Is plaintiff entitled to lost profits on one or both patents?

    (a) '459      ✓ YES      ___ NO

    (b) '359      ✓ YES      ___ NO

*If you answered YES as to one or both patents, please answer the corresponding part of Question 9.*

*If the answer to Question 8 is NO as to one or both patents, please answer Questions 10 and 11 as to the patent(s) to which you answered NO.*

9. What is the amount of lost profits as to each patent?

    (a) '459 patent      $_____ ⟶ $4 million

    (a) '359 patent      $_____ ⟶

*If the answer to Question 8 is YES as to both patents and you have answered Question 9 as to both, please return your verdict to the court.*

Reasonable Royalty

10. What is the reasonable royalty for infringement of one or both patents?

    (a) '459 patent      % __16__

    (a) '359 patent      % __16__

11. For those sales infringing one or both patents for which plaintiff is not entitled to lost profits, what is the dollar amount of the damages based on a reasonable royalty?

    (a) '459 patent      $ _____

    (a) '359 patent      $ _____

__9/4/2012__
Date

__Joseph Lee__
Foreperson